UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO. 21-cr-28 (APM)** |
| **THOMAS EDWARD CALDWEL,** | : | |
| | : | |
| **DONOVAN RAY CROWL, and** | : | |
| | : | |
| **JESSICA MARIE WATKINS,** | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States has not been able to reach agreement with counsel for the defendants on this proposed protective order.  Counsel for Mr. Caldwell opposes this protective order.  To the knowledge of the government, counsel for Mr. Crowl and Ms. Watkins have not yet been appointed.  As this case was indicted on January 27, 2021, however, the government would like to start providing discovery as soon as possible.  Much of the discovery to be provided at this time consists of data from searches of cellular telephones and social media accounts.  In order to turn over complete, unredacted versions of this data, the government is seeking the proposed protective order.

WHEREFORE, the government asks that this Court enter the proposed protective order.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

By:  */s/ Kathryn L. Rakoczy*
Kathryn L. Rakoczy
D.C. Bar No. 994-559
Ahmed M. Baset

        Troy A. Edwards, Jr.
        Jeffrey S. Nestler
        Assistant United States Attorneys
        555 4th Street, N.W., Room 5239
        Washington, D.C. 20530
        Rakoczy Phone: (202) 252-6928
        Kathryn.Rakoczy@usdoj.gov

        */s/ Alexandra Hughes*
        Alexandra Hughes
        Justin Sher
        Trial Attorneys
        National Security Division
        United States Department of Justice
        950 Pennsylvania Avenue
        NW Washington, D.C. 20004

Dated:    February 12, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I sent a copy of the foregoing via the Court's electronic filing system to counsel for the defendants.

        */s/ Kathryn L. Rakoczy*
        Kathryn L. Rakoczy
        Assistant United States Attorney