# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *  Case No. 1:21-cr-00028-APM-2 |
| | * |
| **DONOVAN CROWL** | * |
| Defendant | * |
| | * |

ooOoo

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Defendant, Donovan Crowl as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that the instant notice was served on all counsel of record 23rd day of February, 2021 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
