IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| **vs.** * | Case No. 1:21-cr-00028-APM |
| * | |
| **THOMAS CALDWELL,** * | |
| **DONOVAN CROWL**, * | |
| **GRAYDON YOUNG,** * | |
| **LAURA STEELE, and** | |
| **CONNIE MEGGS,** | |
| **Defendant**s | |

ooOoo

## DEFENDANTS' CONSENT MOTION TO
## MODIFY CONDITIONS OF PRETRIAL RELEASE

Donovan Crowl, by his undersigned counsel, respectfully moves this Honorable Court to modify the Conditions of Release relating to internet use. Government counsel consent to this request. Counsel for Defendants Caldwell, Steele, Connie Meggs and Young join in the request to modify the conditions of release of each of his or her client.

1. The Order releasing Defendants Caldwell, Crowl, Connie Meggs, Steele and Young to home incarceration prohibits each of them from accessing the internet. Each Order contains a Condition that states:

> GPS Monitoring: Defendant is not to have any access to computers, smart phones, tablets, or any device that would allow him [or her] to communicate through either encrypted or non-encrypted applications."

Condition 7(t) (Caldwell Order, ECF 75); Condition 7(s) (Steele Order, ECF 102); (Connie Meggs Order, ECF 104); (Crowl Order, ECF 115); (Young Order, ECF 119).

2. After consultation, Government counsel and counsel for the above-named defendants consent to a Modification of the Release Order as follows:

> The defendant may use an electronic device with Internet access for the sole purposes of: (1) attending court hearings, (2) communicating with his/her counsel and defense team, and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.

3. In addition, with respect solely to Mr. Crowl, as noted by the Court at the Status Conference held on April 6, 2021, the Order (ECF 126) modifying condition of release with respect to his use of a flip phone shall be amended to delete the second clause that states

> That Mr. Crowl shall be required to share his monthly phone bill that reflects call/text records with his Pretrial Services Officer, to make sure he is only using the device for lawyer communications and other permitted entities or persons.

Order, clause 2 (ECF 126, 4/2/2021).

4. All other conditions of release shall remain in effect.

WHEREFORE, Defendants Caldwell, Crowl, Steele, Connie Meggs and Young respectfully request that the Court modify their conditions of release to authorize internet use for the sole purpose of (1) attending court hearings, (2) communicating with his/her counsel and defense team, and (3) reviewing discovery materials with counsel and defense team. With respect to Mr. Crowl, the Order Modifying his Conditions of Release (ECF 126, 4/2/2021) to delete the second clause.

Respectfully submitted,

/s/
**David William Fischer , Sr.**
FISCHER & PUTZI, P.A.
7310 Governor Ritchie Highway
Empire Towers, Suite 300
Glen Burnie, MD 21061-3065
(410) 787-0826

**Counsel for Thomas Cardwell**

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

**Counsel for Donovan Crowl**

/s/
**Peter A. Cooper**
400 5th Street, NW
Suite 350
Washington, DC 20001
(202) 400-1431

**Counsel for Laura Steele**

/s/
**Robert Denis Foley**
ROBERT FOLEY LAW PA
2259 Cleveland Avenue
Fort Myers, FL 33901
239-690-6080

**Desiree Wilson**
DESIREE WILSON, ESQ.
1030 SE 9th Ave # 152412
Cape Coral, FL 33990
239-286-2905

**Counsel for Graydon Young**

/s/
**David A. Wilson**
LAW OFFICE OF DAVID A. WILSON
201 SW 2nd Street, Suite 101
Ocala, FL 34471
352-629-4466

**Counsel for Connie Meggs**

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 14th day of April, 2021 on all counsel of record via ECF.

/s/

**Carmen D. Hernandez**