IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 1:21-cr-00028-APM |
| | * |
| THOMAS CALDWELL, | * |
| DONOVAN CROWL, | * |
| GRAYDON YOUNG, | * |
| LAURA STEELE, and | * |
| CONNIE MEGGS, | * |
| Defendants | * |

**ORDER**

Upon consideration of the Defendants' Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of April, 2021, **ORDERED:**

1. That the Order Setting Conditions of Release as to Defendants Caldwell, Crowl, Young, Steele and Connie Meggs is hereby **MODIFIED** as follows:

> The defendant may use an electronic device with Internet access for the sole purposes of: (1) attending court hearings; (2) communicating with his/her counsel and defense team; and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.

2. That the Order Modifying Conditions of Release as to Defendant Crowl (ECF 126, 4/2/2021) is hereby **MODIFIED** to eliminate the second clause that would otherwise require him to share his monthly flip-phone bill with his Pretrial Services Officer.

3. That all other Conditions of Release remain in effect.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**