UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | |
| DONOVAN CROWL, | * | Crim No. 21-cr-0028(APM) |
| SANDRA PARKER, | | |
| BENNIE PARKER, | * | |
| LAURA STEELE, | | |
| ROBERTO MINUTA, | * | |
| DEFENDANTS | | |

**ORDER**

Because of the expected length and complexity of the proceedings in the above matter, CJA appointed counsel for Defendants and his/her experts may use the following procedures to obtain interim payments during the course of their representation.

Counsel and expert service providers may submit to the Office of the Federal Public Defender, each month, interim CJA Forms 20 and/or CJA 21, as appropriate, setting forth an itemization of compensation earned and reimbursable expenses.

The Court will review the interim vouchers when submitted and will authorize compensation for the approved number of hours, up to a total of $12,100.00 for counsel and $2,700.00 for expert services and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $12,100.00 (attorney) and $2,700.00 (expert services) CJA per-case ceiling (excluding reimbursement sought for expenses), those vouchers must be approved by both this Court and a designated Judge of the United States Court of Appeals for the District of Columbia Circuit before disbursement can be made.

After review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit any excess voucher to the designated Judge of the United States Court of Appeals for the District of Columbia Circuit for a review and approval.

SO ORDERED:

_____  
Date

**Honorable Amit P. Mehta**  
2021.04.18 11:49:03 -04'00'  
Judge, United States District Court for the District of Columbia

_____4/19/2021_____  
Date

**Honorable Robert L. Wilkins**  
Judge, U.S. Court of Appeals for the District of Columbia Circuit