IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )     CR No. 21-28-2,6
                                   )     Washington, D.C.
       vs.                         )     March 11, 2021
                                   )     4:08 p.m.
DONOVAN RAY CROWL,                 )
GRAYDON YOUNG,                     )
                                   )
          Defendants.              )
_____)


TRANSCRIPT OF INITIAL APPEARANCE/ARRAIGNMENT
VIA TELECONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Kathryn Leigh Rakoczy
                           Ahmed Baset
                           Jeffrey Nestler
                           Alexandra Hughes
                           U.S. ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-6928
                           Email:
                           kathryn.rakoczy@usdoj.gov
                           Email:
                           ahmed.baset@usdoj.gov
                           Email:
                           jeffrey.nestler@usdoj.gov
                           Email:
                           Alexandra.Hughes@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Donovan Ray Crowl:                 Carmen D. Hernandez
                                   7166 Mink Hollow Road
                                   Highland, MD 20777
                                   (240) 472-3391
                                   chernan7@aol.com


For Defendant
Graydon Young:                     Desiree Wilson
                                   DESIREE WILSON, ESQ.
                                   1030 SE 9th Ave.
                                   #152412
                                   Cape Coral, FL 33990
                                   239-286-2905
                                   Email:
                                   dwilson@
                                   federalattorneyflorida.com

                                   Robert Foley, Esq.
                                   ROBERT FOLEY LAW FIRM
                                   2259 Cleveland Ave.
                                   Fort Myers, FL 33901
                                   (239) 690-6080
                                   Justice@RobertFoleyLaw.com


Pretrial Officer:                  Andre Sidbury

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

<pre>
 1                    P R O C E E D I N G S

 2            DEPUTY CLERK:  Good afternoon, Your Honor.

 3   This is Criminal Case No. 21-28, the United States of

 4   America versus Donovan Ray Crowl and Graydon Young.

 5            Jeffrey Nestler, Kathryn Rakoczy, Ahmed Baset, and

 6   Alexandra Hughes for the government.

 7            Carmen Hernandez for Defendant No. 2,

 8   Donovan Crowl.

 9            And Robert Foley and Desiree Wilson for the

10   Defendant No. 6, Graydon Young.

11            Andre Sidbury is also on the line for Pretrial

12   Services.

13            THE COURT:  Okay.  Good afternoon, everyone.

14            Counsel, good afternoon.

15            And Mr. Crowl and Mr. Young, can you hear me okay?

16            DEFENDANT CROWL:  Yes, sir.

17            DEFENDANT YOUNG:  Yes, sir.

18            THE COURT:  Okay.

19            Because of the current circumstances,

20   unfortunately, we're not able to do this by videoconference,

21   and we'll have to proceed by teleconference this afternoon.

22            I understand that Mr. Young and Mr. Crowl are

23   quarantining right now; and for that reason, we're not able

24   to do this via videoconference.

25            Any objection by defense counsel to proceeding
</pre>

1    telephonically this afternoon?

2              MS. HERNANDEZ:  This is Carmen Hernandez.

3              MR. FOLEY:  Your Honor, Robert Foley.

4              THE COURT:  Why don't we start with counsel for

5    Mr. Crowl.

6              Ms. Hernandez.

7              MS. HERNANDEZ:  Yes, sir.

8              No, Mr. Crowl does not object to proceeding by

9    phone, Your Honor, since it's the only available method.

10             MR. FOLEY:  And, Your Honor, there's no objection

11   on behalf of Mr. Young.

12             THE COURT:  Okay.  Very good.

13             All right.  So the business at hand this afternoon

14   is to arraign the defendants and then figure out where we go

15   from here with folks.

16             So let's start with the arraignment.  And I'll ask

17   Mr. Douyon to start with Mr. Crowl and then we'll turn to

18   Mr. Young.

19             COURTROOM DEPUTY:  May the record reflect that

20   defense counsel has received a copy of the superseding

21   indictment.

22             Mr. Crowl, in Criminal Case No. 21-28-2, you've

23   been charged with the following counts:

24             Count 1, conspiracy, in violation of Title 18

25   United States Code Section 371;

1          Count 2, obstruction of an official proceeding and

2   aiding and abetting, in violation of Title 18 United States

3   Code Sections 1512(c)2 and Section 2;

4          Count 3, destruction of government property and

5   aiding and abetting, in violation of Title 18 United States

6   Code Section 1361 and Section 2;

7          Count 4, restricted building or grounds, in

8   violation of Title 18 United States Code 1752(a)(1).

9          How do you wish to plead?

10         MS. HERNANDEZ:  Your Honor, this is

11  Carmen Hernandez.

12         On behalf of Mr. Crowl, he pleads not guilty to

13  each of the counts, he asserts his constitutional rights to

14  a speedy trial and to not be questioned by the government or

15  any of its agents under the Fifth and Sixth Amendments to

16  the United States Constitution.

17         THE COURT:  All right.  Thank you, Ms. Hernandez.

18         So the record will reflect on behalf of Mr. Crowl

19  the entry of not-guilty pleas to each count of the

20  indictment.

21         All right.  Let's turn, then, to Mr. Young.

22         COURTROOM DEPUTY:  And I apologize.  I forgot to

23  ask defense counsel if Mr. Crowl waives the formal reading

24  of the superseding indictment.

25         MS. HERNANDEZ:  Yes, he waives the formal reading

1   of the superseding indictment.

2          COURTROOM DEPUTY:  Thank you.

3          I'll turn now to Mr. Young.

4          May the record reflect that defense counsel has

5   received a copy of the superseding indictment.

6          Mr. Young, in Criminal Case No. 21-28-6, you've

7   been charged with the following counts:

8          Count 1, conspiracy, in violation of Title 18

9   United States Code Section 371;

10          Count 2, obstruction of an official proceeding and

11   aiding and abetting, in violation of Title 18 United States

12   Code Sections 1512(c)(2) and Section 2;

13          Count 3, destruction of government property and

14   aiding and abetting, in violation of Title 18 United States

15   Code Sections 1361 and Section 2;

16          Count 4, restricted building or grounds, in

17   violation of Title 18 United States Code Section 1752(a)(1);

18          And Count 6, tampering with documents or

19   proceedings, in violation of Title 18 United States Code

20   Sections 1512(c)(1).

21          Do you wish to waive the formal reading of the

22   superseding indictment and how do you wish to plead on

23   these?

24          MR. FOLEY:  Robert Foley on behalf of Mr. Young.

25          We will waive reading, and we plead not guilty as

1  to all counts.

2          THE COURT:  Okay.  Thank you, Mr. Foley.

3          So the record will reflect the entry of not-guilty

4  pleas on behalf of Mr. Young for each count of the

5  indictment.

6          All right.  So with that formality out of the way,

7  let's turn to where things stand with respect to these two

8  defendants and where we go from here.

9          Let me start with government counsel and where

10  things are with respect to disclosure of discovery of

11  Mr. Crowl and Mr. Young.

12          MR. NESTLER:  Good afternoon, Your Honor.  This is

13  Jeff Nestler on behalf of the United States.

14          The government has provided some initial discovery

15  to defense counsel for both Mr. Young and Mr. Crowl, as well

16  as the other indicted defendants, via our USAfx discovery

17  platform.  That occurred yesterday.

18          We are still working on the terms of a protective

19  order to govern the production of fuller discovery, but we

20  were able to get some initial materials out.  And that is

21  where things stand at the moment.

22          THE COURT:  Okay.

23          And we've now been at in this combined case --

24  there's nine co-defendants, I believe, if that number is

25  correct.

1      Does the government have any better sense of the

2 time it's going to require it to make complete disclosure of

3 discovery?

4      MR. NESTLER:  The government does anticipate

5 filing a motion to have the case designated as complex,

6 based, in part, on the voluminous discovery, both as it

7 applies to these nine defendants, as well as the Capitol

8 cases more broadly.

9      I'm sorry, Your Honor.  There's a large gathering

10 outside of my window, so that was that noise.

11      So that is the government's current position.

12      We did reach out to defense counsel this morning

13 regarding the motion to have the case designated as complex,

14 and I believe that at least some of these defense counsel

15 will be objecting to that.  And we can probably discuss that

16 more fully when all the defense counsel and the government

17 are before Your Honor; I believe that's going to be

18 tomorrow.

19      Your Honor, can you still hear me?

20      THE COURT:  Sorry.  I put my phone on mute.  Sorry

21 about that.

22      MR. NESTLER:  That's okay.

23      THE COURT:  If the government thinks it's seeing a

24 complex-case designation or at least is going to ask for

25 one?

1          But what does that mean, though, in terms of what

2   you all anticipate, even say there is a complex-case

3   designation, what do you all anticipate that will still mean

4   for completion of discovery?  Are we talking about weeks,

5   months?  Do you have a sense of it yet?  I know there's an

6   extraordinary volume of material.

7          MR. NESTLER:  It's hard to have a sense to say for

8   everything, Your Honor.

9          We do have several social media and cell phone

10  extractions for the defendants, as well as other open-source

11  media, and we've gotten a lot of that material to defense

12  counsel already.  But we ought to be able to get some of

13  that material to defense counsel in the relatively near

14  future.

15         But there's a whole other volume of material in

16  terms of other video that's out there and other sources

17  that's going to take us much more time to go through and

18  get.

19         So we are going to be asking for 60 days in our

20  complex-case motion to get the remaining materials out.

21  It does involve some more compilations on our end in terms

22  of retaining a vendor, getting a database set up, getting

23  things tagged and out the door to defense counsel.

24         THE COURT:  Okay.

25         And when do you expect to file the complex-case

1  motion?

2          MR. NESTLER:  We can expect to file that

3  complex-case motion tomorrow, Your Honor.

4          We did send a round of drafts to defense counsel

5  either late last night or this morning, so we can get that

6  on file tomorrow, if possible.  Though if it's okay with

7  Your Honor, if we could have till Monday, we could probably

8  tighten it up a little bit.

9          THE COURT:  That's fine.

10          Do you have a sense, in your communications,

11  whether any of the defendants will be consenting, perhaps --

12  I suspect those that are currently on release may not be

13  objecting, but those who are detained may take a different

14  view?

15          MR. NESTLER:  Three defense counsel for detained

16  defendants have told us they currently oppose.  The

17  remaining counsel have not yet responded to us.

18          THE COURT:  Okay.

19          All right.  So let me turn to Ms. Hernandez and

20  Mr. Foley and your thoughts about where we go from here.

21          I think, Ms. Hernandez, at least you intend to

22  file a motion for reconsideration of detention; is that

23  right?

