IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )
                                       )      CR No. 21-28-2
                                       )      Washington, D.C.
        vs.                            )      March 26, 2021
                                       )      1:00 p.m.
DONOVAN CROWL,                         )
                                       )
            Defendant.                 )
_____)


TRANSCRIPT OF DETENTION HEARING
VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:         Louis Manzo
                            U.S. ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-7277
                            Email:
                            louis.manzo@usdoj.gov


For the Defendant:          Carmen D. Hernandez
                            7166 Mink Hollow Road
                            Highland, MD 20777
                            (240) 472-3391
                            chernan7@aol.com

APPEARANCES CONTINUED:

Pretrial Officer:          Andre Sidbury

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S
2             COURTROOM DEPUTY:  Good afternoon, Your Honor.
3  This is Criminal Case No. 21-28-2, the United States of
4  America versus Donovan Crowl.
5             Louis Manzo for the government.
6             Carmen Hernandez for the defense.
7             Andre Sidbury on behalf of Pretrial Services.
8             The defendant is appearing via videoconference for
9  this hearing.
10             THE COURT:  All right, Counsel.  Good afternoon to
11  you both.
12             Mr. Crowl, good afternoon to you.  Can you hear me
13  okay, sir?
14             THE DEFENDANT:  Yes, sir, I can.  Thank you.
15             THE COURT:  All right.  Very good.
16             All right.  So we're here this afternoon,
17  Mr. Crowl has moved the Court to essentially de novo review
18  the Magistrate determination -- Magistrate Judge's
19  determination to hold Mr. Crowl pending trial.
20             I trust that everyone has reviewed the Circuit
21  decision that came out this morning and has considered it.
22             Mr. Manzo, have you had a chance to review it and
23  consider it?
24             You're still on mute, Mr. Manzo.
25             MR. MANZO:  My apologies.
```

1          Yes, Your Honor, I have.

2          THE COURT:  Am I pronouncing the name correctly?

3     Is it "Manzo" or "Manzo"?

4          MR. MANZO:  Well, Americanized is "Manzo," so

5     we'll go with that.

6          THE COURT:  I'll pronounce it however it's

7     supposed to be pronounced.

8          MR. MANZO:  "Manzo" is good.  Thank you.

9          THE COURT:  All right.

10         And, Ms. Hernandez, I take it you've reviewed the

11    case?

12         MS. HERNANDEZ:  Actually, Your Honor, I was

13    getting vaccinated this morning.

14         THE COURT:  Oh, good.

15         MS. HERNANDEZ:  So I think -- so I had printed the

16    case out, but I'm looking at it.

17         I understand that it's a great case that reverses

18    Judge Lamberth, and I'm hopeful that the Court will follow

19    that path and grant the relief Mr. Crowl is requesting.

20         THE COURT:  Well, I think you ought to read it.

21         And if we take a couple minutes here for you to at

22    least read the majority opinion, I think that's important.

23    You know, it really does sort of frame the question that's

24    before me today, and, frankly, I think every counsel in all

25    of these detention matters involving the riots should be

```
1    familiar with it.

2              So why don't we take a few minutes, Ms. Hernandez,

3    and if you want to read through it, I think you should;

4    I think, frankly, you should do that before we begin.

5              MS. HERNANDEZ:  Thank you, Your Honor.

6              THE COURT:  All right.

7              So we why don't we just take -- it's 1:15.  Why

8    don't we just take a few minutes.

9              And, Ms. Hernandez, just let Mr. Douyon know when

10   you're ready to go, okay?

11             MS. HERNANDEZ:  Yes, sir.

12             (Recess from 1:14 p.m. to 1:22 p.m.)

13             THE COURT:  All right, everybody.

14             All right.  So, Ms. Hernandez, you've had an

15   opportunity to review the *Munchel* decision.  See let's move

16   forward then.

17             Let me start with government counsel.  I'll hear

18   from you in terms of your argument.  Obviously, I'll ask you

19   to explain how you think the new Circuit case affects the

20   government's analysis here.

21             And so I'll turn it over to you, Mr. Manzo.

22             MR. MANZO:  Thank you, Your Honor.

23             I'll go through kind of a quick run-through of,

24   I think, the pertinent facts that should go into whether to

25   hold Defendant Crowl, and then I'll turn to *Munchel* in a
```

1    minute here.

2            And I think the important issues for the Court to

3    consider are -- include the pre-planning of January 6th.

4    And that he was going to D.C. for an Op, which included a

5    quick reactionary force with goodies, which, you know, is

6    code for weapons.  That when he was going to D.C., he was

7    going to D.C. to hunt.  And I don't think I can overestimate

8    the importance at the time that he was going to D.C. to

9    cause violence and as part of a vigilante movement at a

10   minimum.  And that goes to his dangerousness and his ability

11   to comply with court orders or the law.

12           On January 6th, he was dressed in full battle

13   gear, and that's something that Judge Howell, in my motion,

14   she said that was something that she looked in determining

15   whether to hold somebody.

16           And then when the Capitol started to fall, we know

17   that the defendant combined with other individuals to form a

18   military maneuver, a stack, and that stack then parted the

19   mob, the rioters that were on the steps, the stack moved

20   freely up the steps right to the vanguard, to the front of

21   the doors to the Capitol.

22           And at the front of the doors, right in front of

23   the stack, was a fairly horrific scene.  And if you haven't

24   had a chance to look at footnote 3, I cited a video from

25   outside of the Capitol east doors, and that video shows that

1   the violence at those doors was comparable to the violence

2   at pretty much any other major points of violence around the

3   Capitol, even on the other side where individuals were

4   beating officers who were the last line of defense with

5   flagpoles, they were throwing projectiles at the officers,

6   they were spraying pepper spray at the officers, they were

7   breaking the doors.

8           And right behind those people was the stack with

9   the defendant.  They weren't just people milling about on

10  the side, they weren't people who were hundreds of yards

11  away, they were at those doors with those people causing

12  violence.

13          And, you know, their presence in that was aiding

14  and abetting with the people who were causing the

15  destruction of doors and the violence of the officers.

16          And then when we get into the Capitol, I cited in

17  footnote --

18          THE COURT:  Can I just --

19          MR. MANZO:  Go ahead.

20          THE COURT:  Can I just interrupt you for a moment?

21          Just so the record's clear, I have looked at the

22  video that's linked to your pleading and the one that you

23  just referred to in all of them.

24          What's your sense of how soon after that outside

25  door was breached that members of -- well, that Mr. Crowl

1   and others in his group actually entered the Capitol?  Did

2   it follow on fairly quickly or do you have a sense from that

3   video or any others of how quickly that happened?

4            MR. MANZO:  I think there were two breaches.

5            There was an initial breach.  Then officers were

6   able to resecure the doors, and that's where the video I put

7   in the footnote takes off.

8            And so the officers who were resecuring the doors

9   there, when those doors fall a second time, they're, you

10  know, within a minute, approximately, inside the Capitol.

11  So they are up there at the front.

12           THE COURT:  Do I understand correctly that once

13  they're -- at least from what I was trying to determine by

14  watching your videos -- and let me just add, I don't

15  believe -- I don't think prior to the detention hearings

16  today that I've actually been privy to these videos, I don't

17  know that they've been linked to the detention memos of

18  other defendants in this case.  But be that as it may, did

19  they then sort of end up in a hallway and was there, then, a

20  further police line preventing the crowd from moving forward

21  once they breached the doors?

22           MR. MANZO:  So then when they get inside the

23  Capitol, they move into the Rotunda.

24           And then once inside the Rotunda, they advance on

25  a new police line that's been established as kind of a last

1  line, and this police line was established to protect the

2  Senate.  And that's about probably about 20 metropolitan

3  police officers who are all three officers deep, and they're

4  the ones that are holding the rioters back from getting into

5  the Senate and the Vice President's chamber.

6       And we think that's extremely pertinent given not

7  necessarily what the defendant said but the spirit of the

8  rioters that day who were chanting, "Hang Mike Pence" and

9  lines like that; that these people were that last line

10 preventing rioters from entering the Senate.

11      And in the footnotes that included the videos, we

12 have Defendant Watkins, who's fairly easily viewable by the

13 cross on her forehead-- on the back of her head, pushing and

14 shouting at the officers and at the crowd, trying to get

15 through that line.  And then we've got Defendant Crowl, who

16 is next to her in the other video, and we know that they

17 tend to stick together, given their communications before

18 January 6th, during January 6th, and after January 6th.

19      So there's no mistaking here that when Defendant

20 Crowl got into the Capitol, he did not take a selfie and

21 leave, which I'd argue is still a crime and a very big deal.

22 But the Oath Keepers, Defendant Watkins and Defendant Crowl

23 in particular, kept advancing and were only prevented from

24 continuing that advance by a line of three-deep police

25 officers.

1          THE COURT:  And to what --

2          MS. HERNANDEZ:  Your Honor, obviously, I disagree

3    with almost everything the government has presented -- has

4    argued.  And I'll wait my turn.

5          THE COURT:  Mr. Manzo, why don't you continue.

6          I was going to ask you:  What is the government's

7    understanding -- you've presented at least one video of what

8    Ms. Watkins and Mr. Crowl were doing when they were inside

9    the Rotunda.  Can you shed any further light on what the

10   government's evidence is showing thus far in terms of their

11   actions once inside the Rotunda?

12         And in particular, there have been claims that

13   they assisted others and protected officers.  Can you shed

14   any light on whether any video from inside the Capitol, for

15   example, would corroborate that?

16         MR. MANZO:  At this point, Your Honor, I

17   personally cannot.  And we're still reviewing hundreds of

18   hours of video footage, and I can further brief you on that

19   issue.

20         But I think the idea that somehow the defendant

21   would have been assisting others is wholly inconsistent with

22   what was going on that day; that they're at the front of a

23   line where officers are being pepper sprayed and assaulted

24   with flagpoles and projectiles.

25         They're mere feet away from that.  They go past

1   those officers, once those officers are beaten to the point

2   that they can't withstand the rioters anymore, and basically

3   the doors fall.  And then once inside, we've got video of

4   the defendant going after this next line of police officers.

5           So I can't say for sure whether the defendant

6   didn't engage or talk to another law enforcement officer,

7   but it is inconsistent with the gravity of his actions

8   during that time in the Capitol and at the door to the

9   Capitol.

10          THE COURT:  All right.

11          So we're sort of now at the point of where the

12  government is in terms of its evidence with what he's done

13  in the Capitol.  So do you want to move to the evidence

14  that's gathered of his conduct after the fact?

15          MS. HERNANDEZ:  Your Honor, may I interject for a

16  moment?

17          THE COURT:  Ms. Hernandez, the answer is no.

18  You'll get your opportunity.  I'm asking the government

19  questions right now and I will turn to you.

20          And believe me, you know I will give you the

21  opportunity to be heard.

22          So, Mr. Manzo, go ahead.

23          MR. MANZO:  And just to double-back, we do know

24  that Watkins is photographed helping somebody out outside

25  the Capitol on January 6th; that photograph's in the public

1   domain.  And that they do help out another Oath Keeper who

2   was pepper sprayed in the Senate -- or in the hallway to the

3   Senate, so I can make those representations as well.

4            THE COURT:  Okay.

5            MR. MANZO:  After January 6th, I lay out some of

6   the key points for his conduct in my motion.

7            One thing is that he refers to himself as The

8   Storm.  "The Storm" is a QAnon concept.  And it's not just

9   that he's part The Storm, but he is The Storm.  I think that

10  goes to his dangerousness, his ability to comply with court

11  orders, and his ability to perceive fact from fiction, and

12  that should be a concern for the Court.

13           And then he considers a number of plans after the

14  6th, evading law enforcement detection in Virginia.  And

15  then perhaps the most alarming text messages between

16  Defendant Watkins and Defendant Crowl are the ones where --

17           MS. HERNANDEZ:  Your Honor, I'm sorry, Your Honor,

18  I didn't hear what he said.  I missed what he just said

19  about Virginia.  Could that be repeated?

20           THE COURT:  He said that they attempted to evade

21  to -- "they" being Mr. Crowl and Mr. Watkins, attempted to

22  evade law enforcement or detection of law enforcement in

23  Virginia.

24           MR. MANZO:  Well, they considered that as an

25  option.

1             And then we also have the text messages between

2     Defendant Watkins and Defendant Crowl, where they're talking

3     about numerous options, including retreating to the Ozarks,

4     combining with other like-minded militia members.

5             And then the most alarming ones are comparing

6     themselves to the Army of North Vietnam, which killed

7     thousands of people in a decade of combat and creating

8     tunnels.

9             And that's well after January 6th.  He's had time

10    to think about what happened.  And in that time, he's

11    decided that he is The Storm, he is the threat.

12            And then on top of that, he and Defendant Watkins

13    are comparing themselves to the Army of North Vietnam, a

14    guerrilla warfare group that killed thousands of American

15    people.

16            I think those are some very key factors to

17    consider here.  And I can kind of put those into the

18    analysis of *Munchel* now if you would like, Your Honor.

19            THE COURT:  Before you do that, one more question

20    about the evidence that you've presented to make sure

21    I understand it.

22            So on page 7 of your submission, you've got a --

23    you've pasted in a text exchange or a social media exchange

24    of some kind, it looks like on Facebook, between Mr. Crowl

25    and someone else, and the time stamp on that looks like it's

14

1    3:08 UTC.

2              What do you understand that to be in terms of

3    Eastern Standard Time?

4              MR. MANZO:  Sorry, Your Honor.  I just want to

5    pull it up on my motion here and make sure that we're

6    talking about the same message.

7              Okay.  And that's the -- yes, "We went through the

8    east back door just as they broke through the front door.

9    I have to tell you about it.  It was epic."

10             So I believe that would be --

11             THE COURT:  So -- I'm sorry to interrupt.

12             No, I'm referring to the one on page 7.  This is

13   ECF 103.  It's the one in which he's referring to, "we're

14   doing the WH in the a.m.  In early afternoon, rest up at the

15   hotel.  Then headed back out tomorrow night Antifa hunting.

16   We expect good hunting."

17             MR. MANZO:  Your Honor, I think that would be

18   from -- the Court's indulgence briefly here.

19             So my understanding would be that would be earlier

20   than January 6th at 3:02.  That would be going backward to

21   January 5th, I believe around 11:00 or 12:00 at night.  So

22   the day before January 6th.

23             THE COURT:  Okay.

24             MR. MANZO:  And that's also consistent with the

25   context to the message.

1          THE COURT:  Yeah.  All right.

2          My just quick review is that the UTC time is about

3   four hours ahead of Eastern Standard Time.  So this would be

4   about 11:00 a.m. on -- excuse me, 11:00 p.m. on the night of

5   January 5th.  Okay.

6          All right.  So you were going to now talk about

7   *Munchel* and how you think all these facts fit into the

8   decision.

9          MR. MANZO:  Right.

10          And so I think *Munchel* is a guidepost here.  And

11   I also cited the other guideposts that we had previously had

12   here from Chief Judge Howell in my motion, and those two

13   cases combined, I think, show that the defendant is

14   warranted for this hold.

15          My take-aways from *Munchel* in reading it, and

16   I'm sure more brilliant minds than I have gone through this

17   now in greater depth, but that the Court of Appeals is

18   saying that a walk-through the Capitol is different than

19   other conduct of defendants on January 6th; that if you just

20   go in, you walk through, you don't engage in violence, then

21   that might not be warranting of a hold.

22          And here, we don't have just a walk-through from

23   the defendant.  We've got him going into a military

24   formation, into a stack, pushing to the front of the

25   rioters, as the rioters part to allow the stack to advance

1   up the Capitol steps.

2          And then you've got him a mere few feet from the

3   most violent of the rioters, who are actively breaking the

4   doors and assaulting the police officers, who are

5   courageously trying to stand there to keep the mob out.

6          This isn't someone who is, 20 minutes later,

7   perhaps -- and I don't know the full timeline in *Munchel*,

8   but I do know from the facts of the case that there was some

9   consideration; there was stashing of weapons; there was a

10  thought process that went in once they realized that they

11  could go into the Capitol.

12         Here, the Oath Keepers and Defendant Crowl and the

13  others in the stack are in the very front of the line.

14  So I think it's very different than *Munchel* in that way.

15         THE COURT:  Mr. Manzo, can I ask you -- so one of

16  the clear lessons of the Circuit's case is that the district

17  judge, if he is to -- or she -- is to order a pretrial

18  release -- excuse me, pretrial detention, must identify

19  whether there's an identified and articulable threat to the

20  community.

21         And in this case with respect to Mr. Crowl, what

22  do you contend that to be?  What's the identifiable or

23  articulable threat that he poses, in your view?

24         MR. MANZO:  I think the government is going to

25  create evidence of this in a couple different ways.

1          One is the line before January 6th of the hunt.

2     It speaks that he's not just coming to D.C. to participate

3     in a protected First Amendment rally, he's coming to D.C. to

4     hunt Antifa.

5          And I would posit two things on that; one, it's

6     illegal to hunt anyone, it doesn't matter who they are.

7     And, two, when he is talking about later on identifying as

8     The Storm, it does call into question his ability to

9     perceive what's real and what's not.  And so it does raise

10    concerns about who he thinks Antifa is or could be in

11    Washington, D.C.  So, one, we've got that particularized

12    danger.

13          Two, we've got the danger on the day of the

14    assault of the Capitol itself.  We've got the staff pushing

15    through.  And then once they're into the Capitol, continuing

16    that assault up to the very final line of three-deep police

17    officers who are trying to save the Senate from being

18    overrun.

19          And then, third, we've got the lines about --

20          THE COURT:  Mr. Manzo, can you --

21          Ms. Hernandez, one of the unfortunate aspects of

22    Zoom is that every facial expression and body movement is

23    captured and can be very distracting.  So can I ask you to

24    save your comments for later and you'll have plenty of

25    opportunity to rebut whatever you think Mr. Manzo has said

1    that's not applicable.

2           MS. HERNANDEZ:  Procedure is improper, in my

3    opinion, Your Honor.  This isn't a proffer.  This is

4    argument.

5           They can't proceed by arguing from something that

6    is not factual.  They proceed by a proffer.

7           THE COURT:  Hey, Ms. Hernandez.  That's -- he's

8    not doing anything improper.  I'm asking him what inferences

9    he would like me to draw from the facts that the government

10   has brought forward.

11          So you can dispute the facts, you can dispute the

12   inferences, but nothing he's said or done is improper at

13   this point.

14          And so stop shaking your head and let me talk to

15   him, because it's very distracting at times.

16          Mr. Manzo.

17          MR. MANZO:  Can I just say that the final line

18   here that shows he's a particular danger is the chatter

19   about the Army of North Vietnam and -- I think -- it's tough

20   to kind of even fathom how radical that is; that this is

21   someone who has previously taken an oath as a member of the

22   military and now is considering the Army of North Vietnam as

23   someone to emulate or is a unit to emulate, when they kill

24   thousands of American soldiers over a decade of combat.

25   I think that that evidence from before, during, and after

1    speaks to this defendant's particularized injury.

2              THE COURT:  All right.  Ms. Manzo, do you want to

3    add anything more at this juncture?

4              MR. MANZO:  Just briefly, Your Honor.

5              One thing I heard when you were -- we had a

6    hearing, I think, yesterday for another defendant, was, you

7    know, any kind of leadership role that the defendant had in

8    the Oath Keepers.

9              And we're not maintaining that Defendant Crowl is

10   a leader in the Oath Keepers by any means, but he does show

11   leadership roles leading up to January 6th; that he is

12   telling others that they've got individuals embedded

13   undercover in Antifa.  That infers that he has insider

14   knowledge; that he's not just some kind of passerby in the

15   movement; that he's involved in a deeper way.

16             And then second, we've got the messages that he's

17   receiving from individual people, who are saying, you know,

18   I've got two guys here, can you help coordinate with them.

19   And then his reply that I spoke about in the motion where

20   he's saying that we can provide Uber fare to get to where

21   you need to be for January 6th.

22             So, again, he's -- we're not saying that he is the

23   leader of the Oath Keepers by any respect, but he does show

24   leadership ability as someone who people turn to to

25   coordinate actions.  And so I think in that respect, again,

1    he is a danger more so than somebody who might just be

2    wandering into this on January 6th with no preplanning.

3            THE COURT:  All right.  Thank you, Counsel.

4            All right.  Ms. Hernandez, I'll hear from you now.

5            MS. HERNANDEZ:  So, Your Honor, I object to the

6    proceeding and the manner in which we're proceeding and move

7    to strike.

8            The government is permitted, at a detention

9    hearing, to proceed by proffer.  This has not been a

10   proffer.  He has talked about things of a group and not

11   Mr. Crowl.  He has argued from a video that, in my opinion,

12   doesn't show anything of what he has said.

13           And I would -- so the whole proceeding has been

14   nothing but argument, rather than factual proffer.  So I

15   would object.  I don't think the Court can make adequate

16   fact-finding, as the Circuit has just indicated you must,

17   based on arguments that are devoid of a factual basis.

18           Just a couple of points.  For example, the Court

19   asked specifically whether there was any evidence that

20   Mr. Crowl helped anyone.  The prosecutors in this case have

21   submitted to counsel as -- what I would say is a *Brady*

22   disclosure, a picture of Mr. Crowl and some of the others

23   helping someone out of the Capitol, apparently because he

24   had been sprayed or something like that.

25           And there's also a picture of one of the --

1          THE COURT:  Well, is that person -- sorry,

2   Ms. Hernandez.

3          Is that person -- do you understand that person to

4   be somebody else -- someone other than a fellow Oath Keeper?

5          MS. HERNANDEZ:  Well, the government -- it's not a

6   defendant in this case.

7          And the government -- and the statement from the

8   government, in the email from the government, they said it

9   appeared to be someone who was associated with the Oath

10  Keepers.  That's not evidence, Your Honor.

11         And this is -- and the manner in which we're

12  proceeding, again, I think it's inappropriate and it makes

13  any fact-finding --

14         THE COURT:  Hold on.

15         MS. HERNANDEZ:  Your Honor, I'm --

16         THE COURT:  You know, let me interrupt you right

17  now, because there's nothing inappropriate about what's

18  happened here.

19         MS. HERNANDEZ:  No.  I --

20         THE COURT:  Hang on.  This is my courtroom and my

21  court proceeding, even though we're proceeding by Zoom.

22         What the government has done here is put forward

23  the evidence it believes it has against your client that

24  warrants detention, okay?

25         It has also, then, asked me to make certain

1   inferences about your client's dangerousness from that

2   evidence.

3           You can do two things:  You can dispute the

4   evidence and the accuracy of that evidence.  And, two, you

5   can dispute the inferences and whether they're appropriate

6   or not.

7           That's what you can do, and that's called

8   argument.

9           MS. HERNANDEZ:  Well --

10          THE COURT:  Now, hang on.

11          And what the government has done here, you may

12  disagree with it, but what they've done here is not

13  inappropriate.

14          And if anything has been shown by this Court's

15  conduct over the last several weeks, is that I will listen

16  to what both sides have to say; and if I think the

17  government has not met its burden, I will release the

18  person.

19          So let's stick to what the facts are and what the

20  evidence is and what you think the appropriate inferences

21  are, instead of attacking the proceeding that is perfectly

22  appropriate.

23          MS. HERNANDEZ:  Your Honor, that --

24          THE COURT:  Go ahead.

25          MS. HERNANDEZ:  I agree that's what I want is --

1          THE COURT:  And here's something:  Your client is

2     sitting here watching you argue with a judge about not the

3     facts but argue about whether he ought to be released or

4     not.

5          MS. HERNANDEZ:  Your Honor, I need to preserve the

6     record.

7          THE COURT:  You are.  But let's get to what

8     matters, and that is what --

9          MS. HERNANDEZ:  Well, what matters, Your Honor, as

10    I said, it's very difficult to do it in this manner, because

11    ordinarily if we were in a courtroom, the government would

12    be presenting evidence, they could present proffer, but it

13    would usually be through an agent and I could object.

14          The point is that, in describing the video --

15    let's start from the beginning.  In describing the video,

16    which the government gave us a link at footnote 3, that

17    video does not show what the government claims it shows as a

18    factual matter -- forget the inferences to be drawn from

19    it -- as a factual matter, number one.

20          Number two, the government continues, in its

21    pleadings and today, to talk about these different --

22          THE COURT:  Let's stop there for a moment, because

23    that's appropriate.

24          Why do you think the government -- the videos show

25    something different than what the government has

1    characterized it as showing?

2           MS. HERNANDEZ:  Because the video, when it's

3    showing the attack or whatever, however you want to describe

4    it, when it shows the people pushing through the barricade

5    and that, my client is far behind that position, and there

6    is zero evidence from which one could infer that he could

7    see what was going on way ahead.

8           And, in fact, we have a statement from the

9    government in writing that my client, by the time he got

10   through those doors, it was 10 to 20 minutes after any

11   damage had been done to those doors.

12          So it is impossible, I would argue, that it would

13   have taken 20 minutes since any damage had been done to the

14   door; and at the same time, that whatever havoc was going

15   on, and as Mr. Manzo claims, it was as bad as what we have

16   seen on television.  And if it caused --

17          THE COURT:  Let me be clear about what the video

18   shows, because -- for the benefit of the record and anybody

19   that's listening to this.

20          What the video shows is a large group of people,

21   dozens of people at the precipice of one of the doors on the

22   east side of the Capitol, I believe.

23          Is that right, Mr. Manzo, it's the east side of

24   the Capitol?

25          MR. MANZO:  Yes, Your Honor.  East side.

1           THE COURT:  Right.

2           So those doors are closed or appear to be closed.

3           And there is a group of people pushing against the

4    doors and presumably the officers who are behind those doors

5    are attempting to keep the crowd from entering, okay?

6           That's what it shows.  It shows people yelling and

7    screaming things.  It shows projectiles being thrown toward

8    that door.  And I don't know how long that process has been

9    happening.

10          And it shows the group of people with whom your

11   client is associated, I don't know exactly where he is in

12   that group, not too far from that door, okay?  I can't give

13   you the exact distance, maybe it's 15 feet, give or take.

14          But he's not hanging back on the street while all

15   this is happening.  That group is not far from that door.

16   The government has said they're not the ones who are doing

17   the pushing right up front, that is true, but they are sort

18   of in the second or third layer of people.

19          MS. HERNANDEZ:  Well, Your Honor, from the

20   perspective of my client, my proffer would be that he could

21   not see any of that --

22          THE COURT:  Okay.  That's fine.

23          MS. HERNANDEZ:  -- from his perspective.

24          And Your Honor just said that you don't know where

25   in that stack my client is.  And that's why I object to the

1    government continuously speaking of this stack as if

2    whatever the first person in that stack saw is attributable

3    to the last person in that stack.

4            Number two, walking and by touching each other is

5    not a military tactic.  It could be a military tactic.  But

6    anybody who has children and has taken them through a

7    sporting event or anything, you tell the kids, hang on to

8    the person in front of you.  Some of the people in that

9    stack was a 60-something-year-old woman from Ohio who drove

10   to the District of Columbia with Mr. Crowl, who has no

11   military background, whom you have released.  I mean, if, in

12   fact, the facts are what the government is saying, then none

13   of the people who have been released should have been

14   released.

15           And I am telling the Court, my proffer is that

16   Mr. Crowl could not see this allegation of pushing and

17   shoving; he would not have stood for it.  That is not who he

18   is.  There's nothing in his background that would say he

19   would -- I mean, he would allow a police officer to be

20   abused in that fashion.

21           It's just -- I don't believe that's what the video

22   shows.  I have requested of the government that they produce

23   the CCTV videos from inside the Capitol to show exactly the

24   moment that he's coming in.  They have not.

25           I would ask the Court to infer that they have not

1    because it's not favorable to them.  For them to give us

2    these public videos that don't identify my client and then

3    try to argue from that, I ask the Court to infer from that

4    that he was violent or that he aided and abetted people who

5    he would never in a million -- I have known him for a few

6    weeks.  There's nothing in the way he conducts himself that

7    would support that inference.

8            And I don't believe -- I've watched the video --

9            THE COURT:  All right, Ms. Hernandez.

10           MS. HERNANDEZ:  I watched the video; I don't see

11   what the government describes.

12           THE COURT:  I understand.

13           MS. HERNANDEZ:  And I'd like to go through fact by

14   fact some of the other allegations -- proffers that the

15   government has made that they claim is factual, when, in

16   fact, I object to their description of what they claim are

17   facts.

18           For example, there is one comment by Ms. Watkins

19   in one text message about the north Vietnamese.  Mr. Crowl

20   does not respond to that.  It is outrageous.  Mr. Crowl's

21   father and uncle are Vietnam veterans.  The idea that he

22   would side with the Vietnam -- Viet Cong is ridiculous.  One

23   comment to which he does not respond in a positive way.

24           They then take one word and one text and try to

25   link it -- one word and one text about the doors --

1          THE COURT:  Hang on.

2          To be clear, this is, let's be factual.  You're

3  right, the comment is made by Ms. Watkins:  "Be like the NVA

4  and network tunnels."  And your client's response two

5  minutes later is, "We should probably discuss all this in

6  person.  I'll be up after I get paid tomorrow."  Those are

7  the record facts.

8          MS. HERNANDEZ:  Correct.

9          And why would he ever assent to comparing himself

10  to the north Vietnamese, when, as I say, any veteran who has

11  been serving --

12          THE COURT:  He didn't say, that's an outrageous

13  comparison, how could you dare group me in with people like

14  that.

15          MS. HERNANDEZ:  But he didn't agree to it.  The

16  words did not come out of his mouth.  And the government

17  presents it as its showcase.

18          There is one comment where he talks about The

19  Storm and now they're trying to link him to Q.

20          The whole presentation of the government --

21          THE COURT:  So what does it mean?  What's your

22  proffer?

23          MS. HERNANDEZ:  So no longer can we say The Storm

24  is at the point -- I didn't even know Q was The Storm.

25  There's no other evidence that the government has presented

1    linking --

2              THE COURT:  Hang on.

3              The government wants me to infer this has to do

4    with QAnon.

5              MS. HERNANDEZ:  Based on one statement.

6              THE COURT:  I understand.

7              But tell me what your proffer is to the contrary.

8              MS. HERNANDEZ:  It's a word used in the English

9    language.  It's a word used in the English language.

10             There is no other context to place that -- to link

11   that to Q, nor -- frankly, Q is not a legal -- my opinion of

12   what Q is or isn't has, you know, is irrelevant, or

13   anybody's opinion.  But Q is not an illegal entity.

14             THE COURT:  Can I ask you, Ms. Hernandez:  Have

15   you read --

16             MS. HERNANDEZ:  Yes, sir.

17             THE COURT:  -- the article that was written by

18   Ronan Farrow in The New Yorker?

19             MS. HERNANDEZ:  You mean when he was drunk?

20             THE COURT:  Yeah.

21             MS. HERNANDEZ:  I have read it, yes.

22             THE COURT:  Okay.

23             And you're familiar with his sister's quote in

24   this article?  "It's stuff he heard" -- and to be clear,

25   this was not cited in your paper, in the government's papers

