# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.    * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release filed by Donovan Crowl, good cause having been shown, it is this 23rd day of April, 2021, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to allow Mr. Crowl to travel out of town from April 24, 2021 through May 3, 2021 to visit his mother at the hospital in Missouri and reside with his brother in Illinois. With advance notice to Pretrial Services, Mr. Crowl may stay at a hotel near the hospital, providing the name, address, phone number of the hotel.

2. Mr. Crowl shall report by telephone to Pretrial Services once a day. As soon as he returns to Ohio, he shall notify his Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

                                                                                     _____
                                                                                     **HONORABLE AMIT P. MEHTA**
                                                                                     **United States District Judge**