IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** \* | |
| \* | |
| vs. \* | Case No. 1:21-cr-00028-APM-2 |
| \* | |
| **DONOVAN CROWL** \* | |
| **Defendant** \* | |
| \* | |

ooOoo

ORDER

Upon consideration of the Motion to Modify Conditions of Pretrial Release, filed by Donovan Crowl and any response filed by the United States, good cause having been shown, it is this _____ day of May, 2021, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **GRANTED;**

2. That Mr. Crowl is hereby **AUTHORIZED** to leave his home for employment purposes, with additional travel time to and from work, with advance notice to Pretrial Services; and

3. That all others Conditions of Release shall remain in place.

4. To the extent Mr. Crowl's Conditions of Release need to be designated as Home Confinement, instead of Home Incarceration, such adjustment is granted.

_____
**HONORABLE AMIT P. MEHTA**
**UNITED STATES DISTRICT JUDGE**