```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )
                                   )     CR No. 21-28
                                   )     Washington, D.C.
      vs.                          )     April 6, 2021
                                   )     4:05 p.m.
THOMAS E. CALDWELL, ET AL.,        )
                                   )
         Defendant.                )
_____)



             TRANSCRIPT OF STATUS CONFERENCE
                  VIA ZOOM PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Kathryn Leigh Rakoczy
                           U.S. ATTORNEY'S OFFICE
                           FOR THE DISTRICT OF COLUMBIA
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-6928
                           Email:
                           kathryn.rakoczy@usdoj.gov
```

APPEARANCES CONTINUED:

For Defendant Caldwell:    David William Fischer, Sr.
                                      FISCHER & PUTZI, P.A.
                                      7310 Governor Ritchie Highway
                                      Empire Towers,
                                      Suite 300
                                      Glen Burnie, MD 21061-3065
                                      (410) 787-0826
                                      Email:
                                      fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:        Carmen D. Hernandez
                                      7166 Mink Hollow Road
                                      Highland, MD 20777
                                      (240) 472-3391
                                      Email: chernan7@aol.com

For Defendant
Jessica Marie Watkins:    Michelle M. Peterson
                                      FEDERAL PUBLIC DEFENDER
                                      FOR THE DISTRICT OF COLUMBIA
                                      625 Indiana Avenue, NW
                                      Suite 550
                                      Washington, D.C. 20004
                                      (202) 208-7500
                                      Shelli_peterson@fd.org

APPEARANCES CONTINUED:

For Defendant
Sandra Ruth Parker:                 John L. Machado
                                    LAW OFFICE OF JOHN MACHADO
                                    503 D Street, NW
                                    Suite 310
                                    Washington, D.C. 20001
                                    (703) 989-0840
                                    Email: johnlmachado@gmail.com


For Defendant
Bennie Alvin Parker:                Stephen F. Brennwald
                                    BRENNWALD & ROBERTSON, LLP
                                    922 Pennsylvania Avenue, SE
                                    Washington, D.C. 20003
                                    (301) 928-7727
                                    Email: sfbrennwald@cs.com


For Defendant
Graydon Young:                      Desiree Wilson
                                    DESIREE WILSON, ESQ.
                                    1030 SE 9th Ave # 152412
                                    Cape Coral, FL 33990
                                    (239) 286-2905
                                    Email:
                                    dwilson@
                                    federalattorneyflorida.com

                                    Robert Denis Foley
                                    ROBERT FOLEY LAW PA
                                    2259 Cleveland Avenue
                                    Fort Myers, FL 33901
                                    (239) 690-6080
                                    Email: bob@robertfoleylaw.com


For Defendant
Laura Steele:                       Peter A. Cooper
                                    400 5th Street, NW
                                    Suite 350
                                    Washington, D.C. 20001
                                    (202) 400-1431
                                    Email:
                                    pcooper@petercooperlaw.com

```
APPEARANCES CONTINUED:

Defendants Kelly Meggs
and Connie Meggs:              David A. Wilson
                               LAW OFFICE OF DAVID A. WILSON
                               201 SW 2nd Street,
                               Suite 101
                               Ocala, FL 34471
                               (352) 629-4466
                               Email: david@dwilsonlaw.com


For Defendant
Kenneth Harrelson:             Nina J. Ginsberg
                               DIMURO GINSBERG, PC
                               1101 King Street
                               Suite 610
                               Alexandria, VA 22314
                               (703) 684-4333
                               Email: nginsberg@dimuro.com

                               Jeffrey Daniel Zimmerman
                               Jeffrey Zimmerman, PLLC
                               First Floor
                               108 N. Alfred Street
                               Alexandria, VA 22314
                               (703) 548-8911
                               Email: zimpacer@gmail.com


For Defendant
Roberto A. Minuta:             Jenifer Wicks
                               BLIND JUSTICE
                               LEGAL SERVICES CORPORATION
                               PO Box 60585
                               Washington, D.C. 20039
                               (202) 839-5102
                               Email:
                               jenifer@blindjusticedc.org
```

APPEARANCES CONTINUED:

For Defendant
Joshua A. James:                    Joan C. Robin
                                    LAW OFFICE OF JONI C. ROBIN
                                    114 North Alfred Street
                                    Alexandria, VA 22314
                                    (703) 349-1111
                                    Email: joni@jonirobinlaw.com

                                    Christopher R. K. Leibig
                                    LAW OFFICES OF
                                    CHRISTOPHER LEIBIG
                                    114 N. Alfred Street
                                    Alexandria, VA 22314
                                    (703) 683-4310
                                    Email:
                                    chris@chrisleibiglaw.com

Pretrial Officer:                   Masharia Holman

Court Reporter:                     William P. Zaremba
                                    Registered Merit Reporter
                                    Certified Realtime Reporter
                                    Official Court Reporter
                                    E. Barrett Prettyman CH
                                    333 Constitution Avenue, NW
                                    Washington, D.C. 20001
                                    (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
1                    P R O C E E D I N G S

2            COURTROOM DEPUTY:  Good afternoon, Your Honor.

3  This is Criminal Case No. 21-28, the United States of

4  America versus Defendant No. 1, Thomas Edward Caldwell;

5  Defendant No. 2, Donovan Crowl; Defendant No. 3,

6  Jessica Marie Watkins; Defendant No. 4, Sandra Ruth Parker;

7  Defendant No. 5, Bennie Alvin Parker; Defendant No. 6,

8  Graydon Young; Defendant No. 7, Laura Steele; Defendant 8,

9  Kelly Meggs; Defendant 9, Connie Meggs; Defendant 10,

10  Kenneth Harrelson; Defendant 11, Roberto A. Minuta; and

11  Defendant 12, Joshua James.

12            Kathryn Rakoczy will be speaking on behalf of the

13  government.

14            David Fischer for Defendant Caldwell.

15            Carmen Hernandez for Defendant Crowl.

16            Michelle Peterson for Defendant Watkins.

17            John Machado for Defendant Sandra Parker.

18            Stephen Brennwald for Defendant Bennie Parker.

19            Desiree Wilson and Robert Foley for Defendant

20  Young.

21            Peter Cooper for Defendant Steele.

22            David Wilson on behalf of Defendants Kelly Meggs

23  and Connie Meggs.

24            Nina Ginsberg and Jeffrey Zimmerman on behalf of

25  Defendant Kenneth Harrelson.
```

 1              Jenifer Wicks on behalf of Defendant Roberto

 2    Minuta.

 3              And Joni Robin and Chris Leibig on behalf of

 4    Defendant James.

 5              All defendants are present either via

 6    videoconference or teleconference for this matter.

 7              THE COURT:  Okay, Counsel.  Good afternoon to all

 8    of you.  And to all the defendants in the case, good

 9    afternoon to all of you.  I won't go through everybody's

10    names, we've got quite a few people, but good afternoon to

11    everyone.

12              All right.  So we're here for a status hearing.

13    We actually have managed to get all 12 defendants present

14    and here for this status hearing, which is no small feat.

15    But we've done that.

16              So let's talk about what we want to get

17    accomplished this afternoon.  I've got a small -- a short

18    agenda, and obviously, to the extent either side wants to

19    supplement it, you should do that.

20              But let me just sort of preview what I had in

21    mind.  I wanted to -- we've got a third superseding

22    indictment that needs to be addressed.  There are, by our

23    count, four defendants that still need to be arraigned, so

24    we'll take care of that.

25              After that, we'll get an update from the

1    government about where things stand in the case in terms of

2    discovery and talk about the speedy trial motion.

3         There are a couple of defendants who have

4    detention issues that they've either raised or will soon be

5    raising, and we'll just talk about that briefly.

6         And then there are just a couple of housekeeping

7    matters I want to address before we conclude.

8         So let's start with the third superseding

9    indictment.  And I don't intend to have every single

10   defendant re-arraigned, because the vast majority of

11   defendants, and, in fact, I think all the defendants, in the

12   second superseding indictment, there are no new charges in

13   the third superseding indictment, there's simply the

14   addition of new defendants.

15        So unless any defense counsel objects, and if you

16   do so, say your piece now, I do not intend to re-arraign

17   your client if you've simply been named in the third

18   superseding indictment but there have been no new charges

19   brought against your client.

20        Okay.  So hearing no defense counsel object to

21   that approach, let me then turn to the third superseding

22   indictment in arraigning, at least by our count, the four

23   defendants who have yet to be arraigned, and they are Connie

24   Meggs, Kenneth Harrelson, Robert Minuta and Joshua James,

25   the last three of which are sort of the newest additions to

1    this case.

2           So why don't we start with Connie Meggs.  And,

3    Mr. Wilson, I'll just ask you and your client to pay

4    attention, we may have just neglected to do this when we had

5    her detention hearing, so I'll just ask you and Ms. Meggs to

6    pay attention to the Courtroom Deputy as he announces the

7    charges against Ms. Meggs.

8           COURTROOM DEPUTY:  May the record reflect that the

9    defendant, through counsel, has received a copy of the third

10   superseding indictment.

11          Ms. Meggs, in Criminal Case No. 21-28-9, you have

12   been charged with the following counts:

13          Count 1, conspiracy, in violation of Title 18

14   United States Code Section 371;

15          Count 2, obstruction of an official proceeding and

16   aiding and abetting, in violation of Title 18 United States

17   Code Sections 1512(c)(2) and Section 2;

18          Count 3, destruction of government property and

19   aiding and abetting, in violation of Title 18 United States

20   Code Sections 1361 and Section 2;

21          And Count 4, restricted building or grounds, in

22   violation of Title 18 United States Code Section 1752(a)(1).

23          Do you wish to waive the formal reading of the

24   third superseding indictment and how do you wish to plead?

25          MR. FISCHER:  Yes, we'll waive the reading and

1    enter a plea of not guilty.

2           THE COURT:  So I'll have the record reflect an

3    entry of not-guilty pleas as to each count with which

4    Mr. Meggs has been charged.

5           So let's turn, then, to Mr. Harrelson.

6           COURTROOM DEPUTY:  Mr. Harrelson -- may the record

7    reflect that the defendant, through counsel, has received a

8    copy of the third superseding indictment.

9           Mr. Harrelson, in Criminal Case No. 21-28-10,

10   you've been charged with the following counts:

11          Count 1, conspiracy, in violation of Title 18

12   United States Code Section 371;

13          Count 2, obstruction of an official proceeding and

14   aiding and abetting, in violation of Title 18 United States

15   Code Sections 1512(c)(2) and Section 2;

16          Count 3, destruction of government property and

17   aiding and abetting, in violation of Title 18 United States

18   Code Sections 1361 and Section 2;

19          And Count 4, restricted building or grounds, in

20   violation of Title 18 United States Code Section 1752(a)(1).

21          Do you wish to waive the formal reading of the

22   third superseding indictment, and how do you wish to plead?

23          MS. GINSBERG:  Your Honor, Mr. Harrelson waives

24   formal reading, he enters pleas of not guilty, and requests

25   trial by jury.

1            THE COURT:  All right.  Thank you, Ms. Ginsberg.

2            All right.  We'll turn, then, to Mr. Minuta.

3            COURTROOM DEPUTY:  May the record reflect that

4    defendant, through counsel, has received a copy of the third

5    superseding indictment.

6            Mr. Minuta, in Criminal Case No. 21-28-11, you've

7    been charged with the following counts:

8            Count 1, conspiracy, in violation of Title 18

9    United States Code Section 371;

10           Count 2, obstruction of an official proceeding and

11   aiding and abetting, in violation of Title 18 United States

12   Code Sections 1512(c)(2) and Section 2;

13           And Count 4, restricted building or grounds, in

14   violation of Title 18 United States Code Section 1752(a)(1).

15           Do you wish to waive the formal reading and how do

16   you wish to plead?

17           MS. WICKS:  Yes, we waive a formal reading and

18   enter a plea of not guilty to each count.

19           THE COURT:  All right.  Thank you, Ms. Wicks.

20           So not guilty -- entries of not-guilty pleas as to

21   each of the counts with respect to Mr. Harrelson and

22   Mr. Minuta will be reflected on the record.

23           And then finally Mr. James.

24           COURTROOM DEPUTY:  And may the record reflect that

25   Mr. James, through counsel, has received a copy of the third

1  superseding indictment.

2          Mr. James, in Criminal Case No. 21-28-12, you've

3  been charged with the following counts:

4          Count 1, conspiracy, in violation of Title 18

5  United States Code Section 371;

6          Count 2, obstruction of an official proceeding and

7  aiding and abetting, in violation of Title 18 United States

8  Code Sections 1512(c)(2) and Section 2;

9          And Count 4, restricted building or grounds, in

10  violation of Title 18 United States Code Section 1752(a)(1).

11          Do you wish to waive the formal reading and how do

12  you wish to plea?

13          MS. ROBIN:  Good afternoon, Your Honor.

14          Joni Robin on behalf of Mr. James.

15          Mr. James waives formal reading and enters plea of

16  not guilty to each of the counts charged.

17          THE COURT:  All right.  Thank you, Ms. Robin.

18          So the record will reflect the entry of not-guilty

19  pleas as to each count against Mr. James.

20          Okay.  So that takes care of the preliminaries

21  with respect to arraignments and the third superseding

22  indictment.

23          Let's turn next to Ms. Rakoczy and the government

24  with respect to an update.

25          Before we hear from Ms. Rakoczy, let me just say

1    that I have -- I'm aware, of course, that there is a pending

2    motion with respect to speedy trial and the exclusion of

3    60 days that the government filed.  Some of the defendants

4    have filed oppositions to that motion.

5           I didn't rule on the motion simply because at

6    least the defendants, up until today or up until through,

7    I think, the second superseding indictment, almost all of

8    them had agreed to toll time through today, so we weren't --

9    I wasn't too worried about where things stood.  And plus,

10   with the addition of new defendants, we arguably are

11   re-starting the clock in any event.

12          But with that said, I'm aware of the motion, and

13   part of the reason I haven't ruled on it is I also wanted to

14   hear from the government about where things stood and what

15   more it thought it needed to do in terms of making

16   disclosures.

17          So with that, let's turn things over to

18   Ms. Rakoczy.

19          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

20          The government has provided, over the first two

21   months or so of this investigation, informal discovery on a

22   rolling basis to counsel as they entered their appearance

23   after their clients were charged in this matter.

24          To date, as we described in our pleadings on the

25   complex case motion, we've provided roughly about 35

1    gigabytes of data, maybe a little bit more at this point,

2    because we have provided some additional materials as some

3    new defendants entered their appearance through counsel in

4    this case.

5            We are prepared to provide a next round of

6    discovery that we hope to provide either by the end of this

7    week or early next week.  This next round of discovery will

8    consist of mostly subpoena returns, probably approximately

9    one-half to three-fifths of the subpoena returns that have

10   been obtained so far in this investigation.  We will

11   continue and we are providing them on a rolling basis.  And

12   so the only reason that we aren't providing everything to

13   date is that we are processing the data as it comes in and

14   putting it in a Bates-stamped format that's easier to

15   provide to the defense that can be indexed and clearly

16   delineated for the defense.  So as we take the next round of

17   subpoena returns that have come in, we will get those out

18   the door hopefully every few weeks on a rolling basis.

19           There are a number of search warrant returns in

20   this matter, as we note in our pleadings, I think over 50

21   search warrant returns at this point in time, mostly for

22   electronic devices, some residences as well.

23           We've provided a fair amount of the information

24   already to counsel.  With respect to the premises search

25   warrants, we've provided a lot of the paperwork and the

1    photographs from those premises search warrants.

2              We've provided some of the defendants' electronic

3    device search warrants returns.  We hope to provide the

4    remainder of those in the next few weeks.  It is a

5    voluminous amount of data, and so I need to coordinate with

6    the defense counsel on the best way to get that to them,

7    whether we put it all on one external hard drive.  We do

8    have an agreement with counsel, with the defendants through

9    their counsel, where each defendant has agreed to provide

10   the entirety of the search warrant return prior to it being

11   completely scoped by the government so that we can get that

12   out the door immediately to all defendants through their

13   counsel.

14             We are going to designate those as highly

15   sensitive, just because there is going to be material on

16   there that would be private information for the defendants.

17   And so the defendants will be able to review that data, they

18   just won't be able to maintain a copy unless we work out

19   some agreement with the defense attorneys about particular

20   materials that may be important for them to have an actual

21   copy of.  But the goal here is to get it out the door as

22   quickly as possible, while also maintaining the privacy of

23   the defendants.  So we hope to do that on a rolling basis

24   over the next few weeks.

25             The investigation, obviously, is ongoing, so

1    discovery will continue to need to be produced through the

2    close of the investigation, but we are providing -- we have

3    provided a significant amount of discovery and will provide

4    far more in the coming weeks.

5         And that is the major reason why we think

6    it would be appropriate to not have our next status until

7    approximately two months down the line so that the defense

8    attorneys will have an opportunity to review the materials

9    that we have provided and will provide and so that the

10   government can continue the investigation of this matter.

11        THE COURT:  Just for my own clarification and

12   edification, when you're talking about subpoena returns,

13   what do you mean?  Are you talking about social-media or

14   sort of third-party communication providers, that sort of

15   thing?

16        MS. RAKOCZY:  Sure.

17        Phone records, like call detail records and

18   subscriber information, social media account information is

19   obtainable by subpoena, some financial records, travel and

20   lodging records that are relevant to the events of the 5th

21   and the 6th, materials of that magnitude.

22        THE COURT:  Okay.

23        So I think the question -- the million dollar

24   question, Ms. Rakoczy, is:  Does the government have a

25   sense -- I mean, if we're thinking about a scheduling of

1   motions and let alone a trial, I mean, when is the

2   government estimating by when it thinks it would be able to

3   sort of substantially complete discovery?  I don't mean

4   every single document, but in a position to say we've

5   substantially completed our discovery obligations under

6   Rule 16, let's leave aside Grand Jury material and the like.

7          MS. RAKOCZY:  That is -- I think for the

8   defendants who are charged here, we hope that -- I think

9   it's not unreasonable to say within the next 60 days, we

10  would be able to turn over the bulk of the materials that

11  are relevant to the defendants charged here.  But this is an

12  ongoing investigation and we do continue to apply for,

13  obtain, and issue legal process, and so as the investigation

14  continues, the discovery that needs to be turned over

15  continues to build.

16         And so we, as I said, have turned over quite a

17  bit, and will continue to do so in the next few weeks.

18  I think that setting two months or a little bit more than

19  that is not an unreasonable expectation for turning over the

20  legal process that we've obtained so far and the evidence

21  that's been gathered through the search warrants thus far.

22  I do think, though, that the investigation is ongoing, and

23  so it's a little bit hard to say that in that two- to

24  three-month period, that we would be at a point where

25  everyone would be prepared to start setting a motions

