UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CASE NO: 1:21-cr-0028-2 (APM) |
| | * | |
| **DONOVAN CROWL,** | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*\*

## MOTION TO ADOPT MOTIONS OF CODEFENDANTS

Donovan Crowl, by his undersigned counsel, hereby respectfully moves for leave to adopt all the Motions filed by his co-defendants and to supplement said motions with legal arguments and particularized facts pertinent to Mr. Crowl if, and when, such facts become known.

1. Mr. Crowl seeks to join and adopt the legal arguments made and relief sought in all motions filed by co-defendants unless he moves not to adopt and join a particular motion.[1]

2. Mr. Crowl also seeks leave to supplement said motions with legal arguments and particularized facts pertinent to Mr. Crowl.

3. In particular, Mr. Crowl seeks to join and adopt the following motions:

    (a) Harrelson Motion to Dismiss Counts 1,2,3, and 4 (Document 278);

    (b) Caldwell Motion to Change Venue (ECF 273);

    (c) Caldwell Motion to Dismiss (ECF 240).

---

[1] Mr. Crowl does not move to adopt the Motions filed by Defendant James (ECF 269 and ECF 270) as the motions do not pertain to the Counts pending against him.

4.      Proceeding in this fashion will promote the just determination of the case, simplify procedures and eliminate unjustifiable expense and delay in accordance with Rule 2, FED. R. CRIM. PROC.

Respectfully submitted,

/s/

**Carmen D. Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served via ECF on all counsel of record this 1st day of July, 2021.

/s/ *Carmen D. Hernandez*
**Carmen D.  Hernandez**