# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.           * | **CASE NO: 1:21-cr-0028-2 (APM)** |
| * | |
| **DONOVAN CROWL,** * | |
|      **Defendant**      * | |

********
# ORDER

Upon consideration of the Motion to Adopt Motions of Codefendants filed by Donovan Crowl, good cause having been shown, it is this _____ day of July, 2021, by the United States District Court for the District of Columbia,

ORDERED:

1) that the Motion is hereby **GRANTED;** and

2) that Donovan Crowl is hereby **GRANTED LEAVE to ADOPT:**

   Motions to Dismiss (ECF 240, 278); and

   Motion to Change Venue (ECF 273).

---

**HONORABLE AMIT P. MEHTA**
**UNITED STATES DISTRICT JUDGE**