IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **Case No. 21-cr-00028-2 (APM)** |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**ORDER**

Upon consideration of the Consent Motion to Extend Time to File Reply to Government's Omnibus Opposition to Defendants' Motions, filed by Donovan Crowl, good cause having been shown, it is this _____ day of August, 2021, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby GRANTED.

---

**HONORABLE AMIT P. MEHTA**
**UNITED STATES DISTRICT JUDGE**