## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | Case No. 1:21-cr-00028-2 (APM) |
| * | |
| **DONOVAN CROWL**,   * | |
| **Defendant**   * | |
| * | |

ooOoo

### SECOND MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS

Donovan Crowl, by his undersigned counsel, respectfully moves this Honorable Court to extend the time for filing pretrial motions for sixty-days to November 2, 2021.  This is the second request for an extension of the motions deadline.  Counsel has reached out to government counsel to determine their position but has not heard back.

1. Discovery in the case is voluminous and continues to be produced.

2. A number of the motions to be filed in this case involve complex and novel legal issues that require substantial time to research and prepare and cannot be completed without review of the discovery.

3. Despite due diligence, counsel has been unable to review all the discovery, fully research the issues and prepare the necessary motions. In addition, counsel has a heavy caseload of other cases complex cases. .

WHEREFORE, Donovan Crowl, respectfully requests that the Court extend the time for filing pretrial motions for an additional 60-days to and including November 2, 2021.

Respectfully submitted,

*/s/ Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

**Counsel for Donovan Crowl**

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 2nd day of September, 2021 on all counsel of record via ECF.

/s/

**Carmen D. Hernandez**