Sarbanes-Oxley Act of 2002
Public Law No: 107-204 (07/30/2002)
107th Congress

**An Act**

To protect investors by improving the accuracy and reliability of corporate disclosures made pursuant to the securities laws, and for other purposes.

Be it enacted by the Senate and House of Representatives of the United States of America in Congress  NOTE:  **Sarbanes-Oxley Act of 2002. Corporate responsibility**. assembled,

SECTION 1. SHORT TITLE; TABLE OF CONTENTS.

(a) Short Title. – This Act may be cited as the "Sarbanes-Oxley Act of 2002".

(b) Table of Contents. – The table of contents for this Act is as follows:
. . .

TITLE I--PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD
TITLE II--AUDITOR INDEPENDENCE
TITLE III--CORPORATE RESPONSIBILITY
TITLE IV--ENHANCED FINANCIAL DISCLOSURES
TITLE V--ANALYST CONFLICTS OF INTEREST
TITLE VI--COMMISSION RESOURCES AND AUTHORITY
TITLE VII--STUDIES AND REPORTS
TITLE VIII--CORPORATE AND CRIMINAL FRAUD ACCOUNTABILITY
TITLE IX--WHITE-COLLAR CRIME PENALTY ENHANCEMENTS
TITLE X--CORPORATE TAX RETURNS

**TITLE XI--CORPORATE** *NOTE: Corporate Fraud Accountability Act of 2002.*  **FRAUD ACCOUNTABILITY**

SEC. 1101.    *NOTE: 15 USC 78a note* SHORT TITLE.

This title may be cited as the "Corporate Fraud Accountability Act of 2002".

SEC. 1102.    TAMPERING WITH A RECORD OR OTHERWISE IMPEDING AN OFFICIAL PROCEEDING.

Section 1512 of title 18, United States Code, is amended –

(1) by redesignating subsections (c) through (i) as subsections (d) through (j), respectively; and

(2) by inserting after subsection (b) the following new subsection:

"(c) Whoever corruptly –

"(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or

"(2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so,

shall be fined under this title or imprisoned not more than 20 years, or both.".

. . .

https://www.congress.gov/bill/107th-congress/house-bill/3763/text