# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.  * | **Case No. 1:21-cr-00028-APM-2** |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release to attend funeral services filed by Donovan Crowl, good cause having been shown, it is this _____ day of September, 2021, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to allow Mr. Crowl to travel to Illinois from September 23 through September 27, 2021 to attend funeral services.

2. Between September 23 through September 27, 2021, Mr. Crowl shall not be required to submit to location monitoring services but instead shall report by telephone to Pretrial Services once a day. Upon his return to Ohio, Mr. Crowl shall notify his Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**