24          MS. HERNANDEZ:  Yes, Your Honor.

25          So just for background for the Court, the Pretrial

1   Services officer in Ohio, when Mr. Crowl turned himself in

2   to authorities, recommended release, but the

3   magistrate judge declined that recommendation and held him.

4           Mr. Crowl, my understanding of his criminal

5   history, he has a DWI in his history, but he has no felony

6   convictions, no firearms were found on him, no firearms were

7   located on him at the Capitol, he's not alleged to have

8   personally injured anyone or destroyed any property.

9           And I am likely to oppose a complex-case

10  designation.  Although I recognize we are being provided an

11  awful lot of discovery, but there is just -- my experience

12  with complex cases is it takes a year or longer to go to

13  trial.  We've got nine defendants, the pandemic on top of

14  us.

15          And on top of that, Your Honor, Mr. Crowl has some

16  medical issues, which, by the way, I submitted a medical

17  alert as of March 1st.  He's not yet been seen by a doctor

18  at least as of the last time I spoke to him, which was

19  yesterday.  He has serious -- he has melanoma, and he was --

20  he had a medical appointment scheduled which came and went

21  while he's been detained.

22          So two things I'd ask the Court to ask the

23  marshals, to make sure he is seen by the doctor.  And given

24  all these circumstances, I am going to be asking for relief

25  and opposing delay.  I don't know when the Court is going to

1    re-open or going to be available for a nine-defendant case.

2    If the Court has any information in that regard, I'd love to

3    hear it.  I know I have another case pending in this

4    district with four defendants.

5                 THE COURT:  All right.

6                 Well, Ms. Hernandez, let me just ask you:  Is your

7    client, where is he currently, which facility is he in?

8    I don't know where.

9                 MS. HERNANDEZ:  I believe he's at the D.C. jail

10   under quarantine.  I believe the quarantine is due to the

11   fact that he just traveled in, not for any other reason, but

12   I'm not 100 percent certain.

13                 THE COURT:  All right.

14                 All right.  That's helpful to know.

15                 And in terms of your bond-review motion, when

16   do you expect to file that?

17                 MS. HERNANDEZ:  Your Honor, I will try to file it

18   by tomorrow evening at the latest.

19                 And I understand, we -- the government and I

20   contacted your chambers -- or your deputy about potential

21   opening for the Court to hear a motion, and I think you have

22   some time next week.

23                 THE COURT:  I always have time for you,

24   Ms. Hernandez.

25                 MS. HERNANDEZ:  Thank you, sir.

1          THE COURT:  Have you talked to the government

2   about by when the government is going to be able to file a

3   motion?  If you file something by tomorrow -- I'm sorry, an

4   opposition --

5          MS. HERNANDEZ:  I have not.

6          I figure they have about six attorneys working on

7   the case and one of them should be able to rifle off their

8   response.  As I said, I think the facts are pretty clear for

9   release.

10          THE COURT:  All right.  Well, they may take a

11   different view of that.

12          So, government counsel, by when do you think you

13   can get something on file as an opposition?

14          MR. NESTLER:  I'm sorry, did Ms. Hernandez say

15   when she plans to file?

16          THE COURT:  She said "tomorrow."

17          MR. NESTLER:  I'm not sure we had settled on the

18   day with your Clerk, Your Honor, for the date for our

19   hearing.

20          Can we ask the Clerk if we know the current date

21   we're thinking about?

22          THE COURT:  But you all had -- Mr. Douyon will

23   correct me if I am wrong, but you all had suggested either

24   the 16th, which is Tuesday, at 3:00, or the 17th at 2:30,

25   which is Wednesday.

1          MR. NESTLER:  If we could have -- and either date

2    works for the government.

3          As Ms. Hernandez indicated, between us, I'm sure

4    we can have the hearing covered, and so we're happy to work

5    around the Court and Ms. Hernandez's schedule.

6          But if we could have till Tuesday to file our

7    opposition to the motion, that would be appreciated.

8          THE COURT:  All right.

9          Well, why don't we -- you can have until Tuesday

10   to file it.  Please file it by 5:00 p.m. on Tuesday, and

11   we'll have a hearing on the bond motion at 2:30.

12         Mr. Douyon, I assume that's still available.

13   Are we going to be able -- do we know whether Mr. Crowl will

14   be in a position to do this by videoconference on that date?

15         COURTROOM DEPUTY:  Your Honor, this is

16   Jean-Claude.

17         I'm not sure what his quarantine status will be,

18   but I can put in the request for the hearing and I'll let

19   you know as soon as possible.

20         THE COURT:  Okay.

21         All right.  So we'll see where things are in terms

22   of Mr. Crowl's quarantine status, but hopefully we can do it

23   by videoconference and not by teleconference.

24         MS. HERNANDEZ:  Your Honor, just to be clear, the

25   Court will have the hearing on the 17th at 2:30?

1            THE COURT:  Yes.

2            MS. HERNANDEZ:  Thank you.

3            THE COURT:  All right.

4            Anything else on behalf of Mr. Crowl,

5    Ms. Hernandez?

6            MS. HERNANDEZ:  No.  Just the medical alert.

7            As I said, I know your Clerk forwarded it to the

8    marshals, but I'm not sure anything's been done on it.

9            THE COURT:  Yeah.  Well, we'll follow up and

10   hopefully that'll get communicated and he'll get to see

11   someone.  And if he doesn't, you'll let me know.

12           All right.  So how about for Mr. Young, where do

13   we -- what are your plans?  Is he -- he's held, and, if so,

14   where?

15           MR. FOLEY:  Yes, Your Honor.

16           He is detained.  Currently, I do understand that

17   it is at the D.C. detention -- or D.C. jail as well.  And he

18   is also on quarantine as a result of his recent travel, from

19   my understanding.

20           THE COURT:  Okay.

21           And your thoughts on future proceedings with

22   respect to Mr. Young?

23           MR. FOLEY:  Yes, sir.

24           So with respect to the decision on detention, we

25   do plan on filing a motion for reconsideration.

1      And, Your Honor, what I'd like to do is take the

2  opportunity to review the initial discovery and, thereafter,

3  collaborate with the government as to a date that makes

4  sense for both parties.  So I'd like to leave, with

5  permission of the Court, the exact filing date for that

6  motion open at this point.

7          THE COURT:  Okay.  That's fine by me.

8          And if and when you file, it would be useful to

9  meet and confer with the government on a schedule once you

10  have a date in mind of when you'll file the review motion,

11  okay?

12          MR. FOLEY:  Yes, sir.

13          THE COURT:  All right.

14          Anything else on behalf of Mr. Young?  And then we

15  can talk about next steps.

16          MR. FOLEY:  Your Honor, the only other issue,

17  I think, to address briefly is with respect to the

18  complex-case designation.

19          Preliminarily, our position on that would be an

20  opposition of that designation.  And the opposition is

21  squared with respect to what the Court raised earlier and

22  that is as it impacts Mr. Young's detention --

23          THE COURT:  Okay.

24          MR. FOLEY:  -- and the length of time at which

25  they could, you know...

1          THE COURT:  Yeah.

2          Okay.  Well, let's -- we'll take it a day at a

3    time here with these motions coming in.

4          So if the motion comes in tomorrow, has there been

5    any discussion amongst defense counsel as to those who said

6    they intend to oppose, by when they can file an opposition?

7          MR. NESTLER:  Sorry.  If that was directed to the

8    government, Your Honor, no, we did not get into the time of

9    our filing or their oppositions.

10          THE COURT:  Ms. Hernandez and Mr. Foley, since you

11    both said you're going to oppose, the government is going to

12    file tomorrow, so you get first crack at telling me what's a

13    reasonable date to expect an opposition and then anybody

14    else is going to have to follow on that date, too.  So what

15    do you think is reasonable?

16          MS. HERNANDEZ:  Your Honor, my understanding is

17    that the government said they would be filing the motion on

18    Monday, if that's -- if I understood that correctly.

19          THE COURT:  Yeah.  I think -- you know, I think

20    they said tomorrow initially and then they asked for Monday

21    and I said Monday would be fine.

22          MS. HERNANDEZ:  So I should be able to file

23    something -- of course, I'll be preparing for the detention

24    hearing, but I should be able to file something pretty

25    quickly.

1          I don't deny that there's voluminous discovery

2    coming at us.  What the Court already recognized and

3    co-counsel already recognized is that a complex-case

4    designation is going to delay trial of this case while my

5    client is detained.  So my position really depends, to a

6    great extent, on the detention issue or decision.

7          THE COURT:  Okay.

8          Well, let's do this:  I mean, if you -- if the

9    government files by the 15th -- let me just get the

10   government's motion and then I'll issue an order with a

11   deadline.  I'm not going to -- it's not going to be the full

12   14 days, it will be some time shorter than that, because I'd

13   like to get that resolved sooner rather than later.  We do

14   have nine defendants in this case, so let's get that issue

15   resolved at the outset.

16         Okay.  So let's talk about next steps.  You know,

17   I had originally hoped that we could get all the defendants

18   together on the 12th, which is tomorrow, but it doesn't make

19   a lot of sense to get Mr. Crowl and Mr. Young before me

20   tomorrow since they're here today.

21         I do think, however, it makes sense to try and

22   figure out a date where we can get all nine defendants

23   together.  Perhaps we'll have to do it in sort of sets of

24   four.  It's going to depend upon logistics, because we've

25   got folks who are detained at different facilities, and

1   getting everybody on the same platform may be more

2   challenging than I realize and we may just have to,

3   unfortunately, do it as a teleconference, but we'll figure

4   all that out.

5          Have you all talked about a next date amongst

6   yourselves?

7          MR. NESTLER:  This is Jeff Nestler on behalf of

8   the United States, Your Honor.

9          No.  We were under the impression that we would

10  come back tomorrow to align Mr. Crowl and Mr. Young with the

11  defendants who are appearing in front of Your Honor

12  tomorrow.  But I hear what Your Honor is saying about

13  logistics of how that's challenging.

14         THE COURT:  Yeah, let's pick a date.  And then

15  we'll have the other defendants who are appearing tomorrow,

16  they'll get that same date, too.  And then we'll have to

17  figure out the logistics on our end, whether we can get all

18  nine together in a single hearing on the same day or we'll

19  have to do it in two steps, which I've done in the past in

20  multi-co-defendant cases.

21         So is 30 days something that is a reasonable

22  amount?