```
1   in this case.

2          MS. HERNANDEZ:  Right.  So I would object.

3          THE COURT:  It was cited in the papers submitted

4   in connection with the Meggs' hearing, and that's how we

5   came upon it.

6          And his sister says, "It's stuff he heard" --

7   referring to her brother.  "Stuff he heard from that

8   psychopath Alex Jones and those echo chambers on the

9   Internet."

10          That's like -- she's referring to "Radicalization

11   in Ohio.  It's like ground zero.  I fear him.  He's very

12   skilled in firearms.  He was an expert sharpshooter."

13          MS. HERNANDEZ:  So do we know what Mr. Farrow told

14   her to have that response?

15          Did she believe that he was one of the people that

16   beat up the cops or killed the cops?

17          Do we know when the last time the sister spoke

18   with him?

19          Because I have a letter from his son, I have a

20   letter from his brother that I'm happy to submit to the

21   Court.

22          I spoke to the lady where he's been living, with

23   my investigator, and she had -- you know, none of that --

24   nobody else that I have spoken to speaks about him in that

25   fashion.
```

1          So if we're going to start -- and the government

2    did not submit it in support of their motion.  And even in

3    the *Meggs* case, the only reason they submitted it was to say

4    that it had been in the news.

5          The problem -- and I continue to object to the

6    matter in which we're proceeding, because it allows --

7          THE COURT:  Stop saying that.

8          MS. HERNANDEZ:  But I have --

9          THE COURT:  If you say that one more time,

10   I'm going to bring an end to these proceedings.

11         There's nothing objectionable about the way the

12   proceedings are going forward, Ms. Hernandez.  I don't know

13   what alternative universe you're living in.

14         Let's stick with the arguments the government's

15   made.  If you want to rebut the facts, rebut them.  If you

16   want me to draw their inferences, ask me to do that.  But

17   stop objecting to a proceeding that's perfectly normal.

18         MS. HERNANDEZ:  My problem -- well, I don't --

19   Your Honor, my problem with the government's proffer is that

20   they're not presenting facts.  They're presenting argument.

21   It is difficult to counter as a factual matter, because the

22   Court is able -- is required to make fact-finding.  It is

23   difficult to make findings when what you're being presented

24   with are not facts but are arguments and inferences.

25         THE COURT:  Okay.

1          Let's assume, Ms. Hernandez -- let's put an end to

2    this right now, because let's assume for a moment that I've

3    been doing this for some time and I know the difference

4    between a fact and an argument, okay?  So let's move

5    forward.

6          MS. HERNANDEZ:  Correct.

7          But, Your Honor, for whatever reason, the

8    government's -- for example, another example in their

9    motion, and Mr. Manzo alluded to it, that they -- what

10   Mr. Manzo said, not as a -- I guess this is a fact -- what

11   Mr. Manzo said was that they attempted to evade law

12   enforcement in Virginia.

13         Is that a fact?  Where is the fact?  The only fact

14   that I know from which that could be stated is that

15   Mr. Caldwell, whom Your Honor released, told Mr. Crowl in

16   two text messages when they were on their way to visit

17   him -- when Ms. Watkins and Mr. Crowl were on their way to

18   visit Mr. Caldwell, because they were trying to get away

19   from the media, because Ronan Farrow was texting and calling

20   Mr. Crowl multiple times, was calling relatives and

21   everything.

22         So two text messages, which Mr. Caldwell, as I

23   said, whom the Court released, told Mr. Crowl to take

24   evasive action on his way to his home; that is, to get off

25   of at exits or something like that, I don't have the exact

1    words, and to not use the phone.  So Mr. Caldwell says that.

2           Mr. Caldwell is the one who's encouraging the

3    "evasion of law enforcement in Virginia."  And we don't know

4    what Mr. Caldwell did or didn't do.  All I know is that

5    Mr. Caldwell, when he learned -- I'm sorry, Mr. Crowl, when

6    he learned that he was wanted, returned from Virginia to

7    Ohio and turned himself in.

8           So to say that he attempted to evade law

9    enforcement, I would submit to the Court, is not fact-bound,

10   it is an argument to be made from two text messages that

11   Mr. Caldwell, not Mr. Crowl, made.  So if anybody is trying

12   to evade or encouraging evasion, is a person who was

13   released on pretrial release right now.  So I don't

14   understand -- that's the kind of thing that I think --

15   that's just another example.

16          My argument to the Court is that, time and again,

17   that is what's happening here.  There's a conclusion made,

18   not a fact presented, a conclusion.  He attempted to evade

19   law enforcement.

20          What exactly are the facts that support that?  The

21   facts are that another person told him to be evasive.  But

22   there's no indication that he, in fact, was evasive.

23          THE COURT:  All right.

24          Look, that actually is the first proper argument

25   you've made.  And I actually agree that the government's

1   suggestion that your client is a flight risk is not one

2   that's warranted, certainly not a serious flight risk, based

3   on the evidence that's been presented to me, I will agree

4   with you.

5           MS. HERNANDEZ:  Your Honor, but that's exactly the

6   same thing.  They're making argument that he's a flight risk

7   because he tried to -- he stashed his --

8           THE COURT:  I've already agreed with you; let's

9   move on.

10          MS. HERNANDEZ:  Well, there's another argument

11  that they made that he was a flight risk because they

12  stashed -- it's just consistent.

13          "He stashed his gear at an acquaintance's house."

14  No, he left his gear at the location where he lives, at the

15  address that he gave Pretrial Services, his home, at the

16  place where he also had his carpentry tools, his cats, his

17  clothing.

18          And the acquaintance is a woman with whom he had a

19  romantic relationship and lived with for years and whom he

20  has known for more than a decade.  But they put in the

21  document that he -- that that's evidence that he tried to

22  stash his gear at an acquaintance.  That is not factual,

23  Your Honor.

24          And, again, I submit to the Court that almost on

25  every point that the government is making, that is exactly

 1   the point.  And they are making arguments about the whole,

 2   instead of the individual.

 3        And the Court has been -- I have been able to

 4   listen, I think, to only one of the detentions hearings, and

 5   the Court has been very clear that you're making

 6   individualized findings, but -- and, again, I believe that

 7   the way they're presenting the evidence, particularly as to

 8   Mr. Crowl -- I don't know what they're doing with the

 9   others -- is they don't have enough on Mr. Crowl,

10   Your Honor.

11        Mr. Crowl first learned of the trips to D.C. on

12   December 29th, first learned.  And we have every text

13   message.  He didn't toss his phone; he gave them his phone.

14   We have every text message.  On December 29th, he first

15   learns of the trip.  And what he is told is that they

16   have -- they're coming to D.C.

17        THE COURT:  What's the explanation for the Antifa

18   hunting reference?

19        MS. HERNANDEZ:  Okay.  So you know who first

20   mentioned Antifa hunting?  Mr. Caldwell.  Who, again, was

21   released by Your Honor.

22        You know, the President -- the former President of

23   the United States loved to talk about Antifa.

24        The former Attorney General of the United States,

25   if I'm not mistaken, stood in front of the cameras one day

1   and talked about Antifa being a terrorist organization.

2          So, yes, there are certain people who -- and a lot

3   of Americans watched on television while people peacefully

4   demonstrated, and also while people -- while some of the

5   demonstrations got out of hand.

6          And a lot of -- as I say, the President and the

7   former Attorney General -- former President, former Attorney

8   General both attributed that to Antifa.

9          And we have witnessed in Washington, D.C., through

10  some of the demonstrations, that there have been -- after

11  peaceful demonstrations, then in the evenings, there have

12  been, you know, riots, and that -- or not riots, but there

13  have been confrontations.

14         The bottom line is, again, there is one comment,

15  one comment.  And, in fact, he did not go hunting for

16  Antifa.  So they take one comment.  And what does that

17  prove, that he made some stupid comments?

18         What is more important about that text message is

19  what he tells that person he's here in D.C. to do.  He's

20  here in D.C. to go to the White House and then to go home.

21  That's what -- there is not a single text message in which

22  Mr. Crowl tells anybody that he's coming to D.C. to

23  interfere with the counting of the ballots.

24         And, in fact, that is the only charge that

25  would -- I'm sorry, that charge doesn't even allow for a

1    detention.  The only charge that allows for detention is the

2    1361 count, which if it is -- if the damage is more than a

3    thousand, and the damage clause in 1361 is "willfully caused

4    damage," if that count is the only count that -- if there's

5    damage over a thousand that triggers a detention hearing

6    that authorizes detention, and yet we're talking about

7    Antifa and The Storm.  And from one text, he's now Q.

8              THE COURT:  All right.  So, Ms. Hernandez, I get

9    it.

10             MS. HERNANDEZ:  It's just like -- the problem --

11   as I say, Your Honor, the problem is, the reason I was

12   objecting in the manner that it was proceeding, is that it's

13   nearly impossible to counter facts of -- to present a

14   factual counter if the statement is not a fact-bound

15   statement.  So I mean, I'll go -- again, the government

16   talks about pre-planning before January's facts.  The

17   first --

18             THE COURT:  I got it.  I got it.

19             I've read the submissions, I know the arguments,

20   and I don't need to hear any more.

21             MS. HERNANDEZ:  Do you want me to talk about the

22   case --

23             THE COURT:  No, I actually don't.

24             MS. HERNANDEZ:  -- about the D.C. Circuit?

25             THE COURT:  No, I don't need to hear about it.  I

```
 1   read it three times this morning.  I'm very familiar with

 2   it.

 3           MS. HERNANDEZ:  So I can't make an argument as it

 4   applies to my client?

 5           THE COURT:  Okay.  If you want to address the

 6   D.C. Circuit case, go ahead.

 7           MS. HERNANDEZ:  I'm sorry, Your Honor.  You know,

 8   I tried a case before you, you know that I fight for my

 9   clients very well.

10           THE COURT:  I know that, Mr. Hernandez.  I know

11   that.

12           I know you've tried a case before me.  I know the

13   things you've -- and I know your approach to this.  And, you

14   know, it's not always about being a bull in a china shop.

15           And sometimes being measured and actually taking

16   an approach of calm and approaching this with a sense of

17   dispassionate objectivity when you're speaking to a judge

18   who has demonstrated nothing but that, is actually far more

19   effective than just running around, hopping from subject to

20   subject.