```
1   schedule.
2           THE COURT:  Well, I think -- let me first -- I
3   recognize that the government's investigation is ongoing,
4   you know, though that's not a talisman, ultimately, for not
5   moving forward in these proceedings and setting a schedule
6   beyond -- involving motions and ultimately a trial for those
7   defendants who intend to move to trial.
8           And so what I'd really like to understand is that,
9   at least with respect to what you have now, you know, and
10  what you've accumulated now, is it realistic -- or let me
11  put it differently -- will the government -- do you think
12  the government, within 60 days, will have substantially
13  completed the disclosure of Rule 16 material with respect to
14  what it has gathered to date?
15          MS. RAKOCZY:  I'm pretty comfortable, Your Honor,
16  that with respect to the evidence that's been gathered
17  through legal process for this case and for these
18  defendants, that we could get the bulk of that, if not all
19  of that, turned over in the next few months.
20          As I said, in addition to the ongoing
21  investigation piece of this, there is a broader
22  investigation.  There were many, many people who were at
23  this crime scene that day, and we are very aware of our
24  obligations to look broadly beyond just the individual
25  subjects or defendants who are at issue in this case.
```

1          And so I don't want to -- I want to be clear that

2     I don't know that I can make sure that we have identified

3     and looked at evidence of other defendants who may have been

4     adjacent to the group that's being investigated in this case

5     and made sure we've looked at the material from those cases

6     and made any disclosures that need to be made, and that's

7     part -- that was part of the reason underlying the motion

8     that we filed to toll some time under the complex case

9     grounds.  Part of that was that this is a very broad

10    investigation writ large, and so we do want to make sure we

11    flag for the Court that we're aware of that and we're coming

12    up.  We've worked with some members of the Defense Bar to

13    try to think about ways that we can make sure that all that

14    evidence is gathered and reviewed and disclosed to the

15    appropriate parties, but there is that piece of it as well.

16          THE COURT:  Okay.

17          How about the issue of pleas, and where is the

18    government in its thinking about possibly making plea offers

19    to any and all of the people in this indictment?

20          MS. RAKOCZY:  Your Honor, the members of this

21    investigation team have definitely started conversations

22    with our immediate supervisors about that topic.  We are

23    eager to be able to offer plea offers.  Because this is a

24    very broad investigation, we need to get approval even

25    beyond our direct supervisors.  And my understanding is that

```
1    those conversations are happening at levels above my pay

2    grade, but I do hope that in the next few weeks, that

3    we will start to move on that.

4            But it's not -- it's a decision that's a little

5    bit beyond just myself and the other prosecutors on the

6    team, so I can't give you a precise date, but it's a

7    conversation that's begun and we're hopeful it's something

8    that we'll be able to talk about in the next few weeks.

9            THE COURT:  All right.  Those would be my

10   questions, Ms. Rakoczy.  Did you want to add anything else

11   to the discussion here this afternoon?

12           MS. RAKOCZY:  No, Your Honor.  Thank you.

13           THE COURT:  Thank you.

14           Okay.  I'm going to -- let's turn this over --

15   I want to turn this over to defense counsel now to see what,

16   if anything, anybody would like to add.

17           I've got a list here of counsel, and I'm just

18   going to go down the list here alphabetically by counsel, as

19   opposed to by defendant, just because that's the order in

20   which I have -- this is the order in which I have people in

21   front of me.

22           So on behalf of Mr. Bennie Parker, Mr. Brennwald,

23   did you want to add anything?  And as part of this, you

24   know, I guess I'll ask each defense counsel to state their

25   position with respect to the government's motion.  That
```

1    position may have been modified, may have changed in light

2    of subsequent detention decisions, it may not have.  But if

3    you would just include that in the mix here in terms of

4    whatever you'd like to address, it would be helpful for me

5    to know who still objects to the 60-day request that the

6    government has made.

7              So why don't we start with Mr. Brennwald.

8              MR. BRENNWALD:  Yes, Your Honor.

9              On behalf of Mr. Bennie Parker, we don't object to

10   a 60-day extension.

11             As far as the discovery, we're on board, we're

12   doing everything we can, we have no issues to raise.

13             THE COURT:  I'm sorry, Mr. Brennwald, you're going

14   to have to speak up.  I couldn't hear that last part.

15             MR. BRENNWALD:  I said, as far as discovery and

16   other things, we have no issues to raise.

17             THE COURT:  Okay.

18             All right.  Mr. Cooper, on behalf of Ms. Steele.

19             MR. COOPER:  Good afternoon, Your Honor.

20             As with Mr. Brennwald, we don't have any objection

21   at this point to the 60-day time frame the government was

22   just contemplating given Ms. Steele's detention status at

23   this point in time.

24             With respect to discovery, that's an ongoing

25   process.  We're working with the government to see how

1    quickly we can get all the materials we can get.  So we

2    don't have any issues at this point in time.

3                    THE COURT:  Okay.

4                    Mr. Fischer, on behalf of Mr. Caldwell.

5                    MR. FISCHER:  Your Honor, on behalf of

6    Mr. Caldwell, we have no objections to the government's

7    60-day proposal.

8                    Also, we have no issues regarding discovery.

9                    THE COURT:  Okay.

10                   Mr. Foley, on behalf of Mr. Young.

11                   MR. FOLEY:  Good afternoon, Your Honor.

12                   We do not have any objection to the 60-day

13   exclusion, nor issues with respect to discovery.

14                   THE COURT:  All right.

15                   Ms. Ginsberg, on behalf of Mr. Harrelson, this is

16   your first appearance, along with Mr. Harrelson, for court,

17   so happy to hear from you about the government's motion or

18   anything else you'd like to address with respect to your

19   client.

20                   MS. GINSBERG:  Thank you, Your Honor.

21                   Yes, Mr. Zimmerman and I intend to file a motion

22   regarding Mr. Harrelson's detention.  I expect that that

23   will be filed by the end of today.  We're hoping that

24   Your Honor will be able to have a hearing possibly -- I know

25   there's a hearing for another defendant scheduled this

1    Friday afternoon.  I don't know if the Court has additional

2    time.  But we are going to ask that the Court set a hearing

3    as soon as the government has a chance to respond and the

4    Court has time on its docket.

5              I'm not certain what our position regarding the

6    Speedy Trial motion is without knowing the outcome of the

7    detention hearing, although I'm inclined not to oppose it at

8    this point.  But I have not had a chance to discuss that

9    with Mr. Harrelson without the benefit of the Court's --

10   obviously, without the benefit of the Court's ruling on

11   detention.

12             THE COURT:  Okay.

13             Well, we can -- we'll note your current position,

14   Ms. Ginsberg.

15             Can I ask:  Have you started receiving -- and I'm

16   only asking this specifically just because of your client's

17   recent appearance, but in terms of discovery with respect to

18   your client, have you all -- has the process begun of

19   discovery?

20             MS. GINSBERG:  Yes, Your Honor, we have received

21   the informal discovery that I believe has been provided to

22   the other defendants.  So we have received, I believe, what

23   the government has shared with the other defendants.

24             THE COURT:  Very good.

25             All right.  Anything else you'd like to add,

1    Ms. Ginsberg?  We can talk about -- we'll talk about a

2    schedule -- let's go ahead and just do that now while we're

3    on the topic.

4            So if you think you're going to file tomorrow --

5    or did you say tomorrow, you said?

6            MS. GINSBERG:  Probably by this evening.

7            MR. ZIMMERMAN:  We will be filing it today, Judge.

8            THE COURT:  Okay.

9            Ms. Rakoczy, how quickly do you think you could

10   file an opposition?

11           MS. RAKOCZY:  Normally we would ask for about a

12   week, at least through the weekend might be helpful, if we

13   could have until Monday.

14           THE COURT:  Okay.

15           And Mr. Harrelson is in Alabama; is that right?

16           MS. GINSBERG:  He's in Florida, Your Honor.

17           THE COURT:  He's in Florida, okay.

18           I want to make sure that -- and we'll work to do

19   this, but I want to make sure that the marshals don't come

20   to get him until this is resolved, because if they do come

21   to get him, he could then sort of fall into an

22   unfortunate --

23           MS. GINSBERG:  Black hole.

24           THE COURT:  -- black hole -- those were going to

25   be my words, and it could take a while to get him here.

1           So I'll make sure that the marshals are aware that

2   Mr. Harrelson has filed this motion and that he's not to be

3   transported until the motion's resolved.

4           All right.  Ms. Rakoczy, I'll give you till the

5   12th to file a response.  And then I'm going to be away from

6   Washington next week, but that doesn't mean I can't hold

7   this hearing because we'll all be virtual.  So it's a little

8   bit longer than I'm sure Ms. Ginsberg is requesting, but how

9   about next Wednesday morning, the 14th?

10          MS. GINSBERG:  Your Honor, that's fine.

11          THE COURT:  Mr. Zimmerman.

12          MR. ZIMMERMAN:  Yes, Your Honor, I'm available as

13  well.

14          I note that -- and I don't want to rush the

15  government, but I note that the Court has ordered for Joshua

16  James, that the motion be filed by today, with the

17  opposition due on Thursday, the 8th, and then the hearing on

18  Friday.

19          THE COURT:  Yeah.  And the reason -- and you're

20  right.  The reason I sped that up was because I am going to

21  be out of town next week and I wanted to try and resolve

22  that matter before I left town.  So that was the reason for

23  the compressed schedule.

24          MR. ZIMMERMAN:  Thank you, Your Honor.

25          THE COURT:  So we'll work toward the 14th at

1    10:00 a.m.  That's a little bit tentative, because we'll

2    have to make sure we can -- we have a connection with the

3    facility in Florida where Mr. Harrelson is located.  But all

4    counsel should proceed on the assumption that we'll do it at

5    10:00 on April the 14th at 10:00 a.m., okay?  If for some

6    reason there's a logistical issue with that, we'll all let

7    you know if 10:00 a.m. is a problem.

8          Mr. Douyon, let me just check:  Do you have any

9    reason to know right now whether we can't connect with that

10   facility at 10:00 a.m. next Wednesday?

11         DEPUTY CLERK:  I do not unfortunately, Your Honor.

12   I'll have to check with my contact.

13         THE COURT:  All right.

14         So we'll just have to look into that, and unless

15   there's a problem, it will be 10:00 a.m. next Wednesday, the

16   14th.  If there is a problem, we'll let you all know and

17   we'll get that rescheduled.

18         MS. GINSBERG:  I am hopeful that we'll be able to

19   do it for a number of reasons but one in particular:

20   Mr. Harrelson is having medical issues that we don't believe

21   are being properly attended to by the jail, and so we do

22   want this detention motion to get in front of Your Honor as

23   quickly as possible.

24         THE COURT:  Ms. Ginsberg, has the facility been

25   alerted to the medical issues by the magistrate judge?

1          MS. GINSBERG:  Not by the mag- -- well, I believe

2    it was raised by the magistrate -- it was raised by his

3    counsel at the original detention hearing before the

4    magistrate judge.  The marshals were present.  I have had

5    several conversations with the medical unit at the jail, so

6    I know that they are aware of it.

7          There has been a little bit of improvement, but

8    Mr. Harrelson's blood pressure is dangerously high, he's not

9    getting the medication that he's been prescribed for an

10   extended period by his private physician, although that

11   information has been made available to the jail.

12         I'm not certain what the difficulties are.  There

13   was, apparently, some improvement after I spoke on two

14   different occasions with the charge nurse.  So I am keeping

15   in touch with the jail; I'm hoping that they'll be

16   responsive.

17         THE COURT:  Okay.

18         MS. GINSBERG:  That is the situation at present.

19         THE COURT:  Okay.

20         Well, if you think it would be helpful to have

21   some judicial order, I'm happy to try and do what I can do

22   to prompt some action here.

23         MS. GINSBERG:  That would be helpful.  And perhaps

24   Mr. Zimmerman and I will submit a proposed order and

25   Your Honor can look at it, and if Your Honor is comfortable

1    with it, I think that might be of assistance.

2              THE COURT:  Okay.  I'd be happy to do that.

3              MS. GINSBERG:  Thank you.

4              THE COURT:  Okay.

5              All right.  So that is Mr. Harrelson.

6              Let's turn to Mr. Crowl and Ms. Hernandez.

7              MS. HERNANDEZ:  Your Honor, I have no objection to

8    the 60-day exclusion, as my client is now released pretrial.

9              With respect to discovery, it's not an issue, or

10   maybe it is an issue, but it is going to come up:  The

11   release orders don't allow the defendants to have access to

12   computers.  Much of the discovery -- or some of the

13   discovery involves videos.  I'm not sure -- I've been trying

14   to figure out if there's some other device that can be

15   purchased that doesn't -- that's not a computer or laptop or

16   a computer.  So that may become an issue.  Either we'll have

17   to -- you'll have to authorize my travel to Ohio or the

18   defendant's travel here, or some how, some way in which he

19   can view some items that can only be viewed on the computer.

20             THE COURT:  So that's a fair point, Ms. Hernandez.

21   And I think what I will ask you and anybody else, and

22   I think -- I guess there's a number of you who find yourself

23   in that situation for your clients, maybe the first thing to

24   do is just to work with the government to see if you all can

25   craft some language that would be acceptable to everybody