23         MR. NESTLER:  That sounds fine for the government.

24         MS. HERNANDEZ:  For a status, Your Honor?

25         THE COURT:  Yes.

```
 1               MS. HERNANDEZ:  Certainly.

 2               THE COURT:  Okay.

 3               MR. FOLEY:  And Mr. Young has no objection either,

 4    Your Honor.

 5               THE COURT:  Okay.

 6               Let's do it a little bit less than 30 days just

 7    because of my schedule.

 8               So how about April 6th?  Is everybody available on

 9    April 6th?

10               MS. HERNANDEZ:  Yes, sir.

11               MR. FOLEY:  Yes, Your Honor.

12               THE COURT:  Mr. Douyon, do we have a free line

13    with the jail, and if so, at what time?

14               COURTROOM DEPUTY:  On April 6th, it looks like the

15    free time is 3:30.

16               THE COURT:  3:30?  Okay.

17               So is everybody available at 3:30?

18               MS. HERNANDEZ:  Yes, Your Honor.

19               MR. NESTLER:  Yes, Your Honor, that works for the

20    government.

21               MR. FOLEY:  Yes, Your Honor.

22               THE COURT:  All right.  Great.

23               So we'll put down right now 3:30 on April the 6th

24    for Mr. Young, Mr. Crowl, and we will try to get all the

25    other defendants on this same schedule in the coming days.
```

We've got some defendants who still haven't appeared before the Court, we've got a couple of defendants who have, so we're just going to need to work through that.

Have defense counsel spoken to their clients about speedy-trial time?

MS. HERNANDEZ:  I have not, Your Honor.

THE COURT:  Okay.

MR. FOLEY:  Your Honor, as to Mr. Young, also, no.

And just to bring to the Court's attention, it's been impossible to get any kind of communication with Mr. Young.  Our hope is that as they settle in, that there will be some opportunity to have a conversation with him about that and other things.

THE COURT:  Okay.

Well, is the government moving for exclusion of time?  Or I guess the question is:  Is either side moving for exclusion of time at this point?

MR. NESTLER:  Yes, Your Honor.  The government moves for the exclusion of time, consistent with the Chief Judge's standing order regarding COVID, as well as the voluminous discovery to be analyzed and produced in this case.

THE COURT:  Okay.

Any objection from the defendants?

MS. HERNANDEZ:  Mr. Crowl objects.

1          THE COURT:  Okay.

2          MR. FOLEY:  And an objection on behalf of

3    Mr. Young -- I apologize, Your Honor.  It's the feedback.

4    I don't mean to be disrespectful by cutting in on the

5    conversation.

6          THE COURT:  No.  That's okay.

7          MR. FOLEY:  There is an objection on Mr. Young's

8    behalf as well, Your Honor.

9          THE COURT:  Okay.

10         So over the objection of the defendants, I do find

11   that -- based on the government's motion, that the exclusion

12   of time is warranted in the interests of justice, and that

13   the interests of justice outweigh the interests of the

14   defendant and the public in a speedy trial.

15         Mr. Crowl and Mr. Young, what all of this means is

16   that, as criminal defendants, you have a right to a speedy

17   trial, that is, a trial within 70 days of your first

18   appearing in court.  There are a lot of exceptions to that

19   rule, one of which is that I'm allowed to exclude time; that

20   is, not count certain days toward those 70 days based upon a

21   party's motion.

22         And in this case, the government has made a motion

23   to exclude time through April the 6th.  And I'm going to

24   grant that motion, over the objection of the defendants,

25   primarily because it's in the interests of justice to afford

1    the government an opportunity to get rolling with discovery

2    and get discovery out to the defendants so that they can

3    review the discovery and begin preparing a defense with

4    their counsel.

5             Additionally, the current standing order that the

6    Court -- excuse me, that the Chief Judge just recently

7    issued excludes time through, I think, April 15th due to the

8    conditions of COVID and the difficulties of having a trial

9    because of COVID.  And so for the reasons stated in that

10   standing order, I'll also exclude time.

11            I'll also note that I don't think time actually

12   has started to run necessarily for these defendants, because

13   this is a multi-co-defendant case and at least some of the

14   co-defendants haven't yet appeared before me.  So it's even

15   doubtful that the time has even started, that the time clock

16   has even started for Mr. Crowl and Mr. Young.  Be that as it

17   may, I have excluded time through April the 6th.

18            And so with that, is there anything else we need

19   to take up?  I do have one housekeeping matter I want to

20   raise with government counsel about another co-defendant.

21            MR. NESTLER:  Sure, Your Honor.

22            And I can mention this.  I know you mentioned

23   trying to get all of the defendants aligned in front of

24   Your Honor, which the government, of course, shares that

25   view.

1          Just so Your Honor is aware, there are two other

2    currently indicted defendants who are held named Laura

3    Steele and Connie Meggs, who I'm informed by the marshals

4    are -- have not yet arrived in D.C.

5          And along the lines, the same lines, Your Honor,

6    there are currently nine indicted defendants.  The

7    government does anticipate that additional defendants will

8    be added to the conspiracy at some point.

9          THE COURT:  Okay.

10         Do you have a sense of how many?

11         MR. NESTLER:  At least one, but potentially up to

12   five or six or even a few more, Your Honor.

13         THE COURT:  Okay.

14         Well, that's interesting news.  Okay.

15         MS. HERNANDEZ:  Your Honor?

16         THE COURT:  Yes, Ms. Hernandez.

17         MS. HERNANDEZ:  Does the Court have any

18   information it could provide regarding what, when, if at

19   all, the Court -- District Court is going to be able to try

20   a case with nine or 14 defendants or 15 defendants, in light

21   of the pandemic?

22         I know, as I started to say earlier, I have a case

23   with only four co-defendants, and that's been very difficult

24   to schedule because of the pandemic procedures.  So I'm just

25   wondering:  Does the Court have any other information it can

1    provide us?

2              THE COURT:  Well, I guess I'm not sure what you

3    mean, Ms. Hernandez, in the sense that, I mean, our

4    proceedings are ongoing; even though they're virtual, we're

5    still managing.

6              I mean, if you mean a trial --

7              MS. HERNANDEZ:  Right, a trial.

8              THE COURT:  I mean, I don't see a trial in this

9    case likely for some number of months.

10             I mean, as you know, under the new standing order,

11   trials are set to commence in a phased fashion starting

12   March 15th, and the trial calendar is pretty booked through

13   the summer.

14             So, you know, we'll just have to wait and see.

15   You know, could we -- when is it reasonable that all nine or

16   maybe more defendants who want to go to trial, are we going

17   to have a trial with that many defendants?  I just can't

18   tell you that right now.  We'll see whether some defendants

19   resolve their cases, or if others want a trial, you know, if

20   there's still a lot of defendants, we may need to split it

21   up into groups.  We'll just have to see.

22             MS. HERNANDEZ:  Thank you.

23             THE COURT:  Yeah.

24             I mean, I know that's not terribly satisfying, but

25   those are just the circumstances we're finding ourselves in

1  right now.

2         Okay.  I don't have anything further for Mr. Crowl

3  and Mr. Young.

4         I did want to talk to the government about

5  Ms. Meggs.  So, Ms. Hernandez and Mr. Foley, there's no need

6  for you to continue on the line.  If you want to depart,

7  that's fine.

8         As far as --

9         MS. HERNANDEZ:  Thank you, Your Honor.  I'm going

10 to terminate my call if that's okay with the Court.

11 Thank you.

12        THE COURT:  All right.  Very good.  We'll see

13 everybody on the 6th.

14        MR. FOLEY:  Thank you, Your Honor.

15        THE COURT:  Thank you.

16        All right.  Insofar as Ms. Meggs goes, she did

17 file a bond-review motion.  I gather she's still, at least

18 according to the bond-review motion, they can't get her out

19 of Florida for whatever reason.

20        And does the government have any further insight

21 into what her status is and when she might be arriving here?

22        MR. NESTLER:  Yes, Your Honor.

23        I've been in touch with the marshals in response

24 to defense counsel's request of the government and then the

25 bond-review motions regarding Ms. Meggs's status.

1          Apparently, her transportation has something to do

2    with jewelry on her body and not being able to transport

3    her, consistent with the marshals and there's a policy,

4    that's the justice prisoner transportation system, JPATS,

5    and individuals being able to have certain jewelry on their

6    bodies.

7          So that was the information I received from the

8    marshals, and there is a process ongoing with trying to

9    resolve that.  But she does appear, as of today, to continue

10   to be in Florida.

11              THE COURT:  Okay.

12          And is the government going to oppose the

13   bond-review motion?

14              MR. NESTLER:  Yes, Your Honor.

15              THE COURT:  Okay.  So by when do you think you'll

16   file an opposition to it?

17              MR. NESTLER:  I'm hoping to get some additional

18   information from the marshals.

19          I understood Ms. Meggs's bond-review motion to be

20   premised on her inability temporarily to be transported,

21   rather than the underlying substantive offense.  And so

22   I was hoping that the marshals would be able to resolve that

23   in the near future.

24          I say all that because the government would want

25   to file an opposition next week, and I'm hoping that the

1    marshals will be able to moot this issue out and get her up

2    to D.C. expeditiously.  So perhaps we could file by

3    Wednesday.

4            THE COURT:  Okay.  That's fine.

5            Yeah.  I mean, I'm just looking at her review

6    motion.  And it's true that a portion of it refers to her

7    inability to be transported, but defense counsel goes on to

8    make other arguments under the Bail Reform Act and the

9    factors I'm supposed to consider.

10           All right.  If you can file something by

11   Wednesday, I can try and turn my attention to that.  And

12   we will make efforts to, if she's still in Florida, try and

13   figure out whether we can get connected with her and her

14   counsel for a hearing late next week.

15           MR. NESTLER:  Understood, Your Honor.

16           And just to flag something for Your Honor:  I know

17   her counsel, Mr. Wilson, will be in front of Your Honor

18   tomorrow at 3:00 p.m.  And Ms. Meggs's husband, Kelly Meggs,

19   is set to be arraigned.

20           THE COURT:  Okay.

21           MR. NESTLER:  The government does anticipate

22   tomorrow, just to preview this for Your Honor, raising for

23   the Court the potential conflict of having Mr. Wilson

24   represent both of them.

25           THE COURT:  Yep.

1          MR. NESTLER:  I've already spoken to Mr. Wilson;

2   he's aware that we're planning to raise that.  I just wanted

3   to flag that.

4          THE COURT:  And is Mr. Meggs, he's on release?

5          MR. NESTLER:  Mr. Meggs is detained and he is also

6   at the D.C. jail.

7          THE COURT:  Okay.  So he is detained.  Okay.

8          All right.  So we'll take all that up tomorrow.

9          Just please remind me to just talk about Ms. Meggs

10  and the schedule for her and whether he -- whether

11  ultimately counsel represents both or we have two new

12  orders.