21           MS. HERNANDEZ:  Your Honor, I apologize,

22   I'm sorry, but that's not fair to me, because I respect

23   Your Honor.  And every time I file something with the Court,

24   I file it with documents and case law.

25           THE COURT:  All right.
```

1          MS. HERNANDEZ:  And I certainly -- I do.  I'm very
2    passionate about my clients --
3          THE COURT:  I know you do.
4          MS. HERNANDEZ:  -- but I think the government is
5    overstepping it.
6          THE COURT:  I know you do.
7          MS. HERNANDEZ:  So I apologize.
8          But I do -- I am trying to protect my client,
9    because what I -- and I've been doing this for a long time,
10   Your Honor.  I totally respect the Court, and I totally
11   respect every judge I appear before, whether the Court
12   believes it or not.
13         But I have --
14         THE COURT:  That question we'll save for another
15   day.
16         MS. HERNANDEZ:  My respect to you is that --
17   sorry.
18         THE COURT:  Look, if you want to make the argument
19   about how you think the Circuit case applies, now is the
20   time to do it.
21         MS. HERNANDEZ:  Your Honor, my respect to you is
22   that I present only accurate information to the Court.  And
23   if there's case law that applies, I present it to the Court.
24   I don't play games, and I don't overstate and I am -- and
25   I believe that in this case --

1          THE COURT:  Ms. Hernandez, I'm going to invite you

2     to do this for the third time.

3          If you want to address the Circuit case, now is

4     the time to do it.

5          MS. HERNANDEZ:  Well, the problem with the Circuit

6     case -- I think the Circuit case opens the door for my

7     client to walk out, because the facts that the Court -- that

8     the D.C. Circuit highlighted are exactly my client's facts.

9          They may not be my client's facts as proffered in

10    the arguments of the government, but that is -- I would

11    submit to the Court, that that is not what the videos show.

12    There's -- so, for example, the government says that

13    Ms. Watkins said "Push, push, push."  Mr. Crowl did not say

14    "Push, push, push."  Mr. Crowl was trying to retreat.

15    Mr. Crowl could not see police up front.

16          So time and again, they try to impugn my client

17    with conduct of others.  That is not the individualized

18    fact-finding that the Court needs to do.

19          So he's not a risk of flight, the Court said.

20    What happened in this case that the D.C. Circuit remanded

21    for further finding and reversed Judge Lamberth's decision?

22          The Circuit was very focused on the fact that

23    those defendants did not do any damage while they were

24    inside the Capitol.  My client did not do any damage.  We

25    have a written statement from the United States saying that

1    Mr. Crowl and the other defendants did not do any damage

2    inside the Capitol.

3              My client did not injure any person.  We have a

4    written statement from the United States saying that my

5    client did not injure any person.  Those are two facts that

6    the D.C. Circuit focused on greatly.

7              In that case before the D.C. Circuit, one of the

8    defendants went to the media.  One said she hoped -- she

9    would rather die than live in this fashion, and made other

10   fairly provocative statements.  The Court said, that's not

11   enough to find the individualized danger that is required to

12   hold a man, in a case where the government is asking to

13   delay, in a case where the government is asking to delay.

14             By the way, I know, Your Honor has focused in

15   other cases on whether the person before you was on the

16   Signal chat or Zello or any of those encrypted-messaging

17   things.  My client was not in any of them.

18             The allegation that he was somehow leadership

19   because he spoke to the person who reaches out to him about

20   someone coming to Virginia is not Q, is not Oath Keeper, it

21   is a childhood friend, someone he grew up with in Illinois,

22   who not only did he grow up with him, but is also a Marine

23   veteran.  So he knows him on a personal level unrelated to

24   any of this.

25             And he calls -- and he sends, he -- Mr. Crowl

1  doesn't go looking for it.  This person, whom he's known all

2  these years, sends several messages to him and says, I have

3  some Marines who are looking" -- they want to go to D.C.

4  And as a result of that, Mr. Crowl responds.  That's not

5  leadership.  He's responding to his childhood friend.  He's

6  not recruiting people, as the government tries to attribute

7  from that series of facts.

8          Another thing the Court focused on, the

9  D.C. Circuit, was that those defendants did not use force to

10  enter.  We have been told that the defendants -- that

11  Mr. Crowl -- I don't speak for anyone else -- that when

12  Mr. Crowl entered the courthouse, whatever damage had been

13  done to that door had been done 10 to 20 minutes earlier.

14          And the video that I have seen from the inside --

15  or the picture, there's a picture that they have presented

16  at 2:41, where Mr. Crowl and Ms. Parker and a few other

17  people can be seen inside the Rotunda, there is no police

18  officer, no police officer anywhere in that picture.  So how

19  it came from, according to the government, this push and

20  shove, where supposedly my client saw it, to my client being

21  inside with no police officers around, I don't know.

22          Again, the allegation that they were pushing,

23  getting to the Senate or whatever it was that Ms. Watkins

24  was yelling -- was saying, "Push, push, push," my client is

25  not heard saying "Push, push, push."

1          And there's nothing from the vantage point of my

2    client that would allow someone to infer that he could see

3    police officers pushing at the other end.

4          There's nothing --

5          THE COURT:  All right.  We're now getting into the

6    territory of repetition.

7          MS. HERNANDEZ:  I'm sorry.

8          THE COURT:  So anything further, anything you want

9    to add, Ms. Hernandez?

10          MS. HERNANDEZ:  So I'm reading from the opinion,

11    because Munchel and Eisenhart did not vandalize any property

12    or commit violence, the presence of the group was --

13    I'm sorry, that's not -- but the Court continuously focused

14    on those two points.  They weren't involved in planning or

15    coordinating the activities.

16          My client was not involved in any of the

17    coordination.  The government, in its memo, quotes a lot of

18    things that Person One said or didn't say on the Zello or

19    these -- my client was not on there.  You can't attribute

20    to -- you can't impute to him what was said by these people

21    when there's no evidence that he heard those things.

22          THE COURT:  Okay.

23          Mr. Manzo --

24          MS. HERNANDEZ:  The government --

25          THE COURT:  Hang on.

1    Mr. Manzo, I was actually going to ask that

2 question that the government presented, but was Mr. --

3 what's the evidence -- the government's understanding of

4 whether Mr. Crowl was on the Zello communications app that

5 was being, used while some of the other defendants were

6 entering the Capitol and in the Capitol?

7    MR. MANZO:  We're still investigating that matter,

8 but we have not affirmatively proven that he was on that.

9    THE COURT:  All right.

10    MS. HERNANDEZ:  So, Your Honor, does that mean

11 that he wasn't because they can't prove it?

12    THE COURT:  I think it means what he said it

13 means, which is, they don't have any evidence that he was,

14 and that's where it stands right now.

15    MS. HERNANDEZ:  Well, I would submit to the Court

16 evidence we have -- I don't know how many dozens of pages

17 from one of these chats, my client's name does not appear on

18 any of them, not on the January 6th planning call.

19    None of the calls that they have produced, which

20 includes some of the defendants, my client's name does not

21 appear on any of those chats.

22    THE COURT:  Ms. Hernandez, anything further?

23    And I mean quite literally, anything further?

24    MS. HERNANDEZ:  Your Honor, again, they've tried

25 to link him to the Oath Keepers.  You know, they filed this

1    little photo of, I don't believe in anything, I'm here just

2    for the violence.

3                    THE COURT:  And, no, he wasn't -- we don't know

4    whether he's wearing the patch.

5                    MS. HERNANDEZ:  He's not -- no, no, that's not

6    accurate, Your Honor.

7                    We know he's --

8                    THE COURT:  He wasn't wearing the patch.  I got

9    it.

10                   MS. HERNANDEZ:  So I mean, the idea that -- that's

11   the point.  They throw in -- they throw in a lot of dirt and

12   hope some of it sticks to my client, and it's just --

13                   THE COURT:  All right.  We're done.

14                   MS. HERNANDEZ:  It's just not fair, Your Honor.

15   There's nothing in the facts --

16                   THE COURT:  Ms. Hernandez, we're done.

17                   MS. HERNANDEZ:  One last thing, Your Honor.

18                   I would like to point to the Court's attention

19   that Mr. Crowl is suffering from melanoma.  I submitted to

20   the Court, to your Deputy, who forwarded it to the marshals

21   back on, I believe it was March 1st, a health notice.  That

22   was when he wasn't even here yet.

23                   He was seen at initial intake by medical staff at

24   D.C. jail, as they do to every person that comes in.  He has

25   yet to be treated.  Under -- as the Court knows, you have

 1    released, you and a lot of other judges in this district, on

 2    that basis alone, you have released people --

 3              THE COURT:  All right.

 4              MS. HERNANDEZ:  -- during this pandemic.

 5              So I would ask the Court, as an alternative, to

 6    release him on that fashion.

 7              THE COURT:  All right.

 8              Mr. Manzo, I'll give you a brief rebuttal, if

 9    there's anything you want to add.

10              MR. MANZO:  Just two issues, Your Honor.

11              The defendant -- or defense inferred that we were

12    withholding the CCT videos because it showed something

13    exculpatory about Defendant Crowl, and we take offense to

14    that.  And the reason that we've not turned those over is

15    because we need a protective order in place and we do not

16    have that yet, although I know everyone is working toward

17    that end.  When we have that in place, we can turn the

18    videos over.

19              And if Your Honor needs any more information about

20    why, for the videos in particular, we need a protective

21    order, we can approach the -- I'm happy to approach under

22    seal.

23              THE COURT:  Okay.

24              I mean, they're not before me.  So, to be clear,

25    look, just -- either side has been given a full opportunity

1    to present not just argument but whatever evidence you want

2    to present to me, and I'm not considering obviously whatever

3    hasn't been presented to me one way or another.

4            MR. MANZO:  And then the second issue I just

5    wanted to raise was, I believe the defense mischaracterized

6    a statement we made to them.

7            The doors began to be vandalized about 20 minutes

8    before the defendants breached them and entered the Capitol.

9    But as you can see from the video in the footnote, there's

10   still people hammering or throwing objects at them, spraying

11   objects at them.  So we don't think it was a set in time,

12   doors were vandalized, door vandalism ended, but that it's

13   of a continuous nature.  So that was the nature of the

14   disclosure that we had previously made.

15           MS. HERNANDEZ:  Your Honor, we're happy to produce

16   the disclosure, but my recollection is that they said it was

17   10 to 20 minutes before -- before the client entered the

18   Capitol that the vandalism had taken place.

19           And, again, my proffer is that, from my client's

20   vantage point -- I don't know who was at the front of the

21   line, but from my client's vantage point, he could not see

22   or hear any of the alleged whatever chaos was happening.

23   And that by the time he enters the door, there is no damage

24   to the door.  And if that's the basis for holding him, then

25   every person that the Court has released should not have