```
1    that would facilitate the review of discovery.
2              And to be clear, it was never my intention to
3    create a restriction that would make it unduly burdensome
4    for defendants and their counsel to consult and review
5    discovery.  And I do obviously recognize that most of the
6    discovery here, if not all of it, is electronic.
7              And so that's what I'll ask counsel and
8    Ms. Rakoczy and government counsel to do.  And if you all
9    want to tweak what the terms are of the conditions of
10   release for these -- for defendants like Mr. Crowl, then I'm
11   happy to do that.
12             MS. HERNANDEZ:  And I've had some discussions with
13   Ms. Rakoczy.  I just wanted to alert the Court that might be
14   coming up.
15             And while we're on that, Your Honor, perhaps --
16   and we can submit an order to the Court -- for purposes of
17   court hearings, none of the released defendants -- or most
18   of them are not -- are joining by phone again because of the
19   computer restriction.  If we could get -- and the government
20   would agree to a modification that would allow for virtual
21   court hearings for the defendants to access.  So we'll
22   submit an order in that regard.
23             THE COURT:  Okay.  Very good.
24             All right.  So let me then move to Mr. James.
25             MS. ROBIN:  Yes, Your Honor.
```

1          On behalf of Mr. James, we are in somewhat of a

2     similar position to Mr. Harrelson.  I will say that we just

3     received the initial round of discovery late yesterday

4     afternoon, so we are still making our way through that.

5     I think it's difficult for us at this point in time to make

6     an educated decision about the time frame proposed by the

7     government with respect to either decision or the extension

8     for speedy trial.

9          Mr. James's detention hearing is on Friday and

10    that will necessarily impact his decision with respect to

11    speedy trial.

12          THE COURT:  Okay.

13          All right.  And in terms of -- where is your

14    client currently located?

15          MS. ROBIN:  He's currently in Alabama in the

16    Talladega County Jail.

17          THE COURT:  I knew somebody was in Alabama;

18    I wasn't sure -- I couldn't recall who it was.

19          So we'll make sure.  I mean, I think we may have

20    already done this --

21          MS. ROBIN:  I think so.

22          THE COURT:  I'm sorry?

23          MS. ROBIN:  I'm sorry to interrupt.

24          I believe so.  I've been in contact with the

25    marshals down there and the court clerk, and I believe that

1    we've relayed that information.  So I feel confident that

2    he'll at least remain there until Friday's detention

3    hearing.

4              THE COURT:  Okay.  Very good.

5              As I said, I think that issue has been floated up

6    to me, and we wanted to make sure that Mr. James remained --

7    stayed put until at least Friday.

8              MS. ROBIN:  Thank you.

9              THE COURT:  Okay.

10             Let's then turn to Mr. Machado on behalf of

11   Ms. Parker.

12             MR. MACHADO:  Yes, Your Honor.

13             On behalf of Sandra Parker, we have no objection

14   to continuing the matter 60 days, and we have no issues with

15   regard to discovery.

16             THE COURT:  Okay.

17             And, Ms. Peterson, on behalf of Ms. Watkins.

18             MS. PETERSON:  Yes, Your Honor.

19             We're in a somewhat difficult position because, as

20   the Court is obviously aware, Ms. Watkins is in custody and

21   has been for quite some time.

22             I'm not going to oppose this 60-day continuance,

23   but I do want to note for the record that I don't think in a

24   situation like this, where the government arrests and

25   detains people, that it's appropriate to indefinitely

1    continue these matters because of a larger ongoing

2    investigation.

3              The government has an obligation to turn over the

4    discovery in a timely fashion.  I'm particularly concerned

5    about *Brady* material that we believe is out there on the

6    CCTV camera footage, things that we've referenced in our

7    detention memorandum that we have filed to date.

8              So I would simply urge, through the Court, the

9    government to quickly make those materials available to us

10   in whatever form they can be made available so that we can

11   begin to move this case.

12             I've asked to hold my most recent bond review

13   motion in abeyance because I think I need to have the

14   material that we believe is there before I can proceed.  So

15   I would simply make that request.

16             THE COURT:  Okay.

17             Well, look, let me make two things clear:

18             One is -- and this, I think, reflects my comment

19   earlier to Ms. Rakoczy, which is that:  The fact of an

20   ongoing investigation doesn't, in my mind, create an

21   indefinite timeline here for the government to meet its

22   discovery obligations and for me to set a schedule in this

23   case, so that's one.

24             Two is -- and I think all government counsel are

25   aware of this -- that the *Brady* obligation is ongoing.  My

1    practice is to set a deadline for such -- the disclosure of

2    such material obviously before trial, but that's certainly

3    not meant to allow the government to hold back on that

4    material.  I think the government knows that it has an

5    obligation, once it becomes aware of *Brady* material, that

6    it's in possession of such material, that it should be

7    disclosed in a timely fashion, and that it's not to be held

8    on to until the deadline itself arrives.

9           All right.  Let me then turn to Ms. Wicks on

10   behalf of Mr. Minuta.

11          MS. WICKS:  Thank you, Your Honor.

12          We don't oppose the 60-day extension.

13          There was some informal discovery provided to FPD

14   in New York that I'm in receipt of.  And I did get an

15   electronic link the other day, but I'm having problems with

16   that and I communicated that to the AUSA that sent it to me.

17   But I'll continue to follow up on that.

18          THE COURT:  Okay.

19          All right.  And let me turn, then, to Mr. Wilson

20   on behalf of Ms. Meggs and Mr. Meggs.

21          MR. WILSON:  Good afternoon, Judge.

22          We're not aware of any issues with discovery at

23   this point.

24          With respect to the 60-day extension, we will

25   maintain our prior opposition primarily due to Mr. Meggs's

1    custody status.  He has been in custody for an extended

2    amount of time.  There is a pending motion for

3    reconsideration of the Court's prior decision.  The outcome

4    of that motion may very well dictate whether we continue to

5    object to the extension of time.  But at this juncture, we

6    are required to, I think, maintain our objection.

7                THE COURT:  Okay.

8                Two things with respect to Mr. Meggs:  One is,

9    let's set the schedule for an opposition from the

10   government.  If I remember correctly, your papers were

11   filed -- you filed them yesterday or on Friday, I can't

12   recall.

13               MR. WILSON:  There's been so many papers, Judge,

14   I can't say that I recall.  It may have been as late as

15   yesterday.

16               THE COURT:  Okay.

17               Ms. Rakoczy, can you give me a date by which an

18   opposition can be filed?

19               MS. RAKOCZY:  We'd ask, again, for Monday, if that

20   would be possible, Your Honor.

21               THE COURT:  All right.  So we'll set down the 12th

22   for an opposition.

23               I'm quite familiar with Mr. Meggs's circumstances,

24   so let me look at the papers and then I'll decide whether we

25   need a hearing or not or whether it's just something I can

1    decide on the papers.  So I'll take a look at what the

2    government submits and I've read the defendant's motion

3    already.  All right.  So that's one.

4            Two is, Mr. Wilson, I have not forgotten the issue

5    of joint representation and getting conflicts counsel, so

6    that is on my list of things to get done, and I'll try and

7    get that done in the next couple of days, to identify

8    conflicts counsel and get one appointed to consult with both

9    your clients.

10           All right.  Anything else, then, on behalf of

11   either of the Meggs defendants?

12           MR. WILSON:  Well, Judge, with respect to the

13   conflict issue, I was contacted by the government, they

14   asked me to provide to them a copy of the conflict waiver

15   that I had Mr. and Ms. Meggs sign at the outset, and they

16   indicated that that may -- that the way that it was worded

17   may affect our decision with respect to whether they believe

18   there would be a conflict.  I have not yet heard back, so

19   perhaps the government may be in a position to address that

20   now.

21           THE COURT:  Does the government have -- and we

22   talked about this before and there was some thought that the

23   government might move to compel separate representation.

24   I don't know whether the government has a better sense of

25   where things stand on that issue.

```
1              MR. NESTLER:  Yes, Your Honor.  This is Jeff
2    Nestler on behalf of the United States.
3              That's correct that Mr. Welton and I have had a
4    dialogue about this and he very helpfully provided the
5    written waiver that both of his clients signed.
6              The government does believe, and we're still
7    looking into the issue, Your Honor, that it would be
8    appropriate for Your Honor to appoint conflicts counsel and
9    then have a colloquy with both defendants, as contemplated
10   by Federal Rule of Criminal Procedure 44(c)(2), which spells
11   out in some detail that the Court needs to assure itself and
12   inquire about each defendant, about the propriety of the
13   representation and personally advise each defendant of the
14   risks of engaging -- in the comments to that rule,
15   Your Honor, there are some suggested questions for the
16   colloquy depending on the case.
17             But the government believes that the first move
18   would be conflicts counsel, which, after the conflicts
19   counsel are appointed, speak with each Mr. and Mrs. Meggs,
20   and then come back for another hearing before Your Honor.
21   Your Honor could have that colloquy and then the government
22   would assess whether we think that colloquy is adequate to
23   protect the record and all of the defendants' rights or
24   whether we think there needs to be anything further done.
25             THE COURT:  Okay.
```

1          All right.  Well, I'll do that.

2          And, in fact, I'll turn to reaching out to

3   conflicts counsel, at least who I have in mind to be

4   conflicts counsel, and see if we can get somebody lined up

5   and get that process in motion sooner, rather than later.

6          So, Mr. Wilson, you may get -- hopefully, you'll

7   be getting a call in the next few days from somebody to

8   arrange to speak to your clients, okay?

9          MR. WILSON:  Yes, sir.

10          THE COURT:  All right.

11          So, Ms. Wilson, then, on behalf of Mr. Young.

12          MS. WILSON:  Good afternoon, how are you?

13          THE COURT:  I'm sorry?

14          MS. WILSON:  I said:  "Good afternoon,

15   Your Honor."

16          So we already spoke, Bob Foley spoke.

17          THE COURT:  Yes, that's right.  I was just going

18   down my list.  So I came to you at the very end.

19          MS. WILSON:  No problem.  Thank you for checking

20   in, Your Honor.

21          THE COURT:  All right.

22          Have I asked all counsel -- have I addressed all

23   counsel for each defendant in their case?  I hope I have.

24   Okay.  Good.

25          All right.  So in terms of the 60-day clock,

1    here's what we're going to do.  I'm going to at least --

2    let's just set down a date 60 days out from now, and then

3    I'll formally consider the motion before the end of the week

4    and get out my order on that.

5         So let's all open up our calendars.  That puts us

6    around first week in June, second week in June.  How about

7    June 7th at 11:00 a.m.?  Is that a time that's available for

8    everyone?  If not --

9         MR. BRENNWALD:  Your Honor, Steve Brennwald on

10   behalf of Mr. Parker.

11        I was supposed to be in trial today with Judge

12   Cooper.  That kind of took care of itself.  But I'm supposed

13   to start a trial on June 7th with Judge Friedrich.  So I

14   always seem to have these trials on the same date as these

15   hearings.

16        THE COURT:  All right.

17        Mr. Brennwald, when's that trial supposed to

18   start?

19        MR. BRENNWALD:  June 7th, Monday.

20        THE COURT:  Okay.

21        MR. BRENNWALD:  Should last about a week.

22        THE COURT:  How about June 1?  I'm just trying to

23   see if we can accommodate everybody here.

24        How about June 1 at 10:00 a.m.?

25        MS. PETERSON:  Your Honor, will this be by Zoom?