13         The bottom line is, I've got to -- have to

14  provide -- we can -- I have to look at -- I haven't

15  confronted this in many years.  But in theory, they could

16  proceed with the same lawyer, unless -- so long as they are

17  sort of advised about potential conflicts and waive them.

18         MR. NESTLER:  Yes.

19         THE COURT:  We'll just have to take that up.

20         MR. NESTLER:  I believe that's the case,

21  Your Honor.

22         We just wanted to flag for Your Honor anything

23  they might need to have independent counsel appointed to

24  advise them on the potential for conflict --

25         THE COURT:  Yep.

```
 1              MR. NESTLER:  -- and any negative outcomes for
 2    their own cases if they have the same counsel.
 3              THE COURT:  Right.  Okay.
 4              All right.  Well, we'll take a look at that before
 5    tomorrow.  And I'll make sure we do what we're supposed to
 6    do to make sure everybody's rights are observed and they're
 7    adequately informed about the risks that they want
 8    proceeding with the same lawyer.
 9              MR. NESTLER:  Yes, Your Honor.
10              THE COURT:  All right.  Anything further?
11              MR. NESTLER:  Not from the government, Your Honor.
12              THE COURT:  All right.  Thanks very much.
13              MR. NESTLER:  Thank you.  Have a nice day.
14              THE COURT:  You too.  Bu-bye.
15              (Proceedings concluded at 4:45 p.m.)
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

        Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__April 7, 2021_____    /S/__William P. Zaremba_____

                          William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5]  4/19 5/22
6/2 14/15 20/14
DEFENDANT CROWL:
[1]  3/16
DEFENDANT YOUNG:
[1]  3/17
DEPUTY CLERK: [1]
3/2
MR. FOLEY: [15]  4/3
4/10 6/24 15/15 15/23
16/12 16/16 16/24 20/3
20/11 20/21 21/8 22/2
22/7 26/14
MR. NESTLER: [29]
7/12 8/4 8/22 9/7 10/2
10/15 13/14 13/17 14/1
17/7 19/7 19/23 20/19
21/18 23/21 24/11
26/22 27/14 27/17
28/15 28/21 29/1 29/5
29/18 29/20 30/1 30/9
30/11 30/13
MS. HERNANDEZ:
[25]  4/2 4/7 5/10 5/25
10/24 12/9 12/17 12/25
13/5 14/24 15/2 15/6
17/16 17/22 19/24 20/1
20/10 20/18 21/6 21/25
24/15 24/17 25/7 25/22
26/9
THE COURT: [66]

/
/S [1]  31/10

1
100 [1]  12/12
1030 [1]  2/7
11 [1]  1/5
12th [1]  18/18
1361 [2]  5/6 6/15
14 [2]  18/12 24/20
15 [1]  24/20
1512 [3]  5/3 6/12 6/20
152412 [1]  2/7
15th [3]  18/9 23/7
25/12
16th [1]  13/24
1752 [2]  5/8 6/17
17th [2]  13/24 14/25
18 [9]  4/24 5/2 5/5 5/8
6/8 6/11 6/14 6/17 6/19
19 [1]  31/6
1st [1]  11/17

2
2,6 [1]  1/4
20001 [1]  2/18
202 [2]  1/17 2/19
2021 [2]  1/5 31/10
20530 [1]  1/16
20777 [1]  2/3
21-28 [1]  3/3
21-28-2 [1]  4/22
21-28-2,6 [1]  1/4
21-28-6 [1]  6/6

239 [1]  2/13
239-286-2905 [1]  2/8
240 [1]  2/4
252-6928 [1]  1/17
28 [1]  3/3
2905 [1]  2/8
2:30 [3]  13/24 14/11
14/25

3
30 [2]  19/21 20/6
3249 [1]  2/19
333 [1]  2/18
33901 [1]  2/12
3391 [1]  2/4
33990 [1]  2/8
354-3249 [1]  2/19
371 [2]  4/25 6/9
3:00 [2]  13/24 28/18
3:30 [4]  20/15 20/16
20/17 20/23

4
472-3391 [1]  2/4
4:08 [1]  1/6
4:45 [1]  30/15

5
555 [1]  1/16
5:00 [1]  14/10

6
60 [1]  9/19
6080 [1]  2/13
690-6080 [1]  2/13
6928 [1]  1/17
6th [7]  20/8 20/9 20/14
20/23 22/23 23/17
26/13

7
70 days [2]  22/17
22/20
7166 [1]  2/3

9
9th [1]  2/7

A
abetting [4]  5/2 5/5
6/11 6/14
able [14]  3/20 3/23
7/20 9/12 13/2 13/7
14/13 17/22 17/24
24/19 27/2 27/5 27/22
28/1
about [20]  8/21 9/4
10/20 12/20 13/2 13/6
13/21 15/12 16/15
18/16 19/5 19/12 20/8
21/4 21/13 23/20 26/4
29/9 29/17 30/7
above [1]  31/4
above-titled [1]  31/4
according [1]  26/18
Act [1]  28/8
actually [1]  23/11
added [1]  24/8

montional [2]  2/17
27/17
Additionally [1]  23/5
address [1]  16/17
adequately [1]  30/7
advise [1]  29/24
advised [1]  29/17
afford [1]  5/25
afternoon [7]  3/2 3/13
3/14 3/21 4/1 4/13 7/12
agents [1]  5/15
Ahmed [2]  1/13 3/5
ahmed.baset [1]  1/19
aided [1]  2/20
aiding [4]  5/2 5/5 6/11
6/14
alert [2]  11/17 15/6
Alexandra [1]  1/14 3/6
Alexandra.Hughes [1]
1/21
align [1]  19/10
aligned [1]  23/23
all [41]
All right [1]  5/21
alleged [1]  11/7
allowed [1]  22/19
along [1]  24/5
already [4]  9/12 18/2
18/3 29/1
also [6]  3/11 15/18
21/8 23/10 23/11 29/5
Although [1]  11/10
always [1]  12/23
am [3]  11/9 11/24
13/23
Amendments [1]  11/2
AMERICA [2]  1/3 3/4
AMIT [1]  1/10
amongst [2]  17/5 19/5
amount [1]  19/22
analyzed [1]  21/21
Andre [2]  2/14 3/11
another [1]  12/3 23/20
anticipate [5]  8/4 9/2
9/3 24/7 28/21
any [14]  3/25 5/15 8/1
10/11 11/8 12/2 12/11
17/5 21/10 21/24 24/17
24/25 26/20 30/1
anybody [1]  17/13
anyone [1]  11/8
anything [6]  15/4
16/14 23/18 26/2 29/22
30/10
anything's [1]  15/8
aol.com [1]  2/4
apologize [1]  5/22 22/3
Apparently [1]  27/1
appear [1]  27/9
APPEARANCE [1]  1/9
APPEARANCE/ARRAI
GNMENT [1]  1/9
APPEARANCES [2]
1/12 1/21
appeared [2]  21/1
23/14
appearing [3]  19/11
19/15 22/18

applies [1]  19/2
appointed [1]  29/23
appointment [1]  11/20
appreciated [1]  14/7
April [8]  20/8 20/9
20/14 20/23 22/23 23/7
23/17 31/10
are [27]  3/22 7/10 7/18
8/17 9/4 9/19 10/12
10/13 11/10 13/8 14/13
14/21 15/13 18/25
19/11 19/15 22/18 24/1
24/2 24/4 24/6 25/4
25/11 25/16 25/25
29/16 30/6
Are we [1]  14/13
arguments [1]  28/8
around [1]  14/5
arraign [1]  4/14
arraigned [1]  28/19
arraignment [2]  1/9
4/16
arrived [1]  24/4
arriving [1]  26/21
as [38]
ask [7]  4/16 5/23 8/24
11/22 11/22 12/6 13/20
asked [1]  17/20
asking [2]  9/19 11/24
asserts [1]  5/13
assume [1]  14/12
attention [1]  21/9
28/11
ATTORNEY'S [1]  1/15
attorneys [1]  13/6
authorities [1]  11/2
available [5]  4/9 12/1
14/12 20/8 20/17
Ave [2]  2/7 2/12
Avenue [1]  2/18
aware [2]  24/1 29/2
awful [1]  11/11

B
back [1]  19/10
background [1]  10/25
Bail [1]  28/8
Barrett [1]  2/17
based [3]  8/6 22/11
22/20
Baset [2]  1/13 3/5
be [41]
because [9]  3/19 18/12
18/24 20/7 22/25 23/9
23/12 24/24 27/24
been [10]  4/23 6/7 7/23
11/17 11/21 15/8 17/4
21/10 24/23 26/23
before [6]  1/10 8/17
18/19 21/1 23/14 30/4
begin [1]  23/3
behalf [11]  4/11 5/12
5/18 6/24 7/4 7/13 15/4
16/14 19/7 22/2 22/8
being [3]  11/10 27/2
27/5
believe [6]  7/24 8/14
8/17 12/9 12/10 29/20

better [1]  8/1
between [1]  14/3
bit [2]  10/8 20/6
bodies [1]  27/6
body [1]  27/2
bond [7]  12/15 14/11
26/17 26/18 26/25
27/13 27/19
bond-review [6]  12/15
26/17 26/18 26/25
27/13 27/19
booked [1]  25/12
both [6]  7/15 8/6 16/4
17/11 28/24 29/11
bottom [1]  29/13
briefly [1]  16/17
bring [1]  21/9
broadly [1]  8/8
Bu [1]  30/14
Bu-bye [1]  30/14
building [2]  5/7 6/16
business [1]  4/13
bye [1]  30/14

C
calendar [1]  25/12
call [1]  26/10
came [1]  11/24
can [22]  3/15 8/15 8/19