```
 1    been released, because every single one of them was in that
 2    supposed stack.
 3              THE COURT:  All right.  Just give me a couple
 4    minutes, everyone, and I'll be right back with you.
 5    Thank you.
 6              (Recess from 2:18 p.m. to 2:26 p.m.)
 7              THE COURT:  All right.  Welcome back, everybody.
 8              All right.  So let me just begin where I'm
 9    supposed to, at least in terms of this hearing and at least
10    the suggestion that's been made by the defendant in his
11    motion that there's no basis for detention here.  I reject
12    that.  There is a basis for detention under 3142(f)(1).
13              The charge of destruction of government property
14    for which Mr. Crowl has been indicted, both -- as an aider
15    and abettor of obstruction of government property is a
16    listed offense under 2332b(g)(5)(B), and that charge carries
17    a sentence of ten -- up to ten years, and so, therefore,
18    satisfies the ten years or more requirement.
19              And so in terms of whether this case involves the
20    kind of offense that makes Mr. Crowl eligible for detention,
21    as I've held in other cases, I believe that it does, and I
22    think that's, frankly, consistent with whether -- with what
23    other judges in this district have held as well.  So it is
24    appropriate to have the hearing, it's appropriate to
25    consider Mr. Crowl for detention.
```

1          The fact that he has been charged and the Grand

2    Jury has found probable cause for the destruction of

3    government property offense does give rise to a rebuttable

4    presumption.

5          So there is a rebuttable presumption in this case

6    of dangerousness.  That presumption is rebuttable and the

7    defendant can meet his burden, as he's done here, by coming

8    forward with evidence to negate dangerousness, and that's --

9    he's certainly met his burden here, at a minimum, by putting

10   forward evidence about his background that includes no prior

11   criminal convictions and his ties and relationships to the

12   community.

13         So the government, as it always does, carries the

14   burden of establishing by clear and convincing evidence that

15   the person is a danger to the community and that there are

16   no combination of conditions that would ensure the safety of

17   the community or any other person.

18         Insofar as the government has argued that

19   Mr. Crowl presents a flight risk, I would disagree with

20   that.  Although there is some evidence of a flight risk,

21   I don't think he presents a substantial risk of flight.

22   At the end of the day, Mr. Crowl did cooperate with law

23   enforcement, turned himself in, and he did identify his own

24   cell phone as evidence and cooperated in that respect.

25         And that, combined with the fact that I've not

1    been given any evidence to suggest that Mr. Crowl has the

2    means to essentially drop off the grid or flee the country,

3    I don't think the government's made out its burden to

4    establish the substantial risk of flight that would

5    warrant -- or serious risk of flight that would warrant

6    pretrial detention, at least on that ground.

7            Insofar as dangerousness, I'm supposed to consider

8    four factors; that is, the nature and circumstances of the

9    offense, the weight of the evidence against the defendant,

10   as well as the history and characteristics of the defendant,

11   and the danger presented by the individual.

12           Let me just sort of do this all in one fell swoop,

13   instead of walking through each element.

14           And let me just say that I think this is a close

15   case.  Unlike some of the other defendants who I have

16   released, including Ms. Meggs and Ms. Steele, as to whom the

17   government presented no evidence of participation in any

18   kind of planning other than essentially hitching a ride to

19   D.C. or communicating with others who are, arguably, leaders

20   in this conspiracy, there is some evidence of that with

21   respect to Mr. Crowl.

22           He is -- it's not been denied, identifies himself

23   as a member of a militia that is associated with the Oath

24   Keepers.  Whether he's a former member or not, I think is

25   really sort of beside the point.

1          There is the communication he has with

2    Mr. Caldwell, in which Mr. Caldwell refers to a rapid

3    reaction force that would actually have weapons outside the

4    District of Columbia.  And so this notion that Mr. Crowl

5    is -- he's just in D.C. to do security, I think, is belied

6    by that message.  If Mr. Crowl was simply here to do

7    security, you know, he should have asked some questions

8    about why there was a need for a rapid reaction force and

9    what Mr. Caldwell was asking about or referring to when he

10   was talking about getting heavy and the like.  I mean, this

11   was -- you know, Mr. Caldwell in his own fantastic mind,

12   planning for Armageddon, when there was really no risk of

13   any kind of Armageddon.

14          But that said, you know, it was an opportunity for

15   Mr. Crowl to have withdrawn from coming to Washington.  He

16   didn't do that.  And so this idea that at least he wasn't

17   prepared for possible violence, I don't think is quite

18   accurate.

19          And, you know, unlike some of the other defendants

20   for whom there is no evidence like that, Mr. Crowl, there is

21   evidence that he anticipated some potential violence and

22   engaging and participating in that violence when he actually

23   came to Washington.

24          I think that fact is furthered by this reference

25   in his social media posting that happens on January 5th at

1   11:00 p.m. about planning to go "tifa hunting."  And there's

2   been explanation about what that means in another case, not

3   so much here.  But at a minimum, whatever it means, it

4   suggests that at least Mr. Crowl, at least in his mind, was

5   prepared to engage in confrontation with Antifa or members

6   of groups that he believed were oppositional to the reasons

7   he was there and the things that he believed in.  And so,

8   again, this is sort of another data point that suggests that

9   Mr. Crowl presents some danger.

10          You know, against those two pieces of evidence,

11  I've got to weigh sort of what Mr. Crowl did on the day of

12  or consider in connection with what he did on the day of.

13  And he is part of a group that I don't believe -- we could

14  sort of talk till we're blue in the face about what the

15  video shows.  But what it does show is that Mr. Crowl is

16  part of a group of -- a collective group that does gather

17  and attempt to enter the Capitol building.  He's not at the

18  front of that group.  The video shows he's at least ten,

19  maybe more feet behind that group, maybe 15 feet, and that

20  he is pushing forward, along with other members of that

21  group, to enter the Capitol building.

22          Once he does enter the Capitol building, and he

23  does enter the Capitol building, there is no evidence that

24  he himself destroyed any property, there's no evidence that

25  he himself engaged in any assaultive behavior.  You know,

the government may rightly point out that the actual
destruction of property was done before he got there and so
he benefited by it, and so he's slightly differently
situated than the defendants that the Court discussed in the
*Munchel* decision.

And, you know, he is -- he's confederating with
others.  But, again, there's no evidence that he actually
engaged in violent acts while inside the Capitol, prior to
being in the Capitol.  You know, he's not accused as
somebody who was trying to remove barriers, directly or at
least, or using pepper spray or any types of images that
we've seen.  You know, he's not engaged in hand-to-hand
combat with any police officers.  We've seen that in images;
that's not what Mr. Crowl is accused of doing.

And so I've got to consider his actual conduct
inside the Capitol, none of which, by the way, to be clear
here, is meant to suggest that Mr. Crowl did not have an
intent to disrupt or obstruct what Congress was trying to
do.

You know, the fact that somebody doesn't engage in
violence doesn't mean that when they've gone forward in a
group to enter the Capitol building while Congress is in
session doing something to which they face political
opposition, that they didn't have that intent when they came
in there.  Clearly, the Grand Jury thought the evidence was

1    sufficient to believe that Mr. Crowl had that intent and

2    that he conspired with others to engage in that conduct and

3    carry out that purpose.

4          And I agree with the Grand Jury.  And I think the

5    evidence actually does weigh in favor of that charge.  And I

6    think the evidence is a little weaker with respect to the

7    destruction of property charge; but, nevertheless, that's

8    the evidence that ultimately a jury may have to make a

9    determination of whether, in fact, Mr. Crowl is guilty of

10   these charges.

11         You know, insofar as the post-January 6th

12   behavior, the government has focused on this text exchange

13   between -- or this exchange between Mr. Crowl and

14   Ms. Watkins.

15         You know, let's just say one could characterize it

16   as a plan to head for the hills and maybe hole up there and

17   regroup and think about how else to attack.  It's not an

18   unreasonable inference.  But it's not the only inference.

19         And another reasonable inference is simply that

20   they were looking for things to calm down and contemplating

21   where they might go.  And importantly, you know, Mr. Crowl

22   is not the one who's actually making the suggestion.  He

23   actually doesn't affirmatively say, yes, let's do that.  It

24   is Ms. Watkins that does talk about the NVA and making

25   tunnels and the like.  And Mr. Crowl doesn't exactly embrace

1      it.  He doesn't reject it, but he doesn't embrace it either.

2              What we do know is that Mr. Crowl did head out to

3      Virginia at some point.  But he does return to Ohio when he

4      learns that there's an arrest warrant for him, cooperates

5      with law enforcement once he is arrested.  And so some of

6      this talk between him and Ms. Watkins, let's just say it

7      doesn't appear that any of it came to fruition.

8              As I said, I think this is a closer case than it

9      is and has been with some of the other defendants who I have

10     released for the reasons I've already articulated.  But

11     I think on balance, considering all the factors I have to --

12     and I haven't, of course, mentioned yet Mr. Crowl's personal

13     history and characteristics.

14             He has no prior criminal convictions.  He was part

15     of the military, although it appears that his military

16     training was not used -- was used here for unlawful

17     purposes.  You know, he has a job, seems to have a stable

18     residence, and has ties to the community.  He's a father.

19     There's a moving letter submitted by his son; he's been

20     active in his community as a coach.

21             You know, Mr. Crowl presents a complex picture,

22     not unlike a lot of people these days, and I fear, to some

23     extent, some of the things Mr. Crowl might still believe and

24     how he views the world.

25             But the question is whether Mr. Crowl is going to

1   act on those beliefs and whether I have reason to believe or

2   the government has convinced me by clear and convincing

3   evidence that he poses a particular threat, an articulable

4   threat that would cause harm to the community, and,

5   importantly, whether there are conditions of release that

6   will mitigate that.

7           And I think at the end of the day, I think there

8   are conditions of release that'll mitigate the threat,

9   whatever the threat may be, and so, Mr. Crowl, I will grant

10  the motion to release him.  I am going to place him on the

11  same exact conditions I've placed some of the others, to

12  include supervision in the District to which he's released.

13          Ms. Hernandez, his residence is in Ohio; is that

14  right?

15          MS. HERNANDEZ:  That's correct, Your Honor.

16          He's got a cousin in Virginia that I've been in

17  touch with.  So the plan would be to have him travel --

18  I will get him to Northern Virginia and the cousin will come

19  pick him up.  And from there, he'll make his arrangements

20  with his son to get him to Ohio and report to Pretrial

21  Services there.

22          THE COURT:  Well, within 48 hours of your release,

23  Mr. Crowl, you must report to the Pretrial Services office

24  in the district in which you live.

25          You shall surrender -- I don't know whether --

1  do you have a passport, Mr. Crowl?

2          THE DEFENDANT:  I'm sorry, sir.  It's expired.

3  It's been expired since 2011.

4          THE COURT:  I want you to turn that expired

5  passport in to Pretrial Services.

6          You must stay away from the District of Columbia.

7          THE DEFENDANT:  Yes, sir.

8          THE COURT:  You must remain in the District in

9  Ohio to which you are released.

10          You shall have contact with no one associated or

11  affiliated with the Oath Keepers.

12          You shall not possess any firearm, destructive

13  device, or any other weapon.  And to be clear here, even if

14  you legally own one, it needs to be turned in to Pretrial

15  Services, all right?

16          THE DEFENDANT:  Yes, sir.

17          THE COURT:  You will be placed on home

18  incarceration, at least to begin with.  You will be

19  restricted to 24-hour-a-day lockdown at your residence,

20  except for medical necessities and court appearances or

21  other activities that are approved by the Court.

22          You will submit to location monitoring as directed

23  by the Pretrial Services office or supervising officer and

24  comply with all the program requirements and instructions

25  provided.

1              You will submit to testing for a --

2              That's okay.  I need you to mute your line.

3              THE DEFENDANT:  Yes, sir.  My apologies.

4              THE COURT:  All right.

5              So I also am going to have Mr. Crowl submit to

6       testing for prohibited substance, if required by the

7       Pretrial Services office or supervising officer.

8              Testing may be used with random frequency and may

9       include urine testing or wearing of a sweat patch or remote

10      alcohol testing system and any form of prohibited substance

11      screening or testing.

12             The defendant must not obstruct, attempt to

13      obstruct or tamper with the efficiency and accuracy of

14      prohibited substance abuse screening or testing.

15             Additionally, Mr. Crowl may not use or unlawfully

16      possess a narcotic drug or other controlled substance, as

17      well as alcohol -- or actually, let me just say:  He may not

18      use alcohol at all, unless and, therefore, be subject to

19      testing regarding use of alcohol.

20             To be clear, the reason I'm imposing that

21      condition is because there's evidence before me of abuse of

22      alcohol, and while -- and I think that contributes to the

23      risk Mr. Crowl poses, and so he will be barred from using

24      alcohol and be tested for use of alcohol while he's on

25      pretrial release.

1          Additionally, you shall have no access to

2   computers, smartphones, tablets, or any other kind of

3   electronic communication device that would allow Mr. Crowl

4   to communicate through either encrypted or non-encrypted

5   applications.

6          All right.  Those will be the conditions of

7   release.

8          Mr. Crowl, I will say to you what I have said to