```
 1            THE COURT:  Yes.
 2            MS. PETERSON:  Then that's fine.
 3            MS. GINSBERG:  Your Honor, I'm not available that
 4  date.  I have a hearing in Harrisonburg, Virginia, that day.
 5  I think Mr. Zimmerman can be available.
 6            THE COURT:  Okay.
 7            If Mr. Zimmerman is available, I would just as
 8  well keep to that date if that's the only conflict.
 9            MR. ZIMMERMAN:  I am, Judge.  Thank you.
10            MR. FISCHER:  Your Honor, unfortunately, I do have
11  a trial that day in Howard County Circuit Court that's an
12  all-day trial.
13            THE COURT:  Can you -- is there anybody that could
14  stand in?  Do you have a partner or a colleague that could
15  stand in for you, Mr. Fischer?
16            MR. FISCHER:  I do, Your Honor.
17            THE COURT:  Okay.
18            That would be helpful.  I mean, it's going to be
19  near impossible, I think, probably to schedule -- to have
20  all 12 defense counsel and government counsel available.
21            So if you could have somebody there that day, that
22  would be helpful.  And trials have a way of going away, too,
23  as you know.
24            MR. FISCHER:  Will do, Your Honor.
25            THE COURT:  So June 1, 10:00 a.m., will be our
```

1    next court date.  And as I said, I will get out an order

2    with respect to speedy trial shortly.

3           The only other housekeeping matter I wanted to

4    raise -- and this is for the benefit of those counsel and

5    defendants who have just only recently appeared, and that is

6    to just once again remind the government of its obligations

7    to disclose material under *Brady* and our Local Rule that

8    embodies the obligations under *Brady* and its progeny.

9           And as I said earlier, under our Local Rule, the

10   government's obligation is to turn that material over as

11   soon as it becomes available or aware of it, I should say,

12   and that there are consequences, both in terms of the case

13   and professionally potentially for defense counsel -- excuse

14   me, for government counsel that doesn't -- that do not carry

15   out that obligation.

16          And so, Ms. Rakoczy, I'll just ask you, for the

17   record, to acknowledge your understanding of the obligation

18   on behalf of all government counsel.

19          MS. RAKOCZY:  Yes, Your Honor.  Thank you.  We

20   understand.

21          THE COURT:  All right.

22          With that, everyone, that is my list of to-dos for

23   this afternoon.

24          Before we adjourn, does anybody else want to raise

25   anything else or I'll turn to my Courtroom Deputy and see if

1   I've forgotten anything to raise this afternoon.

2           PRETRIAL SERVICES OFFICER:  Your Honor, this is

3   Ms. Holman with Pretrial Services.

4           I'd like to be heard on the Donovan Crowl matter

5   with respect to his release conditions.

6           THE COURT:  Okay.

7           PRETRIAL SERVICES OFFICER:  I'm not sure if the

8   Court had a chance to read the report I submitted on

9   yesterday.

10          Conditions of release were modified on the 2nd,

11  which allows for him to have, in his possession, a flip

12  phone to communicate with counsel, it says, Healthcare,

13  friends and family not affiliated with Oath Keepers, and to

14  submit his monthly bill for review; however, the Southern

15  District of Ohio is indicating that that is going to be

16  difficult for them to do, to go through a list of numbers

17  and try to figure out who's family, who's friends, or who's

18  part of the Oath Keepers.  So what they're asking for is a

19  list of approved names and numbers of friends and

20  families -- I'm sorry, friend or family that's outside of

21  the healthcare and defense counsel.

22          THE COURT:  All right.

23          Ms. Holman, I did see that and thank you for the

24  reminder.  You know, my view is as follows:  I'm not --

25  while I've placed this restriction on Mr. Crowl as well as

1    others, you know, I'm not asking to deputize Pretrial

2    Services in any jurisdiction to start acting as law

3    enforcement agents and flyspecking every phone record,

4    et cetera.

5          I think the defendants know what the restrictions

6    are.  They need to understand and they do understand that if

7    they violate those restrictions and it's discovered, that

8    there are potential consequences.

9          And so if you would just communicate to your

10   colleagues that I'm not going to order -- I'm not going to

11   order what they're requesting, not because I don't

12   appreciate the diligence, but because I'm not asking to do

13   what they're contemplating doing, okay?

14         PRETRIAL SERVICES OFFICER:  Okay, Your Honor.

15   Thank you.

16         MS. HERNANDEZ:  Your Honor, I will submit a

17   modified order, if the Court wants, that eliminates that

18   particular provision.

19         THE COURT:  Oh, in terms of turning the phone

20   bills over?

21         MS. HERNANDEZ:  Yeah.

22         THE COURT:  That's fine.

23         I mean, unless -- I don't think the government was

24   insisting on it; you agreed to it, so I sort of signed off

25   on it.

1          So I mean, if the government doesn't object, then
2    I'm happy to sign off on a condition that doesn't require
3    him to disclose phone records.
4          MS. RAKOCZY:  We understand the Court's position,
5    Your Honor.
6          We had asked for that because we do think it's
7    important that the defendants know that there is review.
8    I understand Pretrial is in a tough position to monitor it,
9    but a very long list of numbers might raise an alarm bell
10   such that Pretrial could raise it with Your Honor, even if
11   they're not necessarily looking into every single phone
12   number.
13         THE COURT:  Well, as I said, it's -- I really --
14   I think this puts Pretrial in a really difficult position.
15   And, you know, frankly, just the number of calls people
16   receive from unknown numbers start appearing on phone
17   records could raise questions, and I just don't want to put
18   Pretrial in that position.
19         So I'm not inclined to require the continued
20   disclosure of phone records unless there's some reason to.
21   I'm also balancing -- just because somebody is a defendant
22   doesn't mean their privacy interests go out the door either.
23         So I think the restriction is in place, it's meant
24   to ensure no further contact with the other potential people
25   who were involved in the conduct here, and I think that's

1   sufficient for our present purposes.

2          Okay.  Anyone else?

3          MR. MACHADO:  Your Honor, this might be a little

4   overkill, but given that we're 60 days out and there's a

5   standing order with regard to the COVID situation, can we

6   just assume that, regardless of any change, that all the

7   parties and the attorneys can appear via Zoom?

8          THE COURT:  Well, I think so.

9          I mean, you know, until we are all at a place

10  where everybody's -- where I think the conditions are such

11  that we can all come back to the courtroom comfortably,

12  that's fine.

13         I mean, look, the other thing is, this case is

14  unique in that most of the defendants, if not all of them,

15  frankly, reside outside the District of Columbia, at least

16  the ones who were on release.  And so I'm not going to haul

17  people in from across the country just for an a hourlong

18  status hearing when everybody can appear via Zoom.  So I

19  won't do that to the defendants and I won't do that to

20  counsel unless it's necessary, okay?

21         MR. MACHADO:  Thank you.

22         THE COURT:  Yeah.  I mean, frankly, this is

23  logistically much easier than having 12 defendants and

24  counsel in a courtroom, along with six or seven prosecutors.

25  So in many respects doing this via Zoom is much easier than

1    having it done in a courtroom.

2            Okay.  Anything else, anyone?

3            MS. RAKOCZY:  Your Honor, for the government,

4    could we just raise a point of clarification with respect to

5    the protective order that the Court entered?

6            The Court did sign a protective order that was

7    captioned for all 12 current defendants, but in the Docket

8    Entry, it had noted that the order was being entered for the

9    first ten defendants.  That may have just been a function of

10   the fact that the indictment, while returned, had not been

11   docketed at that time, but we did just want to clarify that

12   the protective order governs discovery for all 12 of the

13   defendants.

14           THE COURT:  Thanks for raising that, Ms. Rakoczy.

15           My view about this is that just because a

16   protective order has been entered as to one defendant, that

17   doesn't foreclose later defendants from coming in and

18   raising their own objections.  So for the defendants that

19   have not formally consented to the protective order -- and

20   I think that would include Mr. Harrelson and Mr. Minuta --

21           MS. RAKOCZY:  And Mr. James, Your Honor.

22           THE COURT:  And Mr. -- who was the last one?

23           MS. RAKOCZY:  Mr. James.

24           THE COURT:  So what I'll just do is I'll ask those

25   three counsel and the government to just notify me by

1    Thursday -- I'm sorry -- yeah, by Thursday, if there are any

2    objections that any of those defendants have to the

3    protective order.

4            So the way we'll operate right now is that,

5    presumptively, the protective order will apply to those

6    three defendants and their counsel.  I'll give everyone an

7    opportunity to lodge any objections that you think you may

8    have, and if you have any, just let me know by Thursday.  If

9    there are none, then just let me know that, too.  A simple

10   joint filing to that effect would be helpful, okay?

11           MS. RAKOCZY:  Thank you, Your Honor.

12           THE COURT:  All right.  I guess I'll make one last

13   call here:  Does anybody want to raise anything else this

14   afternoon?

15           Okay.  Thank you all very much, take care,

16   everyone, and we'll be in touch with everybody soon.

17           (Proceedings concluded at 4:58 p.m.)

18

19

20

21

22

23

24

25

C E R T I F I C A T E

   I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

   Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__June 13, 2021_____  /S/__William P. Zaremba_____

             William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5]  6/2 9/8
10/6 11/3 11/24
DEPUTY CLERK: [1]
26/11
MR. BRENNWALD: [5]
21/8 21/15 38/9 38/19
38/21
MR. COOPER: [1]
21/19
MR. FISCHER: [5]
9/25 22/5 39/10 39/16
39/24
MR. FOLEY: [1]  22/11
MR. MACHADO: [3]
31/12 44/3 44/21
MR. NESTLER: [1]
36/1
MR. WILSON: [4]
33/1 34/13 35/12 37/9
MR. ZIMMERMAN: [4]
24/7 25/12 25/24 39/9
MS. GINSBERG: [13]
10/23 22/20 23/20 24/6
24/16 24/23 25/10
26/18 27/1 27/18 27/23
28/3 39/3
MS. HERNANDEZ: [4]
28/7 29/12 42/16 42/21
MS. PETERSON: [3]
31/18 38/25 39/2
MS. RAKOCZY: [14]
13/19 16/16 17/7 18/15
19/20 20/12 24/11
34/19 40/19 43/4 45/3
45/21 45/23 46/11
MS. ROBIN: [6]  12/13
29/25 30/15 30/21
30/23 31/8
MS. WICKS: [2]  11/17
33/11
MS. WILSON: [3]
37/12 37/14 37/19
PRETRIAL SERVICES
OFFICER: [3]  41/2
41/7 42/14
THE COURT: [70]

/

/S [1]  47/10

0

0826 [1]  2/5
0840 [1]  3/5

1

10 [2]  6/9 10/9
101 [1]  4/4
1030 [1]  3/12
108 [1]  4/12
10:00 [7]  26/5 26/5
26/7 26/10 26/15 38/24
39/25
10:00 a.m [1]  26/1
11 [2]  6/10 11/6
1101 [1]  4/8
1111 [1]  5/4

11:00 [1]  38/7
12 [7]  6/11 7/13 12/2
39/20 44/23 45/7 45/12
12th [2]  25/5 34/21
13 [1]  47/10
1361 [2]  9/20 10/18
1431 [1]  3/21
14th [4]  25/9 25/25
26/5 26/16
1512 [4]  9/17 10/15
11/12 12/8
152412 [1]  3/12
16 [2]  17/6 18/13
1752 [4]  9/22 10/20
11/14 12/10
18 [14]  9/13 9/16 9/19
9/22 10/11 10/14 10/17
10/20 11/8 11/11 11/14
12/4 12/7 12/10
19 [1]  47/6

2

20001 [3]  3/4 3/21 5/14
20003 [1]  3/8
20004 [1]  2/13
20039 [1]  4/17
201 [1]  4/3
202 [5]  1/15 2/14 3/21
4/18 5/15
2021 [2]  1/5 47/10
20530 [1]  1/15
20777 [1]  2/8
208-7500 [1]  2/14
21-28 [2]  1/4 6/3
21-28-10 [1]  10/9
21-28-11 [1]  11/6
21-28-12 [1]  12/2
21-28-9 [1]  9/11
21061-3065 [1]  2/4
22314 [4]  4/9 4/13 5/4
5/8