10/2 10/5 13/13 13/20
14/4 14/9 14/18 14/22
16/15 17/6 18/22 19/17
23/2 23/22 24/25 28/10
28/11 28/13 29/14
can't [2]  25/17 26/18
Cape [1]  2/8
Capitol [2]  8/7 11/7
Carmen [4]  2/2 3/7 4/2
5/11
Carmen Hernandez [1]
5/11
case [26]  3/3 4/22 6/6
7/23 8/5 8/13 8/24 9/2
9/20 9/25 10/3 11/9
12/1 12/3 13/7 16/18
18/3 18/4 18/14 21/22
22/22 23/13 24/20
24/22 25/9 29/20
cases [5]  8/8 11/12
19/20 25/19 30/2
cell [1]  9/9
certain [3]  12/12 22/20
27/5
Certainly [1]  20/1
Certified [1]  2/16
certify [1]  31/2
CH [1]  2/17
challenging [2]  19/2
19/13
chambers [1]  12/20
charged [2]  4/23 6/7
chernan7 [1]  2/4
Chief [2]  21/19 23/6
circumstances [3]
3/19 11/24 25/25
Claude [1]  14/16
clear [2]  13/8 14/24
Clerk [3]  13/18 13/20

**C**

Clerk... [1]  15/7
Cleveland [1]  2/12
client [2]  12/7 18/5
clients [1]  21/4
clock [1]  23/15
co [7]  7/24 18/3 19/20
23/13 23/14 23/20
24/23
co-counsel [1]  18/3
co-defendant [1]  23/20
co-defendants [7] 24
23/14 24/23
Code [9]  4/25 5/3 5/6
5/8 6/9 6/12 6/15 6/17
6/19
collaborate [1]  16/3
COLUMBIA [2]  1/1
1/15
combined [1]  7/23
come [1]  19/10
comes [1]  17/4
coming [3]  17/3 18/2
20/25
commence [1]  25/11
communicated [1]
15/10
communication [1]
21/10
communications [1]
10/10
compilations [1]  9/21
complete [1]  8/2
completion [1]  9/4
complex [11]  8/5 8/13
8/24 9/2 9/20 9/25 10/3
11/9 11/12 16/18 18/3
complex-case [8]  8/24
9/2 9/20 9/25 10/3 11/9
16/18 18/3
computer [1]  2/20
computer-aided [1]
2/20
concluded [1]  30/15
conditions [1]  23/8
confer [1]  16/9
conflict [2]  28/23 29/24
conflicts [1]  29/17
confronted [1]  29/15
connected [1]  28/13
Connie [1]  24/3
consenting [1]  10/11
consider [1]  28/9
consistent [2]  21/19
27/3
conspiracy [3]  4/24
6/8 24/8
Constitution [2]  2/18
5/16
constitutional [1]  5/13
contacted [1]  12/20
continue [2]  26/6 27/9
CONTINUED [1]  2/1
conversation [2]  21/12
22/5
convictions [1]  11/6
copy [2]  4/20 6/5
Coral [1]  2/8

correctly [1]  17/25
31/3
correctly [1]  17/18
could [10]  10/7 10/7
14/1 14/6 16/25 18/17
24/18 25/15 28/22 29/15
counsel [29]  3/14 3/25
4/4 4/20 5/23 6/4 7/9
7/15 8/12 8/14 8/16
9/12 9/13 9/23 10/4
10/15 10/17 13/12 17/5
18/3 21/4 23/4 23/20
28/7 28/14 28/17 29/11
29/23 30/2
counsel's [1]  26/24
count [12]  4/24 5/1 5/4
5/7 5/19 6/8 6/10 6/13
6/16 6/18 7/4 22/20
Count 1 [2]  4/24 6/8
Count 2 [2]  5/1 6/10
Count 3 [2]  5/4 6/13
Count 4 [2]  5/7 6/16
Count 6 [1]  6/18
counts [4]  4/23 5/13
6/7 7/1
couple [1]  21/2
course [2]  17/23 23/24
court [23]  1/1 2/15
2/17 10/25 11/22 11/25
12/2 12/21 14/5 14/25
16/5 16/21 18/2 21/2
22/18 23/6 24/17 24/19
24/19 24/25 26/10
28/23 31/7
Court's [1]  21/9
covered [1]  14/4
COVID [4]  21/20 23/8
23/9 31/6
COVID-19 [1]  31/6
CR [1]  1/4
crack [1]  17/12
criminal [5]  3/3 4/22
6/6 11/4 22/16
CROWL [27]  1/6 2/2
3/4 3/8 3/15 3/22 4/5
4/8 4/17 4/22 5/12 5/18
5/23 7/11 7/15 11/1
11/4 11/15 14/13 15/4
18/19 19/10 20/24
21/25 22/15 23/16 26/2
Crowl's [1]  14/22
CRR [2]  31/2 31/11
current [4]  3/19 8/11
13/20 23/5
currently [6]  10/12
10/16 12/7 15/16 24/2
24/6
cutting [1]  22/4

**D**

D.C [9]  1/5 1/16 2/18
12/9 15/17 15/17 24/4
28/2 29/6
database [1]  9/22
date [14]  13/18 13/20
14/1 14/14 16/3 16/5
16/10 17/13 17/14
18/22 19/5 19/14 19/16

day [4]  13/18 17/2
19/18 30/13
days [8]  9/19 18/12
19/21 20/6 20/25 22/17
22/20 22/20
deadline [1]  18/11
decision [2]  15/24 18/6
declined [1]  11/3
defendant [9]  2/2 2/5
3/7 3/10 12/1 19/20
22/14 23/13 23/20
defendants [3]
defense [18]  3/25 4/20
5/23 6/4 7/15 8/12 8/14
8/16 9/11 9/13 9/23
10/4 10/15 17/5 21/4
23/3 26/24 28/7
delay [2]  11/25 18/4
deny [1]  18/1
depart [1]  26/6
depend [1]  18/24
depends [1]  18/5
deputy [1]  12/20
designated [2]  8/5
8/13
designation [6]  8/24
9/3 11/10 16/18 16/20
18/4
Desiree [3]  2/6 2/6 3/9
destroyed [1]  11/8
destruction [2]  5/4
6/13
detained [8]  10/13
10/15 11/21 15/16 18/5
18/25 29/5 29/7
detention [6]  10/22
15/17 15/24 16/22
17/23 18/6
did [6]  8/12 10/4 13/14
17/8 26/4 26/16
different [3]  10/13
13/11 18/25
difficult [1]  24/23
difficulties [1]  23/8
directed [1]  17/7
disclosure [2]  7/10 8/2
discovery [14]  7/10
7/14 7/16 7/19 8/3 8/6
9/4 11/11 16/2 18/1
21/21 23/1 23/2 23/3
discuss [1]  8/15
discussion [1]  17/5
disrespectful [1]  22/4
district [6]  1/1 1/1 1/11
1/15 12/4 24/19
do [35]
do you [6]  5/9 6/21
6/22 9/3 9/25 12/16
Do you have [3]  9/5
10/10 24/10
doctor [2]  11/17 11/23
documents [1]  6/18
does [11]  4/8 8/1 8/4
9/1 9/21 24/7 24/17
24/25 26/20 27/9 28/21
doesn't [2]  15/11 18/18
don't [9]  4/4 11/25 12/8

25/8 26/2
done [2]  15/8 19/19
DONOVAN [4]  1/6 2/2
3/4 3/8
Donovan Crowl [1]  3/8
door [1]  9/23
doubtful [1]  23/15
Douyon [4]  4/17 13/22
14/12 20/12
down [1]  20/23
drafts [1]  10/4
due [2]  12/10 23/7
during [1]  31/5
DWI [1]  11/5
dwilson [1]  2/9

**E**

each [3]  5/13 5/19 7/4
earlier [2]  16/21 24/22
efforts [1]  28/12
either [5]  10/5 13/23
14/1 20/3 21/16
else [4]  15/4 16/14
17/14 23/18
Email [1]  1/17 1/18
1/19 1/20 2/9
end [2]  9/21 19/17
entry [2]  5/19 7/3
ESQ [2]  2/6 2/11
even [6]  9/2 23/14
23/15 23/16 24/12 25/4
evening [1]  20/24
everybody [4]  19/1
20/8 20/17 26/13
everybody's [1]  30/6
everyone [1]  3/13
everything [1]  9/8
exact [1]  16/5
exceptions [1]  22/18
exclude [2]  22/19
22/23 23/10
excluded [1]  23/17
excludes [1]  23/7
exclusion [4]  21/15
21/17 21/19 22/11
excuse [1]  23/6
expect [4]  9/25 10/2
12/16 17/13
expeditiously [1]  28/2
experience [1]  11/11
extent [1]  18/6
extractions [1]  9/10
extraordinary [1]  9/6

**F**

facilities [1]  18/25
facility [1]  12/7
fact [1]  12/11
factors [1]  28/9
facts [1]  13/8
far [1]  26/8
fashion [1]  25/11
federalattorneyflorida.
com [1]  2/10
feedback [1]  22/3
felony [1]  11/5
few [1]  24/12

fifth [1]  5/15
figure [6]  4/14 13/6
18/22 19/3 19/17 28/13
file [24]  9/25 10/2 10/6
10/22 12/16 12/17 13/2
13/3 13/13 13/15 14/6
14/10 14/10 16/8 16/10
17/6 17/12 17/22 17/24
26/17 27/16 27/25 28/2
28/10
files [1]  18/9
filing [5]  8/5 15/25 16/5
17/9 17/17
find [1]  22/10
finding [1]  25/25
fine [6]  10/9 16/7 17/21
19/23 26/7 28/4
firearms [2]  11/6 11/6
FIRM [1]  2/11
first [2]  17/12 22/17
five [1]  24/12
FL [2]  2/8 2/12
flag [1]  28/16 29/3
29/22
Florida [3]  26/19 27/10
28/12
Foley [9]  2/11 2/11 3/9
4/3 6/24 7/2 10/20
17/10 26/5
folks [2]  4/15 18/25
follow [2]  15/9 17/14
following [2]  4/23 6/7
foregoing [1]  31/3
forgot [1]  5/22
formal [3]  5/23 5/25
6/21
formality [1]  7/6
Fort [1]  2/12
forwarded [1]  15/7
found [1]  11/6
four [2]  12/4 18/24
24/23
Fourth [1]  1/16
free [2]  20/12 20/15
front [3]  19/11 23/23
28/17
full [1]  18/11
fuller [1]  7/19
fully [1]  8/16
further [5]  26/2 26/20
30/10
future [3]  9/14 15/21
27/23

**G**

gather [1]  26/17
gathering [1]  8/9
get [27]  7/20 9/12 9/18