9   others, which is:  Do not take this at all as a sign of my

10  views of the seriousness of what you've been charged with or

11  your conduct on that day.  It will be ultimately up to a

12  jury whether you've violated the law or not.  I am bound by

13  certain standards, and liberty is the norm pretrial, and

14  I don't think the government has met its burden in this

15  case.

16         That said, if you violate the conditions of

17  release in any way, shape, or form, you can expect I will

18  learn about it, and I will not hesitate to return you to

19  prison, if that's appropriate, okay?

20         THE DEFENDANT:  Yes, Your Honor.

21         Thank you, sir.

22         THE COURT:  Thank you, all.

23         MS. HERNANDEZ:  Thank you, Your Honor.

24         As usual, I apologize if I offended the Court.

25  The Court knows that I respect the Court.

1          THE COURT:  All right.  Thank you, everyone.

2          (Proceedings concluded at 2:44 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__April 16, 2021_____     /S/__William P. Zaremba_____

                                 William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY:** [1] 3/2
**MR. MANZO:** [22]
3/25 4/4 4/8 5/22 7/19
8/4 8/22 10/16 11/23
12/5 12/24 14/4 14/17
14/24 24/25 44/7 46/10
47/4
**MS. HERNANDEZ:**
[64]
**THE COURT:** [92]
**THE DEFENDANT:** [6]
3/14 57/2 57/7 57/16
58/3 59/20

**/**

**/S** [1] 61/10

**1**

**10** [3] 24/10 42/13
47/17
**103** [1] 14/13
**11:00** [4] 14/21 15/4
15/4 52/1
**12:00** [1] 14/21
**1361** [2] 37/2 37/3
**15** [2] 25/13 52/19
**16** [1] 61/10
**19** [1] 61/6
**1:00** [1] 1/6
**1:14** [1] 5/12
**1:15** [1] 5/7
**1:22** [1] 5/12
**1st** [1] 45/21

**2**

**20** [7] 9/2 16/6 24/10
24/13 42/13 47/7 47/17
**20001** [1] 2/6
**2011** [1] 5/7
**202** [2] 1/15 2/6
**2021** [2] 1/5 61/10
**20530** [1] 1/14
**20777** [1] 1/18
**21-28-2** [1] 1/4 3/3
**2332b** [1] 48/16
**240** [1] 1/18
**252-7277** [1] 1/15
**26** [1] 1/5
**29th** [2] 35/12 35/14
**2:18** [1] 48/6
**2:26** [1] 48/6
**2:41** [1] 42/16
**2:44** [1] 60/2

**3**

**3142** [1] 48/12
**3249** [1] 2/6
**333** [1] 2/5
**3391** [1] 1/18
**354-3249** [1] 2/6
**3:02** [1] 14/20
**3:08** [1] 14/1

**4**

**472-3391** [1] 1/18

**5**

**555** [1] 1/14
**5th** [3] 14/21 15/5
51/25

**6**

**60-something-year-old**
[1] 26/9
**6th** [18] 6/3 6/12 9/18
9/18 9/18 11/25 12/5
12/14 13/9 14/20 14/22
15/19 17/1 19/11 19/21
20/2 44/18 54/11

**7**

**7166** [1] 1/17
**7277** [1] 1/15

**A**

**a.m** [2] 14/14 15/4
**abetted** [1] 27/4
**abetting** [1] 7/14
**abettor** [1] 48/15
**ability** [5] 6/10 12/10
12/11 17/8 19/24
**able** [5] 8/6 31/22 35/3
**about** [55] 7/9 9/2 9/2
12/19 13/3 13/10 13/20
14/6 14/9 15/2 15/4
15/6 17/7 17/10 17/19
18/19 19/19 20/10
21/17 22/1 23/2 23/3
23/21 24/17 27/19
27/25 28/18 30/24
31/11 35/1 35/23 36/1
36/18 37/6 37/16 37/21
37/24 37/25 38/14 39/2
39/19 41/19 46/13
46/19 47/7 49/10 51/8
51/9 51/10 52/1 52/2
52/14 54/17 54/24
59/18
**above** [1] 61/4
**above-titled** [1] 61/4
**abuse** [2] 58/14 58/21
**abused** [1] 26/20
**access** [1] 59/1
**according** [1] 42/19
**accuracy** [2] 22/4
58/13
**accurate** [3] 39/22 45/6
51/18
**accused** [2] 53/9 53/14
**acquaintance** [2]
34/18 34/22
**acquaintance's** [1]
34/13
**act** [1] 56/1
**action** [1] 32/24
**actions** [3] 10/11 11/7
19/25
**active** [1] 55/20
**actively** [1] 16/3
**activities** [2] 43/15
57/21
**acts** [1] 53/8
**actual** [2] 53/1 53/15

**actually** [6] 8/16 33/24 33/25 37/23
38/15 38/18 44/1 51/3
51/22 53/7 54/5 54/22
54/23 58/17
**add** [4] 8/14 19/3 43/9
46/9
**Additionally** [2] 58/15
59/1
**address** [3] 34/15 38/5
40/3
**adequate** [1] 20/15
**advance** [3] 8/24 9/24
15/25
**advancing** [1] 9/23
**affects** [1] 5/19
**affiliated** [1] 57/11
**affirmatively** [2] 44/8
54/23
**after** [11] 7/24 9/18
11/4 11/14 12/5 12/13
13/9 18/25 24/10 28/6
36/10
**afternoon** [5] 3/2 3/10
3/12 3/16 14/14
**again** [15] 19/22 19/25
21/12 33/16 34/24 35/6
35/20 36/14 37/15
40/16 42/22 44/24
47/19 52/8 53/7
**against** [4] 21/23 25/3
50/9 52/10
**agent** [1] 23/13
**agree** [5] 22/25 28/15
33/25 34/3 54/4
**agreed** [1] 34/8
**ahead** [6] 7/19 11/22
15/3 22/24 24/7 38/6
**aided** [2] 2/8 27/4
**aider** [1] 48/14
**aiding** [1] 7/13
**alarming** [2] 12/15
13/5
**alcohol** [7] 58/10 58/17
58/18 58/19 58/22
58/24 58/24
**Alex** [1] 30/8
**all** [43] 3/10 3/15 3/16
4/9 4/24 5/6 5/13 5/14
7/23 9/3 11/10 15/1
15/6 15/7 19/2 20/3
20/4 25/14 27/9 28/5
33/4 33/23 37/8 38/25
42/1 43/5 44/9 45/13
46/3 46/7 48/3 48/7
48/8 50/12 55/11 57/15
57/24 58/4 58/18 59/6
59/9 59/22 60/1
**all right** [8] 5/13 27/9
38/25 43/5 45/13 46/3
46/7 57/15
**allegation** [3] 26/16
41/18 42/22
**allegations** [1] 27/14
**alleged** [1] 47/22
**allow** [5] 15/25 26/19
36/25 43/2 59/3
**allows** [2] 31/6 37/1

**actually** continued...
**almost** [2] 10/3 34/24
**alone** [1] 46/2
**along** [1] 52/20
**already** [2] 34/8 55/10
**also** [9] 13/1 14/24
15/11 20/25 21/25
34/16 36/4 41/22 58/5
**alternative** [2] 31/13
46/5
**although** [3] 46/16
49/20 55/15
**always** [2] 38/14 49/13
**am** [7] 4/2 26/15 39/8
39/24 56/10 58/5 59/12
**Amendment** [1] 17/3
**AMERICA** [2] 1/3 3/4
**American** [2] 13/14
18/24
**Americanized** [1] 4/4
**Americans** [1] 36/3
**AMIT** [1] 1/10
**analysis** [2] 5/20 13/18
**Andre** [2] 2/2 3/7
**another** [13] 11/6 12/1
19/6 32/8 33/15 33/21
34/10 39/14 42/8 47/3
52/2 52/8 54/19
**answer** [1] 11/17
**anticipated** [1] 51/21
**Antifa** [12] 14/15 17/4
17/10 19/13 35/17
35/20 35/23 36/1 36/8
36/16 37/7 52/5
**any** [44] 7/2 8/3 10/9
10/14 10/14 19/7 19/10
19/23 20/19 21/13
24/10 24/13 25/21
28/10 37/20 40/23
40/24 41/1 41/3 41/5
41/16 41/17 41/24
43/11 43/16 44/13
44/18 44/21 46/19
47/22 49/17 50/1 50/17
51/13 52/24 52/25
53/11 53/13 55/7 57/12
57/13 58/10 59/2 59/17
**anybody** [4] 24/18 26/6
33/11 36/22
**anybody's** [1] 29/13
**anymore** [1] 11/2
**anyone** [3] 17/6 20/20
42/11
**anything** [11] 18/8
19/3 20/12 22/14 26/7
43/8 43/8 44/22 44/23
45/1 46/9
**anywhere** [1] 42/18
**aol.com** [1] 1/19
**apologies** [2] 3/25
58/3
**apologize** [3] 38/21
39/7 59/24
**app** [1] 44/4
**apparently** [1] 20/23
**Appeals** [1] 15/17
**appear** [5] 25/2 39/11
44/17 44/21 55/7

**appearances** [3] 1/12
1/24 57/20
**appeared** [1] 21/9
**appearing** [1] 3/8
**appears** [1] 55/15
**applicable** [1] 18/1
**applications** [1] 59/5
**applies** [3] 38/4 39/19
39/23
**approach** [4] 38/13
38/16 46/21 46/21
**approaching** [1] 38/16
**appropriate** [7] 22/5
22/20 22/22 23/23
48/24 48/24 59/19
**approved** [1] 57/21
**approximately** [2] 8/10
**April** [1] 61/10
**are** [45] 6/3 8/11 9/3
9/4 10/23 11/1 12/16
13/5 13/13 13/16 16/3
16/4 16/13 17/6 17/17
19/17 20/17 22/19
22/21 23/7 25/2 25/4
25/5 25/16 25/17 26/12
27/16 27/21 28/6 31/12
31/24 31/24 33/20
33/21 35/1 36/2 40/8
41/5 42/3 49/15 50/19
56/5 56/8 57/9 57/21
**arguably** [1] 50/19
**argue** [5] 9/21 23/2
23/3 24/12 27/3
**argued** [3] 10/4 20/11
49/18
**arguing** [1] 18/5
**argument** [14] 5/18
18/4 20/14 22/8 31/20
32/4 33/10 33/16 33/24
34/6 34/10 38/3 39/18
47/1
**arguments** [6] 20/17
31/14 31/24 35/1 37/19
40/10
**Armageddon** [2] 51/12
51/13
**Army** [4] 13/6 13/13
18/19 18/22
**around** [4] 7/2 14/21
38/19 42/21
**arrangements** [1]
56/19
**arrest** [1] 55/4
**arrested** [5] 55/5
**article** [2] 29/17 29/24
**articulable** [3] 16/19
16/23 56/3
**articulated** [1] 55/10
**as** [60] 6/9 8/18 8/25
12/3 12/7 12/24 14/8
15/25 17/7 18/21 18/22
19/24 20/16 20/21 23/9
23/17 23/19 24/1 24/15
24/15 24/15 26/1 28/10
28/17 31/21 32/10
32/22 35/7 36/6 37/11
38/3 40/9 42/4 42/6
45/24 45/25 46/5 47/9

63

**A**

as... [22] 48/14 48/21 48/23 49/7 49/13 49/18 49/24 50/7 50/10 50/10 50/16 50/23 53/9 54/11 54/16 55/8 55/20 57/22 58/16 58/17 59/9 59/24

ask [10] 5/18 10/6 16/15 17/23 26/25 27/3 29/14 31/16 44/1 46/5

asked [3] 20/19 21/25 51/7

asking [5] 11/18 18/8 41/12 41/13 51/9

aspects [1] 17/21

assault [2] 17/14 17/16

assaulted [1] 10/23

assaulting [1] 16/4

assaultive [1] 52/25

assent [1] 28/9

assisted [1] 10/13

assisting [1] 10/21

associated [4] 21/9 25/11 50/23 57/10

assume [2] 32/1 32/2

attack [2] 24/3 54/17

attacking [1] 22/21

attempt [2] 52/17 58/12

attempted [5] 12/20 12/21 32/11 33/8 33/18

attempting [1] 25/5

attention [1] 45/18

Attorney [3] 35/24 36/7 36/7

ATTORNEY'S [1] 1/13

attributable [1] 26/2

attribute [2] 42/6 43/19

attributed [1] 36/8

authorizes [1] 37/6

Avenue [1] 2/5

away [4] 7/11 10/25 32/18 57/6

aways [1] 15/15

**B**

back [9] 9/4 9/13 11/23 14/8 14/15 25/14 45/21 48/4 48/7

background [3] 26/11 26/18 49/10

backward [1] 14/20

bad [1] 24/15

balance [1] 55/11

ballots [1] 36/23

barred [1] 58/23

Barrett [1] 2/5

barricade [1] 24/4

barriers [1] 53/10

based [3] 20/17 29/5 34/2

basically [1] 11/2

basis [5] 20/17 46/2 47/24 48/11 48/12

battle [1] 6/12

be [58] 4/7 4/25 8/18 11/21 12/12 12/19 14/2 14/10 14/17 14/19

16/22 17/10 17/23 19/21 20/1 21/4 21/9 23/3 23/12 23/13 23/18 24/17 25/2 25/20 26/5 26/19 28/2 28/2 28/3 28/6 29/24 32/14 33/10 33/21 40/9 42/17 45/25 46/24 47/7 48/4 53/16 56/9 56/17 57/13 57/14 57/17 57/18 58/8 58/18 58/20 58/23 58/24 59/6 59/11

beat [1] 30/16

beaten [1] 11/1

beating [1] 7/4

because [26] 18/15 20/23 21/17 23/10 23/22 24/2 24/18 27/1 30/19 31/6 31/21 32/2 32/18 32/19 34/7 34/11 38/22 39/9 40/7 41/19 43/11 44/11 46/12 46/15 48/1 58/21

been [43] 8/16 8/17 8/25 10/12 10/21 20/9 20/13 20/24 22/14 24/11 24/13 25/8 26/13 26/13 28/11 30/22 31/4 32/3 34/3 35/3 35/3 35/5 36/10 36/12 36/13 39/9 42/10 42/12 42/13 46/25 47/3 48/1 48/10 48/14 49/1 50/1 50/22 52/2 55/9 55/19 56/16 57/3 59/10

before [20] 1/10 4/24 5/4 9/17 13/19 14/22 17/1 18/25 37/16 38/8 38/12 39/11 41/7 41/15 46/24 47/8 47/17 47/17 53/2 58/21

began [1] 47/7

begin [3] 5/4 48/8 57/18

beginning [1] 23/15

behalf [1] 3/7

behavior [2] 52/25 54/12

behind [4] 7/8 24/5 25/4 52/19

being [11] 10/23 12/21 17/17 25/7 31/23 36/1 38/14 38/15 42/20 44/5 53/9

belied [1] 51/5

beliefs [1] 56/1

believe [18] 8/15 11/20 14/10 14/21 24/22 26/21 27/8 30/15 35/6 39/25 45/1 45/21 47/5 48/21 52/13 54/1 55/23 56/1

believed [2] 52/6 52/7

believes [2] 21/23 39/12

benefit [1] 24/18

benefited [1] 53/3

beside [1] 55/25

between [2] 12/15 13/1 13/24 32/4 54/13 54/13 55/6

big [1] 9/21

blue [1] 52/14

body [1] 17/22

both [4] 3/11 22/16 36/8 48/14

bottom [1] 36/14

bound [1] 33/9 37/14 59/12

Brady [1] 20/21

breach [1] 8/5

breached [3] 7/25 8/21 47/8

breaches [1] 8/4

breaking [2] 7/7 16/3

brief [2] 10/18 46/8

briefly [2] 14/18 19/4

brilliant [1] 15/16

bring [1] 31/10

broke [1] 14/8

brother [3] 30/7 30/20

brought [1] 18/10

building [5] 52/17 52/21 52/22 52/23 53/22

bull [1] 38/14

burden [6] 22/17 49/7 49/9 49/14 50/3 59/14

**C**

Caldwell [13] 32/15 32/18 32/22 33/1 33/2 33/4 33/5 33/11 35/20 51/2 51/2 51/9 51/11 51/11

call [2] 17/8 44/18

called [2] 22/7

calling [2] 32/19 32/20

calls [2] 41/25 44/19

calm [2] 38/16 54/20

came [6] 3/21 30/5 42/19 51/23 53/24 55/7

cameras [1] 35/25

can [32] 3/12 3/14 6/7 7/18 7/20 10/9 10/13 10/18 12/3 13/17 16/15 17/20 17/23 17/23 18/11 18/11 18/17 19/18 19/20 20/15 22/3 22/3 22/5 22/7 28/23 29/14 42/17 46/17 46/21 47/9 49/7 59/17

can't [8] 11/2 11/5 18/5 25/12 38/3 43/19 43/20 44/11

cannot [1] 10/17

Capitol [37] 6/16 6/21 6/25 7/3 7/16 8/1 8/10 8/23 9/20 10/14 11/8 11/9 11/13 11/25 15/18 16/1 16/11 17/14 17/15 20/23 24/22 24/24 26/23 40/24 41/2 44/6 44/6 47/8 47/18 52/17 52/21 52/22 52/23 53/8 53/9 53/16 53/22

captured [1] 42/23

Carmen [2] 1/17 3/6

carpentry [1] 34/16

carries [2] 48/16 49/13

carry [1] 54/3

case [34] 3/3 4/11 4/16 4/17 5/19 8/18 16/8 16/16 16/21 20/20 21/6 30/1 31/3 37/22 38/6 38/8 38/12 38/24 39/19 39/23 39/25 40/3 40/6 40/6 40/20 41/7 41/12 41/13 48/19 49/5 50/15 52/2 55/8 59/15

cases [3] 15/13 41/15 48/21

cats [1] 34/16

cause [3] 6/9 49/22 54/6

caused [2] 24/16 37/3

causing [2] 7/11 7/14

CCT [1] 46/12

CCTV [1] 26/23

cell [1] 49/24

certain [2] 21/25 36/2 59/13

certainly [3] 34/2 39/1 49/9

Certified [1] 2/4

certify [1] 61/2

CH [1] 2/5

chamber [1] 9/5

chambers [1] 30/8

chance [2] 3/22 6/24

chanting [1] 9/8

chaos [1] 47/22

characteristics [2] 50/10 55/13

characterize [1] 54/15

characterized [1] 54/15

charge [7] 36/24 36/25 37/1 48/13 48/16 54/5 54/7

charged [2] 49/1 59/10

charges [1] 54/10

chat [1] 41/16

chats [2] 44/17 44/21

chatter [1] 18/18

chernan7 [1] 1/19

Chief [1] 15/12

Chief Judge Howell [1] 15/12

childhood [2] 41/21 42/5

children [1] 26/6

china [1] 38/14

Circuit [15] 3/20 5/19 20/16 37/24 38/6 39/19 40/3 40/5 40/6 40/8 40/20 40/22 41/6 41/7 42/9

Circuit's [1] 16/16

circumstances [1] 50/8

cited [5] 6/24 7/16 15/11 29/25 30/3

claim [2] 27/15 27/16

claims [3] 10/12 23/17 24/15

cause [1] 37/3

clear [12] 7/21 16/16 24/17 28/2 29/24 35/5 46/24 49/14 53/16 56/2 57/13 58/20

Clearly [1] 53/25

client [25] 21/23 23/1 24/5 24/9 25/11 25/20 25/25 27/2 34/1 38/4 39/8 40/7 40/16 40/24 41/3 41/5 41/17 42/20 42/20 42/24 43/2 43/16 43/25 47/12 47/17 47/19 47/21

client's [8] 22/1 28/4 40/8 40/9 44/17 44/20 47/19 47/21

clients [2] 38/9 39/2

close [1] 50/14

closed [1] 25/2 25/2

closer [1] 55/8

clothing [1] 34/17

coach [1] 55/20

code [1] 6/6

collective [1] 52/16

COLUMBIA [4] 1/1 26/10 51/4 57/6

combat [3] 13/7 18/24 53/13

combination [1] 49/16

combined [3] 6/17 15/13 49/25

combining [1] 13/4

come [2] 28/16 56/18

comes [1] 45/24

coming [8] 17/2 17/3 26/24 35/16 36/22 41/20 49/7 51/15

comment [7] 27/18 27/23 28/3 28/18 36/14 36/15 36/16

comments [2] 17/24 36/17

commit [1] 43/12

communicate [1] 59/4

communicating [1] 50/19

communication [2] 51/1 59/3

communications [2] 9/17 44/4

community [7] 16/20 49/12 49/15 49/17 55/18 55/20 56/4

comparable [1] 17/17

comparing [3] 13/5 13/13 28/9

comparison [1] 28/13

complex [1] 55/21

comply [3] 6/11 12/10 57/24

computer [1] 2/8

computer-aided [1] 2/8

computers [1] 59/2

concept [1] 12/8

concern [1] 12/12

concerns [1] 17/10

concluded [1] 60/2

**C**

conclusion [2] 33/17
33/18
condition [1] 58/21
conditions [6] 49/16
56/5 56/8 56/11 59/6
59/16
conduct [8] 11/14 12/6
15/19 22/15 40/17
53/15 54/2 59/11
conducts [1] 27/6
confederating [1] 53/6
confrontation [1] 52/5
confrontations [1]
36/13
Cong [1] 27/22
Congress [2] 53/18
53/22
connection [1] 30/4
52/12
consider [7] 3/23 6/3
13/17 48/25 50/7 52/12
53/15
consideration [1] 16/9
considered [3] 3/21
12/24
considering [3] 18/22
47/2 55/11
considers [1] 12/13
consistent [3] 14/24
34/12 48/22
conspiracy [1] 50/20
conspired [1] 54/2
Constitution [1] 2/5
contact [1] 57/10
contemplating [1]
54/20
contend [1] 16/22
context [2] 14/25 29/10
continue [1] 10/5 31/5
CONTINUED [1] 2/1
continues [1] 23/20
continuing [1] 9/24
17/15
continuous [1] 47/13
continuously [2] 26/1
43/13
contrary [1] 29/7
contributes [1] 58/22
controlled [1] 58/16
convictions [2] 49/11
55/14
convinced [1] 56/2
convincing [2] 49/14
56/2
cooperate [1] 49/22
cooperated [1] 49/24
cooperates [1] 55/4
coordinate [2] 19/18
19/25
coordinating [1] 43/15
coordination [1] 43/17
cops [2] 30/16 30/16
correct [4] 28/8 32/6
56/15 61/3
correctly [2] 4/2 8/12
corroborate [1] 10/15
could [17] 12/19 16/11
24/6 25/20 26/5 26/16
28/13 32/14 40/15 43/2
47/21 52/13 54/15
counsel [5] 3/10 4/24
5/17 20/3 20/21
count [3] 37/2 37/4
37/4
counter [3] 31/21
37/13 37/14
counting [1] 36/23
country [1] 50/2
couple [4] 4/21 16/25
20/18 48/3
courageously [1] 16/5
course [1] 55/12
court [48] 1/1 2/3 2/4
3/17 4/18 6/2 6/11
12/10 12/12 15/17
20/15 20/18 21/21
26/15 26/25 27/3 30/21
31/22 32/23 33/9 33/16
34/24 35/3 35/5 38/23
39/10 39/11 39/22
39/23 40/7 40/11 40/18
40/19 41/10 42/8 43/13
44/15 45/20 45/25 46/5
47/25 53/4 57/20 57/21
59/24 59/25 59/25 61/7
Court's [3] 14/18 22/14
45/18
courthouse [1] 42/12
courtroom [2] 21/20
23/11
cousin [2] 56/16 56/18
COVID [1] 61/6
COVID-19 [1] 61/6
CR [1] 1/4
create [1] 16/25
creating [1] 13/7
crime [1] 9/21
criminal [3] 3/3 49/11
55/14
cross [1] 9/13
crowd [3] 8/20 9/14
25/5
CROWL [81]
Crowl's [2] 27/20
55/12
CRR [2] 61/2 61/11

**D**

D.C [20] 1/5 1/14 2/6
6/4 6/6 6/7 6/8 17/2
17/3 17/11 35/11 35/16
36/9 36/19 36/20 36/22
42/3 45/24 50/19 51/5
destroyed [1] 52/24
destruction [5] 7/15
48/13 49/2 53/2 54/7
destructive [1] 57/12
detection [2] 12/14
12/22
D.C. [7] 37/24 38/6
40/8 40/20 41/6 41/7
42/9
D.C. Circuit [7] 37/24
38/6 40/8 40/20 41/6
41/7 42/9