2259 [1]  3/16
239 [2]  3/13 3/17
240 [1]  2/9
252-6928 [1]  1/15
28 [2]  1/4 6/3
286-2905 [1]  3/13
2905 [1]  3/13
2nd [2]  4/3 41/10

3

300 [1]  2/4
301 [1]  3/9
3065 [1]  2/4
310 [1]  3/4
3249 [1]  5/15
333 [1]  5/14
33901 [1]  3/17
3391 [1]  2/9
33990 [1]  3/12
34471 [1]  4/4
349-1111 [1]  5/4
35 [1]  13/25
350 [1]  3/20
352 [1]  4/5
354-3249 [1]  5/15
371 [4]  9/14 10/12 11/9

4

400 [1]  3/20
400-1431 [1]  3/21
410 [1]  2/5
4310 [1]  5/8
4333 [1]  4/9
44 [1]  36/10
4466 [1]  4/5
472-3391 [1]  2/9
4:05 [1]  1/6
4:58 [1]  46/17

5

50 [1]  14/20
503 [1]  3/3
5102 [1]  4/18
548-8911 [1]  4/13
550 [1]  2/13
555 [1]  1/14
5th [2]  3/20 16/20

6

60 [5]  17/9 18/12 31/14
38/2 44/4
60 days [1]  13/3
60-day [10]  21/5 21/10
21/21 22/7 22/12 28/8
31/22 33/12 33/24
37/25
60585 [1]  4/17
6080 [1]  3/17
610 [1]  4/8
625 [1]  2/12
629-4466 [1]  4/5
683-4310 [1]  5/8
684-4333 [1]  4/9
690-6080 [1]  3/17
6928 [1]  1/15
6th [1]  16/21

7

703 [5]  3/5 4/9 4/13 5/4
5/8
7166 [1]  2/8
7310 [1]  2/3
7500 [1]  2/14
7727 [1]  3/9
787-0826 [1]  2/5
7th [3]  38/7 38/13
38/19

8

839-5102 [1]  4/18
8911 [1]  4/13
8th [1]  25/17

9

922 [1]  3/8
928-7727 [1]  3/9
989-0840 [1]  3/5
9th [1]  3/12

A

a.m [8]  26/1 26/5 26/7
26/10 26/15 38/7 38/24
39/25
abetting [6]  9/16 9/19

abeyance [1]  32/13
able [8]  15/17 15/18
17/2 17/10 19/23 20/8
22/24 26/18
about [32]  7/16 8/1 8/2
8/5 13/9 13/14 13/25
15/19 16/12 16/13
16/25 19/13 19/17
19/18 19/22 20/8 22/17
24/1 24/1 24/11 25/9
30/6 32/5 35/22 36/4
36/12 36/12 38/6 38/21
38/22 38/24 45/15
above [2]  20/1 47/4
above-titled [1]  47/4
acceptable [1]  28/25
access [2]  28/11 29/21
accommodate [1]
38/23
accomplished [1]  7/17
account [1]  16/18
accumulated [1]  18/10
acknowledge [1]  40/17
across [1]  44/17
acting [1]  42/2
action [1]  27/22
actual [1]  15/20
actually [1]  7/13
add [4]  20/10 20/16
20/23 23/25
addition [3]  8/14 13/10
18/20
additional [2]  14/2
23/1
additions [1]  8/25
address [4]  8/7 21/4
22/18 35/19
addressed [2]  7/22
37/22
adequate [1]  36/22
adjacent [1]  19/4
adjourn [1]  40/24
advise [1]  36/13
affect [1]  35/17
affiliated [1]  41/13
after [4]  7/25 13/23
27/13 36/18
afternoon [7]  6/2 7/7
7/9 7/10 7/17 12/13
20/11 21/19 22/11 23/1
30/4 33/21 37/12 37/14
40/23 41/1 46/14
again [3]  29/18 34/19
40/6
against [3]  8/19 9/7
12/19
agenda [1]  7/18
agents [1]  42/3
agree [1]  29/20
agreed [3]  13/8 15/9
42/24
agreement [2]  15/8
15/19
ahead [1]  24/2
aided [1]  5/16
aiding [6]  9/16 9/19
9/14 10/17 11/11 12/7

48 [1]  1/6

Alabama [3]  24/15
30/15 30/17
alarm [1]  43/9
alert [1]  29/13
alerted [1]  26/25
Alexandria [4]  4/9 4/13
5/4 5/8
Alfred [3]  4/12 5/3 5/7
all [63]
All right [1]  26/13
all-day [1]  39/12
allow [3]  28/11 29/20
33/3
allows [1]  41/11
almost [1]  13/7
alone [1]  17/1
along [2]  22/16 44/24
alphabetically [1]
20/18
already [4]  14/24 30/20
35/3 37/16
also [4]  13/13 15/22
22/8 43/21
although [2]  23/7
27/10
Alvin [2]  3/7 6/7
always [1]  38/14
am [2]  25/20 26/18
27/14 39/9
AMERICA [2]  1/3 6/4
AMIT [1]  1/10
amount [4]  14/23 15/5
16/3 34/2
announces [1]  9/6
another [2]  22/25
36/20
any [15]  8/15 13/11
19/6 19/19 21/20 22/2
22/12 26/8 33/22 42/2
44/6 46/1 46/2 46/7
46/8
anybody [5]  20/16
28/21 39/13 40/24
46/13
anyone [1]  44/2 45/2
anything [11]  20/10
20/16 20/23 22/18
23/25 35/10 36/24
40/25 41/1 45/2 46/13
aol.com [1]  2/9
apparently [1]  27/13
appear [2]  44/7 44/18
appearance [1]  13/22
14/3 22/16 23/17
APPEARANCES [5]
1/12 1/17 2/17 3/23
4/19
appeared [1]  40/5
appearing [1]  43/16
apply [2]  17/12 46/5
appoint [1]  36/8
appointed [2]  35/8
36/19
appreciate [1]  42/12
approach [1]  8/21
appropriate [4]  16/6
19/15 31/25 36/8

**A**

approval [1]  19/24
approved [1]  41/19
approximately [2]  14/8
 16/7
April [2]  1/5 26/5
are [44]  7/5 7/22 8/3
 8/6 8/12 8/23 8/25
 13/10 14/5 14/11 14/13
 14/19 15/14 16/2 16/13
 16/20 17/8 17/11 18/23
 18/25 19/22 20/1 23/2
 25/1 26/21 27/6 27/12
 29/9 29/18 29/18 30/1
 30/4 32/24 34/6 36/15
 36/19 37/12 40/12 42/6
 42/8 44/9 44/10 46/1
 46/9
aren't [1]  14/12
arguably [1]  13/10
around [1]  38/6
arraign [1]  8/16
arraigned [3]  7/23 8/10
 8/23
arraigning [1]  8/22
arraignments [1]  12/21
arrange [1]  37/8
arrests [1]  31/24
arrives [1]  33/8
as [49]
aside [1]  17/6
ask [11]  9/3 9/5 20/24
 23/2 23/15 24/11 28/21
 29/7 34/19 40/16 45/24
asked [4]  32/12 35/14
 37/22 43/6
asking [4]  23/16 41/18
 42/1 42/12
assess [1]  36/22
assistance [1]  28/1
assume [1]  44/6
assumption [1]  26/4
assure [1]  36/11
attended [1]  26/21
attention [2]  9/4 9/6
ATTORNEY'S [1]  1/13
attorneys [3]  15/19
 16/8 44/7
AUSA [1]  33/16
authorize [1]  28/17
available [10]  25/12
 27/11 32/9 32/10 38/7
 39/3 39/5 39/7 39/20
 40/11
Ave [1]  3/12
Avenue [4]  2/12 3/8
 3/16 5/14
aware [11]  13/1 13/12
 18/23 19/11 25/1 27/6
 31/20 32/25 33/5 33/22
 40/11
away [2]  25/5 39/22

**B**

back [4]  33/3 35/18
 36/20 44/11
balancing [1]  43/21
Bar [1]  19/12

basis [4]  13/22 14/11
 14/18 15/23
Bates [1]  14/14
Bates-stamped [1]
 14/14
be [71]
because [20]  8/10 13/5
 14/2 15/15 19/23 20/19
 23/16 24/20 25/7 25/20
 26/1 29/18 31/19 32/1
 32/13 42/11 42/12 43/6
 43/21 45/15
become [1]  28/16
becomes [2]  33/5
 40/11
been [27]  8/17 8/18
 9/12 10/4 10/10 11/7
 12/3 14/10 17/21 18/16
 19/3 21/1 23/21 26/24
 27/7 27/9 27/11 28/13
 30/24 31/5 31/21 34/1
 34/13 34/14 45/9 45/10
 45/16
before [11]  1/10 8/7
 12/25 25/22 27/3 32/14
 33/2 35/22 36/20 38/3
 40/24
begin [1]  32/11
begun [2]  20/7 23/18
behalf [24]  6/12 6/22
 6/24 7/1 7/3 12/14
 20/22 21/9 21/18 22/4
 22/5 22/10 22/15 30/1
 31/10 31/13 31/17
 33/10 33/20 35/10 36/2
 37/11 38/10 40/18
being [4]  15/10 19/4
 26/21 45/8
believe [10]  23/21
 23/22 26/20 27/1 30/24
 30/25 32/5 32/14 35/17
 36/6
believes [1]  36/17
bell [1]  43/9
benefit [3]  23/9 23/10
 40/4
Bennie [5]  3/7 6/7 6/18
 20/22 21/9
best [1]  15/6
better [1]  35/24
beyond [4]  18/6 18/24
 19/25 20/5
bill [1]  41/14
bills [1]  42/20
bit [8]  14/1 17/17 17/18
 17/23 20/5 25/8 26/1
 27/7
black [2]  24/23 24/24
BLIND [1]  4/16
blindjusticedc.org [1]
 4/19
blood [1]  27/8
board [1]  21/11
bob [2]  3/18 37/16
bond [1]  32/12
both [4]  35/8 36/5 36/9
 40/12

Brady [5]  32/5 32/25
 33/5 40/7 40/8
Brennwald [9]  3/7 3/7
 6/18 20/22 21/7 21/13
 21/20 38/9 38/17
briefly [1]  8/5
broad [2]  19/9 19/24
broader [1]  18/21
broadly [1]  18/24
brought [1]  8/19
build [1]  17/15
building [4]  9/21 10/19
 11/13 12/9
bulk [2]  17/10 18/18
burdensome [1]  29/3
Burnie [1]  2/4

**C**

CALDWELL [6]  1/6 2/2
 6/4 6/14 22/4 22/6
calendars [1]  38/5
call [3]  16/17 37/7
 46/13
calls [1]  43/15
came [1]  37/18
camera [1]  32/6
can [33]  14/15 15/11
 16/10 19/2 19/13 21/12
 22/1 22/1 23/13 23/15
 24/1 26/2 27/21 27/25
 28/14 28/19 28/19
 28/24 29/16 32/10
 32/10 32/14 34/17
 34/18 34/25 37/4 38/23
 39/5 39/13 44/5 44/7
 44/11 44/18
can't [5]  20/6 25/6 26/9
 34/11 34/14
Cape [1]  3/12
captioned [1]  45/7
care [4]  7/24 12/20
 38/12 46/15
Carmen [2]  2/7 6/15
carry [1]  40/14
case [20]  6/3 7/8 8/1
 9/1 9/11 10/9 11/6 12/2
 13/25 14/4 18/17 18/25
 19/4 19/8 32/11 32/23
 36/16 37/23 40/12
 44/13
cases [1]  19/5
CCTV [1]  32/6
certain [2]  23/5 27/12
certainly [1]  33/2
Certified [1]  5/12
certify [1]  47/2
cetera [1]  42/4
CH [1]  5/13
chance [2]  23/3 23/8
 41/8
change [1]  44/6
changed [1]  21/1
charge [1]  27/14
charged [2]  9/12 10/4
 10/10 11/7 12/3 12/16
 13/23 17/8 17/11
charges [3]  8/12 8/18

check [2]  26/8 26/12
checking [1]  37/19
chernan7 [1]  2/9
chris [2]  5/9 7/3
chrisleibiglaw.com [1]
 5/9
Christopher [2]  5/6 5/7
Circuit [1]  39/11
circumstances [1]
 34/23
clarification [2]  16/11
 45/4
clarify [1]  45/11
clear [3]  19/1 29/2
 32/17
clearly [1]  14/15
clerk [1]  30/25
Cleveland [1]  3/16
client [7]  8/17 8/19 9/3
 22/19 23/18 28/8 30/14
client's [1]  23/16
clients [5]  13/23 28/23
 35/9 36/5 37/8
clock [2]  13/11 37/25
close [1]  16/2
Code [14]  9/14 9/17
 9/20 9/22 10/12 10/15
 10/18 10/20 11/9 11/12
 11/14 12/5 12/8 12/10
colleague [1]  39/14
colleagues [1]  42/10
colloquy [4]  36/9 36/16
 36/21 36/22
COLUMBIA [4]  1/1
 1/14 2/12 44/15
come [6]  14/17 24/19
 44/20 28/10 36/20
 44/11
comes [1]  14/13
comfortable [2]  18/15
 27/25
comfortably [1]  44/11
coming [4]  16/4 19/11
 29/14 45/17
comment [1]  32/18
comments [1]  36/14
communicate [2]
 41/12 42/9
communicated [1]
 33/16
communication [1]
 16/14
compel [1]  35/23
complete [1]  17/3
completed [2]  17/5
 18/13
completely [1]  15/11
complex [2]  13/25 19/8
compressed [1]  25/23
computer [5]  5/16
 28/15 28/16 28/19
 29/19
computer-aided [1]
 5/16
computers [1]  28/12
concerned [1]  32/4
conclude [1]  8/7

concluded [1]  46/17
condition [1]  43/2
conditions [2]  29/9
 41/5 41/10 44/10
conduct [1]  43/25
CONFERENCE [1]  1/9
confident [1]  31/1
conflict [4]  35/13 35/14
 35/18 39/8
conflicts [7]  35/5 35/8
 36/8 36/18 36/18 37/3
 37/4
connect [1]  26/9
connection [1]  26/2
Connie [5]  4/2 6/9 6/23
 8/23 9/2
consented [1]  45/19
consequences [2]
 40/12 42/8
consider [1]  38/3
consist [1]  14/8
conspiracy [4]  9/13
 10/11 11/8 12/4
Constitution [1]  5/14
consult [2]  29/4 35/8
contact [3]  26/12 30/24
 43/24
contacted [1]  35/13
contemplated [1]  36/9
contemplating [2]
 21/22 42/13
continuance [1]  31/22
continue [8]  14/11
 16/1 16/10 17/12 17/17
 32/1 33/17 34/4
continued [5]  2/1 3/1
 4/1 5/1 43/19
continues [2]  17/14
 17/15
continuing [1]  31/14
conversation [1]  20/7
conversations [3]
 19/21 20/1 27/5
Cooper [4]  3/19 6/21
 21/18 38/12
coordinate [1]  15/5
copy [7]  9/9 10/8 11/4
 11/25 15/18 15/21
 35/14
Coral [1]  3/12
CORPORATION [1]
 4/16
correct [2]  36/3 47/3
correctly [1]  34/10
could [13]  18/18 24/9
 24/13 24/21 24/25
 29/19 36/21 39/13
 39/14 39/21 43/10
 43/17 45/4
couldn't [2]  21/14
 30/18
counsel [45]  7/7 8/15
 8/20 9/9 10/7 11/4
 11/25 13/22 14/3 14/24
 15/6 15/8 15/9 15/13
 20/15 20/17 20/18
 20/24 26/4 27/3 29/4
 29/7 29/8 32/24 35/15

**C**

counsel... [20] 35/8
36/8 36/18 36/19 37/3
37/4 37/22 37/23 39/20
39/20 40/4 40/13 40/14
40/18 41/12 41/21
44/20 44/24 45/25 46/6
count [19] 7/23 8/22
9/13 9/15 9/18 9/21
10/3 10/11 10/13 10/16
10/19 11/8 11/10 11/13
11/18 12/4 12/6 12/9
12/19
Count 1 [4] 9/13 10/11
11/8 12/4
Count 2 [4] 9/15 10/13
11/10 12/6
Count 3 [2] 9/18 10/16
Count 4 [4] 9/21 10/19
11/13 12/9
country [1] 44/17
counts [6] 9/12 10/10
11/7 11/21 12/3 12/16
County [2] 30/16 39/11
couple [3] 8/3 8/6 35/7
course [1] 13/1
court [24] 1/1 5/11
5/13 19/11 22/16 23/1
23/2 23/4 25/15 29/13
29/16 29/17 29/21
30/25 31/20 32/8 36/11
39/11 40/1 41/8 42/17
45/5 45/6 47/7
Court's [4] 23/9 23/10
34/3 43/4
courtroom [5] 9/6
40/25 44/11 44/24 45/1
COVID [2] 44/5 47/6
COVID-19 [1] 47/6
CR [1] 1/4
craft [1] 28/25
create [2] 29/3 32/20
crime [1] 18/23
Criminal [6] 6/3 9/11
10/9 11/6 12/2 36/10
Crowl [7] 2/7 6/5 6/15
28/6 29/10 41/4 41/25
CRR [2] 47/2 47/11
cs.com [1] 3/9
current [2] 23/13 45/7
currently [2] 30/14
30/15
custody [3] 31/20 34/1
34/1

**D**

D.C [8] 1/5 1/15 2/13
3/4 3/8 3/21 4/17 5/14
dangerously [1] 27/8
Daniel [1] 4/11
data [4] 14/1 14/13
15/5 15/17
date [12] 13/24 14/13
18/14 20/6 32/7 34/17
38/2 38/14 39/4 39/8
40/1 47/10
david [6] 2/2 4/2 4/3
4/5 6/14 6/22

days [8] 13/3 17/9
18/12 31/14 35/7 37/7
38/2 44/4
deadline [2] 33/1 33/8
decide [2] 34/24 35/1
decision [6] 20/4 30/6
30/7 30/10 34/3 35/17
decisions [1] 21/2
defendant [45] 1/7 2/2
2/7 2/10 3/2 3/6 3/10
3/19 4/6 4/15 5/2 6/4
6/5 6/5 6/6 6/7 6/7 6/8
6/8 6/9 6/9 6/10 6/11
6/14 6/15 6/16 6/17
6/18 6/19 6/21 6/25 7/1
7/4 8/10 9/9 10/7 11/4
15/9 20/19 22/25 36/12
36/13 37/23 43/21
45/16
defendant's [2] 28/18
35/2
defendants [48]
defendants' [2] 15/2
36/23
DEFENDER [1] 2/11
defense [13] 8/15 8/20
14/15 14/16 15/6 15/19
16/7 19/12 20/15 20/24
39/20 40/13 41/21
definitely [1] 19/21
delineated [1] 14/16
Denis [1] 3/15
depending [1] 36/16
deputize [1] 42/1
Deputy [2] 9/6 40/25
described [1] 13/24
designate [1] 15/14
Desiree [3] 3/11 3/11
6/19
destruction [2] 9/18
10/16
detail [2] 16/17 36/11
detains [1] 31/25
detention [12] 8/4 9/5
21/2 21/22 22/22 23/7
23/11 26/22 27/3 30/9
31/2 32/7
device [2] 15/3 28/14
devices [1] 14/22
dialogue [1] 36/4
dictate [1] 34/4
did [7] 20/10 20/23
24/5 33/14 41/23 45/6
45/11
didn't [1] 13/5
different [1] 27/14
differently [1] 18/11
difficult [4] 30/5 31/19
41/16 43/14
difficulties [1] 27/12
diligence [1] 42/12
DIMURO [1] 4/7
dimuro.com [1] 4/10

disclose [2] 40/7 43/3
disclosed [2] 19/14
33/7
disclosure [3] 18/13
33/1 43/20
disclosures [2] 13/16
19/6
discovered [1] 42/7
discovery [30] 8/2
13/21 14/6 14/7 16/1
16/3 17/3 17/5 17/14