9/20 10/5 13/13 15/10
15/10 17/8 17/12 18/9
18/13 18/14 18/17
18/19 18/22 19/16
19/17 20/24 21/10 23/1
23/2 23/23 26/18 27/17
28/1 28/13
getting [3]  9/22 9/22
19/1
given [1]  11/23

**G**

go [6]  4/14 7/8 9/17
10/20 11/12 25/16
goes [2]  26/16 28/7
going [23]  8/2 8/17
8/24 9/17 9/19 11/24
11/25 12/1 13/2 14/13
17/11 17/11 17/14 18/4
18/11 18/11 18/24 21/3
22/23 24/19 25/16 26/9
27/12
good [6]  3/2 3/13 3/14
4/12 7/12 26/12
got [5]  11/13 18/25
21/1 21/2 29/13
gotten [1]  9/11
govern [1]  7/19
government [38]
government's [3]  8/11
18/10 22/11
grant [1]  22/24
GRAYDON [4]  1/7 2/6
3/4 3/10
great [2]  18/6 20/22
grounds [2]  5/7 6/16
groups [1]  25/21
guess [2]  21/16 25/2
guilty [4]  5/12 5/19
6/25 7/3

**H**

had [5]  11/20 13/17
13/22 13/23 18/17
hand [1]  4/13
happy [1]  14/4
hard [1]  9/7
has [16]  4/20 6/4 7/14
11/5 11/5 11/15 11/19
11/19 12/12 17/4 20/3
22/22 23/12 23/15
23/16 27/1
have [59]
haven't [3]  21/1 23/14
29/14
having [2]  23/8 28/23
he [20]  5/12 5/13 5/25
11/5 11/5 11/19 11/19
11/19 11/20 11/23 12/7
12/7 12/11 15/11 15/13
15/16 15/17 29/5 29/7
29/10
he'll [1]  15/10
he's [7]  11/7 11/17
11/21 12/9 15/13 29/2
29/4
hear [5]  3/15 8/19 12/3
12/21 19/12
hearing [9]  13/19 14/4
14/11 14/18 14/25
17/24 19/18 28/14 31/5
held [3]  11/3 15/13
24/2
helpful [1]  12/14
her [13]  26/18 26/21
27/1 27/2 27/3 27/20
28/1 28/5 28/6 28/13
28/13 28/17 29/10
here [6]  4/15 7/8 10/20

**Hernandez [17]**  2/2 3/7
4/2 4/6 5/11 5/17 10/19
10/21 12/6 12/24 13/14
14/3 15/5 17/10 24/16
25/3 26/5
Hernandez's [1]  14/5
Highland [1]  2/3
him [5]  11/3 11/6 11/7
11/18 21/12
himself [1]  11/1
his [5]  5/13 11/4 11/5
14/17 15/18
history [1]  11/5 11/5
Hollow [1]  2/3
Honor [55]
HONORABLE [1]  1/10
hope [1]  21/11
hoped [1]  18/17
hopefully [2]  14/22
15/10
hoping [3]  27/17 27/22
27/25
housekeeping [1]
23/19
how [6]  5/9 6/22 15/12
19/13 20/8 24/10
however [1]  18/21
Hughes [2]  1/14 3/6
husband [1]  28/18

**I**

I am [1]  11/24
I apologize [2]  5/22
22/3
I assume [1]  14/12
I believe [6]  7/24 8/14
8/17 12/9 12/10 29/20
I can [3]  14/18 23/22
28/11
I did [1]  26/4
I don't [2]  12/8 18/1
22/4
I don't have [1]  26/2
I don't think [1]  23/11
I guess [1]  21/16
I have [4]  12/3 13/5
21/6 23/17
I haven't [1]  29/14
I just [2]  25/17 29/2
I know [5]  9/5 12/3
15/7 24/22 25/24
I mean [6]  18/8 25/3
25/6 25/8 25/10 28/5
I say [1]  27/24
I should [2]  17/22
17/24
I think [6]  10/21 12/21
13/8 16/17 17/19 23/7
I understand [2]  3/22
12/19
I was [1]  27/22
I will [1]  12/17
I'd [5]  11/22 12/2 16/1
16/4 18/12
I'll [8]  4/16 6/3 14/18
17/23 18/10 23/10
23/11 30/5

just [26]  10/25 11/11
12/6 12/11 14/24 15/6
18/9 19/2 20/6 21/3
21/9 23/6 24/1 24/24
25/14 25/17 25/21
25/25 28/5 28/16 28/22
29/2 29/9 29/9 29/19
29/22
justice [5]  2/13 22/12
22/13 22/25 27/4

**K**

Kathryn [2]  1/13 3/5
Kathryn Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/18
Kelly [1]  28/18
kind [1]  21/10
know [21]  9/5 11/25
12/3 12/8 12/14 13/20
14/13 14/19 15/7 15/11
16/25 17/19 18/16
23/22 24/22 25/10
25/14 25/15 25/19
25/24 28/16

**L**

large [1]  8/9
last [2]  10/5 11/18
late [2]  10/5 28/14
later [1]  18/13
latest [1]  12/18
Laura [1]  24/2
LAW [1]  2/11
lawyer [2]  29/16 30/8
least [7]  8/14 8/24
10/21 11/18 23/13
24/11 26/17
leave [1]  16/4
Leigh [1]  1/13
length [1]  16/24
less [1]  20/6
let [6]  7/9 10/19 12/6
14/18 15/11 18/9
let's [9]  4/16 5/21 7/7
17/2 18/8 18/14 18/16
19/14 20/6
light [1]  24/20
like [4]  16/1 16/4 18/13
20/14
likely [2]  11/9 25/9
limitations [1]  31/7
line [4]  3/11 20/12 26/6
29/13
lines [2]  24/5 24/5
little [2]  10/8 20/6
located [1]  11/7
logistics [3]  18/24
19/13 19/17
long [1]  29/16
longer [1]  11/12
look [2]  29/14 30/4
looking [1]  28/5
looks [1]  20/14
lot [5]  9/11 11/11 18/19
18/25 20/20

13/14 13/17 14/3 14/17
15/8 18/11 22/19 22/23
24/3 24/24 25/2 26/9
27/17 27/25 28/5 28/9
I'm going [2]  22/23
26/9
I'm just [2]  24/24 28/5
I'm not [2]  12/12 18/11
I'm not sure [3]  14/17
15/8 25/2
I'm sorry [1]  13/3
13/14
I'm sure [1]  14/3
I've [4]  19/19 26/23
29/1 29/13
impacts [1]  16/22
impossible [1]  21/10
impression [1]  19/9
inability [2]  27/20 28/7
independent [1]  29/23
indicated [1]  14/3
indicted [1]  7/16 24/2
24/6
indictment [7]  4/21
5/20 5/24 6/1 6/5 6/22
7/5
individuals [1]  27/5
information [5]  12/2
24/18 24/25 27/7 27/18
informed [2]  24/3 30/7
initial [4]  1/9 7/14 7/20
16/2
initially [1]  17/20
injured [1]  11/8
insight [1]  26/20
Insofar [1]  26/16
intend [2]  10/21 17/6
interesting [1]  24/14
interests [4]  22/12
22/13 22/13 22/25
involve [1]  9/21
is [74]
issue [5]  16/16 18/16
18/10 18/14 28/1
issued [1]  23/7
issues [1]  11/16
it [32]
It does [1]  9/21
it would be [1]  16/8
it's [12]  4/9 8/2 8/23
9/7 10/6 18/11 18/24
21/9 22/3 22/25 23/14
28/6
its [1]  5/15

**J**

jail [4]  12/9 15/17
20/13 29/6
Jean [1]  14/16
Jean-Claude [1]  14/16
Jeff [2]  7/13 19/7
Jeffrey [1]  1/14 3/5
jeffrey.nestler [1]
16/4 18/12
jewelry [2]  27/2 27/5
JPATS [1]  27/4
judge [3]  1/11 11/3
3/6

Judges [2]  love [1]  12/2

**M**

made [1]  22/22
magistrate [1]  11/3
magistrate judge [1]
11/3
make [7]  11/23
18/18 28/8 28/12 30/5
30/6
makes [2]  16/3 18/21
managing [1]  25/5
many [3]  24/10 25/17
29/15
March [3]  1/5 11/17
25/12
marshals [9]  11/23
15/8 24/3 26/23 27/3
27/8 27/18 27/22 28/1
material [4]  9/6 9/11
9/13 9/15
materials [2]  7/20 9/20
matter [2]  23/19 31/4
may [8]  4/19 6/4 10/12
10/13 13/10 19/1 19/2
23/17 25/20
maybe [2]  25/16
MD [1]  2/3
me [14]  3/15 7/9 8/19
10/19 12/6 13/23 15/11
16/7 17/12 18/9 18/19
23/6 23/14 29/9
mean [12]  9/1 9/3 18/8
22/4 25/3 25/3 25/6
25/6 25/8 25/10 25/24
28/5
means [1]  22/15
mechanical [1]  2/20
media [2]  9/9 9/11
medical [4]  11/16
11/16 11/20 15/6
meet [1]  16/9
Meggs [7]  24/3 26/5
26/16 28/18 29/4 29/25
29/9
Meggs's [3]  26/25
27/19 28/18
MEHTA [1]  1/10
melanoma [1]  11/19
mention [1]  23/22
mentioned [1]  23/22
Merit [1]  2/16
method [1]  4/9
might [2]  26/21 29/23
mind [1]  16/10
Mink [1]  2/3
moment [1]  7/21
Monday [4]  10/7 17/18
17/20 17/21
months [2]  9/5 25/9
moot [1]  28/1
more [7]  8/8 8/16 9/17
9/21 19/1 24/12 25/16
morning [2]  8/12 10/5
motion [26]  8/5 8/13
9/20 10/1 10/3 10/22
12/15 12/21 13/3 14/7
14/11 15/25 16/6 16/10

**M**

motion... [12] 17/4 17/17 18/10 22/11 22/21 22/22 22/24 26/17 26/18 27/13 27/19 28/6
motions [2] 17/3 26/25
moves [1] 21/19
moving [2] 21/15 21/16
Mr. [63]
Mr. Crowl [23] 3/15 3/22 4/5 4/8 4/17 4/22 5/12 5/18 5/23 7/11 7/15 11/1 11/4 11/15 14/13 15/4 18/19 19/10 20/24 21/25 22/15 23/16 26/2
Mr. Crowl's [1] 14/22
Mr. Douyon [4] 4/17 13/22 14/12 20/12
Mr. Foley [4] 7/2 10/20 17/10 26/5
Mr. Meggs [2] 29/4 29/5
Mr. Wilson [3] 28/17 28/23 29/1