damage [11] 24/11
24/13 37/2 37/3 37/4
37/5 40/23 40/24 41/1
42/12 47/23
danger [8] 17/12 17/13
50/11 52/9
dangerousness [6]
6/10 12/10 22/1 49/6
49/8 50/7
dare [1] 28/13
data [1] 52/8
Date [1] 61/10
day [12] 9/8 10/22
14/22 17/13 35/25
39/15 49/22 52/11
52/12 56/7 57/19 59/11
days [1] 55/22
de [1] 3/17
deal [1] 9/21
decade [3] 13/7 18/24
34/20
December [2] 35/12
35/14
decided [1] 13/11
decision [5] 3/21 5/15
15/8 40/21 53/5
deep [3] 9/3 9/24 17/16
deeper [1] 19/15
defendant [34] 1/7
1/17 3/8 5/25 6/17 7/9
9/7 9/12 9/15 9/19 9/22
9/22 10/20 11/4 11/5
12/16 12/16 13/2 13/2
13/12 15/13 15/23
16/12 19/6 19/7 19/9
21/6 46/11 46/13 48/10
49/7 50/9 50/10 58/12
defendant's [1] 19/1
defendants [14] 8/18
15/19 40/23 41/1 41/8
42/9 42/10 44/5 44/20
47/8 50/15 51/19 53/4
55/9
defense [4] 3/6 7/4
46/11 47/5
delay [2] 41/13 41/13
demonstrated [2] 36/4
38/18
demonstrations [3]
36/5 36/10 36/11
denied [1] 50/22
depth [1] 15/17
Deputy [1] 45/20
describe [1] 24/3
describes [1] 27/11
describing [2] 23/14
23/15
description [1] 27/16
determining [1] 6/14
device [2] 57/13 59/3
devoid [1] 20/17
did [23] 8/1 8/18 9/20
28/16 30/15 31/2 33/4
36/15 40/13 40/23
40/24 41/1 41/3 41/5
41/22 42/9 43/11 49/22
49/23 52/11 52/12
53/17 55/2
didn't [10] 11/6 12/18
28/12 28/15 28/24 33/4
35/13 43/18 51/16
53/24
die [1] 41/9
difference [1] 32/3
different [5] 15/18
16/14 16/25 23/21
23/25
differently [1] 53/3
difficult [3] 23/10
31/21 31/23
directed [1] 57/22
directly [1] 53/10
dirt [1] 45/11
disagree [3] 10/2 22/12
49/19
disclosure [3] 20/22
47/14 47/16
discuss [1] 28/5
discussed [1] 53/4
dispassionate [1]
38/17
dispute [4] 18/11 18/11
22/3 22/5
disrupt [1] 53/18
distance [1] 25/13
distracting [2] 17/23
18/15
district [12] 1/1 1/1
1/11 16/16 26/10 46/1
48/23 51/4 56/12 56/24
57/6 57/8
do [45] 5/4 8/2 8/12
11/13 11/23 12/1 13/19
14/2 16/8 16/22 19/2
21/3 22/3 22/7 23/10
23/24 29/3 30/13 30/17
31/16 33/4 36/19 37/21
39/1 39/3 39/6 39/8
39/20 40/2 40/4 40/18
40/23 40/24 41/1 45/24
46/15 50/12 51/5 51/6
51/16 53/19 54/23 55/2
57/1 59/9
do you [3] 14/2 16/22
21/3
do you have [2] 8/2
57/1
document [1] 34/21
documents [1] 38/24
does [23] 4/23 17/8
17/9 19/10 19/23 23/17
27/20 27/23 28/21
36/16 44/10 44/17
44/20 48/21 49/3 49/13
52/15 52/16 52/22
doesn't [11] 17/6 20/12
36/25 42/1 53/20 53/21
54/23 54/25 55/1 55/1
55/7
doing [9] 10/8 14/14
18/8 25/16 32/3 35/8
39/9 53/14 53/23
domain [1] 12/1
don't [45] 5/2 5/7 5/8
6/7 8/14 8/15 8/16 10/5
15/20 15/22 16/7 20/15
25/8 25/11 25/24 26/21
27/2 27/8 27/10 31/12
31/18 32/25 33/3 33/13
35/8 35/9 37/20 37/23
37/25 39/24 39/24
42/11 42/21 44/13
44/16 45/1 45/3 47/11
47/20 49/21 50/3 51/17
52/13 56/25 59/14
done [13] 11/12 18/12
21/22 22/11 22/12
24/11 24/13 42/13
42/13 45/13 45/16 49/7
53/2
DONOVAN [2] 1/6 3/4
door [13] 7/25 11/8
14/8 14/8 24/14 25/8
25/12 25/15 40/6 42/13
47/12 47/23 47/24
doors [22] 6/21 6/22
6/25 7/1 7/7 7/11 7/15
8/6 8/8 8/9 8/21 11/3
16/4 24/10 24/11 24/21
25/2 25/4 25/4 27/25
47/7 47/12
double [1] 11/23
double-back [1] 11/23
Douyon [1] 5/9
down [1] 54/20
dozens [2] 24/21 44/16
draw [2] 18/9 31/16
drawn [1] 23/18
dressed [1] 6/12
drop [1] 50/2
drove [1] 26/9
drug [1] 58/16
drunk [1] 29/19
during [5] 9/18 11/8
18/25 46/4 61/5

**E**

each [2] 26/4 50/13
earlier [2] 14/19 42/13
early [1] 14/14
easily [1] 9/12
east [5] 6/25 14/8
24/22 24/23 24/25
Eastern [2] 14/3 15/3
ECF [1] 14/13
echo [1] 30/8
effective [1] 38/19
efficiency [1] 58/13
Eisenhart [1] 43/11
either [3] 46/25 55/1
59/4
electronic [1] 59/3

**E**

**element** [1] 50/13
**eligible** [1] 48/20
**else** [5] 13/25 21/4 30/24 42/11 54/17
**email** [2] 1/15 21/8
**embedded** [1] 19/12
**embrace** [2] 54/25 55/1
**emulate** [2] 18/23 18/23
**encouraging** [2] 33/2 33/12
**encrypted** [3] 41/16 59/4 59/4
**encrypted-messaging** [1] 41/16
**end** [7] 8/19 31/10 32/1 43/3 46/17 49/22 56/7
**ended** [1] 47/12
**enforcement** [10] 11/6 12/14 12/22 12/22 32/12 33/2 33/9 33/19 49/23 55/5
**engage** [5] 11/6 15/20 52/5 53/20 54/2
**engaged** [3] 52/25 53/8 53/12
**engaging** [1] 51/22
**English** [2] 29/8 29/9
**enough** [2] 35/9 41/11
**ensure** [1] 49/16
**enter** [6] 42/10 52/17 52/21 52/22 52/23 53/22
**entered** [4] 8/1 42/12 47/8 47/17
**entering** [3] 9/10 25/5 44/6
**enters** [1] 47/23
**entity** [1] 29/14
**epic** [1] 14/9
**essentially** [3] 3/17 50/2 50/18
**establish** [1] 50/4
**established** [2] 8/25 9/1
**establishing** [1] 49/14
**evade** [6] 12/20 12/22 32/11 33/8 33/12 33/18
**evading** [1] 12/14
**evasion** [2] 33/3 33/12
**evasive** [3] 32/24 33/21 33/22
**even** [8] 7/3 18/20 21/21 28/24 31/2 36/25 45/22 57/13
**evenings** [1] 36/11
**event** [1] 26/7
**ever** [1] 28/9
**every** [10] 4/24 17/22 34/25 35/12 35/14 38/23 39/11 45/24 47/25 48/1
**everybody** [2] 5/13 48/7
**everyone** [4] 3/20 46/16 48/4 60/1
**everything** [2] 10/3

**evidence** [45] 10/10 11/12 11/13 13/20 16/25 18/25 20/19 21/10 21/23 22/2 22/4 22/4 22/20 23/12 24/6 28/25 34/3 34/21 35/7 43/21 44/3 44/13 44/16 47/1 49/8 49/10 49/16 49/20 49/24 50/1 50/9 50/17 50/20 51/20 51/21 52/10 52/23 52/24 53/7 53/25 54/5 54/6 54/8 56/3 58/21 56/11
**exact** [3] 25/13 32/25 56/11
**exactly** [7] 25/11 26/23 33/20 34/5 34/25 40/8 54/25
**example** [7] 10/15 20/18 27/18 32/8 32/8 33/15 40/12
**except** [1] 57/20
**exchange** [4] 13/23 13/23 54/12 54/13
**exculpatory** [1] 46/13
**excuse** [2] 15/4 16/18
**exits** [1] 32/25
**expect** [2] 14/16 59/17
**expert** [1] 30/12
**expired** [3] 57/2 57/3 57/4
**explain** [1] 5/19
**explanation** [2] 35/17 52/2
**expression** [1] 17/22
**extent** [1] 55/23
**extremely** [1] 9/6

**F**

**face** [2] 52/14 53/23
**Facebook** [1] 13/24
**facial** [1] 17/22
**fact** [28] 11/14 12/11 20/16 21/13 24/8 26/12 27/13 27/14 27/16 31/22 32/4 32/10 32/13 32/13 32/13 33/9 33/18 33/22 36/15 36/24 37/14 40/18 40/22 49/1 49/25 51/24 52/24 53/20 54/9
**fact-bound** [1] 33/9 37/14
**fact-finding** [4] 20/16 21/13 31/22 40/18
**factors** [3] 13/16 50/8 55/11
**facts** [23] 5/24 15/7 16/8 18/9 18/11 22/19 23/3 26/12 27/17 28/7 31/15 31/20 31/24 33/20 33/21 37/13 37/16 40/7 40/8 40/9 41/5 42/7 45/15
**factual** [10] 18/6 20/14 20/17 23/18 23/19 27/15 28/2 31/21 34/22 37/14

**fairly** [4] 6/23 8/2 9/12 41/10
**fall** [3] 6/16 8/9 11/3
**familiar** [1] 5/1 29/23 38/1
**fantastic** [1] 51/11
**far** [5] 10/10 24/5 25/12 25/15 38/18
**fare** [1] 19/20
**Farrow** [3] 29/18 30/13 32/19
**fashion** [4] 26/20 30/25 41/9 46/6
**father** [2] 27/21 55/18
**fathom** [1] 18/20
**favor** [1] 54/5
**favorable** [1] 27/1
**fear** [2] 30/11 55/22
**feet** [5] 10/25 16/2 25/13 52/19 52/19
**fell** [1] 50/12
**fellow** [1] 21/4
**few** [5] 5/2 5/8 16/2 27/5 42/16
**fiction** [1] 12/11
**fight** [1] 38/8
**file** [2] 38/23 38/24
**filed** [1] 44/25
**final** [2] 17/16 18/17
**find** [1] 41/11
**finding** [5] 20/16 21/13 31/22 40/18 40/21
**findings** [2] 31/23 35/6
**fine** [1] 25/22
**firearm** [1] 57/12
**firearms** [1] 30/12
**first** [8] 17/3 26/2 33/24 35/11 35/12 35/14 35/19 37/17
**First Amendment** [1] 17/3
**fit** [1] 15/7
**flagpoles** [2] 7/5 10/24
**flee** [1] 50/2
**flight** [10] 34/1 34/2 34/6 34/11 40/19 49/19 49/20 49/21 50/4 50/5
**focused** [6] 40/22 41/6 41/14 42/8 43/13 54/12
**follow** [2] 4/18 8/2
**footage** [1] 10/18
**footnote** [5] 6/24 7/17 8/7 23/16 47/9
**footnotes** [1] 9/11
**force** [4] 6/5 42/9 51/3 51/8
**foregoing** [1] 61/3
**forehead** [1] 9/13
**forget** [1] 23/18
**form** [3] 6/17 58/10 59/17
**formation** [1] 15/24
**former** [6] 35/22 35/24 36/7 36/7 36/7 50/24
**forward** [10] 5/16 8/20 18/10 21/22 31/12 32/5 49/8 49/10 52/20 53/21

**found** [1] 49/2
**four** [2] 15/3 50/8
**Fourth** [1] 1/14
**frame** [1] 4/23
**frankly** [4] 4/24 5/4 29/11 48/22
**freely** [1] 6/20
**frequency** [1] 58/8
**friend** [2] 41/21 42/5
**front** [14] 6/20 6/22 6/22 8/11 10/22 14/8 15/24 16/13 25/17 26/8 35/25 40/15 47/20 52/18
**fruition** [1] 55/7
**full** [3] 6/12 16/7 46/25
**further** [7] 8/20 10/9 10/18 40/21 43/8 44/22 44/23
**furthered** [1] 51/24

**G**

**games** [1] 39/24
**gather** [1] 52/16
**gathered** [1] 11/7
**gave** [3] 23/16 34/15 35/13
**gear** [4] 6/13 34/13 34/14 34/22
**General** [3] 35/24 36/7 36/8
**get** [12] 7/16 8/22 9/14 11/18 19/20 23/7 28/6 32/18 32/24 37/8 56/18 56/20
**getting** [5] 4/13 9/4 42/23 43/5 51/10
**give** [7] 11/20 25/12 25/13 27/1 46/8 48/3 49/3
**given** [4] 9/6 9/17 46/25 50/1
**go** [20] 4/5 5/10 5/23 5/24 7/19 10/25 11/22 15/20 16/11 22/24 27/13 36/15 36/20 36/20 37/15 38/6 42/1 42/3 52/1 54/21
**go ahead** [2] 7/19 11/22 22/24 38/6
**goes** [2] 6/10 12/10
**going** [21] 6/4 6/6 6/7 6/8 10/6 10/22 11/4 14/20 15/6 15/23 16/24 24/7 24/14 31/1 31/10 31/12 40/1 44/1 55/25 56/10 58/5
**gone** [2] 15/16 53/21
**good** [7] 3/2 3/10 3/12 3/15 4/8 4/14 14/16
**goodies** [1] 6/5
**got** [22] 9/15 9/20 11/3 13/22 15/23 16/2 17/11 17/13 17/14 17/19 19/12 19/16 19/18 24/9 36/5 37/18 37/18 45/8 45/8 52/3 53/15 56/16

**government** [56] 1/13 3/5 5/17 10/3 11/12 11/18 16/24 18/8 21/8 21/5 21/7 21/8 21/8 21/22 22/11 22/17 23/11 23/16 23/17 23/20 23/24 23/25 24/9 25/16 26/1 26/12 26/22 27/11 27/15 28/16 28/20 28/25 29/3 31/1 34/25 37/15 39/4 40/10 40/12 41/12 41/13 42/6 42/19 43/17 43/24 44/2 48/13 48/15 49/3 49/13 49/18 50/17 53/1 54/12 56/2 59/14
**government's** [10] 5/20 10/6 10/10 29/25 31/14 31/19 32/8 33/25 44/3 50/3
**Grand** [3] 49/1 53/25 54/4
**grant** [2] 4/19 56/9
**gravity** [1] 11/7
**great** [1] 4/17
**greater** [1] 15/17
**greatly** [1] 41/6
**grew** [1] 41/21
**grid** [1] 50/2
**ground** [2] 30/11 50/6
**group** [17] 8/1 13/14 20/10 24/20 25/3 25/10 25/12 25/15 28/13 43/12 52/13 52/16 52/16 52/18 52/19 52/21 53/22
**groups** [1] 52/6
**grow** [1] 41/22
**guerrilla** [1] 13/14
**guess** [1] 32/10
**guidepost** [1] 15/10
**guideposts** [1] 15/11
**guilty** [1] 54/9
**guys** [1] 19/18

**H**

**had** [21] 3/22 4/15 5/14 6/24 13/9 15/11 15/11 19/5 19/7 20/24 24/11 24/13 30/23 31/4 34/16 34/18 42/12 42/13 47/14 47/18 54/1
**hallway** [2] 8/19 12/2
**hammering** [1] 47/10
**hand** [3] 36/5 53/12 53/12
**hang** [7] 9/8 21/20 22/10 26/7 28/1 29/2 43/25
**hanging** [1] 25/14
**happened** [4] 8/3 13/10 21/18 40/20
**happening** [4] 25/9 25/15 33/17 47/22
**happens** [1] 51/25
**happy** [3] 30/20 46/21 47/15
**harm** [1] 56/4

# H

**has [53]** 3/17 3/20 3/21
10/3 10/3 17/25 18/10
18/21 19/13 20/9 20/10
20/11 20/12 20/13
20/16 21/22 21/23
21/25 22/11 22/14
22/17 23/25 25/8 25/16
26/6 26/6 26/10 27/15
28/10 28/25 29/3 29/12
34/20 35/3 35/5 38/18
41/14 45/24 46/25
47/25 48/14 49/1 49/2
49/18 50/1 51/1 54/12
55/9 55/14 55/17 55/18
56/2 59/14
**hasn't [1]** 47/3
**have [77]**
**haven't [2]** 6/23 55/12
**havoc [1]** 24/14
**he [140]**
**He didn't [1]** 35/13
**he said [3]** 12/18 12/20
44/12
**he'll [1]** 56/19
**he's [46]** 11/12 12/9
13/9 13/10 14/13 17/2
17/3 18/7 18/12 18/18
19/14 19/15 19/16
19/20 19/22 25/14
26/24 30/11 30/22 34/6
36/19 36/19 36/22 37/7
40/19 42/1 42/5 42/5
45/4 45/5 45/7 49/7
49/9 50/24 51/5 52/17
52/18 53/3 53/6 53/9
53/12 55/18 55/19
56/12 56/16 58/24
**head [4]** 9/13 18/14
54/16 55/2
**headed [1]** 14/15
**health [1]** 51/10
**hear [7]** 3/12 5/17
12/18 20/4 37/20 37/25
47/22
**heard [7]** 11/21 19/5
29/24 30/6 30/7 42/25
43/21
**hearing [9]** 1/9 3/9
19/6 20/9 30/4 37/5
48/9 48/24 61/5
**hearings [2]** 8/15 35/4
**heavy [1]** 51/10
**held [2]** 48/21 48/23
**help [2]** 12/1 19/18
**helped [1]** 20/20
**helping [2]** 11/24
20/23
**her [5]** 9/13 9/13 9/16
30/7 30/14
**here [32]** 3/16 4/21
5/20 6/1 9/19 13/17
14/5 14/18 15/10 15/12
15/22 16/12 18/18
19/18 21/18 21/22
22/11 22/12 23/2 33/17
36/19 36/20 45/1 45/22
48/11 49/7 49/9 51/6

**here's [1]** 23/1
**Hernandez [22]** 1/17
3/6 4/10 5/2 5/9 5/14
11/17 17/21 18/7 20/4
21/2 27/9 29/14 31/12
32/1 37/8 38/10 40/1
43/9 44/22 45/16 56/13
**hesitate [1]** 59/18
**Hey [1]** 18/7
**Highland [1]** 1/18
**highlighted [1]** 40/8
**hills [1]** 54/16
**him [27]** 15/23 16/2
18/8 18/15 27/5 28/19
30/11 30/18 30/24
32/17 33/21 41/19
41/22 41/23 42/2 43/20
44/25 46/6 47/24 55/4
55/6 56/10 56/10 56/17
56/18 56/19 56/20
**himself [8]** 12/7 27/6
28/9 33/7 49/23 50/22
52/24 52/25
**his [47]** 6/10 6/10 8/1
11/7 11/14 12/6 12/10
12/10 12/11 17/8 19/19
25/23 26/18 28/16
29/23 30/6 30/19 30/20
32/24 32/24 34/7 34/13
34/14 34/15 34/16
34/16 34/16 34/22
35/13 35/13 42/5 48/10
49/7 49/9 49/10 49/11
49/23 51/11 51/25 52/4
53/15 55/15 55/19
55/20 56/13 56/19
56/20
**history [2]** 50/10 55/13
**hitching [1]** 50/18
**hold [7]** 3/19 5/25 6/15
15/14 15/21 21/14
41/12
**holding [2]** 9/4 47/24
**hole [1]** 54/16
**Hollow [1]** 1/17
**home [4]** 32/24 34/15
36/20 57/17
**Honor [49]** 3/2 4/1 4/12
5/5 5/22 10/2 10/16
11/15 12/17 12/17
13/18 14/4 14/17 18/3
19/4 20/5 21/10 21/15
22/23 23/5 23/9 24/25
25/19 25/24 31/19 32/7
32/15 34/5 34/23 35/10
35/21 37/11 38/7 38/21
38/23 39/10 39/21
41/14 44/10 44/24 45/6
45/14 45/17 46/10
46/19 47/15 56/15
59/20 59/23
**HONORABLE [1]** 1/10
**hope [1]** 45/12
**hoped [1]** 41/8
**hopeful [1]** 4/18
**hopping [1]** 38/19
**horrific [1]** 6/23

**hour [1]** 57/19
**hours [3]** 10/18 15/3
56/22
**house [2]** 34/13 36/20
**how [13]** 5/19 7/24 8/3
15/7 18/20 25/8 28/13
30/4 39/19 42/18 44/16
54/17 55/24
**Howell [2]** 6/13 15/12
**however [2]** 4/6 24/3
**hundreds [2]** 7/10
10/17
**hunt [4]** 6/7 17/1 17/4
17/6
**hunting [6]** 14/15
14/16 35/18 35/20
36/15 52/1

# I

**I also [1]** 15/11
**I am [4]** 39/8 39/24
56/10 59/12
**I apologize [3]** 38/21
39/7 59/24
**I believe [8]** 14/10
14/21 24/22 35/6 39/25
45/21 47/5 48/21
**I can [3]** 3/14 6/7 12/3
**I can't [3]** 11/5 25/12
38/3
**I didn't [2]** 12/18 28/24
**I don't [10]** 8/14 26/21
27/8 31/18 37/20 39/24
39/24 42/11 45/1 52/13
**I don't have [1]** 32/25
**I don't think [7]** 6/7
8/15 20/15 49/21 50/3
51/17 59/14
**I guess [1]** 32/10
**I have [16]** 4/1 7/21
14/9 27/5 29/21 30/19
30/19 30/24 35/3 39/13
42/2 42/14 55/11 55/11
56/1 59/8
**I just [2]** 14/4 47/4
**I know [9]** 32/3 33/4
37/19 38/10 38/10
38/12 38/13 39/3 46/16
**I mean [4]** 26/11 26/19
37/15 45/10
**I say [3]** 28/10 36/6
37/11
**I think [33]** 4/20 4/22
4/24 5/3 5/4 5/24 6/2
8/4 10/20 12/9 13/16
14/17 15/10 15/13
16/24 18/19 18/25 19/6
21/12 33/14 35/4 39/4
44/12 50/14 50/24 51/5
51/24 54/4 55/8 55/11
56/7 56/7 58/22
**I understand [4]** 8/12
13/21 27/12 29/6
**I want [1]** 22/25
**I was [5]** 4/12 8/13
10/6 37/11 44/1
**I watched [1]** 27/10

**I'd [2]** 9/21 27/13
**I'll [12]** 4/6 5/17 5/18
5/21 5/23 5/25 10/4
20/4 28/6 37/15 46/8
48/4
**I'm [29]** 4/16 4/18
11/18 12/17 14/11
14/12 15/16 18/8 21/15
30/20 31/10 33/5 35/25
36/25 38/17 38/7 38/22
39/1 40/1 43/7 43/10
43/13 45/1 46/21 47/2
48/8 50/7 57/2 58/20
**I'm going [2]** 31/10
40/1
**I'm not [2]** 35/25 47/2
**I'm sorry [9]** 12/17
14/11 33/5 36/25 38/7
38/22 43/7 43/13 57/2
**I'm sure [1]** 15/16
**I've [14]** 8/16 19/18
27/8 32/2 34/8 37/19
39/9 48/21 49/25 52/11
53/15 55/10 56/11
56/16
**idea [4]** 10/20 27/21
45/10 51/16
**identifiable [1]** 16/22
**identified [1]** 16/19
**identifies [1]** 50/22
**identify [3]** 16/18 27/2
49/23
**identifying [1]** 17/7
**illegal [2]** 17/6 29/13
**Illinois [1]** 41/21
**images [2]** 53/11 53/13
**importance [1]** 6/8
**important [3]** 4/22 6/2
36/18
**importantly [2]** 54/21
56/5
**imposing [1]** 58/20
**impossible [2]** 24/12
37/13
**improper [3]** 18/2 18/8
18/12
**impugn [1]** 40/16
**impute [1]** 43/20
**inappropriate [3]**
21/12 21/17 22/13
**incarceration [1]** 57/18
**include [3]** 6/3 56/12
58/9
**included [2]** 6/4 9/11
**includes [2]** 44/20
49/10
**including [1]** 13/3
50/16
**inconsistent [2]** 10/21
11/7
**indicated [1]** 20/16
**indication [1]** 33/22
**indicted [1]** 48/14
**individual [3]** 19/17
35/2 50/11

**individualized [3]** 35/6
40/17 41/11
**individuals [3]** 6/17 7/3
19/12
**indulgence [1]** 14/18
**infer [5]** 24/6 26/25
27/3 29/3 43/2
**inference [4]** 27/7
54/18 54/18 54/19
**inferences [8]** 18/8
18/12 22/1 22/5 22/20
23/18 31/16 31/24
**inferred [1]** 46/11
**infers [1]** 19/13
**information [2]** 39/22
46/19
**initial [2]** 8/5 45/23
**injure [2]** 41/3 41/5
**injury [1]** 19/1
**inside [15]** 8/10 8/22
8/24 10/8 10/11 10/14
11/3 26/23 40/24 41/2
42/14 42/17 42/21 53/8
53/16
**insider [1]** 19/13
**insofar [3]** 49/18 50/7
54/11
**instead [3]** 22/21 35/2
50/13
**instructions [1]** 57/24
**intake [1]** 45/23
**intent [3]** 53/18 53/24
54/1