21/11 21/15 21/24 22/8
22/13 23/17 23/19
23/21 28/9 28/12 28/13
29/1 29/5 29/6 30/3
31/15 32/4 32/22 33/13
33/22 45/12
discuss [1] 23/8
discussion [1] 20/11
discussions [1] 29/12
DISTRICT [7] 1/1 1/1
1/11 1/14 2/12 41/15
44/15
do [54]
do you [6] 9/23 9/24
10/21 10/22 11/15
12/11
Do you have [2] 26/8
39/14
docket [2] 23/4 45/7
docketed [1] 45/11
document [1] 17/4
does [5] 16/24 35/21
36/6 40/24 46/13
doesn't [8] 25/6 28/15
32/20 40/14 43/1 43/2
43/22 45/17
doing [3] 21/12 42/13
44/25
dollar [1] 16/23
don't [20] 8/9 9/2 17/3
19/1 19/2 21/7 21/9
21/20 22/22 23/1 24/19
25/14 26/20 28/11
31/23 33/12 35/24
42/11 42/23 43/17
done [6] 7/15 30/20
35/6 35/7 36/24 45/1
Donovan [2] 2/7 6/5
41/4
door [4] 14/18 15/12
15/21 43/22
dos [1] 40/22
Douyon [1] 26/8
down [6] 16/7 20/18
30/25 34/21 37/18 38/2
drive [1] 15/7
due [2] 25/17 33/25
during [1] 47/5
dwilson [1] 3/14
dwilsonlaw.com [1]
4/5

**E**

each [11] 10/3 11/18
11/21 12/16 12/19 15/9
20/24 36/12 36/13

eager [1] 19/23
earlier [2] 32/19 40/9
early [1] 14/7
easier [3] 14/14 44/23
44/25
edification [1] 16/12
educated [1] 30/6
Edward [1] 6/4
effect [1] 46/10
either [8] 7/5 7/18 8/4
14/6 28/16 30/7 35/11
43/22
electronic [4] 14/22
15/2 29/6 33/15
eliminates [1] 42/17
else [10] 20/10 22/18
23/25 28/21 35/10
40/24 40/25 44/2 45/2
46/13
Email [14] 1/16 2/5 2/9
3/5 3/9 3/13 3/18 3/22
4/5 4/10 4/14 4/18 5/5
5/9
embodies [1] 40/8
Empire [1] 2/3
end [4] 14/6 22/23
37/18 38/3
enforcement [1] 42/3
engaging [1] 36/14
ensure [1] 43/24
enter [2] 10/1 11/18
entered [5] 13/22 14/3
45/5 45/8 45/16
enters [2] 10/24 12/15
entirety [1] 15/10
entries [1] 11/20
entry [3] 10/3 12/18
45/8
ESQ [1] 3/11
estimating [1] 17/2
et [2] 1/6 42/4
et cetera [1] 42/4
even [2] 19/24 43/10
evening [1] 24/6
event [1] 13/11
events [1] 16/20
every [5] 8/9 14/18
17/4 42/3 43/11
everybody [4] 28/25
38/23 44/18 46/16
everybody's [2] 7/9
44/10
everyone [6] 7/11
17/25 38/8 40/22 46/6
46/16
everything [2] 14/12
21/12
evidence [4] 17/20
18/16 19/3 19/14
exclusion [3] 13/2
22/13 28/8
excuse [1] 40/13
expect [1] 22/22
expectation [1] 17/19
extended [2] 27/10
34/1
extension [5] 21/10

extent [1] 7/18
external [1] 15/7

**F**

facilitate [1] 29/1
facility [3] 26/3 26/10
26/24
fact [4] 8/11 32/19 37/2
45/10
fair [2] 14/23 28/20
fall [1] 24/21
familiar [1] 34/23
families [1] 41/20
family [3] 41/13 41/17
41/20
far [6] 14/10 16/4 17/20
17/21 21/11 21/15
fashion [2] 32/4 33/7
fd.org [1] 2/14
feat [1] 7/14
FEDERAL [2] 2/11
36/10
federalattorneyflorida.
com [1] 3/14
feel [1] 31/1
few [9] 7/10 14/18 15/4
15/24 17/17 18/19 20/2
20/8 37/7
fifths [1] 14/9
figure [2] 28/14 41/17
file [4] 22/21 24/4
24/10 25/5
filed [10] 13/3 13/4
19/8 22/23 25/2 25/16
32/7 34/11 34/11 34/18
filing [2] 24/7 46/10
finally [1] 11/23
financial [1] 16/19
find [1] 28/22
fine [2] 25/10 39/2
42/22 44/12
first [8] 4/12 13/20 18/2
22/16 28/23 36/17 38/6
45/9
Fischer [5] 2/2 2/2 6/14
22/4 39/15
fischerandputzi [1] 2/6
FL [3] 3/12 3/17 4/4
flag [1] 19/11
flip [1] 41/11
floated [1] 31/5
Floor [1] 4/12
Florida [3] 24/16 24/17
26/3
flyspecking [1] 42/3
Foley [3] 3/15 3/16
6/19 22/10 37/16
follow [1] 33/17
following [4] 9/12
10/10 11/7 12/3
follows [1] 41/24
footage [1] 32/6
foreclose [1] 45/17
foregoing [1] 47/3
forgotten [2] 35/4 41/1
form [1] 32/10
formal [2] 9/23 10/21

**F**

formal... [5] 10/24
11/15 11/17 12/11
12/15
formally [2] 38/3 45/19
format [1] 14/14
Fort [1] 3/17
forward [1] 18/5
four [2] 7/23 8/22
Fourth [1] 1/14
FPD [1] 33/13
frame [2] 21/21 30/6
frankly [3] 43/15 44/15
44/22
Friday [5] 23/1 25/18
30/9 31/7 34/11
Friday's [1] 31/2
Friedrich [1] 38/13
friend [1] 41/20
friends [3] 41/13 41/17
41/19
front [2] 20/21 26/22
function [1] 45/9
further [2] 36/24 43/24

**G**

gathered [4] 17/21
18/14 18/16 19/14
get [26] 7/13 7/16 7/25
14/17 15/6 15/11 15/21
18/18 19/24 22/1 22/1
24/20 24/21 24/25
26/17 26/22 29/19
33/14 35/6 35/7 35/8
37/4 37/5 37/6 38/4
40/1
getting [3] 27/9 35/5
37/7
gigabytes [1] 14/1
Ginsberg [9] 4/7 4/7
6/24 11/1 22/15 23/14
24/1 25/8 26/24
give [4] 20/6 25/4
34/17 46/6
given [2] 21/22 44/4
Glen [1] 2/4
gmail.com [2] 3/5 4/14
go [5] 7/9 20/18 24/2
41/16 43/22
go ahead [1] 24/2
goal [1] 15/21
going [21] 15/14 15/15
20/14 20/18 21/13 23/2
24/4 24/24 25/5 25/20
28/10 31/22 37/17 38/1
38/1 39/18 39/22 41/15
42/10 42/10 44/16
good [14] 6/2 7/7 7/8
7/10 12/13 21/19 22/11
23/24 29/23 31/4 33/21
37/12 37/14 37/24
got [4] 7/10 7/17 7/21
20/17
government [51]
government's [5] 18/3
20/25 22/6 22/17 40/10
Governor [1] 2/3
governs [1] 45/12

**Grand** [3] 1/10/2
**Grand** [1] 17/6
**Grand Jury** [1] 17/6
**Graydon** [2] 3/11 6/8
**grounds** [5] 9/21 10/19
11/13 12/9 19/9
**group** [1] 19/4
**guess** [3] 20/24 28/22
46/12
**guilty** [8] 10/1 10/3
10/24 11/18 11/20
11/20 12/16 12/18

**H**

**had** [12] 7/20 9/4 13/8
23/8 27/4 29/12 35/15
36/3 41/8 43/6 45/8
45/10
**half** [1] 14/9
**happening** [1] 20/1
**happy** [5] 22/17 27/21
28/2 29/11 43/2
**hard** [2] 15/7 17/23
**Harrelson** [19] 4/7 6/10
6/25 8/24 10/5 10/6
10/9 10/23 11/21 22/15
22/16 23/9 24/15 25/2
26/3 26/20 28/5 30/2
45/20
**Harrelson's** [2] 22/22
27/8
**Harrisonburg** [1] 39/4
**has** [27] 9/9 10/4 10/7
11/4 11/25 13/20 15/9
18/14 21/6 23/1 23/3
23/4 23/18 23/21 23/23
25/2 25/15 26/24 27/7
27/11 31/5 31/21 32/3
33/4 34/1 35/24 45/16
**haul** [1] 44/16
**have** [87]
**haven't** [1] 13/13
**having** [4] 26/20 33/15
44/23 45/1
**he** [6] 9/6 10/24 24/21
28/18 34/1 36/4
**he'll** [1] 31/2
**he's** [6] 24/16 24/17
25/2 27/8 27/9 30/15
**healthcare** [2] 41/12
41/21
**hear** [4] 12/25 13/14
21/14 22/17
**heard** [2] 35/18 41/4
**hearing** [18] 7/12 7/14
8/20 9/5 22/24 22/25
23/2 23/7 25/7 25/17
27/3 30/9 31/3 34/25
36/20 39/4 44/18 47/5
**hearings** [3] 29/17
29/21 38/15
**held** [1] 33/7
**helpful** [7] 21/4 24/12
27/20 27/23 39/18
39/22 46/10
**helpfully** [1] 36/4
**her** [1] 9/5
**here** [17] 7/12 7/14

20/17 20/18 21/3 24/25
27/22 28/18 29/6 32/21
38/23 43/25 46/13
**here's** [1] 38/1
**Hernandez** [4] 2/7 6/15
28/6 28/20
**high** [1] 27/8
**Highland** [1] 2/8
**highly** [1] 15/14
**Highway** [1] 2/3
**him** [5] 24/20 24/21
24/25 41/11 43/3
**his** [7] 27/2 27/10
30/10 36/5 41/5 41/11
41/14
**hold** [3] 25/6 32/12
33/3
**hole** [1] 24/23 24/24
**Hollow** [1] 2/8
**Holman** [5] 5/10 41/3
41/23
**Honor** [53]
**HONORABLE** [1] 1/10
**hope** [6] 14/6 15/3
15/23 17/8 20/2 37/23
**hopeful** [2] 20/7 26/18
**hopefully** [2] 14/18
37/6
**hoping** [2] 22/23 27/15
**hotmail.com** [1] 2/6
**hourlong** [1] 44/17
**housekeeping** [2] 8/6
40/3
**how** [13] 9/24 10/22
11/15 12/11 19/17
21/25 24/9 25/8 28/18
37/12 38/6 38/22 38/24
**Howard** [1] 39/11
**however** [1] 41/14

**I**

**I also** [1] 13/13
**I am** [4] 25/20 26/18
27/14 39/9
**I believe** [5] 23/21
23/22 27/1 30/24 30/25
**I can** [4] 19/2 27/21
32/14 34/25
**I can't** [2] 20/6 25/6
34/14
**I couldn't** [2] 21/14
30/18
**I did** [2] 33/14 41/23
**I didn't** [1] 13/5
**I don't** [5] 8/9 31/23
35/24 42/11 42/23
**I guess** [3] 20/24 28/22
46/12
**I have** [8] 13/1 20/20
23/8 27/4 28/7 37/3
37/23 39/4
**I haven't** [1] 13/13
**I hope** [1] 37/23
**I just** [2] 29/13 43/17
**I know** [2] 22/24 27/6
**I mean** [9] 16/25 17/1
30/19 39/18 42/23 43/1

**I recall** [1] 34/14
**I should** [1] 40/11
**I think** [23] 8/11 13/7
14/20 17/8 17/18 28/1
28/21 28/22 30/5 30/19
31/5 32/13 32/18 32/24
33/4 34/6 39/5 39/19
42/5 43/14 43/25 44/10
45/20
**I understand** [1] 43/8
**I want** [5] 8/7 19/1
20/15 24/18 24/19
**I wanted** [2] 7/21 40/3
**I was** [2] 35/13 38/11
**I wasn't** [1] 30/8
**I will** [4] 28/21 30/2
40/1 42/16
**I would** [1] 32/8
**I'd** [3] 18/8 28/2 41/4
**I'll** [21] 9/3 9/5 10/2
20/24 25/1 25/4 26/12
29/7 33/17 34/24 35/1
35/6 37/1 37/2 38/3
40/16 40/25 45/24
45/24 46/6 46/12
**I'm** [41] 13/1 13/12
18/15 20/14 20/17
21/13 23/5 23/7 23/15
25/5 25/8 25/12 27/12
27/15 27/21 28/13
29/10 30/22 30/23
31/22 32/4 33/14 33/15
34/23 37/13 38/1 38/12
38/22 39/3 41/7 41/20
41/24 42/1 42/10 42/10
42/12 43/2 43/19 43/21
44/16 46/1
**I'm going** [2] 20/14
25/5
**I'm just** [2] 20/17 38/22
**I'm not** [10] 23/5 27/12
31/22 39/3 41/24 42/1
42/10 42/12 43/19
44/16
**I'm not sure** [1] 28/13
**I'm sorry** [6] 21/13
30/22 30/23 37/13
41/20 46/1
**I'm sure** [1] 25/8
**I've** [9] 7/17 20/17
28/13 29/12 30/24
32/12 35/2 41/1 41/25
**identified** [1] 19/2
**identify** [1] 35/7
**immediate** [1] 19/22
**immediately** [1] 15/12
**impact** [1] 30/10
**important** [2] 15/20
43/7
**impossible** [1] 39/19
**improvement** [2] 27/7
27/13
**inclined** [2] 23/7 43/19
**include** [2] 21/3 45/20
**indefinite** [1] 32/21
**indefinitely** [1] 31/25
**indexed** [1] 14/15

**Indiana** [1] 2/12
**indicated** [1] 35/16
**indicating** [1] 41/15
**indictment** [16] 7/22
8/9 8/12 8/13 8/18 8/22
9/10 9/24 10/8 10/22
11/5 12/1 12/22 13/7
19/19 45/10
**individual** [1] 18/24
**informal** [3] 13/21
23/21 33/13
**information** [6] 14/23
15/16 16/18 16/18
27/11 31/1
**initial** [1] 30/3
**inquire** [1] 36/12
**insisting** [1] 42/24
**intend** [4] 8/9 8/16
18/7 22/21
**intention** [1] 29/2
**interests** [1] 43/22
**interrupt** [1] 30/23
**investigated** [1] 19/4
**investigation** [16]
13/21 14/10 15/25 16/2
16/10 17/12 17/13
17/22 18/3 18/21 18/22
19/10 19/21 19/24 32/2
32/20
**involved** [1] 43/25
**involves** [1] 28/13
**involving** [1] 18/6
**is** [89]
**is there** [1] 39/13
**issue** [12] 17/13 18/25
19/17 26/6 28/9 28/10
28/16 31/5 35/4 35/13
35/25 36/7
**issues** [10] 8/4 21/12
21/16 22/2 22/8 22/13
26/20 26/25 31/14
33/22
**it** [54]
**it would be** [5] 16/6
17/2 21/4 27/20 36/7
**it's** [19] 17/9 17/23
20/4 20/4 20/6 20/7
25/7 28/9 30/5 31/25
33/6 33/7 34/25 39/18
42/7 43/6 43/13 43/23
44/20
**items** [1] 28/19
**its** [5] 19/18 23/4 32/21
40/6 40/8
**itself** [3] 33/8 36/11
38/12

**J**

**jail** [5] 26/21 27/5
27/11 27/15 30/16
**James** [16] 5/2 6/11
7/4 8/24 11/23 11/25
12/2 12/14 12/15 12/19
25/16 29/24 30/1 31/6
45/21 45/23
**James's** [1] 30/9
**Jeff** [1] 36/1
**Jeffrey** [3] 4/11 4/11

**J**

Jeffrey... [1]  6/24
jenifer [3]  4/15 4/19 7/1
Jessica [2]  2/11 6/6
Jessica Marie [1]  6/6
Joan [1]  5/2
John [3]  3/2 3/3 6/17
johnlmachado1 [1]  3/5
joining [1]  29/18
joint [2]  35/5 46/10
joni [4]  5/3 5/5 7/3
12/14
jonirobinlaw.com [1]
5/5
Joshua [4]  5/2 6/11
8/24 25/15
judge [10]  1/11 24/7
26/25 27/4 33/21 34/13
35/12 38/11 38/13 39/9
Judge Friedrich [1]
38/13
judicial [1]  27/21
juncture [1]  34/5
June [9]  38/6 38/6 38/7
38/13 38/19 38/22
38/24 39/25 47/10
jurisdiction [1]  42/2
jury [2]  10/25 17/6
just [45]  7/20 8/5 8/6
9/3 9/4 9/5 12/25 15/15
15/18 16/11 18/24 20/5
20/17 20/19 21/3 21/22
23/16 24/2 26/8 26/14
28/24 29/13 30/2 34/25
37/17 38/2 38/22 39/7
40/5 40/6 40/16 42/9
43/15 43/17 43/21 44/6
44/17 45/4 45/9 45/11
45/15 45/24 45/25 46/8
46/9
JUSTICE [1]  4/16

**K**

Kathryn [2]  1/13 6/12
Kathryn Rakoczy [1]
6/12
kathryn.rakoczy [1]
1/16
keep [1]  39/8
Keepers [2]  41/13
41/18
keeping [1]  27/14
Kelly [3]  4/2 6/9 6/22
Kenneth [4]  4/7 6/10
6/25 8/24
kind [1]  38/12
King [1]  4/8
knew [1]  30/17
know [21]  18/4 18/9
19/2 20/24 21/5 22/24
23/1 26/7 26/9 26/16
27/6 35/24 39/23 41/24
42/1 42/5 43/7 43/15
44/9 46/8 46/9
knowing [1]  23/6
knows [1]  33/4

**L**

language [1]  28/25
laptop [1]  28/15
larger [1]  19/10
larger [1]  32/1
last [5]  8/25 21/14
38/21 45/22 46/12
late [2]  30/3 34/14
later [2]  37/5 45/17
Laura [2]  3/19 6/8
law [6]  3/3 3/16 4/3 5/3
5/6 42/2
least [9]  8/22 13/6 18/9
24/12 31/2 31/7 37/3
38/1 44/15
leave [1]  17/6
left [1]  25/22
legal [4]  4/16 17/13
17/20 18/17
Leibig [3]  5/6 5/7 7/3
Leigh [1]  1/13
let [16]  7/20 8/21 12/25
17/1 18/2 18/10 26/6
26/8 26/16 29/24 32/17
33/9 33/19 34/24 46/8
46/9
let's [13]  7/16 8/8 10/5
12/23 13/17 17/6 20/14
24/2 28/6 31/10 34/9
38/2 38/5
levels [1]  20/1
light [1]  21/1
like [10]  16/17 17/6
18/8 20/16 21/4 22/18
23/25 29/10 31/24 41/4
limitations [1]  47/7
line [1]  16/7
lined [1]  37/4
link [1]  33/15
list [8]  20/17 20/18
35/6 37/18 40/22 41/16
41/19 43/9
little [8]  14/1 17/18
17/23 20/4 25/7 26/1
27/7 44/3
LLP [1]  3/7
Local [2]  40/7 40/9
located [2]  26/3 30/14
lodge [1]  46/7
lodging [1]  16/20
logistical [1]  26/6
logistically [1]  44/23
long [1]  43/9
longer [1]  25/8
look [7]  18/24 26/14
27/25 32/17 34/24 35/1
44/13
looked [2]  19/3 19/5
looking [2]  36/7 43/11
lot [1]  14/25

**M**

Machado [4]  3/2 3/3
6/17 31/10
made [6]  19/5 19/6
19/6 21/6 27/11 32/10
mag [1]  27/1
magistrate [3]  26/25

magistrate judge [2]
26/25 27/4
magnitude [1]  16/21
maintain [3]  15/18
33/25 34/6
maintaining [1]  15/22
major [1]  16/5
majority [1]  8/10