Mr. Young [24] 3/15 3/22 4/11 4/18 5/21 6/3 6/6 6/24 7/4 7/11 7/15 15/12 15/22 16/14 18/19 19/10 20/3 20/24 21/8 21/11 22/3 22/15 23/16 26/3
Mr. Young's [2] 16/22 22/7
Ms. [20] 4/6 5/17 10/19 10/21 12/6 12/24 13/14 14/3 14/5 15/5 17/10 24/16 25/3 26/5 26/5 26/16 26/25 27/19 28/18 29/9
Ms. Hernandez [13] 4/6 5/17 10/19 10/21 12/6 12/24 13/14 14/3 15/5 17/10 24/16 25/3 26/5
Ms. Hernandez's [1] 14/5
Ms. Meggs [3] 26/5 26/16 29/9
Ms. Meggs's [3] 26/25 27/19 28/18
much [2] 9/17 30/12
multi [2] 19/20 23/13
multi-co-defendant [2] 19/20 23/13
mute [1] 8/20
my [11] 8/10 8/20 11/4 11/11 15/19 17/16 18/4 18/5 20/7 26/10 28/11
Myers [1] 2/12

**N**

named [1] 24/2
near [2] 9/13 27/23
necessarily [1] 23/12
need [5] 21/3 23/18 25/20 26/5 29/23
negative [1] 30/1
Nestler [4] 1/14 3/5 7/13 19/7
new [2] 25/10 29/11
news [1] 24/14
next [6] 12/22 16/15 18/16 19/5 27/25 28/14
nice [1] 30/13
night [1] 10/5
nine [10] 7/24 8/7 11/13 12/1 18/14 18/22 19/18 24/6 24/20 25/15
nine-defendant [1] 12/1
no [18] 1/4 3/3 3/7 3/10 4/8 4/10 4/22 6/6 11/5 11/6 11/6 15/6 17/8 19/9 20/3 21/8 22/6 26/5
noise [1] 8/10
not [29] 3/20 3/23 4/8 5/12 5/14 5/19 6/25 7/3 10/12 10/17 11/7 11/17 12/11 12/12 13/5 13/17 14/17 14/23 15/8 17/8 18/11 18/11 21/6 22/20 24/4 25/2 25/24 27/2 30/11
not-guilty [5] 5/19 7/3
note [2] 23/11 31/5
now [6] 3/23 6/3 7/23 20/23 25/18 26/1
number [2] 7/24 25/9
NW [2] 1/16 2/18

**O**

object [1] 4/8
objecting [2] 8/15 10/13
objection [8] 3/25 4/10 20/3 21/24 22/2 22/7 22/10 22/24
objects [1] 21/25
observed [1] 30/6
obstruction [2] 5/1 6/10
occurred [2] 7/17 31/5
off [1] 13/7
offense [1] 27/21
OFFICE [1] 1/15
officer [2] 2/14 11/1
official [2] 2/17 5/1 6/10
Ohio [1] 11/1
okay [39]
once [1] 16/9
one [5] 8/25 13/7 22/19 23/19 24/11
ongoing [2] 25/4 27/8
only [3] 4/9 16/16 24/23
open [3] 9/10 12/1 16/6
open-source [1] 9/10
opening [1] 12/21
opportunity [5] 16/2 21/12 23/1
oppose [5] 10/16 11/9 17/6 17/11 27/12

opposing [1] 11/12
opposition [9] 13/4 13/13 14/17 16/20 16/20 17/6 17/13 27/16 27/25
oppositions [1] 17/9
order [6] 7/19 18/10 11/20 23/5 23/10 25/10
orders [1] 29/12
originally [1] 18/17
other [13] 7/16 9/10 9/15 9/16 9/16 12/11 16/16 19/15 20/25 21/13 24/1 24/25 28/8
others [1] 25/19
ought [1] 9/12
our [10] 7/16 9/19 9/21 13/18 14/6 16/19 17/9 19/17 21/11 25/3
ourselves [1] 25/25
out [14] 4/14 7/6 7/20 8/12 9/16 9/20 9/23 18/22 19/4 19/17 23/2 26/18 28/1 28/13
outcomes [1] 30/1
outset [1] 18/15
outside [1] 8/10
outweigh [1] 22/13
over [2] 22/10 22/24
own [1] 30/2

**P**

p.m [4] 1/6 14/10 28/18 30/15
pandemic [4] 11/13 24/21 24/24 31/6
part [1] 8/6
parties [1] 16/4
party's [1] 22/21
past [1] 19/19
pending [1] 12/3
percent [1] 12/2
perhaps [3] 10/11 18/23 28/2
permission [1] 16/5
personally [1] 11/8
phased [1] 25/11
phone [3] 4/9 8/20 9/9
pick [1] 19/14
Plaintiff [1] 1/4
plan [1] 15/25
planning [1] 29/2
plans [2] 13/15 15/13
platform [2] 7/17 19/1
plead [3] 5/9 6/22 6/25
pleads [1] 5/12
pleas [2] 5/19 7/4
please [3] 14/10 29/9 31/5
point [2] 16/6 21/17 24/8
policy [1] 27/3
portion [1] 28/6
position [4] 8/11 14/14 16/19 18/5
possible [2] 10/6 14/19
potential [4] 12/20 28/23 29/17 29/24
potentially [1] 24/11

premised [1] 27/20
preparing [2] 17/23 23/3
Pretrial [3] 2/14 3/11 10/25
pretty [3] 13/8 17/24 25/12
Prettyman [1] 2/17
preview [1] 28/22
primarily [1] 22/25
prisoner [1] 27/4
probably [2] 8/15 10/7
procedures [1] 24/24
proceed [2] 3/21 29/16
proceeding [5] 3/25 4/8 5/1 6/10 30/8
proceedings [7] 1/10 2/20 6/19 15/21 25/4 30/15 31/4
process [1] 27/8
produced [2] 2/20 21/21
production [1] 7/19
property [3] 5/4 6/13 11/8
protective [1] 7/18
provide [3] 24/18 25/1 29/14
provided [2] 7/14 11/10
public [1] 22/14
put [3] 8/20 14/18 20/23

**Q**

quarantine [5] 12/10 12/10 14/17 14/22 15/18
quarantining [1] 3/23
question [1] 21/16
questioned [1] 5/14
quickly [1] 17/25

**R**

raise [2] 23/20 29/2
raised [1] 16/21
raising [1] 28/22
Rakoczy [2] 1/13 3/5
rather [2] 18/13 27/21
RAY [3] 1/6 2/2 3/4
re [1] 12/1
re-open [1] 12/1
reach [1] 8/12
reading [4] 5/23 5/25 6/21 6/25
realize [1] 19/2
really [1] 18/5
Realtime [1] 2/16
reason [3] 3/23 12/11 26/19
reasonable [4] 17/13 17/15 19/21 25/15
reasons [1] 23/9
received [4] 4/20 6/5 27/7
recent [1] 15/18
recently [1] 23/6

recognize [1] 11/10
recognized [2] 18/2 18/3
recommendation [1] 11/3
recommended [1] 11/2
reconsideration [2] 10/22 15/25
record [5] 4/19 5/18 6/4 7/3 31/3
recorded [1] 2/20
refers [1] 28/6
reflect [4] 4/19 5/18 6/4 7/3
Reform [1] 28/8
regard [1] 12/2
regarding [4] 8/13 21/20 24/18 26/25
Registered [1] 2/16
relatively [1] 9/13
release [4] 10/12 11/2 13/9 29/4
relief [1] 11/24
remaining [2] 9/20 10/17
remind [1] 29/9
remotely [1] 31/7
Reporter [2] 2/15 2/16 2/16 2/17
reporting [1] 31/7
represent [1] 28/24
represents [1] 29/11
request [2] 14/18 26/24
require [1] 8/2
resolve [3] 25/19 27/9 27/22
resolved [2] 18/13 18/15
respect [6] 7/7 7/10 15/22 15/24 16/17 16/21
responded [1] 10/17
response [2] 13/8 26/23
restricted [2] 5/7 6/16
result [1] 15/18
retaining [1] 9/22
review [10] 12/15 16/2 16/10 23/3 26/17 26/18 26/25 27/13 27/19 28/5
rifle [1] 13/7
right [30] 3/23 4/13 5/17 5/21 7/6 10/19 10/23 12/5 12/13 12/14 13/10 14/8 14/21 15/3 15/12 16/13 20/22 20/23 22/16 25/7 25/18 26/1 26/12 26/16 28/10 29/8 30/3 30/4 30/10 30/12
rights [2] 5/13 30/6
risks [1] 30/7
RMR [2] 31/2 31/11
Road [1] 2/3
Robert [5] 2/11 2/11 3/9 4/3 6/24
RobertFoleyLaw. [1] 2/13

**R**

rolling [1] 23/1
round [1] 10/4
rule [1] 22/19
run [1] 23/12

**S**

said [8] 13/8 13/16
15/7 17/5 17/11 17/17
17/20 17/21
same [8] 19/1 19/16
19/18 20/25 24/5 29/16
30/2 30/8
satisfying [1] 25/24
say [5] 9/2 9/7 13/14
24/22 27/24
saying [1] 19/12
schedule [6] 14/5 16/9
20/7 20/25 24/24 29/10
scheduled [1] 11/20
SE [1] 2/7
Section [8] 4/25 5/3
5/6 5/6 6/9 6/12 6/15
6/17
Sections [4] 5/3 6/12
6/15 6/20
see [7] 14/21 15/10
25/8 25/14 25/18 25/21
26/12
seeing [1] 8/23
seen [2] 11/17 11/23
send [1] 10/4
sense [9] 8/1 9/5 9/7
10/10 16/4 18/19 18/21
24/10 25/3
serious [1] 11/19
Services [2] 3/12 11/1
set [3] 9/22 25/11
28/19
sets [1] 18/23
settle [1] 21/11
settled [1] 13/17
several [1] 9/9
shares [1] 23/24
she [5] 13/15 13/16
26/16 26/21 27/9
she's [2] 26/17 28/12
shorter [1] 18/12
should [3] 13/7 17/22
17/24
Sidbury [2] 2/14 3/11
side [1] 21/16
since [3] 4/9 17/10
18/20
single [1] 19/18
sir [7] 3/16 3/17 4/7
12/25 15/23 16/12
20/10
six [2] 13/6 24/12
Sixth [1] 5/15
so [48]
So it's [1] 23/14
social [1] 9/9
some [15] 7/14 7/20
8/14 9/12 9/21 11/15
12/22 18/12 21/1 21/12
23/13 24/8 25/9 25/18
27/17

someone [1] 5/17
something [8] 13/3
13/13 17/23 17/24
19/21 27/1 28/10 28/16
soon [1] 14/19
sooner [1] 18/13
sorry [6] 8/9 8/20 8/20
13/3 13/14 17/7
sort [2] 18/23 29/17
sounds [1] 19/23
source [1] 9/10
sources [1] 9/16
speedy [4] 5/14 21/5
22/14 22/16
speedy-trial [1] 21/5