**interfere [1]** 36/23
**interject [1]** 11/15
**Internet [1]** 30/9
**interrupt [3]** 7/20 14/11
21/16
**investigating [1]** 44/7
**investigator [1]** 30/23
**invite [1]** 40/1
**involved [3]** 19/15
43/14 43/16
**involves [1]** 48/19
**involving [1]** 4/25
**irrelevant [1]** 29/12
**is [214]**
**Is that right [1]** 24/23
**isn't [3]** 16/6 18/3
29/12
**issue [2]** 10/19 47/4
**issues [2]** 6/2 46/10
**it [116]**
**it was [1]** 37/12
**it's [36]** 4/6 4/17 5/7
12/8 13/25 14/13 16/14
17/5 18/15 18/19 21/5
21/12 23/10 24/2 24/23
25/13 26/21 27/1 29/8
29/9 29/24 30/6 30/11
34/12 37/10 37/12
38/14 45/12 45/14
47/12 48/24 50/22
54/17 54/18 57/2 57/3
59/14
**its [7]** 11/12 22/17
23/20 28/17 43/17 50/3
59/14
**itself [1]** 17/14

**J**

jail [1] 45/24
January [20] 6/3 6/12
9/18 9/18 9/18 11/25
12/5 13/9 14/20 14/21
14/22 15/5 15/19 17/1
19/11 19/21 20/2 44/18
51/25 54/11
January's [1] 37/16
job [1] 55/17
Jones [1] 30/8
judge [9] 1/11 4/18
6/13 15/12 16/17 23/2
38/17 39/11 40/21
Judge Howell [1] 6/13
Judge Lamberth [1]
4/18
Judge Lamberth's [1]
40/21
Judge's [1] 3/18
judges [2] 46/1 48/23
juncture [1] 19/3
jury [5] 49/2 53/25 54/4
54/8 59/12
just [45] 5/7 5/8 5/9 7/9
7/18 7/20 7/21 7/23
8/14 11/23 12/8 12/18
14/4 14/8 15/2 15/19
15/22 17/2 18/17 19/4
19/14 20/1 20/16 20/18
25/24 26/21 33/15
34/12 37/10 38/19 45/1
45/12 45/14 46/10
46/25 47/1 47/4 48/3
48/8 50/12 50/14 51/5
54/15 55/6 58/17

**K**

keep [2] 16/5 25/5
Keeper [3] 12/1 21/4
41/20
Keepers [9] 9/22 16/12
19/8 19/10 19/23 21/10
44/25 50/24 57/11
kept [1] 9/23
key [2] 12/6 13/16
kids [1] 26/7
kill [1] 18/23
killed [3] 13/6 13/14
30/16
kind [12] 5/23 8/25
13/17 13/24 18/20 19/7
19/14 33/14 48/20
50/18 51/13 59/2
know [68]
knowledge [1] 19/14
known [3] 27/5 34/20
42/1
knows [3] 41/23 45/25
59/25

**L**

lady [1] 30/22
Lamberth [1] 4/18
Lamberth's [1] 40/21
language [2] 29/9 29/9
large [1] 24/20
last [7] 7/4 8/25 9/9

later [4] 16/6 17/7
17/24 28/5
law [14] 6/11 11/6
12/14 12/22 12/22
32/11 33/3 33/8 33/19
38/24 39/23 49/22 55/5
59/12
lay [1] 12/5
layer [1] 25/18
leader [2] 19/10 19/23
leaders [1] 50/19
leadership [5] 19/7
19/11 19/24 41/18 42/5
leading [1] 19/11
learn [1] 59/18
learned [4] 33/5 33/6
35/11 35/12
learns [2] 35/15 55/4
least [12] 4/22 8/13
10/7 48/9 48/9 50/6
51/16 52/4 52/4 52/18
53/11 57/18
leave [1] 9/21
left [1] 34/14
legal [1] 29/11
legally [1] 57/14
lessons [1] 16/16
let [10] 5/9 5/17 8/14
18/14 21/16 24/17 48/8
50/12 50/14 58/17
let's [15] 5/15 22/19
22/7 23/15 23/22 28/2
31/14 32/1 32/1 32/2
32/4 34/8 54/15 54/23
55/6
letter [3] 30/19 30/20
55/19
level [1] 41/23
liberty [1] 59/13
light [2] 10/9 10/14
like [18] 9/9 13/4 13/18
13/24 13/25 18/9 20/24
27/13 28/3 28/13 30/10
30/11 32/25 37/10
45/18 51/10 51/20
54/25
like-minded [1] 13/4
limitations [1] 61/7
line [17] 7/4 8/20 8/25
9/1 9/1 9/9 9/15 9/24
10/23 11/4 16/13 17/1
17/16 18/17 36/14
47/21 58/2
lines [2] 9/9 17/19
link [5] 23/16 27/25
28/19 29/10 44/25
linked [2] 7/22 8/17
linking [1] 29/1
listed [1] 48/16
listen [2] 22/15 35/4
listening [1] 24/19
literally [1] 44/23
little [2] 45/1 54/6
live [2] 41/9 56/24
lived [1] 34/19
lives [1] 34/14
living [2] 30/22 31/13

location [1] 57/5
57/22
lockdown [5] 57/19
long [2] 25/8 39/9
longer [1] 28/23
look [4] 6/24 33/24
39/18 46/25
looked [2] 6/14 7/21
looking [4] 4/16 42/1
42/3 54/20
looks [3] 13/24 13/25
lot [6] 36/2 36/6 43/17
45/11 46/1 55/22
Louis [2] 1/13 3/5
louis.manzo [1] 1/16
loved [1] 35/23

**M**

made [14] 27/15 28/3
31/15 33/10 33/11
33/17 33/25 34/11
36/17 41/9 47/6 47/14
48/10 50/3
Magistrate [2] 3/18
3/18
Magistrate Judge's [1]
3/18
maintaining [1] 19/9
major [1] 7/2
majority [1] 4/22
make [15] 12/3 13/20
14/5 20/15 21/25 31/22
31/23 38/3 39/18 54/8
56/19
makes [2] 21/12 48/20
making [6] 34/6 34/25
35/1 35/5 54/22 54/24
man [1] 41/12
maneuver [1] 6/18
manner [4] 20/6 21/11
23/10 37/12
many [1] 44/16
Manzo [24] 1/13 3/5
3/22 3/24 4/3 4/3 4/4
4/8 5/21 10/5 11/22
16/15 17/20 17/25
18/16 19/2 24/15 24/23
32/9 32/10 32/11 43/23
44/1 46/8
March [2] 1/5 45/21
Marine [1] 41/22
Marines [1] 42/3
marshals [1] 45/20
matter [7] 17/6 23/18
23/19 31/6 31/21 44/7
61/4
matters [3] 4/25 23/8
23/9
may [11] 8/18 11/15
22/11 40/9 53/1 54/8
56/9 58/8 58/8 58/15
58/17
maybe [4] 25/13 52/19
52/19 54/16
MD [1] 1/18
me [31] 3/12 4/24 5/17
8/14 11/20 15/4 16/18
18/9 18/14 21/16 21/25

mention [1]
31/16 31/16 34/3 37/21
38/12 38/22 46/24 47/2
47/3 48/3 48/8 50/12
50/14 56/2 58/17 58/21
mean [11] 26/11 26/19
28/21 29/19 37/15
44/10 44/23 45/10
46/24 51/10 53/21
means [6] 19/10 44/12
44/13 50/2 52/2 52/3
meant [1] 53/17
measured [1] 38/15
mechanical [1] 2/7
media [4] 13/23 32/19
41/8 51/25
medical [2] 45/23
57/20
meet [1] 49/7
Meggs [2] 31/3 50/16
Meggs' [1] 30/4
MEHTA [1] 1/10
melanoma [1] 45/19
member [3] 18/21
50/23 50/24
members [4] 7/25 13/4
52/5 52/20
memo [1] 43/17
memos [1] 8/17
mentioned [2] 35/20
55/12
mere [1] 10/25 16/2
Merit [1] 2/3
message [8] 14/6
14/25 27/19 35/13
35/14 36/18 36/21 51/6
messages [7] 12/15
13/1 19/16 32/16 32/22
33/10 42/2
messaging [1] 41/16
met [3] 22/17 49/9
59/14
metropolitan [1] 9/2
might [4] 15/21 20/1
54/21 55/23
Mike [1] 9/8
military [8] 6/18 15/23
18/22 26/5 26/5 26/11
55/15 55/15
militia [1] 13/4 50/23
milling [1] 7/9
million [1] 27/5
mind [2] 51/11 52/4
minded [1] 13/4
minds [1] 15/16
minimum [3] 6/10 49/9
52/3
Mink [1] 1/17
minute [2] 6/1 8/10
minutes [11] 4/21 5/2
5/8 16/6 24/10 24/13
28/5 42/13 47/7 47/17
48/4
mischaracterized [1]
47/5
missed [1] 12/18
mistaken [1] 35/25
mistaking [1] 9/19

mitigate [2] 56/6 56/8
mob [2] 6/19 16/5
moment [5] 7/20 11/16
23/22 26/24 32/2
monitoring [1] 57/22
more [13] 13/19 15/16
19/3 20/1 31/9 34/20
36/18 37/2 37/20 38/18
46/19 48/18 52/19
morning [3] 3/21 4/13
38/1
most [3] 12/15 13/5
16/3
motion [9] 6/13 12/6
14/5 15/12 19/19 31/2
32/9 48/11 56/10
mouth [1] 28/16
move [5] 5/15 8/23
11/13 20/6 32/4 34/9
moved [2] 3/17 6/19
movement [6] 6/9
17/22 19/15
moving [2] 8/20 55/19
Mr [1] 44/2
Mr. [106]
Mr. Caldwell [13]
32/15 32/18 32/22 33/1
33/2 33/4 33/5 33/11
35/20 51/2 51/2 51/9
51/11
Mr. Crowl [70]
Mr. Crowl's [2] 27/20
55/12
Mr. Douyon [1] 5/9
Mr. Farrow [1] 30/13
Mr. Hernandez [1]
38/10
Mr. Manzo [17] 3/22
3/24 5/21 10/5 11/22
16/15 17/20 17/25
18/16 24/15 24/23 32/9
32/10 32/11 43/23 44/1
46/8
Mr. Watkins [1] 12/21
Ms [1] 5/9
Ms. [31] 4/10 5/2 5/14
10/8 11/17 17/21 18/7
19/2 20/4 21/2 27/9
27/18 28/3 29/14 31/12
32/1 32/17 37/8 40/1
40/13 42/16 42/23 43/9
44/22 45/16 50/16
50/16 54/14 54/24 55/6
56/13
Ms. Hernandez [18]
4/10 5/2 5/14 11/17
17/21 18/7 20/4 21/2
27/9 29/14 31/12 32/1
37/8 40/1 43/9 44/22
45/16 56/13
Ms. Manzo [1] 19/2
Ms. Meggs [1] 50/16
Ms. Parker [1] 42/16
Ms. Steele [1] 50/16
Ms. Watkins [9] 10/8
27/18 28/3 32/17 40/13
42/23 54/14 54/24 55/6
much [2] 7/2 52/3

## M

**multiple [1]** 32/20
**Munchel [10]** 5/15 5/25
13/18 15/7 15/10 15/15
16/7 16/14 43/11 53/5
**must [6]** 16/18 20/16
56/23 57/6 57/8 58/12
**mute [2]** 3/24 58/2
**my [54]** 3/25 6/13 10/4
12/6 14/5 14/19 15/2
15/12 15/15 18/2 20/11
21/20 21/20 24/5 24/9
25/20 25/20 25/25
26/15 27/2 29/11 30/23
31/18 31/19 33/16 38/4
38/8 39/2 39/8 39/16
39/21 40/6 40/8 40/9
40/16 40/24 41/3 41/4
41/17 42/20 42/20
42/24 43/1 43/16 43/19
44/17 44/20 45/12
47/16 47/19 47/19
47/21 58/3 59/9

## N

**name [3]** 4/2 44/17
44/20
**narcotic [1]** 58/16
**nature [3]** 47/13 47/13
50/8
**nearly [1]** 37/13
**necessarily [1]** 9/7
**necessities [1]** 57/20
**need [8]** 19/21 23/5
37/20 37/25 46/15
46/20 51/8 58/2
**needs [3]** 40/18 46/19
57/14
**negate [1]** 49/8
**network [1]** 28/4
**never [1]** 27/5
**nevertheless [1]** 54/7
**new [3]** 5/19 8/25
29/18
**New Yorker [1]** 29/18
**news [1]** 31/4
**next [2]** 9/16 11/4
**night [3]** 14/15 14/21
15/4
**no [35]** 1/4 3/3 9/19
11/17 14/12 20/2 21/19
26/10 28/23 28/25
29/10 33/22 34/14
37/23 37/25 42/17
42/18 42/21 43/21 45/3
45/5 45/5 47/23 48/11
49/10 49/16 50/17
51/12 51/20 52/23
52/24 53/7 55/14 57/10
59/1
**nobody [1]** 30/24
**non [1]** 59/4
**non-encrypted [1]**
59/4
**none [4]** 26/12 30/23
44/19 53/16
**norm [1]** 59/13
**normal [1]** 31/17

## O (continued from M/N column)

18/19 18/22 27/19
28/10
**Northern [1]** 56/18
**not [118]**
**note [1]** 61/5
**nothing [10]** 18/12
20/14 21/17 26/18 27/6
31/11 38/18 43/1 43/4
45/15
**notice [1]** 45/21
**notion [1]** 51/4
**novo [1]** 3/17
**now [17]** 11/11 11/19
13/18 15/6 15/17 18/22
20/4 21/17 22/10 28/19
32/2 33/13 37/7 39/19
40/3 43/5 44/14
**number [4]** 12/13
23/19 23/20 26/4
**numerous [1]** 13/3
**NVA [2]** 28/3 54/24
**NW [2]** 1/14 2/5

## O

**oath [13]** 9/22 12/1
16/12 18/21 19/8 19/10
19/23 21/4 21/9 41/20
44/25 50/23 57/11
**object [7]** 20/5 20/15
23/13 25/25 27/16 30/2
31/5
**objecting [2]** 31/17
37/12
**objectionable [1]**
31/11
**objectivity [1]** 38/17
**objects [2]** 47/10 47/11
**obstruct [3]** 53/18
58/12 58/13
**obstruction [1]** 48/15
**obviously [3]** 5/18 10/2
47/2
**occurred [1]** 61/5
**off [3]** 8/7 32/24 50/2
**offended [1]** 59/24
**offense [5]** 46/13 48/16
48/20 49/3 50/9
**office [4]** 1/13 56/23
57/23 58/7
**officer [2]** 2/2 11/6
26/19 42/18 42/18
57/23 58/7
**officers [21]** 7/4 7/5
7/6 7/15 8/5 8/8 9/3 9/3
9/14 9/25 10/13 10/23
11/1 11/1 11/4 16/4
17/17 25/4 42/21 43/3
53/13
**Official [1]** 2/4
**Oh [1]** 4/14
**Ohio [7]** 26/9 30/11
33/7 55/3 56/13 56/20
57/9
**okay [19]** 3/13 5/10
12/4 14/7 14/23 15/5
21/24 25/5 25/12 25/22
29/22 31/25 32/4 35/19

## O (middle column continued)

59/19
**old [1]** 26/9
**once [10]** 8/12 8/21
8/24 10/11 11/1 11/3
16/10 17/15 52/22 55/7
**one [47]** 7/22 10/7 12/7
13/19 14/12 14/13
16/15 17/1 17/5 17/11
17/21 19/5 20/25 23/19
23/24 24/21 27/18 27/19
27/22 27/24 27/24
27/25 27/25 28/18 29/5
30/15 31/9 33/2 34/1
35/4 35/25 36/14 36/15
36/16 37/7 41/7 41/8
43/18 44/17 45/17 47/3
48/1 50/12 54/15 54/22
57/10 57/14
**ones [4]** 9/4 12/16 13/5
25/16
**only [10]** 9/23 31/3
32/13 35/4 36/24 37/1
37/4 39/22 41/22 54/18
**Op [1]** 6/4
**opens [1]** 40/6
**opinion [6]** 4/22 18/3
20/11 29/11 29/13
43/10
**opportunity [6]** 5/15
11/18 11/21 17/25
46/25 51/14
**opposition [1]** 53/24
**oppositional [1]** 52/6
**option [1]** 12/25
**options [1]** 13/3
**order [3]** 16/17 46/15
46/21
**orders [2]** 6/11 12/11
**ordinarily [1]** 23/11
**organization [1]** 36/1
**other [32]** 6/17 7/2 7/3
8/18 9/16 13/4 15/11
15/19 21/4 26/4 27/14
28/25 29/10 41/1 41/9
41/15 42/16 43/3 44/5
46/1 48/21 48/23 49/17
50/15 50/18 51/19
52/20 55/9 57/13 57/21
58/16 59/2
**others [14]** 8/1 8/3
10/13 10/21 16/13
19/12 20/22 35/9 40/17
50/19 53/7 54/2 56/11
59/9
**ought [2]** 4/20 23/3
**out [16]** 3/21 4/16
11/24 12/1 12/5 14/15
16/5 20/23 28/16 36/5
40/7 41/19 50/3 53/1
54/3 55/2
**outrageous [2]** 27/20
28/12
**outside [4]** 6/25 7/24
11/24 51/3
**over [6]** 5/21 18/24
22/15 37/5 46/14 46/18
**overestimate [1]** 6/7

## O (fourth column)

overstate [1] 39/24
**overstepping [1]** 39/5
**own [3]** 49/23 51/11
57/17
**Ozarks [1]** 13/3

## P

**p.m [8]** 1/6 5/12 5/12
15/4 48/6 48/6 52/1
60/2
**page [2]** 13/22 14/12
**pages [1]** 44/16
**paid [1]** 28/6
**pandemic [2]** 46/4 61/6
**paper [1]** 29/25
**papers [2]** 29/25 30/3
**Parker [1]** 42/16
**part [6]** 6/9 12/9 15/25
52/13 52/16 55/14
**parted [1]** 6/18
**participate [1]** 17/2
**participating [1]** 51/22
**participation [1]** 50/17
**particular [5]** 9/23
10/12 18/18 46/20 56/3
**particularized [2]**
17/11 19/1
**particularly [1]** 35/7
**passerby [1]** 19/14
**passionate [1]** 39/2
**passport [2]** 57/1 57/5
**past [1]** 10/25
**pasted [1]** 13/23
**patch [3]** 45/4 45/8
58/9
**path [1]** 4/19
**peaceful [1]** 36/11
**peacefully [1]** 36/3
**Pence [1]** 9/8
**pending [1]** 3/19
**people [31]** 7/8 7/9
7/10 7/11 7/14 9/9 13/7
13/15 19/17 19/24 24/4
24/20 24/21 25/3 25/6
25/10 25/18 26/8 26/13
27/4 28/13 30/15 36/2
36/3 36/4 42/6 42/17
43/20 46/2 47/10 55/22
**pepper [4]** 7/6 10/23
12/2 53/11
**perceive [2]** 12/11 17/9
**perfectly [2]** 22/21
31/17
**perhaps [2]** 12/15 16/7
**permitted [1]** 20/8
**person [21]** 21/1 21/3
21/3 22/18 26/2 26/3
26/8 28/6 33/12 33/21
36/19 41/3 41/5 41/15
41/19 42/1 43/18 45/24
47/25 49/15 49/17
**personal [2]** 41/23
55/12
**personally [1]** 10/17
**perspective [2]** 25/20
25/23
**pertinent [1]** 5/24 9/6

## P (fourth column continued)

**phone [4]** 33/1 35/13
35/13 49/24
**photo [1]** 45/1
**photograph's [1]**
11/25
**photographed [1]**
11/24
**pick [1]** 56/19
**picture [6]** 20/22 20/25
42/15 42/15 42/18
55/21
**pieces [1]** 52/10
**place [6]** 29/10 34/16
46/15 46/17 47/18
56/10
**placed [2]** 56/11 57/17
**Plaintiff [1]** 1/4
**plan [2]** 54/16 56/17
**planning [7]** 6/3 37/16
43/14 44/18 50/18
51/12 52/1
**plans [1]** 12/13
**play [1]** 39/24
**pleading [1]** 7/22
**pleadings [1]** 23/21
**Please [1]** 61/5
**plenty [1]** 17/24
**point [17]** 10/16 11/1
11/11 18/13 23/14
28/24 34/25 35/1 43/1
45/11 45/18 47/20
47/21 50/25 52/8 53/1
55/3
**points [4]** 7/2 12/6
20/18 43/14
**police [15]** 8/20 8/25
9/1 9/3 9/24 11/4 16/4
17/16 26/19 40/15
42/17 42/18 42/21 43/3
53/13
**political [1]** 53/23
**poses [3]** 16/23 56/3
58/23
**posit [1]** 17/5
**position [1]** 24/5
**positive [1]** 27/23
**possess [2]** 57/12
58/16
**possible [1]** 51/17
**post [1]** 54/11
**post-January [1]** 54/11
**posting [1]** 51/25
**potential [1]** 51/21
**pre [2]** 6/3 37/16
**pre-planning [2]** 6/3
37/16
**precipice [1]** 24/21
**prepared [2]** 51/17
52/5
**preplanning [1]** 20/2
**presence [2]** 7/13
43/12
**present [6]** 23/12
37/13 39/22 39/23 47/1
47/2
**presentation [1]** 28/20
**presented [12]** 10/3
10/7 13/20 28/25 31/23

**P**

presented... [7] 33/18
34/3 42/15 44/2 47/3
50/11 50/17
presenting [4] 23/12
31/20 31/20 35/7
presents [5] 28/17
49/19 49/21 52/9 55/21
preserve [1] 23/5
President [4] 35/22
35/22 36/6 36/7
President's [1] 9/5
presumably [1] 25/4
presumption [3] 49/4
49/5 49/6
pretrial [15] 2/3 2/7
16/17 16/18 33/13
34/15 50/6 56/20 56/23
57/5 57/14 57/23 58/7
58/25 59/13
pretty [1] 7/2
Prettyman [1] 2/5
prevented [1] 9/23
preventing [2] 8/20
9/10
previously [3] 15/11
18/21 47/14
printed [1] 4/15
prior [4] 8/15 49/10
53/8 55/14
prison [1] 59/19
privy [1] 8/16
probable [1] 49/2
probably [2] 9/2 28/5
problem [6] 31/5 31/18
31/19 37/10 37/11 40/5
Procedure [1] 18/2
proceed [3] 18/5 18/6
20/9
proceeding [10] 20/6
20/6 20/13 21/12 21/21
21/21 22/21 31/6 31/17
37/12
proceedings [6] 1/10
2/7 31/10 31/12 60/2
61/4
process [2] 16/10 25/8
produce [2] 26/22
47/15
produced [2] 2/8 44/19
proffer [12] 18/3 18/6
20/9 20/10 20/14 23/12
25/20 26/15 28/22 29/7
31/19 47/19
proffered [1] 40/9
proffers [1] 27/14
program [1] 57/24
prohibited [3] 58/6
58/10 58/14
projectiles [3] 7/5
10/24 25/7
pronounce [1] 4/6
pronounced [1] 4/7
pronouncing [1] 4/2
proper [1] 33/24
property [7] 43/11
48/13 48/15 49/3 52/24
53/2 54/7

prosecutors [1] 20/20
protect [2] 9/1 39/8
protected [2] 10/13
17/3
protective [2] 46/15
46/20
prove [2] 36/17 44/11
proven [1] 44/8
provide [1] 19/20
provided [1] 57/25
provocative [1] 41/10
psychopath [1] 30/8
public [2] 11/25 27/2
pull [1] 14/5
purpose [1] 54/3
purposes [1] 55/17
push [13] 40/13 40/13
40/13 40/14 40/14
40/14 42/19 42/24
42/24 42/24 42/25
42/25 42/25
pushing [10] 9/13
15/24 17/14 24/4 25/3
25/17 26/16 42/22 43/3
52/20
put [5] 8/6 13/17 21/22
32/1 34/20
putting [1] 49/9

**Q**

QAnon [2] 12/8 29/4
question [6] 4/23
13/19 17/8 39/14 44/2
55/25
questions [2] 11/19
51/7
quick [3] 5/23 6/5 15/2
quickly [1] 8/2 8/3
quite [2] 44/23 51/17
quote [1] 29/23
quotes [1] 43/17

**R**

radical [1] 18/20
Radicalization [1]
30/10
raise [2] 17/9 47/5
rally [1] 17/3
random [1] 58/8
rapid [2] 51/2 51/8
rather [2] 20/14 41/9
reaches [1] 41/19
reaction [1] 51/3 51/8
reactionary [1] 6/5
read [7] 4/20 4/22 5/3
29/15 29/21 37/19 38/1
reading [2] 15/15
43/10
ready [1] 5/10
real [1] 17/9
realized [1] 5/10
really [3] 4/23 50/25
51/12
Realtime [1] 2/4
reason [6] 31/3 32/7
37/11 46/14 56/1 58/20
reasonable [1] 54/19
reasons [2] 52/6 55/10

prosecution [1] 57/25
31/15
rebuttable [3] 49/3
49/5 49/6
rebuttal [1] 46/8
receiving [1] 19/17
Recess [2] 5/12 48/6
recollection [1] 47/16
record [2] 23/6 24/18
28/7 61/3
record's [1] 7/21
recorded [1] 2/7
recruiting [1] 42/6
reference [2] 35/18
51/24
referred [1] 7/23
referring [5] 14/12
14/13 30/7 30/10 51/9
refers [2] 12/7 51/2
regarding [1] 58/19
Registered [1] 2/3
regroup [1] 54/17
reject [2] 48/11 55/1
relationship [1] 34/19
relationships [1] 49/11
relatives [1] 32/20
release [11] 16/18
22/17 33/13 46/6 56/5