make [15]  19/2 19/10
19/13 24/18 24/19 25/1
26/2 29/3 30/5 30/19
31/6 32/9 32/15 32/17
46/12
making [3]  13/15 19/18
30/4
managed [1]  7/13
many [4]  18/22 18/22
34/13 44/25
Marie [2]  2/11 6/6
marshals [4]  24/19
25/1 27/4 30/25
Masharia [1]  5/10
material [12]  15/15
17/6 18/13 19/5 32/5
32/14 33/2 33/4 33/5
33/6 40/7 40/10
materials [7]  14/2
15/20 16/8 16/21 17/10
22/1 32/9
matter [9]  7/6 13/23
14/20 16/10 25/22
31/14 40/3 41/4 47/4
matters [2]  8/7 32/1
may [20]  9/4 9/8 10/6
11/3 11/24 15/20 19/3
21/1 21/1 21/2 28/16
30/19 34/4 34/14 35/16
35/17 35/19 37/6 45/9
46/7
maybe [3]  14/1 28/10
28/23
MD [2]  2/4 2/8
me [22]  7/20 8/21
12/25 18/2 18/10 20/21
21/4 26/8 29/24 31/6
32/17 32/22 33/9 33/16
33/19 34/17 34/24
35/14 40/14 45/25 46/8
46/9
mean [13]  16/13 16/25
17/1 17/3 25/6 30/19
39/18 42/23 43/1 43/22
44/9 44/13 44/22
meant [2]  33/3 43/23
mechanical [1]  5/16
media [2]  16/13 16/14
medical [3]  26/20
26/25 27/5
medication [1]  27/9
meet [1]  32/21
Meggs [18]  4/2 4/2 6/9
6/9 6/22 6/23 8/24 9/2
9/5 9/7 9/11 10/4 33/20
33/20 34/8 35/11 35/15
36/19
Meggs's [2]  33/25
34/23

members [2]  19/12
19/20
memorandum [1]  32/7
Merit [1]  5/12
Michelle [2]  2/11 6/16
might [6]  24/12 28/1
29/13 35/23 43/9 44/3
million [1]  16/23
mind [3]  7/21 32/20
37/3
Mink [1]  2/8
Minuta [9]  4/15 6/10
7/2 8/24 11/2 11/6
11/22 33/10 45/20
mix [1]  21/3
modification [1]  29/20
modified [3]  21/1
41/10 42/17
Monday [3]  24/13
34/19 38/19
monitor [1]  43/8
month [1]  17/24
monthly [1]  41/14
months [4]  13/21 16/7
17/18 18/19
more [4]  13/15 14/1
16/4 17/18
morning [1]  25/9
most [4]  29/5 29/17
32/12 44/14
mostly [2]  14/8 14/21
motion [20]  8/2 13/2
13/4 13/5 13/12 13/25
19/7 20/25 22/17 22/21
23/6 25/2 25/16 26/22
32/13 34/2 34/4 35/2
37/5 38/3
motion's [1]  25/3
motions [3]  17/1 17/25
18/6
move [6]  18/7 20/3
29/24 32/11 35/23
36/17
moving [1]  18/5
Mr [1]  45/22
Mr. [72]
Mr. and [2]  35/15 36/19
Mr. Bennie [2]  20/22
21/9
Mr. Brennwald [5]
20/22 21/7 21/13 21/20
38/17
Mr. Caldwell [2]  22/4
22/6
Mr. Cooper [1]  21/18
Mr. Crowl [2]  28/6
29/10 41/25
Mr. Douyon [1]  26/8
Mr. Fischer [2]  22/4
39/15
Mr. Foley [1]  22/10
Mr. Harrelson [15]
10/5 10/6 10/9 10/18
11/21 22/15 22/16 23/9
24/15 25/2 26/3 26/20
28/5 30/2 45/20
Mr. Harrelson's [2]

Mr. James [11]  11/23
11/25 12/2 12/14 12/15
12/19 29/24 30/1 31/6
45/21 45/23
Mr. James's [1]  30/9
Mr. Machado [1]  31/10
Mr. Meggs [3]  10/4
33/20 34/8
Mr. Meggs's [2]  33/25
34/23
Mr. Minuta [5]  11/2
11/6 11/22 33/10 45/20
Mr. Parker [1]  38/10
Mr. Welton [1]  36/3
Mr. Wilson [4]  9/3
33/19 35/4 37/6
Mr. Young [2]  22/10
37/11
Mr. Zimmerman [5]
22/21 25/11 27/24 39/5
39/7
Mrs. [1]  36/19
Mrs. Meggs [1]  36/19
Ms. [38]  9/5 9/7 9/11
11/1 11/19 12/17 12/23
12/25 13/18 16/24
20/10 21/18 21/22
22/15 23/14 24/1 24/9
25/4 25/8 26/24 28/6
28/20 29/8 29/13 31/11
31/17 31/17 31/20
32/19 33/9 33/20 34/17
35/15 37/11 40/16 41/3
41/23 45/14
Ms. Ginsberg [6]  11/1
22/15 23/14 24/1 25/8
26/24
Ms. Hernandez [2]
28/6 28/20
Ms. Holman [2]  41/3
41/23
Ms. Meggs [5]  9/5 9/7
9/11 33/20 35/15
Ms. Parker [1]  31/11
Ms. Peterson [1]  31/17
Ms. Rakoczy [13]
12/23 12/25 13/18
16/24 20/10 24/9 25/4
29/8 29/13 32/19 34/17
40/16 45/14
Ms. Robin [1]  12/17
Ms. Steele [1]  21/18
Ms. Steele's [1]  21/22
Ms. Watkins [3]  31/17
31/20
Ms. Wicks [2]  11/19
33/9
Ms. Wilson [1]  37/11
much [4]  28/12 44/23
44/25 46/15
my [20]  16/11 19/25
20/1 20/9 24/25 26/12
28/8 28/17 29/2 32/12
32/18 32/20 32/25 35/6
37/18 38/4 40/22 40/25
41/24 45/15
Myers [1]  3/17

53

**M**

myself [1] 20/5

**N**

named [1] 8/17
names [2] 7/10 41/19
near [1] 39/19
necessarily [2] 30/10
43/11
necessary [1] 44/20
need [8] 7/23 15/5 16/1
19/6 19/24 32/13 34/25
42/6
needed [1] 13/15
needs [4] 7/22 17/14
36/11 36/24
neglected [1] 9/4
Nestler [1] 36/2
never [1] 29/2
new [6] 8/12 8/14 8/18
13/10 14/3 33/14
New York [1] 33/14
newest [1] 8/25
next [21] 12/23 14/5
14/7 14/7 14/16 15/4
15/24 16/6 17/9 17/17
18/19 20/2 20/8 25/6
25/9 25/21 26/10 26/15
35/7 37/7 40/1
nginsberg [1] 4/10
Nina [2] 4/7 6/24
no [27] 1/4 6/3 6/4 6/5
6/5 6/6 6/7 6/7 6/8 7/14
8/12 8/18 8/20 9/11
10/9 11/6 12/2 20/12
21/12 21/16 22/6 22/8
28/7 31/13 31/14 37/19
43/24
none [2] 29/17 46/9
Normally [1] 24/11
North [1] 5/3
not [55]
not-guilty [3] 10/3
11/20 12/18
note [6] 14/20 23/13
25/14 25/15 31/23 47/5
noted [1] 45/8
notify [1] 45/25
now [10] 8/16 18/9
18/10 20/15 24/2 26/9
28/8 35/20 38/2 46/4
number [5] 14/19
26/19 28/22 43/12
43/15
numbers [4] 41/16
41/19 43/9 43/16
nurse [1] 27/14
NW [5] 1/14 2/12 3/3
3/20 5/14

**O**

Oath [2] 41/13 41/18
object [4] 8/20 21/9
34/5 43/1
objection [5] 21/20
22/12 28/7 31/13 34/6
objections [4] 22/6
45/18 46/2 46/7

obligation [6] 32/3
32/25 33/5 40/10 40/15
40/17
obligations [5] 17/5
18/24 32/22 40/6 40/8
obstruction [1] 9/15
10/13 11/10 12/6
obtain [1] 17/13
obtainable [1] 16/19
obtained [2] 14/10
17/20
obviously [6] 7/18
15/25 23/10 29/5 31/20
33/2
Ocala [1] 4/4
occasions [1] 27/14
occurred [1] 47/5
off [2] 42/24 43/2
offer [1] 19/23
offers [2] 19/18 19/23
OFFICE [4] 1/13 3/3
4/3 5/3
Officer [1] 5/10
OFFICES [1] 5/6
official [5] 5/13 9/15
10/13 11/10 12/6
Oh [1] 42/19
Ohio [2] 28/17 41/15
okay [41] 7/7 8/20
12/20 16/22 19/16
20/14 21/17 22/3 22/9
23/12 24/8 24/14 24/17
26/5 27/17 27/19 28/2
28/4 29/23 30/12 31/4
31/9 31/16 32/16 33/18
34/7 34/16 36/25 37/8
37/24 38/20 39/6 39/17
41/6 42/13 42/14 44/2
44/20 45/2 46/10 46/15
once [2] 33/5 40/6
one [11] 14/9 15/7
26/19 32/18 32/23 34/8
35/3 35/8 45/16 45/22
46/12
one-half [1] 14/9
ones [1] 44/16
ongoing [9] 15/25
17/12 17/22 18/3 18/20
21/24 32/1 32/20 32/25
only [6] 14/12 23/16
28/19 39/8 40/3 40/5
open [1] 38/5
operate [1] 46/4
opportunity [2] 16/8
46/7
oppose [3] 23/7 31/22
33/12
opposed [1] 20/19
opposition [6] 24/10
25/17 33/25 34/9 34/18
34/22
oppositions [1] 13/4
order [20] 20/19 20/20
27/21 27/24 29/16
29/22 38/4 40/1 42/10
42/11 42/17 44/5 45/5
45/6 45/8 45/12 45/16

ordered [1] 25/15
orders [1] 28/11
original [1] 27/3
other [10] 19/3 20/5
21/16 23/22 23/23
28/14 33/15 40/3 43/24
44/13
others [1] 42/1
our [20] 7/22 8/22
13/24 14/20 16/6 17/5
18/23 19/22 19/25 23/5
30/4 32/6 33/25 34/6
35/17 38/5 39/25 40/7
40/9 44/1
out [16] 14/17 15/12
15/18 15/21 25/21
28/14 32/5 36/11 37/2
38/2 38/4 40/1 40/15
41/17 43/22 44/4
outcome [2] 23/6 34/3
outset [1] 35/15
outside [2] 41/20 44/15
over [14] 13/17 13/20
14/20 15/24 17/10
17/14 17/16 17/19
18/19 20/14 20/15 32/3
40/10 42/20
overkill [1] 44/4
own [2] 16/11 45/18

**P**

P.A [1] 2/2
p.m [2] 1/6 46/17
PA [1] 3/16
pandemic [1] 47/6
papers [4] 34/10 34/13
34/24 35/1
paperwork [1] 14/25
Parker [11] 3/2 3/7 6/6
6/7 6/17 6/18 20/22
21/9 31/11 31/13 38/10
part [7] 13/13 19/7 19/7
19/9 20/23 21/14 41/18
particular [3] 15/19
26/19 42/18
particularly [1] 32/4
parties [2] 19/15 44/7
partner [1] 39/14
party [1] 16/14
pay [3] 9/3 9/6 20/1
PC [1] 4/7
pcooper [1] 3/22
pending [2] 13/1 34/2
Pennsylvania [1] 3/8
people [8] 7/10 18/22
19/19 20/20 31/25
43/15 43/24 44/17
perhaps [3] 27/23
29/15 35/19
period [2] 17/24 27/10
personally [1] 36/13
Peter [2] 3/19 6/21
petercooperlaw.com
[1] 3/22
peterson [4] 2/11 2/14
6/16 31/17
phone [9] 16/17 29/18

43/11 43/16 43/20
photographs [1] 15/1
physician [1] 27/10
piece [3] 8/16 18/21
19/15
place [2] 43/23 44/9
placed [1] 41/25
Plaintiff [1] 1/4
plea [6] 10/1 11/18
12/12 12/15 19/18
19/23
plead [3] 9/24 10/22
11/16
pleadings [2] 13/24
14/20
pleas [5] 10/3 10/24
11/20 12/19 19/17
Please [1] 47/5
PLLC [1] 4/11
plus [1] 13/9
PO [1] 4/17
point [11] 14/1 14/21
17/24 21/21 21/23 22/2
23/8 28/20 30/5 33/23
45/4
position [12] 17/4
20/25 21/1 23/5 23/13
30/2 31/19 35/19 43/4
43/8 43/14 43/18
possession [2] 33/6
41/11
possible [3] 15/22
26/23 34/20
possibly [2] 19/18
22/24
potential [2] 42/8
43/24
potentially [1] 40/13
practice [1] 33/1
precise [1] 20/6
preliminaries [1] 12/20
premises [1] 14/24
15/1
prepared [2] 14/5
17/25
prescribed [1] 27/9
present [5] 7/5 7/13
27/4 27/18 44/1
pressure [1] 27/8
presumptively [1] 40/13
pretrial [5] 5/10 28/8
41/3 42/1 43/8 43/10
43/14 43/18
pretty [1] 18/15
Prettyman [1] 5/13
preview [1] 7/20
primarily [1] 33/25
prior [5] 15/10 33/25
34/3
privacy [2] 15/22 43/12
private [2] 15/16 27/10
probably [3] 14/8 24/6
39/19
problem [4] 26/7 26/15
26/16 37/19
problems [1] 33/15
Procedure [1] 36/10

proceed [2] 26/4 32/14
proceeding [4] 9/15
10/13 11/10 12/6
proceedings [5] 1/10
5/16 18/5 46/17 47/4
process [6] 17/13
17/20 18/17 21/25
23/18 37/5
processing [1] 14/13
produced [2] 5/16 16/1
professionally [1]
40/13
progeny [1] 40/8
prompt [1] 27/22
properly [1] 26/21
property [2] 9/18 10/16
proposal [1] 22/7
proposed [2] 27/24
30/6
propriety [1] 36/12
prosecutors [2] 20/5
44/24
protect [1] 36/23
protective [7] 45/5
45/6 45/12 45/16 45/19
46/3 46/5
provide [8] 14/5 14/6
14/15 15/3 15/9 16/3
16/9 35/14
provided [11] 13/20
13/25 14/2 14/23 14/25
15/2 16/3 16/9 23/21
33/13 36/4
providers [1] 16/14
providing [3] 14/11
14/12 16/2
provision [1] 42/18
PUBLIC [1] 2/11
purchased [1] 28/15
purposes [2] 29/16
44/1
put [4] 15/7 18/11 31/7
43/17
puts [2] 38/5 43/14
putting [1] 14/14
PUTZI [1] 2/2

**Q**

question [2] 16/23
16/24
questions [3] 20/10
36/15 43/17
quickly [5] 15/22 22/1
24/9 26/23 32/9
quite [4] 7/10 17/16
31/21 34/23

**R**

raise [10] 21/12 21/16
40/4 40/24 41/1 43/9
43/10 43/17 45/4 46/13
raised [3] 8/4 27/2 27/2
raising [3] 8/5 45/14
45/18
Rakoczy [15] 1/13 6/12
12/23 12/25 13/18
16/24 20/10 24/9 25/4
29/8 29/13 32/19 34/17

**R**

Rakoczy... **[2]** 40/16
45/14
rather **[1]** 37/5
Ray **[1]** 2/7
re **[3]** 8/10 8/16 13/11
re-arraign **[1]** 8/16
re-arraigned **[1]** 8/10
re-starting **[1]** 13/11
reaching **[1]** 37/2
read **[2]** 35/2 41/8
reading **[8]** 9/23 9/25
10/21 10/24 11/15
11/17 12/11 12/15
realistic **[1]** 18/10
really **[3]** 18/8 43/13
43/14
Realtime **[1]** 5/12
reason **[10]** 13/13
14/12 16/5 19/7 25/19
25/20 25/22 26/6 26/9
43/20
reasons **[1]** 26/19
recall **[3]** 30/18 34/12
34/14
receipt **[1]** 33/14
receive **[1]** 43/16
received **[7]** 9/9 10/7
11/4 11/25 23/20 23/22
30/3
receiving **[1]** 23/15
recent **[2]** 23/17 32/12
recently **[1]** 40/5
recognize **[2]** 18/3 29/5
reconsideration **[1]**
34/3
record **[12]** 9/8 10/2
10/6 11/3 11/22 11/24
12/18 31/23 36/23
40/17 42/3 47/3
recorded **[1]** 5/16
records **[7]** 16/17
16/17 16/19 16/20 43/3
43/17 43/20
referenced **[1]** 32/6
reflect **[6]** 9/8 10/2 10/7
11/3 11/24 12/18
reflected **[1]** 11/22
reflects **[1]** 32/18
regard **[3]** 29/22 31/15
44/5
regarding **[2]** 22/8
22/22 23/5
regardless **[1]** 44/6
Registered **[1]** 5/12
relayed **[1]** 31/1
release **[5]** 28/11 29/10
41/5 41/10 44/16
released **[2]** 28/8 29/17
relevant **[2]** 16/20
17/11
remain **[1]** 31/2
remainder **[1]** 15/4
remained **[1]** 31/6
remember **[1]** 34/10
remind **[1]** 40/6
reminder **[1]** 41/24
remotely **[1]** 47/7

Reporter **[4]** 5/11 5/12
5/12 5/13
reporting **[1]** 47/7
representation **[3]**
35/5 35/23 36/13
request **[2]** 21/5 32/15
requesting **[2]** 25/8
42/11
requests **[1]** 10/24
require **[2]** 43/2 43/19
required **[1]** 34/6
rescheduled **[1]** 26/17
reside **[1]** 44/15
residences **[1]** 14/22
resolve **[1]** 25/21
resolved **[2]** 24/20 25/3
respect **[23]** 11/21
12/21 12/24 13/2 14/24
18/9 18/13 18/16 20/25
21/24 22/13 22/18
23/17 28/9 30/7 30/10
33/24 34/8 35/12 35/17
40/2 41/5 45/4
respects **[1]** 44/25
respond **[1]** 23/3
response **[1]** 25/5
responsive **[1]** 27/16
restricted **[4]** 9/21
10/19 11/13 12/9
restriction **[4]** 29/3
29/19 41/25 43/23
restrictions **[2]** 42/5
42/7
return **[1]** 15/10
returned **[1]** 45/10
returns **[7]** 14/8 14/9
14/17 14/19 14/21 15/3
16/12
review **[7]** 15/17 16/8
29/1 29/4 32/12 41/14
43/7
reviewed **[1]** 19/14
right **[32]** 7/12 11/1
11/2 11/19 12/17 20/9
21/18 22/14 23/25
24/15 25/14 25/20 26/9
26/13 28/5 29/24 30/13
33/9 33/19 34/21 35/3
35/10 37/1 37/10 37/17
37/21 37/25 38/16
40/21 41/22 46/4 46/12
rights **[1]** 36/23
risks **[1]** 36/14
Ritchie **[1]** 2/3
RMR **[2]** 47/2 47/11
Road **[1]** 2/8
Robert **[4]** 3/15 3/16
6/19 8/24
robertfoleylaw.com **[1]**
3/18
Roberto **[3]** 4/15 6/10
7/1
ROBERTSON **[1]** 3/7
Robin **[5]** 5/2 5/3 7/3
12/14 12/17
rolling **[4]** 13/22 14/11
14/18 15/23

roughly **[1]** 15/8
round **[4]** 14/5 14/7
14/16 30/3
rule **[7]** 13/5 17/6 18/13
36/10 36/14 40/7 40/9
Rule 16 **[1]** 17/6
ruled **[1]** 13/13
ruling **[1]** 23/10
rush **[1]** 25/14
Ruth **[2]** 3/2 6/6

**S**

said **[10]** 13/12 17/16
18/20 21/15 24/5 31/5
37/14 40/1 40/9 43/13
same **[1]** 38/14