split [1] 25/20
spoke [1] 11/18
spoken [2] 21/4 29/1
squared [1] 16/21
stand [2] 7/7 7/21
standing [4] 21/20
23/5 23/10 25/10
start [4] 4/4 4/16 4/17
7/9
started [4] 23/12 23/15
23/16 24/22
starting [1] 25/11
stated [1] 23/9
STATES [16] 1/1 1/3
1/11 3/3 4/25 5/2 5/5
5/8 5/16 6/9 6/11 6/14
6/17 6/19 7/13 19/8
status [5] 14/17 14/22
19/24 26/21 26/25
Steele [1] 24/3
stenography [1] 2/20
steps [3] 16/15 18/16
19/19
still [9] 7/18 8/19 9/3
14/12 21/1 25/5 25/20
26/17 28/12
Street [1] 1/16
subject [1] 31/6
submitted [1] 11/16
substantive [1] 27/21
suggested [1] 13/23
summer [1] 25/13
superseding [5] 4/20
5/24 6/1 6/5 6/22
supposed [2] 28/9
30/5
sure [9] 11/23 13/17
14/3 14/17 15/8 23/21
25/2 30/5 30/6
suspect [1] 10/12
system [1] 27/4

**T**

tagged [1] 9/23
take [9] 9/17 10/13
13/10 16/1 17/2 23/19
29/8 29/19 30/4
takes [1] 11/12
talk [4] 16/15 18/16
26/4 29/9
talked [2] 13/1 19/5
talking [1] 9/4
tampering [1] 6/18

teleconference [4]
1/10 3/21 14/23 19/3
telephonically [1] 4/1
tell [1] 25/18
telling [1] 17/12
temporarily [1] 27/20
terminate [1] 26/10
terms [6] 7/18 9/1 9/16
9/21 12/15 14/21
terribly [1] 25/24
than [5] 18/12 18/13
19/2 20/6 27/21
Thank [11] 5/17 6/2 7/2
12/25 15/2 25/22 26/9
26/11 26/14 26/15
30/13
Thank you [9] 5/17 6/2
7/2 25/22 26/9 26/11
26/14 26/15 30/13
Thanks [1] 30/12
that [97]
that'll [1] 15/10
that's [19] 8/17 8/22
9/16 9/17 10/9 12/14
14/12 16/7 17/18 19/13
22/6 24/14 24/23 25/24
26/7 26/10 27/4 28/4
29/20
their [7] 13/7 17/9 21/4
23/4 25/19 27/5 30/2
them [4] 13/7 28/24
29/17 29/24
then [10] 4/14 4/17
5/21 16/14 17/13 17/20
18/10 19/14 19/16
26/24
theory [1] 29/15
there [11] 9/2 9/16
11/11 17/4 21/11 22/7
22/18 23/18 24/1 24/6
27/8
there's [9] 4/10 7/24
8/9 9/5 9/15 18/1 25/20
26/5 27/3
thereafter [1] 16/2
therefore [1] 31/6
these [7] 6/23 7/7 8/7
8/14 11/24 17/3 23/12
they [17] 10/16 13/6
13/10 16/25 17/6 17/6
17/17 17/20 17/20
21/11 23/2 26/18 29/15
29/16 29/23 30/2 30/7
they'll [1] 19/16
they're [3] 18/20 25/4
30/6
things [7] 7/7 7/10
7/21 9/23 11/22 14/21
21/13
think [12] 10/21 12/21
13/8 13/12 16/17 17/15
17/19 17/19 18/21 23/7
23/11 27/15
thinking [1] 13/21
thinks [1] 8/23
this [32]
This is [1] 3/3

teleconference [4]
17/5 22/20 25/25
though [3] 9/1 10/6
25/4
thoughts [2] 10/20
15/21
Three [1] 10/15
through [6] 9/17 21/3
22/23 23/7 23/17 25/12
tighten [1] 10/8
till [2] 10/7 14/6
time [24] 8/2 9/17
11/18 12/22 12/23
16/24 17/3 17/8 18/12
20/13 20/15 21/5 21/16
21/17 21/19 22/12
22/19 22/23 23/7 23/10
23/11 23/15 23/15
23/17
Title [9] 4/24 5/2 5/5
5/8 6/8 6/11 6/14 6/17
6/19
titled [1] 31/4
today [2] 18/20 27/9
together [3] 18/18
18/23 19/18
told [1] 10/16
tomorrow [18] 8/18
10/3 10/6 12/18 13/3
13/16 17/4 17/12 17/20
18/18 18/20 19/10
19/12 19/15 28/18
28/22 29/8 30/5
too [3] 17/14 19/16
30/14
top [2] 11/13 11/15
touch [1] 26/23
toward [1] 22/20
transcript [3] 1/9 2/20
31/3
transcription [1] 2/20
transport [1] 27/2
transportation [2] 27/1
27/4
transported [2] 27/20
28/7
travel [1] 15/18
traveled [1] 12/11
trial [15] 5/14 11/13
18/4 21/5 22/14 22/17
22/17 23/8 25/6 25/7
25/8 25/12 25/16 25/17
25/19
trials [1] 25/11
true [1] 28/6
try [6] 12/17 18/21
20/24 24/19 28/11
28/12
trying [2] 23/23 27/8
Tuesday [4] 13/24 14/6
14/9 14/10
turn [6] 4/17 5/21 6/3
7/7 10/19 28/11
turned [1] 11/1
two [5] 7/7 11/22 19/19
24/1 29/11

U.S [1] 1/15
ultimately [1] 29/11
under [5] 5/15 12/10
19/9 25/10 28/8
underlying [1] 27/21
understand [3] 3/22
12/19 15/16
understanding [3]
11/4 15/19 17/16
understood [3] 17/18
27/19 28/15
unfortunately [2] 3/20
19/3
UNITED [16] 1/1 1/3
1/11 3/3 4/25 5/2 5/5
5/8 5/16 6/9 6/11 6/14
6/17 6/19 7/13 19/8
United States [9] 4/25
5/2 5/5 5/8 6/9 6/14
6/19 7/13 19/8
unless [1] 29/16
until [1] 14/9
up [9] 9/22 10/8 15/9
23/19 24/11 25/21 28/1
29/8 29/19
upon [2] 18/24 22/20
us [7] 9/17 10/16 10/17
11/14 14/3 18/2 25/1
USAfx [1] 7/16
usdoj.gov [4] 1/18
1/19 1/20 1/21
useful [1] 16/8

**V**

vendor [1] 9/22
versus [1] 3/4
very [4] 4/12 24/23
26/12 30/12
via [3] 1/10 3/24 7/16
video [1] 9/16
videoconference [4]
3/20 3/24 14/14 14/23
view [3] 10/14 13/11
23/25
violation [9] 4/24 5/2
5/5 5/8 6/8 6/11 6/14
6/17 6/19
virtual [1] 25/4
volume [2] 9/6 9/15
voluminous [3] 8/6
18/1 21/21
vs [1] 1/5

**W**

wait [1] 25/14
waive [3] 6/21 6/25
29/17
waives [1] 5/23 5/25
want [7] 23/19 25/16
25/19 26/4 26/6 27/24
30/7
wanted [2] 29/2 29/22
warranted [1] 22/12
was [6] 8/10 11/18
16/9 17/17 27/7 27/22
Washington [3] 1/5
1/16 2/18

**W**

**way [2]**  7/6 11/16
**we [55]**
**we will [3]**  6/25 20/24
28/12
**we'll [19]**  3/21 4/17
14/11 14/21 15/9 17/2
18/23 19/3 19/15 19/16
19/18 20/23 25/14
25/18 25/21 26/12 29/8
29/19 30/4
**we're [9]**  3/20 3/23
13/21 14/4 21/3 25/4
25/25 29/2 30/5
**we've [6]**  7/23 9/11
11/13 18/24 21/1 21/2
**Wednesday [3]**  13/25
28/3 28/11
**week [3]**  12/22 27/25
28/14
**weeks [1]**  9/4
**well [16]**  7/15 8/7 9/10
12/6 13/10 14/9 15/9
15/17 17/2 18/8 21/15
21/20 22/8 24/14 25/2
30/4
**went [1]**  11/20
**were [4]**  7/20 11/6 11/6
19/9
**what [16]**  9/1 9/1 9/3
14/17 15/13 16/1 16/21
17/14 18/2 19/12 20/13
22/15 24/18 25/2 26/21
30/5
**what's [1]**  17/12
**whatever [1]**  26/19
**when [15]**  8/16 9/25
11/1 11/25 12/15 13/2
13/12 13/15 16/8 16/10
17/6 24/18 25/15 26/21
27/15
**where [12]**  4/14 7/7 7/8
7/9 7/21 10/20 12/7
12/8 14/21 15/12 15/14
18/22
**whether [7]**  10/11
14/13 19/17 25/18
28/13 29/10 29/10
**which [11]**  11/16 11/18
11/20 12/7 13/24 13/25
16/24 18/18 19/19
22/19 23/24
**while [2]**  11/21 18/4
**who [10]**  10/13 17/5
18/25 19/11 19/15 21/1
21/2 24/2 24/3 25/16
**whole [1]**  9/15
**why [2]**  4/4 14/9
**will [18]**  5/18 6/25 7/3
8/15 9/3 10/11 12/17
13/22 14/13 14/17
14/25 18/12 20/24
21/12 24/7 28/1 28/12
28/17
**William [4]**  2/15 31/2
31/10 31/11
**Wilson [6]**  2/6 2/6 3/9
28/17 28/23 29/1

**wish [3]**  5/9 6/21 6/22
**within [1]**  22/17
**wondering [1]**  24/25
**work [2]**  14/4 21/3
**working [2]**  7/18 13/6
**works [2]**  14/2 20/19
**would [8]**  14/7 16/8
16/19 17/17 17/21 19/9
27/22 27/24
**wrong [1]**  13/23

**Y**

**Yeah [6]**  15/9 17/1
17/19 19/14 25/23 28/5
**year [1]**  11/12
**years [1]**  29/15
**Yep [2]**  28/25 29/25
**Yes [21]**  3/16 3/17 4/7
5/25 10/24 15/1 15/15
15/23 16/12 19/25
20/10 20/11 20/18
20/19 20/21 21/18
24/16 26/22 27/14
29/18 30/9
**yesterday [2]**  7/17
11/19
**yet [5]**  9/5 10/17 11/17
23/14 24/4
**you [59]**
**you'll [3]**  15/11 16/10
27/15
**you're [1]**  17/11
**you've [2]**  4/22 6/6
**YOUNG [28]**  1/7 2/6
3/18 3/10 3/15 3/22 4/11
4/18 5/21 6/3 6/6 6/24
7/4 7/11 7/15 15/12
15/22 16/14 18/19
19/10 20/3 20/24 21/8
21/11 22/3 22/15 23/16
26/3
**Young's [2]**  16/22 22/7
**your [66]**
**Your Honor [52]**
**yourselves [1]**  19/6

**Z**

**Zaremba [4]**  2/15 31/2
31/10 31/11