56/8 56/10 56/22 58/25
59/7 59/17
released [16] 23/3
26/11 26/13 26/14
32/15 32/23 33/13
35/21 46/1 46/2 47/25
48/1 50/16 55/10 56/12
57/9
relief [1] 4/19
remain [1] 57/8
remanded [1] 40/20
remote [1] 58/9
remotely [1] 61/7
remove [1] 53/10
repeated [1] 12/19
repetition [1] 43/6
reply [1] 19/19
report [2] 56/20 56/23
Reporter [2] 2/3 2/3
2/4 2/4
reporting [1] 61/7
representations [1]
12/3
requested [1] 26/22
requesting [1] 4/19
required [1] 31/22
41/11 58/6
requirement [1] 48/18
requirements [1] 57/24
resecure [1] 8/6
resecuring [1] 8/8
residence [3] 55/18
56/13 57/19
respect [12] 16/21
19/23 19/25 38/22
39/10 39/11 39/16
39/21 49/24 50/21 54/6
59/25
respond [2] 27/20
27/23

responding [2] 42/9
responds [1] 42/4
response [2] 28/4
30/14
rest [1] 14/14
restricted [1] 57/19
result [1] 42/4
retreat [1] 40/14
retreating [1] 13/3
return [2] 55/3 59/18
returned [1] 33/6
reversed [1] 40/21
reverses [1] 4/17
review [4] 3/17 3/22
5/15 15/2
reviewed [2] 3/20 4/10
reviewing [1] 10/17
ride [1] 50/18
ridiculous [1] 27/22
right [45] 3/10 3/15
3/16 4/9 5/6 5/13 5/14
6/20 6/22 7/8 11/10
11/19 15/1 15/6 15/9
19/2 20/3 20/4 21/16
24/23 25/1 25/17 27/9
28/3 30/2 32/2 33/13
33/23 37/8 38/25 43/5
44/9 44/14 45/13 46/3
46/7 48/3 48/4 48/7
48/8 56/14 57/15 58/4
59/6 60/1
rightly [1] 53/1
rioters [8] 6/19 9/4 9/8
9/10 11/2 15/25 15/25
16/3
riots [3] 4/25 36/12
36/12
rise [1] 49/3
risk [12] 34/1 34/2 34/6
34/11 40/19 49/19
49/20 49/21 50/4 50/5
51/12 58/23
RMR [2] 61/2 61/11
Road [1] 1/17
role [1] 19/7
roles [1] 19/11
romantic [1] 34/19
Ronan [2] 29/18 32/19
Rotunda [5] 8/23 8/24
10/9 10/11 42/17
run [1] 5/23
run-through [1] 5/23
running [1] 38/19

**S**

safety [1] 49/16
said [27] 6/14 9/7
12/18 12/18 12/20
17/25 18/12 20/12 21/8
23/10 25/16 25/24
32/10 32/11 32/23
40/13 40/19 41/8 41/10
43/18 43/20 44/12
47/16 51/14 55/8 59/8
59/16
same [4] 14/6 24/14
34/6 56/11
satisfies [1] 48/18

save [3] 17/17 17/24
39/14
saw [2] 26/2 42/20
say [21] 11/5 18/17
20/21 22/16 26/18
28/10 28/12 28/23 31/3
31/9 33/8 36/6 37/11
40/13 43/18 50/14
54/15 54/23 55/6 58/17
59/8
saying [10] 15/18
19/17 19/20 19/22
26/12 31/7 40/25 41/4
42/24 42/25
says [4] 30/6 33/1
40/12 42/2
scene [1] 6/23
screaming [1] 25/7
screening [2] 58/11
58/14
seal [1] 46/22
second [4] 8/9 19/16
25/18 47/4
security [2] 51/5 51/7
see [9] 5/15 24/7 25/21
26/16 27/10 40/15 43/2
47/9 47/21
seems [1] 55/17
seen [6] 24/16 42/14
42/17 45/23 53/12
53/13
selfie [1] 9/20
Senate [7] 9/2 9/5 9/10
12/2 12/3 17/17 42/23
sends [1] 41/25 42/2
sense [3] 7/24 8/2
38/16
sentence [1] 48/17
series [1] 42/7
serious [3] 34/2 50/5
seriousness [1] 59/10
Services [8] 3/7 34/15
56/21 56/23 57/5 57/15
57/23 58/7
serving [1] 28/11
session [1] 53/23
set [1] 47/11
several [2] 22/15 42/2
shaking [1] 18/14
shall [4] 56/25 57/10
57/12 59/1
shape [1] 59/17
sharpshooter [1]
30/12
she [7] 6/14 6/14 16/17
30/15 30/23 41/8 41/8
she's [1] 30/10
shed [2] 10/9 10/13
shop [1] 38/14
should [9] 4/25 5/3 5/4
5/24 12/12 26/13 28/5
47/25 51/7
shouting [1] 9/14
shove [1] 42/20
shoving [1] 26/17
show [9] 15/13 19/10
19/23 20/12 23/17
23/24 26/23 40/11

**S**

show... [1] 52/15
showcase [1] 28/17
showed [1] 46/12
showing [3] 10/10 24/1 24/3
shown [1] 22/14
shows [13] 6/25 18/18 23/17 24/4 24/18 24/20 25/6 25/6 25/7 25/10 26/22 52/15 52/18
Sidbury [2] 2/2 3/7
side [7] 7/3 7/10 24/22 24/23 24/25 27/22 46/25
sides [1] 22/16
sign [1] 59/9
Signal [1] 41/16
simply [2] 51/6 54/19
since [2] 24/13 57/3
single [2] 36/21 48/1
sir [9] 3/13 3/14 5/11 29/16 57/2 57/7 57/16 58/3 59/21
sister [2] 30/6 30/17
sister's [1] 29/23
sitting [1] 23/2
situated [1] 53/4
skilled [1] 30/12
slightly [1] 53/3
smartphones [1] 59/2
so [91]
so I think [4] 4/15 16/14 19/25
so this idea [1] 51/16
so this notion [1] 51/4
social [2] 13/23 51/25
soldiers [1] 18/24
some [29] 12/5 13/16 13/24 16/8 19/14 20/22 26/8 27/14 32/3 36/4 36/10 36/17 42/3 44/5 44/20 45/12 49/20 50/15 50/20 51/7 51/19 51/21 52/9 53/5 55/5 55/9 55/22 55/23 56/11
somebody [6] 6/15 11/24 20/1 21/4 53/10 53/20
somehow [2] 10/20 41/18
someone [11] 13/25 16/6 18/21 18/23 19/24 20/23 21/4 21/9 41/20 41/21 43/2
something [11] 6/13 6/14 18/5 20/24 23/1 23/25 26/9 32/25 38/23 46/12 53/23
sometimes [1] 38/15
son [3] 30/19 55/19 56/20
soon [1] 7/24
sorry [12] 12/17 14/4 14/11 21/1 33/5 36/25 38/7 38/22 39/17 43/7 43/13 57/2
sort [9] 4/23 8/19 11/11 52/11 52/14
speak [1] 42/11
speaking [2] 26/1 38/17
speaks [3] 17/2 19/1 30/24
specifically [1] 20/19
spirit [1] 9/7
spoke [4] 19/19 30/17 30/22 41/19
spoken [1] 30/24
sporting [1] 26/7
spray [2] 7/6 53/11
sprayed [3] 10/23 12/2 20/24
spraying [2] 7/6 47/10
stable [1] 55/17
stack [14] 6/18 6/18 6/19 6/23 7/8 15/24 15/25 16/13 25/25 26/1 26/2 26/3 26/9 48/2
staff [2] 17/14 45/23
stamp [1] 13/25
stand [1] 16/5
Standard [2] 14/3 15/3
standards [1] 59/13
stands [1] 44/14
start [3] 5/17 23/15 31/1
started [1] 6/16
stash [1] 34/22
stashed [3] 34/7 34/12 34/13
stashing [1] 16/9
stated [1] 32/14
statement [8] 21/7 24/8 29/5 37/14 37/15 40/25 41/4 47/6
statements [1] 41/10
STATES [8] 1/1 1/3 1/11 3/3 35/23 35/24 40/25 41/4
stay [1] 57/6
Steele [1] 50/16
stenography [1] 2/7
steps [2] 6/19 6/20 16/1
stick [3] 9/17 22/19 31/14
sticks [1] 45/12
still [6] 3/24 9/21 10/17 44/7 47/10 55/23
stood [2] 26/17 35/25
stop [4] 18/14 23/22 31/7 31/17
Storm [10] 12/8 12/8 12/9 12/9 13/11 17/8 28/19 28/23 28/24 37/2
street [2] 1/14 25/14
strike [1] 20/7
stuff [3] 29/24 30/6 30/7
stupid [1] 36/17
subject [4] 38/19 38/20 58/18 61/6
submission [1] 13/22
submissions [1] 37/19 33/9 34/24 40/11 44/15 57/22 58/1 58/5
submitted [5] 20/21 30/3 31/3 45/19 55/19
substance [4] 58/6 58/10 58/14 58/16
substantial [2] 49/21 50/4
suffering [1] 45/19
sufficient [1] 54/1
suggest [2] 50/1 53/17
suggestion [1] 34/1 48/10 54/22
suggests [2] 52/4 52/8
supervising [1] 57/23 58/7
supervision [1] 56/12
support [1] 27/7 31/2 33/20
supposed [4] 4/7 48/2 48/9 50/7
supposedly [1] 42/20
sure [4] 11/5 13/20 14/5 15/16
surrender [1] 56/25
sweat [1] 58/9
swoop [1] 50/12
system [1] 58/10

**T**

tablets [1] 59/2
tactic [2] 26/5 26/5
take [13] 4/10 4/21 5/2 5/7 5/8 9/20 15/15 25/13 27/24 32/23 36/16 46/13 59/9
take-aways [1] 15/15
taken [4] 18/21 24/13 26/6 47/18
takes [1] 8/7
taking [1] 38/15
talk [9] 11/6 15/6 18/14 23/21 35/23 37/21 52/14 54/24 55/6
talked [2] 20/10 36/1
talking [5] 13/2 14/6 17/7 37/6 51/10
talks [2] 28/18 37/16
tamper [1] 58/13
technological [1] 61/7
television [2] 24/16 36/3
tell [3] 14/9 26/7 29/7
telling [2] 19/12 26/15
tells [2] 35/19 36/22
ten [4] 48/17 48/17 48/18 52/18
tend [1] 9/17
terms [6] 5/18 10/10 11/12 14/2 48/9 48/19
territory [1] 43/6
terrorist [1] 36/1
tested [1] 58/24
testing [8] 58/1 58/6 58/8 58/9 58/10 58/11 58/14 58/19
text [15] 12/15 13/1 27/25 32/16 32/22 33/10 35/12 35/14 36/18 36/21 37/7 54/12
texting [1] 32/19
than [15] 14/20 15/16 15/18 16/14 20/1 20/14 21/4 23/25 34/20 37/2 38/19 41/9 50/18 53/4 55/8
Thank [10] 3/14 4/8 5/5 5/22 20/3 48/5 59/21 59/22 59/23 60/1
Thank you [9] 3/14 4/8 5/5 5/22 48/5 59/21 59/22 59/23 60/1
that [404]
that'll [1] 56/8
that's [51] 4/22 4/23 6/13 7/22 8/6 8/25 9/2 9/6 11/14 13/9 14/7 14/24 18/1 18/7 21/10 22/7 22/7 22/25 23/23 24/19 25/6 25/22 25/25 26/21 28/12 30/4 30/10 31/17 33/14 33/15 34/2 34/3 34/5 34/21 36/21 38/22 41/10 42/4 43/13 44/14 45/5 45/10 47/24 48/10 48/22 49/8 53/14 54/7 56/15 58/2 59/19
their [9] 7/13 9/17 10/10 27/16 31/2 31/16 32/8 32/16 32/17
them [14] 7/23 19/18 26/6 27/1 27/1 31/15 35/13 41/17 44/18 47/6 47/8 47/10 47/11 48/1
themselves [2] 13/6 13/13
then [32] 5/16 5/25 6/16 6/18 7/16 8/5 8/19 8/19 8/22 8/24 9/15 11/3 12/13 12/15 13/1 13/5 13/12 14/15 15/20 16/2 17/15 17/19 19/16 19/19 21/25 26/12 27/2 27/24 36/11 36/20 47/4 47/24
there [45] 8/4 8/5 8/9 8/11 8/19 10/12 16/5 16/8 16/9 16/9 20/19 23/22 24/5 25/3 27/18 28/18 29/10 36/2 36/10 36/11 36/12 36/14 36/21 42/17 43/19 47/23 48/14 49/5 49/15 49/20 50/20 51/1 51/8 51/12 51/20 51/20 52/7 52/23 53/2 53/25 54/16 56/5 56/7 56/19 56/21
there's [28] 9/19 16/19 20/25 21/17 26/18 27/6 28/25 31/11 33/17 33/22 34/10 37/4 39/23 40/12 42/15 43/1 43/4 43/21 45/15 46/9 47/9 48/11 52/1 52/24 53/7 55/19 55/19 58/21
therefore [3] 48/17 58/18 61/6
these [13] 4/25 8/16 9/9 15/7 23/21 27/2 31/10 42/2 43/19 43/20 44/17 54/10 55/22
they [69]
they're [17] 8/9 8/13 9/3 10/22 10/25 13/2 17/15 22/5 25/16 28/19 31/20 31/20 34/6 35/7 35/8 35/16 46/24
they've [5] 8/17 19/12 22/12 44/24 53/21
thing [6] 12/7 19/5 33/14 34/6 42/8 45/17
things [11] 17/5 20/10 22/3 25/7 38/13 41/17 43/18 43/21 52/7 54/20 55/23
think [57] 4/15 4/20 4/22 4/24 5/3 5/4 5/19 5/24 6/2 6/7 8/4 8/15 9/6 10/20 12/9 13/10 13/16 14/17 15/7 15/10 15/13 16/14 16/24 17/25 18/19 18/25 19/6 19/25 20/15 21/12 22/16 22/20 23/24 33/14 35/4 39/4 39/19 40/6 44/12 47/11 48/22 49/21 50/3 50/14 50/24 51/5 51/17 51/24 54/4 54/6 54/17 55/8 55/11 56/7 56/7 58/22 59/14
thinks [1] 17/10
third [3] 17/19 25/18 40/2
this [76]
those [28] 7/1 7/8 7/11 7/11 8/9 11/1 11/1 12/3 13/16 13/17 15/12 24/10 24/11 25/2 25/4 28/6 30/8 40/23 41/5 41/16 42/9 43/14 43/21 44/21 46/14 52/10 56/1 59/6
though [1] 21/21
thought [2] 16/10 53/25
thousand [2] 37/3 37/5
thousands [3] 13/7 13/14 18/24
threat [7] 13/11 16/19 16/23 56/3 56/4 56/8 56/9
three [4] 9/3 9/24 17/16 38/1
three-deep [2] 9/24 17/16
through [19] 5/3 5/23 5/23 9/15 14/7 14/8 15/16 15/18 15/20 15/22 17/15 23/13 24/4 24/10 26/6 27/13 36/9 50/13 59/4
throw [2] 45/11 45/11

**T**

throwing [1] 7/5 47/10
thrown [1] 25/7
thus [1] 10/10
ties [2] 49/11 55/18
tifa [1] 52/1
till [1] 52/14
time [23] 6/8 8/9 11/8 13/9 13/10 13/25 14/3 15/2 15/3 24/9 24/14 30/17 31/9 32/3 33/16 38/23 39/9 39/20 40/2 40/4 40/16 47/11 47/23
timeline [1] 16/7
times [3] 18/15 32/20 38/1
titled [1] 61/4
today [3] 4/24 8/16 23/21
together [1] 9/17
told [6] 30/13 32/15 32/23 33/21 35/15 42/10
tomorrow [2] 14/15 28/6
too [1] 25/12
tools [1] 34/16
top [1] 13/12
toss [1] 35/13
totally [2] 39/10 39/10
touch [1] 56/17
touching [1] 26/4
tough [1] 18/19
toward [2] 57/7 46/16
training [1] 55/16
transcript [3] 1/9 2/7 61/3
transcription [1] 2/8
travel [1] 56/17
treated [1] 45/25
trial [1] 3/19
tried [5] 34/7 34/21 38/8 38/12 44/24
tries [1] 42/6
triggers [1] 37/5
trip [1] 35/15
trips [1] 35/11
true [1] 25/17
trust [1] 3/20
try [3] 27/3 27/24 40/16
trying [11] 8/13 9/14 16/5 17/17 28/19 32/18 33/11 39/8 40/14 53/10 53/18
tunnels [3] 13/8 28/4 54/25
turn [7] 5/21 5/25 10/4 11/19 19/24 46/17 57/4
turned [4] 33/7 46/14 49/23 57/14
two [18] 8/4 15/12 17/5 17/7 17/13 19/18 22/3 22/4 23/20 26/4 28/4 32/16 32/22 33/10 41/5 43/14 46/10 52/10
types [1] 53/11

**U**

U.S [1] 1/13
Uber [1] 19/20
ultimately [2] 54/8 59/11
uncle [1] 27/21
under [4] 45/25 46/21 48/12 48/16
undercover [1] 19/13
understand [8] 4/17 8/12 13/21 14/2 21/3 27/12 29/6 33/14
understanding [3] 10/7 14/19 44/3
unfortunate [1] 17/21
unit [1] 18/23
UNITED [1] 1/1 1/3 1/11 3/3 35/23 35/24 40/25 41/4
United States [4] 35/23 35/24 40/25 41/4
universe [1] 31/13
unlawful [1] 55/16
unlawfully [1] 58/15
unless [1] 58/18
unlike [3] 50/15 51/19 55/22
unreasonable [1] 54/18
unrelated [1] 41/23
up [18] 6/20 8/11 8/19 14/5 14/14 16/1 17/16 19/11 25/17 28/6 30/16 40/15 41/21 41/22 48/17 54/16 56/19 59/11
upon [1] 30/5
urine [1] 58/9
us [2] 23/16 27/1
usdoj.gov [1] 1/16
use [6] 33/1 42/9 58/15 58/18 58/19 58/24
used [6] 29/8 29/9 44/5 55/16 55/16 58/8
using [2] 53/11 58/23
usual [1] 59/24
usually [1] 23/13
UTC [2] 14/1 15/2

**V**

vaccinated [1] 4/13
vandalism [2] 47/12 47/18
vandalize [1] 43/11
vandalized [2] 47/7 47/12
vanguard [1] 6/20
vantage [3] 43/1 47/20 47/21
versus [1] 3/4
very [15] 3/15 9/21 13/16 16/13 16/14 17/16 17/23 18/15 23/10 30/11 35/5 38/1 38/9 39/1 40/22
veteran [2] 28/10 41/23
veterans [1] 27/21
via [2] 1/10 3/8

**W**

wait [1] 10/4
walk [4] 15/18 15/20 15/22 40/7
walk-through [2] 15/18 15/22
walking [2] 26/4 50/13
wandering [1] 20/2
want [17] 5/3 11/13 14/4 19/2 22/25 24/3 31/15 31/16 37/21 38/5 39/18 40/3 42/3 43/8 46/9 47/1 57/4
wanted [2] 33/6 47/5
wants [1] 29/3
warfare [1] 13/14
warrant [3] 50/5 50/5 55/4
warranted [2] 15/14 34/2
warranting [1] 15/21
warrants [1] 21/24
was [95]
Washington [7] 1/5 1/14 2/6 17/11 36/9 51/15 51/23
wasn't [5] 44/11 45/3 45/24 46/3 57/22
watched [5] 27/8 27/10

**W**

watching [2] 8/14 23/2
Watkins [16] 9/12 9/22 10/8 11/24 12/16 12/21 13/2 13/12 27/18 28/3 32/17 40/13 42/23 54/14 54/24 55/6
way [12] 16/14 19/15 24/7 27/6 27/23 31/11 32/16 32/17 32/24 35/7 41/14 47/3 53/16 59/17
ways [1] 16/25
we [51] 4/21 5/2 5/4 5/7 5/7 5/8 6/16 7/16 9/6 9/11 9/16 11/23 13/1 14/7 14/16 15/11 15/22 19/5 19/20 23/11 24/8 24/15 28/5 28/23 30/4 30/13 30/17 33/3 35/12 35/14 36/9 40/24 41/3 42/10 44/8 44/16 45/3 45/7 46/1 46/13 46/15 46/15 46/17 46/20 46/21 47/6 47/11 47/14 52/13 55/2 55/14
we'll [2] 4/5 39/14
we're [19] 3/16 10/17 11/11 14/5 14/13 19/9 19/22 20/6 21/11 21/21 31/1 31/6 37/6 43/5 44/7 45/13 45/16 47/15 52/14
we've [11] 9/15 11/3 15/23 17/11 17/13 17/14 17/19 19/16 32/3 53/12 53/13
weaker [1] 54/6
weapon [1] 57/13
weapons [3] 6/6 16/9 51/3
wearing [1] 45/4 45/8 58/9
weeks [2] 22/15 27/6
weigh [2] 52/11 54/5
weight [1] 50/9
Welcome [1] 48/7
well [20] 4/4 4/20 7/25 12/3 12/24 13/9 21/1 21/5 22/9 23/9 25/19 31/18 34/10 38/9 40/5 44/15 48/23 50/10 56/22 58/17
went [3] 14/7 16/10 41/8
were [30] 6/19 7/3 7/4 7/5 7/6 7/6 7/10 7/11 7/14 8/4 8/5 8/8 9/8 9/9 9/23 10/8 10/8 15/6 19/5 23/11 32/16 32/17 32/18 40/23 42/22 44/5 46/11 47/12 52/6 54/20
weren't [3] 7/9 7/10 43/14
WH [1] 14/14
what [72]
what's [9] 7/24 16/22 17/9 17/9 21/17 28/21 33/17 35/17 44/3

**W**

whatever [12] 17/25 24/3 24/14 26/2 32/7 42/12 42/23 47/1 47/2 47/22 52/3 56/9
when [33] 5/9 6/6 6/16 7/16 8/9 8/22 9/19 10/8 17/7 18/23 19/5 24/2 24/4 27/15 28/10 29/19 30/17 31/23 32/16 32/17 33/5 33/5 38/17 42/11 43/21 45/22 46/17 51/9 51/12 51/22 53/21 53/24 55/3
where [22] 7/3 8/6 10/23 11/11 12/16 13/2 19/19 19/20 25/11 25/24 28/18 30/22 32/13 34/14 34/16 41/12 41/13 42/16 42/20 44/14 48/8 54/21
whether [21] 5/24 6/15 10/14 11/5 16/19 20/19 22/5 23/3 39/11 41/15 44/4 45/4 48/19 48/22 50/24 54/9 55/25 56/1 56/5 56/25 59/12
which [25] 6/4 6/5 9/21 13/6 14/13 20/6 21/11 23/16 24/6 27/23 31/6 32/14 32/22 36/21 37/2 44/13 44/19 48/14 51/2 53/16 53/23 56/12 56/24 57/9 59/9
while [10] 25/14 36/3 36/4 36/4 40/23 44/5 53/8 53/22 58/22 58/24
White [1] 36/20
who [42] 7/4 7/10 7/14 8/8 9/3 9/8 9/15 12/1 16/3 16/4 16/6 17/6 17/10 17/17 18/21 19/17 19/24 20/1 21/9 25/4 25/16 26/6 26/9 26/10 26/13 26/17 27/4 28/10 33/12 35/19 35/20 36/2 38/18 41/19 41/22 42/3 45/20 47/20 50/15 50/19 53/10 55/9
who's [3] 9/12 33/2 54/22
whole [3] 20/13 28/20 35/1
wholly [1] 10/21
whom [9] 25/10 26/11 32/15 32/23 34/18 34/19 42/1 50/16 51/20
why [9] 5/2 5/7 5/7 10/5 23/24 25/25 28/9 46/20 51/8
will [20] 4/18 11/19 11/20 22/15 22/17 34/3 56/6 56/9 56/18 56/18 57/17 57/18 57/22 58/1 58/23 59/6 59/8 59/11 59/17 59/18
willfully [1] 37/3
William [4] 2/3 61/2 61/10 61/11

## W

**withdrawn [1]** 51/15
**withholding [1]** 46/12
**within [2]** 8/10 56/22
**withstand [1]** 11/2
**witnessed [1]** 36/9
**woman [2]** 26/9 34/18
**word [4]** 27/24 27/25
29/8 29/9
**words [2]** 28/16 33/1
**working [1]** 46/16
**world [1]** 55/24
**would [45]** 10/15 10/21
13/18 14/10 14/17
14/19 14/19 14/20 15/3
17/5 18/9 20/13 20/15
20/21 23/11 23/13
24/12 24/12 25/20
26/17 26/18 26/19
26/19 26/25 27/5 27/7
27/22 28/9 30/2 33/9
36/25 40/10 41/9 43/2
44/15 45/18 46/5 49/16
49/19 50/4 50/5 51/3
56/4 56/17 59/3
**writing [1]** 24/9
**written [3]** 29/17 40/25
41/4

## Y

**yards [1]** 7/10
**Yeah [2]** 15/1 29/20
**year [1]** 26/9
**years [4]** 34/19 42/2
48/17 48/18
**yelling [2]** 25/6 42/24
**yes [13]** 3/14 4/1 5/11
14/7 24/25 29/16 29/21
36/2 54/23 57/7 57/16
58/3 59/20
**yesterday [1]** 19/6
**yet [5]** 37/6 45/22
45/25 46/16 55/12
**Yorker [1]** 29/18
**you [159]**
**you'll [2]** 11/18 17/24
**you're [8]** 3/24 5/10
28/2 29/23 31/13 31/23
35/5 38/17
**you've [12]** 4/10 5/14
10/7 13/20 13/22 13/23
16/2 33/25 38/12 38/13
59/10 59/12
**your [73]**
**Your Honor [48]** 3/2
4/1 4/12 5/5 5/22 10/2
10/16 11/15 12/17
12/17 13/18 14/4 14/17
18/3 19/4 20/5 21/10
22/23 23/5 23/9 24/25
25/19 25/24 31/19 32/7
32/15 34/5 34/23 35/10
35/21 37/11 38/7 38/21
38/23 39/10 39/21
41/14 44/10 44/24 45/6
45/14 45/17 46/10
46/19 47/15 56/15
59/20 59/23

**Zaremba [4]** 2/3 61/2
61/10 61/11
**Zello [3]** 41/16 43/18
44/4
**zero [2]** 24/6 30/11
**ZOOM [3]** 1/10 17/22
21/21