Sandra **[4]** 3/2 6/6 6/17
31/13
say **[9]** 8/16 12/25 17/4
17/9 17/23 24/5 30/2
34/14 40/11
says **[1]** 41/12
scene **[1]** 18/23
schedule **[7]** 18/1 18/5
24/2 25/23 32/22 34/9
39/19
scheduled **[1]** 22/25
scheduling **[1]** 16/25
scoped **[1]** 15/11
SE **[2]** 3/8 3/12
search **[7]** 14/19 14/21
14/24 15/1 15/3 15/10
17/21
second **[3]** 8/12 13/7
38/6
Section **[14]** 9/14 9/17
9/20 9/22 10/12 10/15
10/18 10/20 11/9 11/12
11/14 12/5 12/8 12/10
Sections **[6]** 9/17 9/20
10/15 10/18 11/12 12/8
see **[7]** 20/15 21/25
28/24 37/4 38/23 40/25
41/23
seem **[1]** 38/14
sense **[2]** 16/25 35/24
sensitive **[1]** 15/15
sent **[1]** 33/16
separate **[1]** 35/23
SERVICES **[3]** 4/16
41/3 42/2
set **[6]** 23/2 32/22 33/1
34/9 34/21 38/2
setting **[3]** 17/18 17/25
18/5
seven **[1]** 44/24
several **[1]** 27/5
sfbrennwald **[1]** 3/9
shared **[1]** 23/23
Shelli **[1]** 2/14
short **[1]** 7/17
shortly **[1]** 40/2
should **[5]** 7/19 26/4
33/6 38/21 40/11
side **[1]** 7/18
sign **[3]** 35/15 43/2
45/6
signed **[2]** 36/5 42/24

significant **[1]** 30/2
similar **[1]** 30/2
simple **[1]** 46/9
simply **[5]** 8/13 8/17
13/5 32/8 32/15
single **[3]** 8/9 17/4
43/11
sir **[1]** 37/9
situation **[4]** 27/18
28/23 31/24 44/5
six **[1]** 44/24
small **[2]** 7/14 7/17
so **[96]**
So I think **[2]** 16/23
43/23
so it's **[2]** 17/23 25/7
social **[2]** 16/13 16/18
social-media **[1]** 16/13
some **[26]** 13/3 14/2
14/2 14/22 15/2 15/19
16/19 19/8 19/12 26/5
27/13 27/21 27/22
28/12 28/14 28/18
28/18 28/19 28/25
29/12 31/21 33/13
35/22 36/11 36/15
43/20
somebody **[5]** 30/17
37/4 37/7 39/21 43/21
something **[2]** 20/7
34/25
somewhat **[2]** 30/1
31/19
soon **[4]** 8/4 23/3 40/11
46/16
sooner **[1]** 37/5
sorry **[6]** 21/13 30/22
30/23 37/13 41/20 46/1
sort **[7]** 7/20 8/25 16/14
16/14 17/3 24/21 42/24
Southern **[1]** 41/14
speak **[3]** 21/14 36/19
37/8
speaking **[1]** 6/12
specifically **[1]** 23/16
sped **[1]** 25/20
speedy **[6]** 8/2 13/2
23/6 30/8 30/11 40/2
spells **[1]** 36/10
spoke **[3]** 27/13 37/16
37/16
Sr **[1]** 2/2
stamped **[1]** 14/14
stand **[4]** 8/1 35/25
39/14 39/15
standing **[1]** 44/5
start **[9]** 8/8 9/2 17/25
20/3 21/7 38/13 38/18
42/2 43/16
started **[2]** 19/21 23/15
starting **[1]** 13/11
state **[1]** 20/24
STATES **[19]** 1/1 1/3
1/11 6/3 9/14 9/16 9/19
9/22 10/12 10/14 10/17
10/20 11/9 11/11 11/14
12/5 12/7 12/10 36/2
status **[7]** 1/9 7/12 7/14

stayed **[1]** 31/7
Steele **[4]** 3/19 6/8 6/21
21/18
Steele's **[1]** 21/22
stenography **[1]** 5/16
Stephen **[2]** 3/7 6/18
Steve **[1]** 3/9
still **[4]** 7/23 21/5 30/4
36/6
stood **[2]** 13/9 13/14
Street **[8]** 1/14 3/3 3/20
4/3 4/8 4/12 5/3 5/7
subject **[1]** 47/6
subjects **[1]** 18/25
submit **[5]** 27/24 29/16
29/22 41/14 42/16
submits **[1]** 35/2
submitted **[1]** 41/8
subpoena **[5]** 14/8
14/9 14/17 16/12 16/19
subscriber **[1]** 16/18
subsequent **[1]** 21/2
substantially **[3]** 17/3
17/5 18/12
such **[5]** 33/1 33/2 33/6
43/10 44/10
sufficient **[1]** 44/1
suggested **[1]** 36/15
Suite **[6]** 2/4 2/13 3/4
3/20 4/4 4/8
superseding **[14]** 7/21
8/8 8/12 8/13 8/18 8/21
9/7 9/10 9/24 10/8 10/22
11/5 12/1 12/21 13/7
supervisors **[2]** 19/22
19/25
supplement **[1]** 7/19
supposed **[3]** 38/11
38/12 38/17
sure **[15]** 16/16 19/2
19/5 19/10 19/13 24/18
24/19 25/1 25/8 26/2
28/13 30/18 30/19 31/6
41/7
SW **[1]** 4/3

**T**

take **[5]** 7/24 14/16
24/25 35/1 46/15
takes **[1]** 12/20
talisman **[1]** 18/4
talk **[6]** 7/16 8/2 8/5
20/8 24/1 24/1
talked **[1]** 35/22
talking **[2]** 16/12 16/13
Talladega **[1]** 30/16
team **[2]** 19/21 20/6
technological **[1]** 47/7
teleconference **[1]** 7/6
ten **[1]** 45/9
tentative **[1]** 26/1
terms **[9]** 8/1 13/15
21/3 23/17 29/9 30/13
37/25 40/12 42/19
than **[5]** 17/18 25/8
37/5 44/23 44/25
thank **[19]** 11/1 11/19

**T**

thank... **[17]** 12/17 13/19 20/12 20/13 22/20 25/24 28/3 31/8 33/11 37/19 39/9 40/19 41/23 42/15 44/21 46/11 46/15

thank you **[13]** 11/1 11/19 12/17 20/12 20/13 25/24 28/3 31/8 37/19 39/9 41/23 44/21 46/11

Thanks **[1]** 45/14

that **[245]**

that's **[28]** 14/14 17/21 18/4 18/16 19/4 19/6 20/4 20/7 20/19 21/24 25/10 26/1 28/15 28/20 29/7 32/23 33/2 35/3 36/3 37/17 38/7 39/2 39/8 39/11 41/20 42/22 43/25 44/12

their **[11]** 13/22 13/23 14/3 15/9 15/12 20/24 29/4 37/23 43/22 45/18 46/6

them **[9]** 13/8 14/11 15/6 15/20 29/18 34/11 35/14 41/16 44/14

then **[23]** 8/6 8/21 10/5 11/2 11/23 24/21 25/5 25/17 29/10 29/24 31/10 33/9 33/19 34/24 35/10 36/9 36/20 36/21 37/11 38/2 39/2 43/1 46/9

there **[32]** 7/22 8/3 8/6 8/12 8/18 13/1 14/19 15/15 15/16 18/21 18/22 19/15 26/16 27/7 27/12 30/25 31/2 32/5 32/14 33/13 34/2 35/18 35/22 36/15 36/24 39/13 39/21 40/12 42/8 43/7 46/1 46/9

there's **[9]** 8/13 22/25 26/6 26/15 28/14 28/22 34/13 43/20 44/4

therefore **[1]** 47/6

these **[6]** 18/5 18/17 29/10 32/1 38/14 38/14

they **[12]** 8/23 13/22 15/17 24/20 27/6 32/10 35/13 35/15 35/17 42/6 42/6 42/7

they'll **[1]** 27/15

they're **[4]** 41/18 42/11 42/13 43/11

they've **[1]** 8/4

thing **[3]** 16/15 28/23 44/13

things **[10]** 8/1 13/9 13/14 13/17 21/16 32/6 32/17 34/8 35/6 35/25

think **[42]** 8/11 13/7 14/20 16/5 16/23 17/7 17/8 17/18 17/22 18/2 18/11 19/13 24/4 24/9

30/5 30/19 30/21 31/5 31/23 32/13 32/18 32/24 33/4 34/6 36/22 36/24 39/5 39/19 42/5 42/23 43/6 43/14 43/23 43/25 44/8 44/10 45/20 46/7

thinking **[2]** 16/25 19/18

thinks **[1]** 17/2

third **[13]** 7/21 8/8 8/13 8/17 8/21 9/9 10/8 10/22 11/4 11/25 12/21 16/14

third-party **[1]** 16/14

this **[71]**

THOMAS **[2]** 1/6 6/4

those **[15]** 14/17 15/1 15/4 15/14 18/6 19/5 20/1 20/9 24/24 32/9 40/4 42/7 45/24 46/2 46/5

though **[2]** 17/22 18/4

thought **[2]** 13/15 35/22

three **[5]** 8/25 14/9 17/24 45/25 46/6

three-fifths **[1]** 14/9

three-month **[1]** 17/24

through **[17]** 7/9 9/9 10/7 11/4 11/25 13/6 13/8 14/3 15/8 15/12 16/1 17/21 18/17 24/12 30/4 32/8 41/16

Thursday **[4]** 25/17 46/1 46/1 46/8

thus **[1]** 17/21

till **[1]** 25/4

time **[15]** 13/8 14/21 19/8 21/21 21/23 22/22 23/2 23/4 30/5 30/6 31/21 34/2 34/5 38/7 45/11

timeline **[1]** 32/21

timely **[2]** 32/4 33/7

Title **[14]** 9/13 9/16 9/19 9/22 10/11 10/14 10/17 10/20 11/8 11/11 11/14 12/4 12/7 12/10

titled **[1]** 47/4

today **[6]** 13/6 13/8 22/23 24/7 25/16 38/11

toll **[2]** 13/8 19/8

tomorrow **[2]** 24/4 24/5

too **[3]** 13/9 39/22 46/9

took **[1]** 38/12

topic **[2]** 19/22 24/3

touch **[2]** 27/15 46/16

tough **[1]** 43/8

toward **[1]** 25/25

Towers **[1]** 2/3

town **[2]** 25/21 25/22

transcript **[3]** 1/9 5/16 47/3

transcription **[1]** 5/16

transported **[1]** 25/3

travel **[3]** 16/19 28/17

trial **[16]** 8/2 10/25 13/2 17/1 18/6 18/7 23/6 30/8 30/11 33/2 38/11 38/13 38/17 39/11 39/12 40/2

trials **[2]** 38/14 39/22

try **[5]** 19/13 25/21 27/21 35/6 41/17

trying **[2]** 28/13 38/22

turn **[16]** 8/21 10/5 11/2 12/23 13/17 17/10 20/14 20/15 28/6 31/10 32/3 33/9 33/19 37/2 40/10 40/25

turned **[3]** 17/14 17/16 18/19

turning **[2]** 17/19 42/19

tweak **[1]** 29/9

two **[9]** 13/20 16/7 17/18 17/23 27/13 32/17 32/24 34/8 35/4

**U**

U.S **[1]** 1/13

ultimately **[2]** 18/4 18/6

under **[5]** 17/5 19/8 40/7 40/8 40/9

underlying **[1]** 19/7

understand **[6]** 18/8 40/20 42/6 42/6 43/4 43/8

understanding **[2]** 19/25 40/17

unduly **[1]** 29/3

unfortunate **[1]** 24/22

unfortunately **[2]** 26/11 39/10

unique **[1]** 44/14

unit **[1]** 27/5

UNITED **[19]** 1/1 1/3 1/11 6/3 9/14 9/16 9/19 9/22 10/12 10/14 10/17 10/20 11/9 11/11 11/14 12/5 12/7 12/10 36/2

United States **[12]** 9/14 9/16 9/19 9/22 10/12 10/17 10/20 11/9 11/11 11/14 12/5 12/7 12/10

unknown **[1]** 43/16

unless **[6]** 8/15 15/18 26/14 42/23 43/20 44/20

unreasonable **[2]** 17/9 17/19

until **[10]** 13/6 13/6 16/6 24/13 24/20 25/3 31/2 31/7 33/8 44/9

up **[11]** 13/6 13/6 19/12 21/14 25/20 28/10 29/14 31/5 33/17 37/4 38/5

update **[2]** 7/25 12/24

urge **[1]** 32/8

us **[3]** 30/5 32/9 38/5

usdoj.gov **[1]** 1/16

**V**

VA **[4]** 4/9 4/13 5/4 5/8

vast **[1]** 8/10

versus **[1]** 6/4

very **[11]** 18/23 19/9 19/24 23/24 29/23 31/4 34/4 36/4 37/18 43/9 46/15

via **[5]** 1/10 7/5 44/7 44/18 44/25

videoconference **[1]** 7/6

videos **[1]** 28/13

view **[3]** 28/19 41/24 45/15

viewed **[1]** 28/19

violate **[1]** 42/7

violation **[14]** 9/13 9/16 9/19 9/22 10/11 10/14 10/17 10/20 11/8 11/11 11/14 12/4 12/7 12/10

Virginia **[1]** 39/4

virtual **[2]** 25/7 29/20

voluminous **[1]** 15/5

vs **[1]** 1/5

**W**

waive **[6]** 9/23 9/25 10/21 11/15 11/17 12/11

waiver **[2]** 35/14 36/5

waives **[2]** 10/23 12/15

want **[18]** 7/16 8/7 19/1 19/1 19/10 20/10 20/15 20/23 24/18 24/19 25/14 26/22 29/9 31/23 40/24 43/17 45/11 46/13

wanted **[6]** 7/21 13/13 25/21 29/13 31/6 40/3

wants **[2]** 7/18 42/17

warrant **[3]** 14/19 14/21 15/10

warrants **[4]** 14/25 15/1 15/3 17/21

was **[21]** 19/7 19/9 21/21 25/20 25/22 27/2 27/2 27/13 29/2 30/17 30/18 33/13 35/13 35/16 35/22 37/17 38/11 42/23 45/6 45/8 45/22

Washington **[9]** 1/5 1/15 2/13 3/4 3/8 3/21 4/17 5/14 25/6

wasn't **[2]** 13/9 30/18

Watkins **[5]** 2/11 6/6 6/16 31/17 31/20

way **[6]** 15/6 28/18 30/4 35/16 39/22 46/4

ways **[1]** 19/13

we **[100]**

we believe **[2]** 32/5 32/14

we will **[5]** 14/10 14/17 20/3 24/7 33/24

We'd **[1]** 34/19

we'll **[24]** 7/24 7/25 8/5

625 11/2 20/8 23/13 24/1 24/18 25/7 25/25 26/1 26/4 26/6 26/14 26/16 26/17 26/18 28/16 29/21 30/19 34/21 46/4 46/16

we're **[16]** 7/12 16/25 19/11 19/11 20/7 21/11 21/11 21/25 22/23 24/2 29/15 31/19 33/22 36/6 36/15

we've **[13]** 7/10 7/15 7/21 13/25 14/23 14/25 15/2 17/4 17/20 19/5 19/12 31/1 32/6

Wednesday **[3]** 25/9 26/10 26/15

week **[9]** 14/7 14/7 24/12 25/6 25/21 38/3 38/6 38/6 38/21

weekend **[1]** 24/12

weeks **[7]** 14/18 15/4 15/24 16/4 17/17 20/2 20/8

well **[15]** 14/22 18/2 19/15 23/13 25/13 27/1 27/20 32/17 34/4 35/12 37/1 39/8 41/25 43/13 44/8

Welton **[1]** 36/3

were **[9]** 13/23 18/22 18/22 24/24 27/4 34/10 41/10 43/25 44/16

weren't **[1]** 13/8

what **[23]** 7/16 7/20 13/14 16/13 18/8 18/9 18/10 18/14 20/15 23/5 23/22 27/12 27/21 28/21 29/7 29/9 35/1 38/1 41/18 42/5 42/11 42/13 45/24

whatever **[2]** 21/4 32/10

when **[5]** 9/4 16/12 17/1 17/2 44/18

when's **[1]** 38/17

where **[12]** 8/1 13/9 13/14 15/9 17/24 19/17 26/3 30/13 31/24 35/25 44/10 44/10

whether **[9]** 15/7 26/9 34/4 34/24 34/25 35/17 35/24 36/22 36/24

which **[11]** 7/14 8/25 10/3 20/20 20/20 28/18 32/19 34/17 36/10 36/18 41/11

while **[6]** 15/22 24/2 24/25 29/15 41/25 45/10

who **[15]** 8/3 8/23 17/8 17/9 18/4 18/19 21/5 28/22 30/18 37/3 40/5 43/25 44/16 45/17

who's **[3]** 41/17 41/17 41/17

why **[3]** 9/2 16/5 21/7

Wicks **[4]** 4/15 7/1

**Wicks... [2]** 11/19 33/9
**will [31]** 6/12 8/4 11/22
12/18 14/7 14/10 14/17
15/17 16/1 16/3 16/8
16/9 17/17 18/11 18/12
20/3 22/23 22/24 24/7
26/15 27/24 28/21 30/2
30/10 33/24 38/25
39/24 39/25 40/1 42/16
46/5
**William [5]** 2/2 5/11
47/2 47/10 47/11
**Wilson [11]** 3/11 3/11
4/2 4/3 6/19 6/22 9/3
33/19 35/4 37/6 37/11
**wish [8]** 9/23 9/24
10/21 10/22 11/15
11/16 12/11 12/12
**within [2]** 17/9 18/12
**without [3]** 23/6 23/9
23/10
**won't [4]** 7/9 15/18
44/19 44/19
**worded [1]** 35/16
**words [1]** 24/25
**work [4]** 15/18 24/18
25/25 28/24
**worked [1]** 19/12
**working [1]** 21/25
**worried [1]** 13/9
**would [31]** 15/16 16/6
17/2 17/10 17/24 17/25
20/9 20/16 21/3 21/4
24/11 27/20 27/23
28/25 29/1 29/3 29/20
29/20 32/8 32/15 34/20
35/18 36/7 36/18 36/22
39/7 39/18 39/22 42/9
45/20 46/10
**writ [1]** 19/10
**written [1]** 36/5

**Y**

**yeah [4]** 25/19 42/21
44/22 46/1
**Yes [15]** 9/25 11/17
13/19 21/8 22/21 23/20
25/12 29/25 31/12
31/18 36/1 37/9 37/17
39/1 40/19
**yesterday [4]** 30/3
34/11 34/15 41/9
**yet [2]** 8/23 35/18
**York [1]** 33/14
**you [82]**
**you know [1]** 18/4
**you'd [3]** 21/4 22/18
23/25
**you'll [2]** 28/17 37/6
**you're [4]** 16/12 21/13
24/4 25/19
**you've [5]** 8/17 10/10
11/6 12/2 18/10
**Young [5]** 3/11 6/8
6/20 22/10 37/11
**your [69]**
**Your Honor [47]** 6/2

19/20 20/12 21/19 22/5
22/11 22/20 22/24
23/20 24/16 25/10
25/12 25/24 26/11
26/22 27/25 27/25 28/7
29/15 29/25 31/12
31/18 34/20 36/1 36/7
36/8 36/15 36/20 36/21
37/15 37/20 38/9 38/25
39/3 39/16 39/24 40/19
41/2 42/14 43/10 44/3
45/3 45/21 46/11
**yourself [1]** 28/22

**Z**

**Zaremba [4]** 5/11 47/2
47/10 47/11
**Zimmerman [8]** 4/11
4/11 6/24 22/21 25/11
27/24 39/5 39/7
**zimpacer [1]** 4/14
**ZOOM [5]** 1/10 38/25
44/7 44/18 44/25