IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )    CR No. 21-28
                                    )    Washington, D.C.
        vs.                         )    October 14, 2021
                                    )    11:00 a.m.
THOMAS E. CALDWELL, ET AL.,         )
                                    )
            Defendants.             )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov

APPEARANCES CONTINUED:

For Defendant
Thomas E. Caldwell:                 David William Fischer, Sr.
                                    FISCHER & PUTZI, P.A.
                                    7310 Governor Ritchie Highway
                                    Empire Towers, Suite 300
                                    Glen Burnie, MD 21061-3065
                                    (410) 787-0826
                                    Email:
                                    fischerandputzi@hotmail.com

For Defendant
Donovan Ray Crowl:                  Carmen D. Hernandez
                                    7166 Mink Hollow Road
                                    Highland, MD 20777
                                    (240) 472-3391
                                    Email: chernan7@aol.com


For Defendant
Jessica M. Watkins:                 Michelle M. Peterson
                                    FEDERAL PUBLIC DEFENDER
                                    FOR THE DISTRICT OF COLUMBIA
                                    625 Indiana Avenue, NW
                                    Suite 550
                                    Washington, D.C. 20004
                                    (202) 208-7500
                                    Email: Shelli_peterson@fd.org


For Defendant
Sandra R. Parker:                   John L. Machado
                                    LAW OFFICE OF JOHN MACHADO
                                    503 D Street, NW
                                    Suite 310
                                    Washington, D.C. 20001
                                    (703) 989-0840
                                    Email: johnlmachado@gmail.com


For Defendant
Bennie A. Parker:                   Stephen F. Brennwald
                                    BRENNWALD & ROBERTSON, LLP
                                    922 Pennsylvania Avenue, SE
                                    Washington, D.C. 20003
                                    (301) 928-7727
                                    Email: sfbrennwald@cs.com

```
APPEARANCES CONTINUED:

For Defendant
Laura Steele:                   Peter A. Cooper
                                PETER A. COOPER
                                400 5th Street, NW
                                Suite 350
                                Washington, D.C. 20001
                                (202) 400-1431
                                Email:
                                pcooper@petercooperlaw.com


For Defendant
Connie Meggs:                   Juli Zsuzsa Haller
                                LAW OFFICES OF JULIA HALLER
                                601 Pennsylvania Avenue, NW
                                Suite 900
                                S. Building
                                Washington, D.C. 20036
                                (202) 352-2615
                                Email: hallerjulia@outlook.com

                                Stanley Edmund Woodward, Jr.
                                BRAND WOODWARD LAW
                                1808 Park Road NW
                                Washington, D.C. 20010
                                (202) 996-7447
                                Email:
                                stanley@brandwoodwardlaw.com

For Defendant
Kelly Meggs:                    David A. Wilson
                                LAW OFFICE OF DAVID A. WILSON
                                201 SW 2nd Street
                                Suite 101
                                Ocala, FL 34471
                                (352) 629-4466
                                Email: david@dwilsonlaw.com
```

APPEARANCES CONTINUED:

For Defendant
Kenneth Harrelson:                  Jonathon Alden Moseley
                                    JONATHON MOSELEY
                                    ATTORNEY AT LAW
                                    5765-F Burke Centre Parkway
                                    #337
                                    Burke, VA 22015
                                    (703) 656-1230
                                    Email: contact@jonmoseley.com

                                    Bradford L. Geyer
                                    FormerFeds LLC
                                    2006 Berwick Drive
                                    (856) 607-5708
                                    Cinnaminson, NJ 08077
                                    Email:
                                    Bradford@formerfedsgroup.com

For Defendant
Roberto A. Minuta:                  Jenifer Wicks
                                    BLIND JUSTICE
                                    LEGAL SERVICES CORPORATION
                                    PO Box 60585
                                    Washington, D.C. 20039
                                    (202) 839-5102
                                    Email:
                                    jenifer@blindjusticedc.org

For Defendant
Joshua A. James:                    Joan C. Robin
                                    LAW OFFICE OF JONI C. ROBIN
                                    114 North Alfred Street
                                    Alexandria, VA 22314
                                    (703) 349-1111
                                    Email: joni@jonirobinlaw.com

APPEARANCES CONTINUED:

For Defendant
Jonathan Walden:                  Thomas J. Spina
                                  1330 21st Way South
                                  Suite 200
                                  Birmingham, AL 35205
                                  (205) 939-1330
                                  Email: tommy@tommyspina.com

                                  Edward B. MacMahon, Jr.
                                  EDWARD B. MACMAHON, JR., PLC
                                  P.O. Box 25
                                  107 East Washington Street
                                  Middleburg, VA 20118
                                  (540) 687-3902
                                  Email: ebmjr@macmahon-law.com

For Defendant
Joseph Hackett:                   Angela Halim
                                  FEDERAL COMMUNITY
                                  DEFENDER OFFICE
                                  601 Walnut Street
                                  Suite 501 West
                                  Philadelphia, PA 19106
                                  (215) 928-1100
                                  Email: angie_halim@fd.org

APPEARANCES CONTINUED:

For Defendant
William Isaacs:                     Eugene Rossi
                                    CARLTON FIELDS P.A.
                                    1025 Thomas Jeferson St., NW
                                    Suite 400 West
                                    Washington, D.C. 20007
                                    (202) 965-8100
                                    Email:
                                    grossi@carltonfields.com

                                    Natalie A. Napierala
                                    CARLTON FIELDS, P.A.
                                    405 Lexington Avenue
                                    36th Floor
                                    New York, NY 10174
                                    (212) 785-2747
                                    Email:
                                    nnapierala@carltonfields.com

For Defendant
David Moerschel:                    Scott Weinberg
                                    BROWN, SUAREZ, RIOS & WEINBERG
                                    265 E Marion Avenue
                                    Suite 114
                                    Punta Gorda, FL 33950
                                    (941) 575-8000
                                    Email: scott@bsrlegal.com

For Defendant
Brian Ulrich:                       Attilio Joseph Balbo
                                    BALBO & GREGG,
                                    ATTORNEYS AT LAW, P.C.
                                    P.O. Box 1297
                                    Richmond Hill, GA 31324
                                    (912) 459-1776
                                    Email: aj@balbogregg.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1                       

2       COURTROOM DEPUTY:  All rise.

3       THE COURT:  Good morning, everyone.  Please be

4 seated.

5       COURTROOM DEPUTY:  Your Honor, this is Criminal

6 Case No. 21-28, United States of America versus Defendant

7 No. 1, Thomas Edward Caldwell; Defendant 2, Donovan Ray

8 Crowl; Defendant No. 3, Jessica Marie Watkins; Defendant 4,

9 Sandra Ruth Parker; Defendant 5, Bennie Alvin Parker;

10 Defendant 7, Laura Steele; Defendant 8, Kelly Meggs;

11 Defendant 9, Connie Meggs; Defendant 10, Kenneth Harrelson;

12 Defendant 11, Roberto A. Minuta; Defendant 12, Joshua James;

13 Defendant 13, Jonathan Walden; Defendant 14, Joseph Hackett;

14 Defendant 16, William Isaacs; Defendant 17, David Moerschel;

15 and Defendant 18, Brian Ulrich.

16       Kathryn Rakoczy on behalf of the government.

17       David Fischer for Defendant Caldwell.

18       Carmen Hernandez for Defendant Crowl.

19       Shelli Peterson for Defendant Watkins.

20       John Machado for Defendant Sandra Parker.

21       Steven Brennwald for Defendant Bennie Parker.

22       Peter Cooper for Defendant Steele.

23       David Wilson for Defendant Kelly Meggs.

24       Juli Haller and Stanley Woodward for Defendant

25 Connie Meggs.

1          Bradford Geyer and John Moseley for Defendant

2    Harrelson.

3          Jenifer Wicks for Defendant Minuta.

4          Joni Robin for Defendant James.

5          Thomas Spina and Ed MacMahon for Defendant Walden.

6          Angie Halim for Defendant Hackett.

7          Eugene Rossi and Natalie Napierala for Defendant

8    Isaacs.

9          Scott Weinberg for Defendant Moerschel.

10          And Attilio Balbo for Defendant Ulrich.

11          Defendants Jessica Watkins, Kelly Meggs, and

12    Kenneth Harrelson are appearing in person for this matter.

13    All other defendants are appearing remotely.

14          THE COURT:  Okay.  Good morning again to everyone.

15          For those defendants who are here, welcome.

16          Hopefully everybody who's online can hear me and

17    see me okay.  If you can't, speak now.

18          Apologies for the late start.  We were having some

19    technical problems with the sound and getting connected from

20    the courtroom, so that's the reason for the late start.

21    Thank you for your patience.

22          So we're here for a status hearing in this matter.

23    We were together maybe about 30 days ago and spent a great

24    deal of time talking about where things stood with respect

25    to discovery, and primarily the non-defendant-specific

1    discovery and the status of pushing that out.

2           So why don't we begin there with Ms. Rakoczy in

3    terms of where discovery stands with the two databases that

4    the government was in the process of standing up and the

5    extent to which defense counsel have received access to

6    those databases.

7           MS. RAKOCZY:  Yes, Your Honor.

8           The government has begun producing data to the

9    databases.  I'm going to speak a little slowly because there

10   is a little feedback from the courtroom that may have just

11   gone away.  So maybe I can speak a little more quickly now.

12   Thank you.

13          The databases, though, I do not think are

14   accessible to the defense at this point in time.  They're,

15   I think, still a work in progress.  We are producing data to

16   the databases, but I think that the Federal Public Defender

17   Service is still testing out the data and determining the

18   best ways to utilize the data and to make it available to

19   all defense counsel.

20          There have been three productions of data to the

21   database, two sets of documentary evidence, both relating to

22   internal reviews that were conducted by the United States

23   Capitol Police and the Metropolitan Police Department to

24   make sure or to investigate whether the conduct of law

25   enforcement on January 6th was entirely appropriate.

1    Reports and attachments to those reports have been

2   provided to the defense.  They were produced to the database

3   because the databases are still getting up and running.

4   They were also produced to the defense attorneys in this

5   case through USAfx, which is a file-sharing service, as a

6   stop-gap measure, to get them into the hands of the defense.

7    We've also produced a large amount of files of

8   Capitol surveillance video and Metropolitan Police

9   Department body-worn-camera footage to the database.  But as

10   I mentioned, we are still getting that -- well, we are

11   working with FPD to get those databases up and running.  So

12   I don't think that that larger universe has been made

13   accessible to the defense yet.

14    So we are working to get the databases up and

15   running, we are producing data to the databases, and where

16   appropriate, also producing that data through the

17   file-sharing service in order to get it out more quickly

18   while we work to get the databases up and running.  So that

19   is the status of office-wide discovery.

20    THE COURT:  And so, Ms. Rakoczy, do I understand

21   you correctly to say that even though defense counsel

22   doesn't have access yet, that the databases are being

23   populated with discovery, event-wide discovery, both

24   documentary discovery for the Relativity database, and then

25   videos for, I think it's the Evidence.com host?

1          MS. RAKOCZY:  Yes, Your Honor.

2          We are producing data to the databases so that

3    when they are -- when licenses can be provided to the

4    defense and when they can be given accounts, that there will

5    be data in them already.

6          THE COURT:  And do we have any sense of when data

7    will be available and become available to defense counsel?

8          MS. RAKOCZY:  My understanding is that there's a

9    combination of both sort of technical issues, figuring out

10   the best way to stand up the databases, that I believe the

11   Federal Public Defender Service is working on.  And then

12   there are also some issues of getting licenses into the

13   hands of defense attorneys and accounts created for the

14   defense attorneys.  And so I don't know the answer for a

15   precise date when that will be up and running.

16         THE COURT:  Any estimate from the

17   U.S. Attorney's Office perspective?

18         MS. RAKOCZY:  I do not have an estimate.

19         I think part of this is that graciously, the

20   Federal Public Defender Service has volunteered to serve as

21   a conduit to get the rest of the Defense Bar access.  And so

22   part of it is that we don't have entire control over exactly

23   how this goes from here.

24         THE COURT:  And do you have a sense of whenever it

25   is defense counsel will get access?  Is there a schedule in

1    place by which there's an expectation that the data

2    population -- the populating of the databases will be

3    completed?

4            MS. RAKOCZY:  I don't have a final date or a

5    deadline, Your Honor, partially because the broader

6    investigation is ongoing, and so obviously data continues

7    and evidence continues to be gathered.

8            I know that we are populating on a rolling basis

9    so that as we have datasets that are ready to go and to be

10   populated into the database, we are putting them into the

11   database, so that we can continue to produce information as

12   expeditiously as possible.

13           THE COURT:  Can you give me any estimate of how

14   much of what the government currently has, has already been

15   put into the database?

16           MS. RAKOCZY:  I'm sorry, Your Honor, I don't know

17   the answer to that question.

18           THE COURT:  Do we know whether it's 5 percent,

19   10 percent, 50 percent, any idea?

20           MS. RAKOCZY:  I wish that I did, Your Honor.

21   I don't.

22           THE COURT:  Okay.

23           Ms. Peterson, maybe this is an opportune time to

24   bring you into the discussion and get a sense of where

25   things stand from your perspective and your office with

1   respect to these issues.

2            MS. PETERSON:  Sure, Your Honor.

3            I'll speak first to the question of Evidence.com,

4   because that's the one that is a little bit further along.

5            I do now have access to what has been put into

6   Evidence.com by the government.  So we've been -- the

7   national office has been working with it to categorize it,

8   so it will be obvious to defense counsel who looks at it

9   what is sensitive, what is highly sensitive and what is not

10  covered by the protective order.  That is something that we

11  have to do to make sure that people know how to treat the

12  materials.

13           We are close to being ready to share with all of

14  the defense counsel a form that they'll have to complete to

15  get a license.  That will be made available to them free of

16  charge that they'll be able to access Evidence.com.

17           There have been some complication, because

18  obviously we want to make sure that everyone's aware of how

19  they can view it and how they can and cannot share it with

20  the defendants, consistent with the protective order.

21           So at this point, we're actually waiting on the

22  government to get back to us, after consultation with the

23  people they need to consult with, on how -- what it means

24  for something to be supervised or not with respect to the

25  highly sensitive data before we can send out those

1    instructions to defense counsel.

2         I'm hopeful that this will be done by the end of

3    the week.  We're ready to send out the applications and the

4    information as soon as we hear back from the government on

5    that last question.

6         So what that data -- I don't know that I would

7    call it a database, so much as a viewing platform, because

8    it doesn't have a lot of functionality just by virtue of the

9    way Axon uses Evidence.com and the restrictions that have to

10   be placed on it when you're going to have probably 3- or 400

11   people having access to it.

12        So it will be a viewing database by which everyone

13   will be able to view all of the Capitol footage inside and

14   outside and the body-worn camera footage.

15        THE COURT:  Ms. Peterson, can I interrupt?

16        MS. PETERSON:  The Relativity database with regard

17   to all of the documentary information will be contained --

18        THE COURT:  Ms. Peterson.

19        MS. PETERSON:  I'm sorry.

20        THE COURT:  Sorry.

21        That's okay.  I was just trying to interrupt you

22   before you moved on to Relativity.

23        MS. PETERSON:  Okay.

24        THE COURT:  I raised this issue last time, and

25   that is:  Will the Evidence.com platform have any search

1    functionality to it?

2              MS. PETERSON:  Not --

3              THE COURT:  You know, to have thousands and

4    thousands of hours of video is only useful insofar as

5    somebody can actually narrow down what video is potentially

6    relevant.  I mean, I imagine there's -- 98 percent of what's

7    on there isn't going to be even relevant to a case of this

8    size and magnitude.

9              MS. PETERSON:  That is absolutely correct,

10   Your Honor.

11             And unfortunately, it doesn't have much of a

12   search capability.  There are a couple of fields that can be

13   searched.  You can -- there's a -- the titles of the videos

14   will say what camera it is.  So you'll see the location and

15   you'll be able to sort by locations.

16             You can see in the title the time that the video

17   was -- on the body-worn-camera footage, you can see what

18   time the video was uploaded, which is essentially put on the

19   body-worn camera footage so you have a good sense of what

20   had happened.

21             From the little bit of digging around in it I've

22   done already, you can see on most of the Capitol Hill

23   footage, in the title, you can see the time of day,

24   sometimes you'll have to convert it because it's in,

25   I believe, UTC time, as opposed to Eastern Standard Time,

1   but you can see what time of day the video was taken.  So

2   you can't put in somebody's name and find all video that

3   reflects -- that shows someone's name, but you can at least

4   narrow down the times.

5          And the government has also provided a series of

6   spreadsheets that have those names in them, because defense

7   counsel won't be able to take notes into the database

8   everything that -- that functionality had to be shut down

9   because otherwise everybody's work product would be

10  available to everyone.

11         So they've provided some spreadsheets that people

12  can use if they wish to keep track of their own notes when

13  you look at a video and realize it's not relevant to their

14  case or it is relevant to their case.

15         If someone wants to make video clips out of the

16  videos, they will have to download the video and then make

17  their clips.  You cannot make clips on the database the way

18  it's set up.  Again, that's why I referred to it more as a

19  viewing platform.

20         THE COURT:  And so does the Evidence.com platform,

21  will that also include video that was gathered either from

22  social media sites or cell phones, and, if so, will there be

23  any functionality and searching for that kind of video?

24         MS. PETERSON:  I don't know if the government's

25  intention at this point is to put that video in Relativity

1   or to put that video on Evidence.com.

2          To date, all that it is in Evidence.com is the

3   CCTV footage and the body-worn camera footage.

4          I understand the Relativity platform will be much

5   more searchable.

6          THE COURT:  Ms. Rakoczy, what's the intention with

7   respect to non-CCTV and body-worn-camera footage and where

8   will those videos reside?

9          MS. RAKOCZY:  I have asked that question,

10  Your Honor, but I do not know the answer to it.

11         I think that -- I think that the government is

12  still trying to figure out what the most prudent way to

13  produce that data is, what would be the most searchable and

14  usable format for all of that data.

15         THE COURT:  Okay.

16         Ms. Peterson, I interrupted you as you were about

17  to transition to describing where things are on the

18  Relativity database front.

19         MS. PETERSON:  Well, I don't have a lot to say

20  about that, unfortunately.  I don't -- that is still in the

21  government's hands and that's not been shared with us at

22  all.

23         I think it's in the earlier stages with

24  Relativity.  There were contracting issues that had to be

25  resolved with Deloitte before anything could be shared with

1   us, so that is in the earlier stages.  It is my

2   understanding that that will have all the documentary

3   evidence and possibly this additional video and

4   personal-camera footage.  I don't know for sure, but we

5   don't have any of that yet.

6          THE COURT:  And is there any estimate on when you

7   will get that?

8          MS. PETERSON:  All I know is that the national

9   office and the U.S. Attorney's Office are continuing to work

10  towards that, but I do not know how quickly it can be up and

11  running.

12         I'm trying to get the Evidence.com out the door

13  first.

14         THE COURT:  All right.

15         Let's put a pause on that discussion for a moment.

16         Ms. Rakoczy, what else can you share with me about

17  where things stand in discovery, and what, if anything's,

18  transpired in the last 30 days that I ought to be aware of?

19         MS. RAKOCZY:  Yes, Your Honor.

20         At this point, we have scheduled reverse proffers

21  with just about every defense attorney and defendant who

22  have asked for them.  There is one more scheduled for next

23  week, and there are a few defendants where we have been

24  working with their counsel to try to find still the best

25  date and the best way to get the process -- to get the

1    proffer achieved.  For some defendants, the technical issues

2    make it challenging, but it's also not that easy for them to

3    travel to this area to do a reverse proffer.  So there are a

4    few that still need to be scheduled.

5            But I think we've done maybe eight or nine of them

6    at this point, and, as I said, there's another few in the

7    process.  And we remain open to do further reverse proffers

8    with anyone who has not had one yet.  And also happy to do

9    more informal conversations with defense counsel at any time

10   if they're having trouble determining where things are or

11   understanding the significance of certain discovery.

12           We have continued to do some rolling productions

13   in this particular case.  Since we were last before the

14   Court, we've done another round of production of FBI reports

15   and subpoena returns from the ongoing investigation.

16           We've provided some additional public-source

17   videos that were located by the government that show some

18   events and actions that are relevant to this particular

19   case.

20           We've made a couple of disclosures of information

21   that we thought might be material or favorable to the

22   defense.

23           We've identified -- we discussed this a little bit

24   in our last hearing, but we've identified for the defense

25   the names of the people who are referred to by person

1    numbers in the indictments that have been returned in this

2    case.

3              And also relevant to the question of other

4    individuals who may have been involved in planning or

5    coordinating some of the actions that are alleged in this

6    case, we've provided to the defense, I believe last week,

7    late last week, approximately 14 Signal chats, so these are

8    message groups on the messaging application Signal that the

9    government has identified as being some of the most

10   significant planning and coordination chats, and we think

11   that will assist the defense in having at its fingerprints a

12   body of some more significant evidence of planning or

13   coordination in this case.

14             In the FBI reports, we've talked a lot about

15   search warrant returns of digital evidence and scoped versus

16   unscoped returns.  I think all of the unscoped and

17   unfiltered, full data extractions were provided to the

18   defense earlier.  We are now in the process of providing the

19   scoped versions, so just the versions of data that the

20   government has identified as relevant and seized.

21             Some of that was provided in the FBI reports that

22   were produced a couple weeks ago.  Those were the

23   extractions that were small enough to provide through the

24   cloud, through file sharing.

25             There are some additional scoped search warrant

1    returns from cell phones or iCloud accounts that are a

2    larger dataset that we're putting on hard drives, and that's

3    taking us a little bit longer than we wanted to be able to

4    get downloaded onto the hard drives, but those hard drives

5    we hope to disseminate next week.

6            So a good chunk of the electronic evidence that

7    the government has deemed relevant and that we are

8    considering to have been scoped out of the electronic

9    evidence returns will be in the hands of the defense

10   hopefully by next week or the week thereafter, which should

11   give the defense a large sense of what the government would

12   be drawing from to work towards trial exhibits in any trials

13   of these cases.

14           THE COURT:  And is the government intending to

15   make scoped search warrant material available widely and

16   universally?  Will that information be uploaded to the

17   databases, or is that only going to be disclosed on a

18   case-specific basis?

19           MS. RAKOCZY:  No, Your Honor.

20           It's my understanding that that will be

21   provided -- the scoped search warrant returns from digital

22   evidence or social media accounts, phones, whatnot, that

23   that is data and evidence that will be shared across the

24   Capitol breach cases through either Relativity or

25   Evidence.com.

1          THE COURT:  All right.

2          One last question:  Where, if anywhere, do we

3    stand on the issue of getting defendants access to the

4    databases, in particular, those defendants who are detained?

5          I discussed this with counsel last time and there

6    was -- I was told that there was -- there were discussions

7    on the way about how to potentially make these databases

8    accessible to, in particular, detained defendants.

9          Where do things stand with that?

10         MS. RAKOCZY:  I know those discussions are still

11   underway, but candidly, I don't think there is a clear

12   answer yet.

13         THE COURT:  Ms. Peterson, do you have any further

14   insight?

15         MS. PETERSON:  Your Honor, Ms. Rakoczy is exactly

16   right, there are still ongoing discussions about it, it's a

17   very difficult issue to resolve.

18         Certainly, people will be able to share the

19   information if they download it and bring it to the jail and

20   sit with their client and show them.  That is not possible

21   with the vast quantities of the data that's there.  So we're

22   still working with the jail to see if there is a way to get

23   a broader access for folks in custody.

24         I can speak on the -- you know, for my own client

25   who still is on the wait-list to get access to the initial

1    discovery that was sent over.  So there is still a very long

2    wait-list to get access to the discovery, and that's before

3    any of this additional discovery was produced.

4         THE COURT:  What about for non-detained

5    defendants, is there a plan to make the databases accessible

6    to them?

7         MS. PETERSON:  That's the issue that we're -- yes

8    is the short answer.

9         The database or viewing platform itself is not

10   accessible to them because you have to have a license to

11   access the platform.  But each individual counsel will have

12   the ability to share evidence from that platform with their

13   client.

14        What we're working out is -- the protective

15   orders, the Court may recall, says that you cannot share

16   highly sensitive information, which all of the CCTV footage

17   for the most part is still classified as without supervising

18   it, which would mean you would have to be watching it with

19   the client while they watched it or have them in your office

20   while they watch it.

21        We're trying to get clarification that what's

22   provided is shared via the link that you're allowed to use

23   with Evidence.com, provided you click off that they cannot

24   download it or re-share it, that that would be deemed to be

25   supervised.  So as soon as we get that final issue resolved

1    and instruction sent out to people, there will be a way to

2    share it with people who are not in custody.

3              THE COURT:  Okay.

4              MS. HALLER:  Your Honor, I would just point out

5    that's a bit prejudicial to those who are in other states.

6              THE COURT:  Hang on, Counsel.

7              MS. HALLER:  So, for example, we have a client not

8    in detention.

9              THE COURT:  Hang on.

10             With so many lawyers on the line, I need you to

11   identify who you are and who your client is, please.

12             MS. HALLER:  Yes, Your Honor.  Forgive me.

13             Juli Haller for Connie Meggs.

14             I would just point out that my client is in

15   Florida and I am in Washington, D.C.'s area, along with

16   Mr. Woodward, so we have a bit of a challenge if we have to

17   supervise Ms. Meggs' -- Mrs. Meggs' access.

18             Thank you, Your Honor.

19             THE COURT:  Okay.

20             I mean, you know, those are going to be logistics

21   that are associated with all of this, and, frankly, just yet

22   another challenge that we're going to have to deal with.

23             Ms. Rakoczy, anything else you would like to

24   report on the status of discovery?

25             MS. RAKOCZY:  I just want to clarify, Your Honor,

1    with respect to Ms. Haller's concern.

2           And I am not as in the weeds as Ms. Peterson on

3    this, but my understanding is that when the digital data can

4    be shared with the defense, I think the U.S. Attorney's

5    Office and the Federal Public Defender Service is just

6    trying to work out the appropriate safeguards so that it can

7    be shared electronically, it just won't be downloadable by

8    the defendants themselves, but it can still be shared

9    virtually so you don't actually have to be physically

10   present with your client to view or share the data.

11          THE COURT:  Okay.  That's helpful.  Thank you.

12          Unless there's anything more on discovery, let's

13   turn to the issue of our trial schedule which obviously is

14   impacted by where things stand.

15          We have presently a trial date, a first trial date

16   of late January of 2022, I think it's January 31st we're

17   supposed to start jury selection.  I held off on identifying

18   who's going to be in that trial other than three defendants

19   who are presently held.

20          That said, last time we were together, there

21   seemed to be some unanimity on the view that a late January

22   trial is just not feasible, given what the status is of

23   discovery.  And I think where I left things was, well, we're

24   going to keep it on the calendar, and, in particular, I

25   wanted to hear from the three defense counsel, after they've

1  had an opportunity to consult with their clients, about how

2  to proceed with the current schedule and whether essentially

3  the proposal, I think, was that we would vacate -- or at

4  least the suggestion was to vacate the January trial date

5  and then convert what is the second trial, which is

6  currently scheduled to begin April 19th, turn that into the

7  first trial date.

8          So why don't we -- let me just start with -- just

9  in terms of my own list, Mr. Peterson on behalf of

10  Ms. Watkins, then we'll turn to Mr. Wilson on behalf of

11  Mr. Meggs, and then counsel on behalf of Mr. Harrelson.

12          MS. PETERSON:  Thank you, Your Honor.

13          I have spoken with Ms. Watkins.  And while it's

14  certainly not ideal, she understands that I do not believe

15  that I can effectively represent her with a trial date in

16  late January, given the vast amount of discovery that is yet

17  to be disclosed and shared with her.

18          THE COURT:  Okay.

19          And she's prepared to waive speedy trial through

20  an April trial date?

21          MS. PETERSON:  Yes, Your Honor.

22          THE COURT:  Okay.

23          Mr. Wilson.

24          MR. WILSON:  Judge, I think we're in the same

25  boat.

1          With the vast quantity of discovery that's still

2    outstanding and even what we have, I don't think that we

3    would be prepared to go froward with trial in January

4    either.  And I will have a waiver of speedy trial through

5    the April trial term signed by Mr. Meggs as soon as I can

6    get one to him and have it returned back.

7               THE COURT:  Okay.

8          So you've at least -- it sounds like, Mr. Wilson,

9    am I understanding correctly that he is prepared to waive

10   speedy trial through an April trial date?

11              MR. WILSON:  That's correct, Judge.

12              THE COURT:  Okay.

13         And then on behalf of Mr. Harrelson, Mr. Geyer,

14   Mr. Moseley?

15              MR. GEYER:  Good morning, Your Honor.

16         Yes, I'm, frankly, struggling through this.

17         I have a client that I think, under any normal

18   circumstances, would not be in detention.  He is not a risk

19   and he's not a risk of flight.  I make that assertion, we'll

20   re-affirm that in a proper motion.  It's based on having to

21   interact with many, many defendants around the country over

22   a period of many years.

23         I'm very concerned about the conditions that they

24   are currently living under.  It's nearly impossible to

25   prepare for trial.  I am left to -- every now and then, I'm

1   able -- when he's able to get to a phone, because he spends

2   25.5 hours in an 8-foot-by-12-foot cell in total

3   isolation -- they do allow him to put some pictures up but

4   that's about it -- and that's broken by a five and a half

5   hour gap, where he's able to have some human contact in a

6   small alcove area, and then it's 11.5 hours back in the

7   hole.  So my life has become when that phone rings and it's

8   my client, I drop whatever it is I'm doing, if I'm at a

9   family party, if I'm -- whatever it is, I drop it, I pull

10  out a notepad, and I start writing down.

11          They don't -- as I think the Court is aware, the

12  warden of that prison has been held -- I believe this is

13  true -- has been held in contempt by another judge in this

14  district.

15          So even though these prisoners are making these

16  pleas regarding things like food -- I'm sorry, but a -- two

17  hard-boiled eggs and four slices of bed is not a meal.  Many

18  of these people are veterans.  They served with distinction,

19  as did my client.  It's -- so part of me wants to go, let's

20  go on January 31st.

21          I believe that there's -- really, there's all kind

22  of laws that are being violated by continuing to hold them.

23  They are -- they haven't had a shave or a haircut.  I'm

24  gratified that the camera isn't on them.  I fear what I

25  would say.  Am I going to say the American Taliban or

1   Unabomber or something.  I mean, that's convenient.

2           THE COURT:  Mr. Geyer, let's rein this in a little

3   bit.

4           I hear you, I know the conditions are less than --

5   they're not ideal.  Let me be clear that it's not just

6   January 6 defendants who are all being subjected to these

7   conditions, it's anybody who's detained at that jail.  So,

8   you know, there are -- there are district judges who have

9   expressed concerns.  We are constantly in communications

10  with the Department of Corrections about these conditions

11  and these issues, and, in particular, getting access to

12  defendants, through defense counsel, and getting them access

13  to discovery.

14          Some of this, I will tell you, is a function of if

15  counsel is not in the District of Columbia or near the

16  District of Columbia, it makes it harder.

17          But counsel are now able to visit the jail and

18  visit their clients, is my understanding.

19          MR. GEYER:  Well -- no.  My understanding is

20  that --

21          THE COURT:  But be that as it may, I'm not here to

22  litigate those issues.

23          What I need to know from you, Mr. Geyer, bottom

24  line is, whether you are prepared and Mr. Harrelson is

25  prepared at this time to move the January trial date and

1    move it to April and whether he's prepared to exclude time

2    until then.

3                MR. GEYER:  Under these circumstances and over my

4    objection, I think I'm going to have to stipulate to

5    extension of the Speedy Trial Act, because --

6                THE COURT:  I guess I don't understand that.

7                You can't both object and stipulate at the same

8    time.

9                MR. GEYER:  Well, ultimately, I'm --

10               THE COURT:  Your client is --

11               MR. GEYER:  Ultimately, I --

12               THE COURT:  Hang on.

13               Your client is either stipulating and agreeing to

14    exclude time and move that trial date or he's not.  So which

15    of the two is it?

16               MR. GEYER:  We will acquiesce to movement of the

17    trial date.

18               THE COURT:  Okay.

19               So do I incorrectly understand you to say that

20    there's no objection to vacating the January trial date for

21    Mr. Harrelson, resetting it to April; is that correct?

22               MR. GEYER:  Yes, that's correct.

23               THE COURT:  And he is not objecting to -- or he is

24    consenting to the exclusion of time under the

25    Speedy Trial Act through the April trial date;

```
 1     is that correct?

 2               MR. GEYER:  Yes, that's correct.

 3               THE COURT:  Okay.  Thank you, Counsel.

 4               All right.

 5               So in light of that -- and let me just ask -- let

 6     me open the floor right now to any other counsel.  No one's

 7     been assigned to a January trial date, but let me confirm

 8     with everyone whether there would be any objection to

 9     vacating the January trial date for any non-detained

10     defendant, and if there is, speak now or forever hold your

11     peace.

12               MR. SPINA:  No objection on behalf of Walden.

13               THE COURT:  All right.

14               Hearing no objection from anyone, I am going to

15     vacate the January trial date.  So we're going to vacate the

16     January 31st trial date, and we will then make our first

17     trial in this matter the April 19th trial date that has been

18     reserved that will sort of start following Easter Monday, on

19     April 19th, and that will include any detained defendants,

20     there are three now.  If there are any remaining for that

21     trial, they will be in that first trial group, and then

22     we will just see whether there are -- who else might be in

23     that group.  So that is where we stand in terms of the

24     schedule.

25               Let me go back to discovery, because I will say
```

 1    the following based upon what's been represented:  Things

 2    have got to move faster, okay?  It's easy for me to say that

 3    and I'm not suggesting that anybody is dragging their feet

 4    on this, but, you know, it really -- we've got to get to a

 5    point and we have got to get a point soon where defense

 6    counsel has meaningful access to this information.  It's

 7    simply just not acceptable any longer to keep hearing that

 8    the government is continuing to work on this with the Public

 9    Defender.  And I know everybody is -- and I'm not

10    questioning anybody's good faith in this, but at some point,

11    continuing to work on it is not going to be a satisfactory

12    answer to me and I suspect to the other members of this

13    bench.

14            So, Ms. Rakoczy and Ms. Peterson, I hate to ask

15    Ms. Peterson to do this, but since she is the sole counsel

16    here from the Federal Public Defender, I would like a Status

17    Report within a week that tells me exactly when defense

18    counsel is going to get access to this material.

19            I would like to know how much of the material,

20    when they get access to it, will actually be on these

21    databases.  I'd like to know, for example, if only 5 percent

22    of the material has been uploaded at this point or whether

23    it's 10 percent, 15 percent.

24            I'd like to know whether there is a schedule in

25    place to actually begin uploading the material in a

1    meaningful way so that we have some sense of when defense

2    counsel and defendants will have complete and full access to

3    this information.

4            I want to know where things stand on being able to

5    get defense -- defendants who are incarcerated access to

6    this information.

7            It's just not simply good enough to me at least

8    anymore to continue to hear that we're working on it.  We've

9    got to get some results.  And it's been incremental,

10   I understand that.  It's a slow-moving process.

11   I understand it's an unprecedented case, it's an

12   unprecedented amount of information.  But what's not

13   unprecedented is that we've got defendants charged with

14   serious crimes, at least three of whom are incarcerated, and

15   they've got rights, constitutional and statutory, to get to

16   a trial if that's what they want.

17           So from my perspective, I want to see -- I want to

18   understand exactly where things stand.  If we're not going

19   to start hitting targets -- can I ask counsel to please mute

20   your line, we're starting to get a little bit of feedback.

21   And if things are not moving at a point -- if things are not

22   moving in a way that is going to get us meaningfully to a

23   trial date, right now that earliest trial is in April in

24   this case, then there will probably be more firm judicial

25   orders to get us there, all right?

1          That April trial date is not going to move because

2     of discovery issues, I'm telling everybody right now and

3     you're on notice of that right now.  That includes the

4     government and that includes the defendants' counsel who are

5     detained and will be in that trial date.

6          I mean, that is now six months away.  And while

7     that may seem like a long time, it will be upon us quickly.

8     And so there's a lot to do between now and then, and it's

9     going to be my intention to stay on top of this to make sure

10    that that trial date does not move and that the defendants

11    get the access they're entitled to and that their counsel

12    have the access that they're entitled to to get this

13    material.

14          So I am going to ask for something in writing from

15    the government.  Today is the 14th of October.  I'll ask for

16    something that's jointly filed with the Federal Defender by

17    next Friday, the 22nd, that answers some of the questions

18    that I've just posed and provides any other information.

19          What I really care about, what I really want to

20    know at the end of the day is when this information is going

21    to be available.  I understand that the investigation is

22    ongoing, there is a constant collection of new data and new

23    evidence, that's fine.  But when are the defendants and

24    their lawyers going to get access to the information that

25    the government already has?

1          And I mean all of it, not just, you know, a small

2   percentage of it.  I mean all of it.  And that's something

3   that not only I want to know, every judge on this court

4   wants to know, and I suspect every single defense lawyer

5   that's representing somebody would like to know so that they

6   can adequately advise and represent their clients, okay?

7          Any questions about that, Ms. Rakoczy?

8          MS. RAKOCZY:  No, Your Honor.  I understand.

9          THE COURT:  Okay.

10          Ms. Peterson?

11          MS. PETERSON:  And, Your Honor, I would simply

12   note that I will rely on the government because it's their

13   representations that have to be made.  Emily Miller from the

14   U.S. Attorney's Office is coordinating the discovery from

15   them.  I'm happy to add any information I know, but largely

16   what I'm doing is repeating what the government is telling

17   us.

18          THE COURT:  Sure.

19          MS. PETERSON:  So with respect to the

20   Evidence.com, it's partly in our hands.  Relativity database

21   is not at all in our hands at this point.

22          THE COURT:  Understood.

23          I'm including you in the mix only because you've

24   got --

25          MS. PETERSON:  I understand.

1          THE COURT:  -- a better sense of where things

2     stand from the defense perspective and access issues.  So

3     I'd like a defense perspective included in whatever report

4     is submitted to me by next week.

5          MS. PETERSON:  That's fine.  Thank you.

6          THE COURT:  All right.

7          Are there any other matters anybody -- oh, one

8     matter before I open this up.

9          Motions, I think we are now at a point where at

10    least the motions concerning Counts 1 and Counts 2 of the

11    supplemental briefing, those deadlines have come and gone.

12    I think the final reply briefs that were submitted by the

13    defendants were submitted yesterday, I believe, or the day

14    before.

15         I'll just put on the record that even if a

16    defendant that is charged with those counts, that particular

17    counsel did not file a reply, I'm going to treat all the

18    arguments as made by those lawyers as being made on behalf

19    of all defendants and treat these as motions and arguments

20    that are made on behalf of everybody.

21         I will get down to the business of looking at

22    those motions.  Whether I need a hearing or not after I get

23    through the newly submitted materials, I will let everybody

24    know.  I just haven't read everything yet.  It's only, you

25    know, become ripe just a couple days ago and it's sort of

1    among my highest priorities to get to.  So if I need a

2    hearing, I will let everybody know.

3            Anything else that anybody wants to raise that

4    applies to every defendant?  I will in a moment go down the

5    line of all defense counsel, but are there any other global

6    issues that anybody wants to raise at this point?

7            MS. RAKOCZY:  Your Honor, on behalf of the

8    government, we would just ask, with respect to the motions

9    that will be filed in November and December, because there

10   were a number of requests for extension, does the Court want

11   the government to respond on sort of a typical

12   two-week-response rolling basis or could we have a date in

13   December or January to respond sort of en masse to a number

14   of motions, if there are such motions?

15           THE COURT:  So, Ms. Rakoczy, I will confess to you

16   that I don't have a schedule in front of me that outlines

17   what motions are due -- or which motions -- which defendants

18   have asked for extensions and which defendants have motions

19   due in November and December.

20           I'm happy --

21           MS. RAKOCZY:  I'm only asking --

22           THE COURT:  That's okay.

23           I'm happy to have the government respond to those

24   motions all at once on a single date.

25           So if you want to consult with counsel whose

1    motions are pending and discuss a schedule with them and

2    present it to me, I'm happy to take a look at that and

3    likely sign off on that.

4             MS. RAKOCZY:  Thank you, Your Honor.

5             THE COURT:  Okay?

6             All right.

7             MR. BRENNWALD:  Your Honor, this is

8    Steve Brennwald for Mr. Parker.

9             THE COURT:  Yes, Mr. Brennwald.

10            Mr. Brennwald?

11            MR. BRENNWALD:  Can the Court hear me?

12            THE COURT:  Yes.

13            You wanted to say something that applies to

14   everyone?

15            MR. BRENNWALD:  Yes, Your Honor.

16            I know that motions have been filed with respect

17   to the 1512(c) count, and my question is whether general

18   motions that might apply to discovery that we will at some

19   point in the future will have a separate deadline or are we

20   supposed to have filed all motions in this case regarding

21   any issue although we don't have complete discovery?

22            THE COURT:  No.

23            The only deadlines that have been set with respect

24   to motions are Rule 12 motions.

25            Now that we know there will not be a trial in

1  January, I will get out a schedule for motions with respect

2  to April defendants, but I'm not sure we need to do that

3  just yet.

4          But, no, there will be a separate motions schedule

5  for motions in limine and the like.

6          Obviously, you know, as I said, Rule 12 motions,

7  we've had deadlines in place, so if you haven't filed those,

8  better to do that sooner rather than later.

9          MS. HERNANDEZ:  Your Honor, I'm sorry, this is

10  Carmen Hernandez.

11          With respect to discovery and "the ongoing

12  investigation," I continue to be concerned about the way

13  discovery is coming in.  Again, I'm not ascribing bad

14  motives to the government, but, as the Court heard, last

15  week we got 14 new Signal chats, which the government claims

16  involve planning and vital information for this case.  And

17  the reason, as I understand it, we only got it a week ago,

18  even though my client was originally charged in January, is

19  because of an ongoing investigation.

20          The government has "29 persons," you know, Person

21  Number One, Person Number Two, 29 persons.  We know the

22  identity, I believe, now of eight of them.  But I'm not --

23  what does an ongoing investigation mean in terms of --

24  I understand, let me back up.

25          I understand normally the Federal Government

1    investigates for years and then brings charges, but I'm

2    concerned that there's no outer limit to what we're facing.

3    It is very -- I understand the Court has now moved the

4    January trial date, but it's impossible to get a handle on a

5    case where there's no outer limit to the ongoing

6    investigation, there's no outer limit to the number of

7    persons that are being investigated, and each -- and some of

8    the persons that are being investigated --

9              THE COURT:  Well, Ms. Hernandez --

10             MS. HERNANDEZ:  -- are key people.

11             Person Number One is supposed to be the head of

12   the Oath Keepers.

13             THE COURT:  Ms. Hernandez.

14             MS. HERNANDEZ:  I'm sorry, I'm --

15             THE COURT:  Look, the bottom line is, I understand

16   the concern, but there's nothing I can do about that.

17             I can't order the government to end its

18   investigation, I can't order the government to stop

19   collecting relevant evidence.

20             What I can do is set deadlines, I can set trial

21   dates.  And the government has obligations and

22   responsibilities to get evidence to defense counsel, and

23   that's what I'm trying to do.

24             If we get to a point in time where the

25   government's late disclosure prejudices the defendants in

1    any way, then we can take that up then.  But we're not even

2    close to that point.  And, you know, maybe we'll get closer

3    to that as we get to April.

4            But, you know, as I said, it's not for a judge,

5    for anybody on the Federal Judiciary to tell the government

6    when an investigation can stop or who to investigate or not

7    investigate.  And while it impacts everybody in this case,

8    I understand that, but there's not much I can do about that,

9    all right?

10           MS. HERNANDEZ:  Well, Your Honor, I've been in

11   many cases, including, I believe, in front of you, where the

12   Court sets a deadline for discovery.

13           I understand investigation, there's nothing, but

14   the government has to produce any evidence they plan to use

15   by a date certain, and then after that --

16           THE COURT:  That is happening in this case, which

17   is, there are -- the government has obligations to produce

18   discovery.  Ms. Rakoczy, as I understand it, that's why

19   we're having these hearings, is producing it.

20           I'm as frustrated as anyone that defense counsel

21   has not gotten access to the larger body of evidence.  And,

22   you know, as I said, we may get to a point where the

23   government's failure to produce evidence is going to result

24   in the exclusion of evidence that the government late

25   produced, but we're just not there yet, or some other

1  sanction, but we're not even close to that.  So that's

2  regrettably what the state of play is right now.

3           MS. HERNANDEZ:  Thank you.

4           THE COURT:  Let's started with Mr. Caldwell and

5  Mr. Fischer.

6           Anything you'd like to raise, Mr. Fischer?

7           MR. FISCHER:  Respectfully, no, Your Honor.

8           THE COURT:  Okay.

9           Ms. Hernandez, anything else on behalf of

10  Mr. Crowl?

11          MS. HERNANDEZ:  No, Your Honor.  I believe the

12  Court has covered my concerns.

13          THE COURT:  Okay.

14          Ms. Peterson on behalf of Ms. Watkins?

15          MS. PETERSON:  No, Your Honor.

16          THE COURT:  Mr. Machado on behalf of Sandra

17  Parker?

18          MR. MACHADO:  Your Honor, just one matter.

19          With regard to -- I realized after the fact, after

20  our hearing that we had on the motions, that I had not

21  joined in a motion or I had not put a notice to join in the

22  motion.

23          Even though it's essentially after the fact of --

24  is there -- am I still able to join, even if the motion has

25  been denied, just for record purposes, is that necessary or

1  is -- as part of the record of the case, is it considered

2  that as part of the case?

3         THE COURT:  No.

4         What I have said throughout is if you intend to

5  join a motion, file a notice indicating you are joining a

6  motion.

7         MR. MACHADO:  All right.

8         THE COURT:  If you haven't filed such notice, the

9  Court of Appeals will assume that you haven't joined in that

10  argument.

11         MR. MACHADO:  Okay.

12         THE COURT:  So if that's not something you've done

13  on a particular motion, Mr. Machado, even if it's been

14  denied, then I would suggest you file that notice to

15  preserve your record.

16         MR. MACHADO:  Yeah.  Will do.  Thank you.

17         THE COURT:  Okay.

18         Mr. Brennwald on behalf of Mr. Parker?

19         MR. BRENNWALD:  Nothing else, Your Honor.

20  Thank you.

21         THE COURT:  All right.

22         Mr. Cooper on behalf of Ms. Steele?

23         MR. COOPER:  Nothing, Your Honor.  Thank you.

24         THE COURT:  All right.

25         Mr. Wilson on behalf of Mr. Meggs?

```
 1              Mr. Wilson?

 2              MR. WILSON:  No, Your Honor.  I'm sorry.

 3              THE COURT:  All right.

 4              Ms. Haller on behalf of Ms. Meggs?

 5              MS. HALLER:  No, Your Honor.  Thank you.

 6              THE COURT:  All right.

 7              Mr. Geyer on behalf of Mr. Harrelson?

 8              MR. GEYER:  No.

 9              Thank you for your consideration today,

10    Your Honor.

11              THE COURT:  All right.

12              Ms. Wicks on behalf of Mr. Minuta?

13              Ms. Wicks, we'll get to your motion at the end,

14    but anything you want to raise at this point?

15              MS. WICKS:  Nothing else then, Your Honor.

16    Thank you.

17              THE COURT:  All right.

18              Ms. Robin on behalf of Mr. James?

19              MS. ROBIN:  Nothing at this time.  Thank you.

20              THE COURT:  Mr. Walden -- excuse me, Mr. Spina on

21    behalf of Mr. Walden?

22              MR. MacMAHON:  Your Honor, Edward MacMahon for

23    Mr. Walden.

24              We have nothing.  Thank you.

25              THE COURT:  All right.
```

1          Ms. Halim On behalf of Mr. Hackett?

2          MS. HALIM:  No, Your Honor.  Thank you.

3          THE COURT:  Mr. Rossi on behalf of Mr. Isaacs?

4          MR. ROSSI:  Your Honor, nothing to add.

5          THE COURT:  On behalf of Mr. Moerschel, Mr. Kibria

6    or Mr. Weinberg?

7          MR. WEINBERG:  No, nothing, Your Honor.

8          Scott Weinberg on behalf of Mr. Moerschel.

9          THE COURT:  And then on behalf of Mr. Ulrich,

10   Mr. Balbo and Mr. Abbenante?

11         MR. BALBO:  Yes, Your Honor.

12         Mr. Ulrich and I participated in a reverse proffer

13   with the government a couple of weeks ago for which there

14   was a presentation, a PowerPoint presentation, that included

15   such things as emails, text messages, some still images, and

16   we asked for a copy of that presentation and we were told we

17   couldn't have it.  I was wondering if that is something that

18   the Court could perhaps direct the government to provide to

19   us.  I understand the investigations are ongoing, but I was

20   wondering if that was something that you could have them

21   provide to us.

22         THE COURT:  Let's put it this way:  I think my

23   instinct and the short answer is likely no.  I don't know

24   that I can compel that production, because I suspect the

25   government will say it's work product, even though it's been

1   disclosed as part of a reverse proffer.

2          And so I think the answer is no.  If you want to

3   file a motion to compel that convinces me that that kind of

4   PowerPoint that the government has put together for a

5   reverse proffer can be -- that its disclosure can be

6   compelled, I'm happy to take a look at such motion.

7          MR. BALBO:  Yes, Your Honor.

8          It's not necessarily the PowerPoint itself.  It's

9   just to ensure that the underlying evidence which was put

10  into the PowerPoint is something that has been disclosed.

11         I don't think everything that has been disclosed

12  at this point was -- I think there was additional

13  information that was in the PowerPoint that had not been

14  previously disclosed.  I'm more worried about the evidence

15  than the bells and whistles of the PowerPoint.

16         THE COURT:  I see.

17         Well, I mean, certainly, you are entitled to --

18  that's a straightforward Rule 16 disclosure.  And if there's

19  specific information that you saw in that PowerPoint that

20  you don't believe you received, I would urge you to talk to

21  Ms. Rakoczy and make sure that that's been produced.

22         MS. RAKOCZY:  Your Honor, I understand that my

23  colleague, Mr. Edwards, has offered to make the underlying

24  evidence of any videos or messages or whatnot available to

25  the defense, if it hasn't already been produced.

1           THE COURT:  Okay.

2           So there you go, Mr. Balbo.  Just talk to

3   Mr. Edwards and you should be able to get the information

4   you're looking for, okay?

5           MR. BALBO:  Thank you, Your Honor.

6           THE COURT:  Okay.

7           So I think that's all I want to cover in terms of

8   everyone.

9           I'll ask -- there's specific issues with respect

10  to the following defendants, so I'll ask counsel for

11  Mr. Harrelson, Ms. Wicks on behalf of Mr. Minuta, and

12  counsel for Mr. James to remain on the line so we can

13  address those specific issues as to them.  Obviously,

14  everybody else is welcome to stay on if you'd like, but the

15  only remaining issues are specific to those three

16  defendants.

17          Oh, hang on.  Before we leave, before anybody

18  leaves, let's set down another status conference.  How about

19  December 3rd at 11:00 a.m.?

20          MS. HERNANDEZ:  I have a sentencing at 11:30 a.m.,

21  Your Honor, with Judge Chutkan.

22          THE COURT:  Hang on.  I spoke too soon.

23          What's available?

24          I need to check on the availability of our

25  Ceremonial Courtroom before I commit to a date and time.

1          Okay.  How about December 6th at 11 a.m.?

2          MS. HERNANDEZ:  Your Honor, I have a status at

3     11:00 -- this is Carmen Hernandez -- but I think I can

4     probably move that, it's a virtual status, it shouldn't take

5     very long.

6          THE COURT:  Thank you, Ms. Hernandez.

7          Hearing no other objections or conflicts, we'll

8     set down another status hearing December 6th at 11:00 a.m.

9          And so I'll look forward to getting the

10    government's submission and FPD submission next Friday.  And

11    if there's a need for further hearings on the status of

12    discovery, I'll set those in due course.

13         All right.  So counsel for Mr. Harrelson,

14    Mr. Minuta, and Mr. James; otherwise, everybody is free to

15    leave the Zoom conference.  Thank you, everyone.

16         MS. RAKOCZY:  Excuse me, Your Honor.

17         Just for the record, I know we have motions

18    pending, but through the next date, is the Speedy Trial Act

19    tolled in the interests of justice?

20         THE COURT:  Yeah.

21         Are we only tolled through today?

22         MS. RAKOCZY:  I think with -- I know that the

23    counsel who are detained just waived through the next trial

24    date, but just generally speaking.

25         THE COURT:  Yeah.

1          I mean, I'll make -- we are tolled, given that

2     there are pending motions on the first count.  But,

3     nevertheless, I'll toll through December the 6th, at least

4     till our next day together, as the ends of justice outweigh

5     the interests of the defendants and the public in a speedy

6     trial, and specifically, exclusion of that time is warranted

7     to allow the government to continue to make discovery

8     available.  For the reasons we've already discussed, it's a

9     highly complex case with an extraordinary volume of

10    discovery and the complexity of getting that discovery to

11    defense counsel has proven to be challenging and the

12    exclusion of that time to continue that process and for the

13    defense to receive that discovery and share it with their

14    clients warrants the exclusion of time through December the

15    6th, in addition to the exclusion of the time that's already

16    tolled as a result of pending motions.

17          Thank you for the reminder, Ms. Rakoczy.

18          So other than those three counsel, we'll see

19    everybody in about five, six weeks.

20          Thanks, everybody, and have a good Thanksgiving if

21    we don't see you sooner.

22          (Pause)

23          THE COURT:  So let's start with Ms. Wicks and

24    Mr. Minuta.

25          Is Mr. Minuta on?  Is he available?  Is he on

1  the -- Ms. Wicks?

2          MS. WICKS:  Yes, Your Honor, he's on via video.

3          THE COURT:  Okay.

4          So, Ms. Wicks, I've obviously seen your motion.

5  And I haven't granted it yet, because we're still in the

6  process of trying to identify counsel for Mr. Minuta.

7          Mr. Minuta, your lawyer has indicated -- you've

8  shared this with him, Ms. Wicks, I assume?

9          MS. WICKS:  Yes, I have, Your Honor.

10          THE COURT:  All right.

11          So that she's retiring and, therefore, we're going

12  to have to find you new counsel to represent you.

13          It's a little bit more complicated than

14  it would be ordinarily just because of the number of

15  defendants and the number of lawyers that are appointed in

16  these cases, it is making a little bit more difficult to

17  identify somebody.  But I hope to have somebody in place in

18  the next week or so.  So if you'll just be patient with me

19  in that process, we should have somebody appointed for

20  Mr. Minuta probably within the next week or so, okay?  And

21  then we'll grant Ms. Wicks' motion.

22          MS. WICKS:  Thank you, Your Honor.

23          THE COURT:  Ms. Wicks, is there a date by which

24  you are intending to be officially retired that I need to be

25  aware of?

1        MS. WICKS:  Next week, but I'm not disappearing.

2        THE COURT:  All right.

3        So that's the status of that.

4        Mr. James, we received a pretrial report

5   concerning Mr. James.  And is he on the line either by phone

6   or by video?

7        MS. ROBIN:  He is present, Your Honor, by video.

8        THE COURT:  Okay.

9        Mr. James -- oh, I see you in the lower right

10  corner now.

11       So is there any objection to the recommendation

12  that's been made by Pretrial?  Ms. Robin, have you seen that

13  report?

14       MS. ROBIN:  I have seen the report and we have no

15  objection, Your Honor.

16       THE COURT:  All right.

17       So, Mr. James, we will add that condition that's

18  been recommended by Pretrial in the report to your

19  conditions of release.  So we'll expand the availability of

20  services to you and hopefully that will be of assistance,

21  okay?

22       DEFENDANT JAMES:  Thank you, sir.

23       THE COURT:  All right.

24       So, Ms. Wicks and Ms. Robin, you're free to leave,

25  if you'd like.

1              So that then leaves Mr. Harrelson.

2              And there is a pending motion concerning

3    Mr. Harrelson's health status that was filed by prior

4    counsel.  There were representations made in that motion

5    about Mr. Harrelson's health.  I did ask the government to

6    respond to that motion, and, in particular, comment on the

7    health condition that was identified in that motion that

8    remains under seal, so I won't identify it.

9              The government responded that, based on its

10   information, that the health information -- the health

11   condition was not one that warranted early release.  But

12   what wasn't clear to me, and that's why I wanted to raise

13   this now, is where the government had obtained its

14   information.  It seemed to be quoting from medical records,

15   those weren't attached, at least as far as I can tell,

16   either to Mr. Harrelson's motion or to the government's

17   response, and so I wanted to get some further insight from

18   the government on that before ruling on the motion.

19             MS. RAKOCZY:  Yes, Your Honor.

20             That information came from records from the

21   Department of Corrections which we obtained and shared with

22   defense counsel.

23             THE COURT:  Okay.

24             And so the quotation was to that, to medical

25   records that you obtained from the DOC?

1        MS. RAKOCZY:  Yes, Your Honor.

2        I should clarify that we received the records

3   through the U.S. Marshals Service but they are from the

4   Department, correct.

5        THE COURT:  All right.

6        Mr. Geyer, you had seemingly alluded earlier in

7   our hearing that there may be another motion forthcoming

8   concerning Mr. Harrelson's bond status.  So was I

9   overreading something you said?

10       MR. GEYER:  No, Your Honor.

11       Right now, we're contemplating two motions; one

12  involves -- boy, there's really bad feedback, so I'll slow

13  down.

14       Oh, thank you, whoever fixed that, I very much

15  appreciate it.

16       Regarding the health issue, I reviewed the file of

17  the motion that was prepared by prior counsel and I ended

18  up -- an expert I had formally consulted with, we agreed

19  with the government's assessment and they were really

20  accommodating and forthcoming by making that record that was

21  filed under seal available to me, and I'm very appreciative

22  for that, I just want to state that for the record.

23       I anticipate -- we're considering filing a motion

24  on behalf of one or more of the defendants who are currently

25  incarcerated involving their conditions of confinement,

1    which I believe violate a number of laws.  I intimated about

2    some of that in my prior comments, and I appreciate the

3    Court's indulgence in allowing me to say that earlier today.

4         And I believe that it warrants immediate release

5    just based on the fact that this class of defendants, which

6    are in a subset of defendants in the Department of

7    Corrections under a warden who's already been held in

8    contempt, they're not allowed to engage in religious

9    services.  If they meet with me, it's 14 days in isolation.

10   So it's really not -- I really don't have access to my

11   client, I really don't.  I'm sorry, I don't.

12        The other part of the -- and I'll lay this out in

13   a motion next week, I believe, I'll lay this all out for the

14   Court -- I believe that that and what I think will be a

15   second motion will give the court overwhelming justification

16   to immediately release my client.

17             THE COURT:  So if I could just interrupt.

18             MR. GEYER:  There are video --

19             THE COURT:  That's okay.

20             Mr. Geyer, if I could just interrupt you --

21             MR. GEYER:  Sure.

22             THE COURT:  -- because what I wanted to just get

23   to is whether I need to sort of rule on this pending motion

24   that's based upon his medical condition.  As I said, prior

25   counsel had added this argument under seal.

1          MR. GEYER:  Oh.

2          THE COURT:  Since it sounds like you're going to

3    either renew or supplement what's already been filed, maybe

4    it's just best that I hold off at this point and not do

5    anything with it.  Is that okay with you?

6          MR. GEYER:  The way that I treated it is -- again,

7    I'm trying to sync up with what everybody else has done and

8    make it as seamless as possible, which is why I submitted a

9    proposed -- an unopposed motion to delay a supplemental

10   response on the matters that are before the Court today

11   regarding the statutory 1512.  I think I'll be able to do

12   something very succinct on Monday about that, or that's my

13   goal.  And if that time elapses the way the proposed motion

14   is framed, then we won't file it and I won't seek leave to

15   renew it.

16         On this, I let the medical motion go through and

17   I, frankly, agreed with the government and the --

18         THE COURT:  All right.

19         So let's do this.

20         MR. GEYER:  -- Court ruled --

21         THE COURT:  Why don't I -- I'll close out that

22   motion.

23         And so we'll deny the motion based upon the

24   limited medical justification that was offered in that prior

25   motion under seal.  That's without prejudice to refiling any

1  other motion that you'd like to file.  And so just in terms

2  of -- I want to make sure the docket is orderly here.

3          MR. GEYER:  Sure.

4          THE COURT:  So we'll close that motion out.

5  If you want to file something else, obviously you are free

6  to do that, and we'll take that up when you file it, okay?

7          MR. GEYER:  Okay.  Thank you, Your Honor.

8          THE COURT:  All right.

9          Thank you all very much, we'll hear from you soon

10 and see you soon after.

11         Thanks, everybody.

12         MS. RAKOCZY:  Thank you, Your Honor.

13         (Proceedings concluded at 12:27 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

       Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__October 14, 2021_____   /S/__William P. Zaremba_____

                 William P. Zaremba, RMR, CRR

COURTROOM DEPUTY: [2]  8/2 8/5
DEFENDANT JAMES: [1]  52/22
MR. BALBO: [3]  46/11 47/7 48/5
MR. BRENNWALD: [4]  39/7 39/11 39/15 44/19
MR. COOPER: [1]  44/23
MR. FISCHER: [1]  43/7
MR. GEYER: [17]  28/15 30/19 31/3 31/9 31/11 31/16 31/22 32/2 45/8 54/10 55/18 55/21 56/1 56/6 56/20 57/3 57/7
MR. MACHADO: [4]  43/18 44/7 44/11 44/16
MR. MacMAHON: [1]  45/22
MR. ROSSI: [1]  46/4
MR. SPINA: [1]  32/12
MR. WEINBERG: [1]  46/7
MR. WILSON: [3]  27/24 28/11 45/2
MS. HALIM: [1]  46/2
MS. HALLER: [4]  25/4 25/7 25/12 45/5
MS. HERNANDEZ: [8]  40/9 41/10 41/14 42/10 43/3 43/11 48/20 49/2
MS. PETERSON: [18]  14/2 15/16 15/19 15/23 16/2 16/9 17/24 18/19 19/8 23/15 24/7 27/12 27/21 36/11 36/19 36/25 37/5 43/15
MS. RAKOCZY: [22]  10/7 12/1 12/8 12/18 13/4 13/16 13/20 18/9 19/19 22/19 23/10 25/25 36/8 38/7 38/21 39/4 47/22 49/16 49/22 53/19 54/1 57/12
MS. ROBIN: [3]  45/19 52/7 52/14
MS. WICKS: [5]  45/15 51/2 51/9 51/22 52/1
THE COURT: [101]

/

/S [1]  58/10

0

08077 [1]  4/9
0826 [1]  2/5
0840 [1]  2/18

1

10 [2]  8/11 33/23
10 percent [1]  13/19
101 [1]  3/18
10174 [1]  6/9
1025 [1]  6/3

11 [2]  8/12 49/1
11.5 [1]  29/6
1100 [1]  5/13
1111 [1]  4/18
114 [2]  4/17 6/13
11:00 [4]  1/6 48/19 49/3 49/8
11:30 [1]  48/20
12 [3]  8/12 39/24 40/6
1230 [1]  4/5
1297 [1]  6/18
12:27 [1]  57/13
13 [1]  8/13
1330 [2]  5/3 5/4
14 [6]  1/5 8/13 21/7 40/15 55/9 58/10
1431 [1]  3/5
14th [1]  35/15
15 percent [1]  33/23
1512 [2]  39/17 56/11
16 [2]  8/14 47/18
17 [1]  8/14
1776 [1]  6/19
18 [1]  8/15
1808 [1]  3/13
19 [1]  58/6
19106 [1]  5/13
19th [3]  27/6 32/17 32/19

2

200 [1]  5/3
20001 [3]  2/17 3/4 7/5
20003 [1]  2/21
20004 [1]  2/13
20007 [1]  6/4
20010 [1]  3/13
20036 [1]  3/10
20039 [1]  4/13
2006 [1]  4/8
201 [1]  3/17
20118 [1]  5/8
202 [8]  1/15 2/13 3/5 3/10 3/14 4/14 6/5 7/5
2021 [2]  1/5 58/10
2022 [1]  26/16
205 [1]  5/4
20530 [1]  1/15
20777 [1]  2/8
208-7500 [1]  2/13
21-28 [2]  1/4 8/6
21061-3065 [1]  2/4
212 [1]  6/9
215 [1]  5/13
21st [1]  5/3
22015 [1]  4/5
22314 [1]  4/18
22nd [1]  35/17
240 [1]  2/8
25 [1]  5/7
25.5 [1]  29/2
252-6928 [1]  1/15
2615 [1]  3/10
265 [1]  6/13
2747 [1]  6/9
28 [2]  1/4 8/6
29 [2]  40/20 40/21

3

30 [2]  9/23 19/18
300 [1]  2/4
301 [1]  2/22
3065 [1]  2/4
310 [1]  2/17
31324 [1]  6/18
31st [3]  26/16 29/20 32/16
3249 [1]  7/5
333 [1]  7/4
337 [1]  4/4
3391 [1]  2/8
33950 [1]  6/14
34471 [1]  3/18
349-1111 [1]  4/18
350 [1]  3/4
352 [1]  3/19
352-2615 [1]  3/10
35205 [1]  5/4
354-3249 [1]  7/5
36th [1]  6/8
3902 [1]  5/8
3rd [1]  48/19

4

400 [3]  3/3 6/4 15/10
400-1431 [1]  3/5
405 [1]  6/8
410 [1]  2/5
4466 [1]  3/19
459-1776 [1]  6/19
472-3391 [1]  2/8

5

50 [1]  13/19
501 [1]  5/12
503 [1]  2/16
5102 [1]  4/14
540 [1]  5/8
550 [1]  2/12
555 [1]  1/14
5708 [1]  4/8
575-8000 [1]  6/14
5765-F [1]  4/4
5th [1]  3/3

6

601 [2]  3/8 5/12
60585 [1]  4/13
607-5708 [1]  4/8
625 [1]  2/12
629-4466 [1]  3/19
656-1230 [1]  4/5
687-3902 [1]  5/8
6928 [1]  1/15
6th [5]  10/25 49/1 49/8 50/3 50/15

7

703 [3]  2/18 4/5 4/18
7166 [1]  2/7
7310 [1]  2/3
7447 [1]  3/14
7500 [1]  2/13
7727 [1]  2/22
785-2747 [1]  6/9

8

8000 [1]  6/14
8100 [1]  6/5
839-5102 [1]  4/14
856 [1]  4/8

9

900 [1]  3/9
912 [1]  6/19
922 [1]  2/21
928-1100 [1]  5/13
928-7727 [1]  2/22
939-1330 [1]  5/4
941 [1]  6/14
965-8100 [1]  6/5
98 [1]  16/6
989-0840 [1]  2/18
996-7447 [1]  3/14

A

a.m [5]  1/6 48/19 48/20 49/1 49/8
Abbenante [1]  46/10
ability [1]  24/12
able [14]  14/16 15/13 16/15 17/7 22/3 23/18 29/1 29/1 29/5 30/17 34/4 43/24 48/3 56/11
about [26]  9/23 9/24 18/16 18/20 19/16 19/21 21/14 23/7 23/16 24/4 27/1 28/23 29/4 30/10 35/19 36/7 40/12 41/16 42/8 47/14 48/18 49/1 50/19 53/5 55/1 56/12
above [1]  58/4
above-titled [1]  58/4
absolutely [1]  16/9
acceptable [1]  33/7
access [26]  10/15 11/12 12/21 12/25 14/5 14/16 15/11 23/3 23/23 23/25 24/2 24/11 25/17 30/11 30/12 33/6 33/18 33/20 34/2 34/5 35/11 35/12 35/24 37/2 42/21 55/10
accessible [5]  10/14 11/13 23/8 24/5 24/10
accommodating [1]  54/20
accounts [4]  12/4 12/13 22/1 22/22
achieved [1]  20/1
acquiesce [1]  31/16
across [1]  22/23
Act [3]  31/5 31/25 49/18
actions [2]  20/18 21/5
actually [14]  14/21 16/5 26/9 33/20 33/25
add [3]  36/15 46/4 52/17
added [1]  55/25
addition [1]  50/15
additional [5]  19/3

address [1]  48/13
adequately [1]  36/6
advise [1]  36/6
affirm [1]  28/20
after [8]  14/22 26/25 37/22 42/15 43/19 43/19 43/23 57/10
again [4]  9/14 17/18 40/13 56/6
ago [5]  9/23 21/22 37/25 40/17 46/13
agreed [2]  54/18 56/17
agreeing [1]  31/13
aided [1]  7/7
aj [1]  6/13
AL [2]  1/6 5/4
alcove [1]  29/6
Alden [1]  4/2
Alexandria [1]  4/18
Alfred [1]  4/17
all [52]  8/2 9/13 10/19 14/13 15/13 15/17 17/2 18/2 18/14 18/22 19/2 19/8 19/14 21/16 23/1 24/16 25/21 29/21 30/6 32/4 32/13 34/25 36/1 36/2 36/21 37/6 37/17 37/19 38/5 38/24 39/6 39/20 42/9 44/7 44/21 44/24 45/3 45/6 45/11 45/17 45/25 48/7 49/13 51/10 52/2 52/16 52/23 54/5 55/13 56/18 57/8 57/9
all right [5]  19/14 34/25 45/3 45/17 51/10
alleged [1]  21/5
allow [2]  29/3 50/7
allowed [2]  44/22 55/8
allowing [1]  55/3
alluded [1]  54/6
along [2]  14/4 25/15
already [9]  12/5 13/14 16/22 35/25 47/25 50/8 50/15 55/7 56/3
also [9]  11/4 11/7 11/16 12/12 17/5 17/21 20/2 20/8 21/3
although [1]  39/21
Alvin [1]  8/9
am [8]  25/15 26/2 28/9 28/25 29/25 32/14 35/14 43/24
AMERICA [2]  1/3 8/6
American [1]  29/25
AMIT [1]  1/10
among [1]  38/1
amount [3]  11/7 27/16 34/12
Angela [1]  5/10
angie [2]  5/14 9/6
another [7]  20/6 20/14 25/22 29/13 48/18 49/8 54/7
answer [8]  12/14 13/17 18/10 23/12 24/8 33/12 46/23 47/2

**A**

answers [1] 35/17
anticipate [1] 54/23
any [30] 12/6 12/16
13/13 13/19 15/25
17/23 19/5 19/6 20/9
22/12 23/13 24/3 28/17
32/6 32/8 32/9 32/19
32/20 33/7 35/18 36/7
36/15 37/7 38/5 39/21
42/1 42/14 47/24 52/11
56/25
anybody [7] 30/7 33/3
37/7 38/3 38/6 42/5
48/17
anybody's [1] 33/10
anymore [1] 34/8
anyone [3] 20/8 32/14
42/20
anything [8] 18/25
25/23 26/12 38/3 43/6
43/9 45/14 56/5
anything's [1] 19/17
anywhere [1] 23/2
aol.com [1] 2/9
Apologies [1] 9/18
Appeals [1] 44/9
APPEARANCES [7]
1/12 1/17 2/25 3/20
4/19 5/14 6/20
appearing [2] 9/12
9/13
application [1] 21/8
applications [1] 15/3
applies [2] 38/4 39/13
apply [1] 39/18
appointed [2] 51/15
51/19
appreciate [2] 54/15
55/2
appreciative [1] 54/21
appropriate [3] 10/25
11/16 26/6
approximately [1] 21/7
April [13] 27/6 27/20
28/5 28/10 31/1 31/21
31/25 32/17 32/19
34/23 35/1 40/2 42/3
are [91]
area [3] 20/3 25/15
29/6
argument [2] 44/10
55/25
arguments [2] 37/18
37/19
around [2] 16/21 28/21
as [50] 11/5 11/9 12/20
13/9 13/11 13/12 15/4
15/4 15/7 16/4 16/25
17/18 18/16 20/6 21/9
21/20 24/17 24/25
24/25 26/2 26/2 28/5
28/5 29/11 29/19 30/21
37/18 37/18 37/19 40/6
40/14 40/17 42/3 42/4
42/18 42/20 42/20
42/22 44/1 44/2 46/15
47/1 48/13 50/4 50/16
56/8
ascribing [1] 40/13
ask [9] 32/5 33/14
34/19 35/14 35/15 38/8
48/9 48/10 53/5
asked [4] 18/9 19/22
38/18 46/16
asking [1] 38/21
assertion [1] 28/19
assessment [1] 54/19
assigned [1] 32/7
assist [1] 21/11
assistance [1] 52/20
associated [1] 25/21
assume [2] 44/9 51/8
attached [1] 53/15
attachments [1] 11/1
Attilio [2] 6/16 9/10
attorney [2] 4/3 19/21
ATTORNEY'S [5] 1/13
12/17 19/9 26/4 36/14
attorneys [4] 6/17 11/4
12/13 12/14
availability [2] 48/24
52/19
available [12] 10/18
12/7 12/7 14/15 17/10
22/15 35/21 47/24
48/23 50/8 50/25 54/21
Avenue [6] 2/12 2/21
3/8 6/8 6/13 7/4
aware [4] 14/18 19/18
29/11 51/25
away [2] 10/11 35/6
Axon [1] 15/9

**B**

back [6] 14/22 15/4
28/6 29/6 32/25 40/24
bad [2] 40/13 54/12
Balbo [5] 6/16 6/17
9/10 46/10 48/2
balbogregg.com [1]
6/19
Bar [1] 12/21
Barrett [1] 7/4
based [6] 28/20 33/1
53/9 55/5 55/24 56/23
basis [3] 13/8 22/18
38/12
be [87]
because [22] 10/9 11/3
13/5 14/4 14/17 15/7
16/24 17/6 17/9 24/10
29/1 31/5 32/25 35/1
36/12 36/23 38/9 40/19
46/24 51/5 51/14 55/22
become [3] 12/7 29/7
37/25
bed [1] 29/17
been [35] 10/20 11/1
11/12 13/14 14/5 14/6
14/7 14/17 18/21 19/23
21/1 21/4 22/8 29/12
29/13 32/7 37/17 33/1
33/22 34/9 39/16 39/23
42/10 43/25 44/13
47/13 47/21 47/25
52/12 52/18 55/7 56/3
before [13] 1/10 14/25
15/22 18/25 20/13 24/2
37/8 37/14 48/17 48/17
48/25 53/18 56/10
begin [3] 10/2 27/6
33/25
begun [1] 10/8
behalf [27] 8/16 27/9
27/10 27/11 28/13
32/12 37/18 37/20 38/7
43/9 43/14 43/16 44/18
44/22 44/25 45/4 45/7
45/12 45/18 45/21 46/1
46/3 46/5 46/8 46/9
48/11 54/24
being [9] 11/22 14/13
21/9 29/22 30/6 34/4
37/18 41/7 41/8
believe [15] 12/10
16/25 21/6 27/14 29/12
29/21 37/13 40/22
42/11 43/11 47/20 55/1
55/4 55/13 55/14
bells [1] 47/15
bench [1] 33/13
Bennie [3] 2/20 8/9
8/21
Berwick [1] 4/8
best [5] 10/18 12/10
19/24 19/25 56/4
better [2] 37/1 40/8
between [1] 35/8
Birmingham [1] 5/4
bit [10] 14/4 16/21
20/23 22/3 25/5 25/16
30/3 34/20 51/13 51/16
BLIND [1] 4/12
blindjusticedc.org [1]
4/15
boat [1] 27/25
body [8] 11/9 15/14
16/17 16/19 18/3 18/7
21/12 42/21
body-worn [3] 15/14
16/19 18/3
body-worn-camera [3]
11/9 16/17 18/7
boiled [1] 29/17
bond [1] 54/8
both [4] 10/21 11/23
12/9 31/7
bottom [2] 30/23 41/15
Box [3] 4/13 5/7 6/18
boy [1] 54/12
Bradford [3] 4/7 4/10
9/1
BRAND [1] 3/12
brandwoodwardlaw.c
om [1] 3/15
breach [1] 22/24
Brennwald [7] 2/20
2/20 8/21 39/8 39/9
39/10 44/18
Brian [2] 6/16 8/15
briefing [1] 37/11

**C**

CALDWELL [5] 1/6 2/2
8/7 8/17 43/4
calendar [1] 26/24
call [1] 15/7
came [1] 53/20
camera [9] 11/9 15/14
16/14 16/17 16/19 18/3
18/7 19/4 29/24
can [43] 9/16 10/11
12/3 12/4 13/11 13/13
14/19 14/19 14/25
15/15 16/5 16/12 16/13
16/16 16/17 16/22
16/23 17/1 17/3 17/12
19/10 19/16 23/24 26/3
26/6 26/8 27/15 28/5
34/19 36/6 39/11 41/16
41/20 41/20 42/1 42/6
42/8 46/24 47/5 47/5
48/12 49/3 53/15
can't [5] 9/17 17/2 31/7
41/17 41/18
candidly [1] 23/11
cannot [4] 14/19 17/17
24/15 24/23
capability [1] 16/12
Capitol [5] 10/23 11/8
15/13 16/22 22/24
care [1] 35/19
CARLTON [2] 6/3 6/7
carltonfields.com [2]
6/6 6/10
Carmen [4] 2/7 8/18
40/10 49/3
Carmen Hernandez [2]
8/18 49/3
case [21] 8/6 11/5 16/7
17/14 17/14 20/13
20/19 21/2 21/6 21/13
22/18 34/11 34/24
39/20 40/16 41/5 42/7
42/16 44/1 44/2 50/9
case-specific [1] 22/18
cases [4] 22/13 22/24
42/11 51/16
categorize [1] 14/7
CCTV [3] 18/3 18/7
24/16
cell [3] 17/22 22/1 29/2
Centre [1] 4/4
Ceremonial [1] 48/25
certain [2] 20/11 42/15
certainly [3] 23/18
27/14 47/17
Certified [1] 7/3
certify [1] 58/2
CH [1] 7/4
challenge [2] 25/16
25/22
challenging [2] 20/2
50/11
charge [1] 14/16
charged [3] 34/13
37/16 40/18
charges [1] 41/1
chats [3] 21/7 21/10
40/15
check [1] 48/24
chernan7 [1] 2/9
chunk [1] 22/6
Chutkan [1] 48/21
Cinnaminson [1] 4/9
circumstances [2]
28/18 31/3
claims [1] 40/15
clarification [1] 24/21
clarify [2] 25/25 54/2
class [1] 55/5
classified [1] 24/17
clear [3] 23/11 30/5
53/12
click [1] 24/23
client [16] 23/20 23/24
24/13 24/19 25/7 25/11
25/14 26/10 28/17 29/8
29/19 31/10 31/13
40/18 55/11 55/16
clients [4] 27/1 30/18
36/6 50/14
clips [3] 17/15 17/17
17/17
close [5] 14/13 42/2
43/1 56/21 57/4
closer [1] 42/2
cloud [1] 21/24
colleague [1] 47/23
collecting [1] 41/19
collection [1] 35/22
COLUMBIA [5] 1/1
1/14 2/11 30/15 30/16
combination [1] 12/9
come [1] 37/11
coming [1] 40/13
comment [1] 53/6
comments [1] 55/2
commit [1] 48/25
communications [1]
30/9
COMMUNITY [1] 5/11
compel [2] 46/24 47/3
compelled [1] 47/6
complete [3] 14/14
34/2 39/21
completed [1] 14/14
complex [1] 50/9
complexity [1] 50/10
complicated [1] 51/13
complication [1] 14/17
computer [1] 7/7
computer-aided [1]
7/7
concern [2] 26/1 41/16
concerned [3] 28/23

**C**

concerned... [2] 40/12 41/2
concerning [4] 37/10 52/5 53/2 54/8
concerns [2] 30/9 43/12
concluded [1] 57/13
condition [4] 52/17 53/7 53/11 55/24
conditions [6] 28/23 30/4 30/7 30/10 52/19 54/25
conduct [1] 10/24
conducted [1] 10/22
conduit [1] 12/21
conference [3] 1/9 48/18 49/15
confess [1] 38/15
confinement [1] 54/25
confirm [1] 32/7
conflicts [1] 49/7
connected [1] 9/19
Connie [4] 3/7 8/11 8/25 25/13
consenting [1] 31/24
consideration [1] 45/9
considered [1] 44/1
considering [2] 22/8 54/23
consistent [1] 14/20
constant [1] 35/22
constantly [1] 30/9
Constitution [1] 7/4
constitutional [1] 34/15
consult [3] 14/23 27/1 38/25
consultation [1] 14/22
consulted [1] 54/18
contact [2] 4/6 29/5
contained [1] 15/17
contemplating [1] 54/11
contempt [2] 29/13 55/8
continue [5] 13/11 34/8 40/12 50/7 50/12
continued [7] 2/1 3/1 4/1 5/1 6/1 7/1 20/12
continues [2] 13/6 13/7
continuing [4] 19/9 29/22 33/8 33/11
contracting [1] 18/24
control [1] 12/22
convenient [1] 30/1
conversations [1] 20/9
convert [2] 16/24 27/5
convinces [1] 47/3
Cooper [4] 3/2 3/3 8/22 44/22
coordinating [2] 21/5 36/14
coordination [2] 21/10 21/13
copy [1] 46/16
corner [1] 52/10

**CORPORATION [1]** 4/12
correct [8] 16/9 28/11 31/21 31/22 32/1 32/2 54/4 58/3
Corrections [3] 30/10 53/21 55/7
correctly [2] 11/21 28/9
could [6] 18/25 38/12 46/18 46/20 55/17 55/20
couldn't [1] 46/17
counsel [45] 10/5 10/19 11/21 12/7 12/25 14/8 14/14 15/1 17/7 19/24 20/9 23/5 24/11 25/6 26/25 27/11 30/12 30/15 30/17 32/3 32/6 33/6 33/15 33/18 34/2 34/19 35/4 35/11 37/17 38/5 38/25 41/22 42/20 48/10 48/12 49/13 49/23 50/11 50/18 51/6 51/12 53/4 53/22 54/17 55/25
count [2] 39/17 50/2
country [1] 28/21
counts [3] 37/10 37/10 37/16
Counts 2 [1] 37/10
couple [5] 16/12 20/20 21/22 37/25 46/13
course [1] 49/12
court [20] 1/1 7/2 7/3 20/14 24/15 29/11 36/3 38/10 39/11 40/14 41/3 42/12 43/12 44/9 46/18 55/14 55/15 56/10 56/20 58/7
Court's [1] 55/3
courtroom [3] 9/20 10/10 48/25
cover [1] 48/7
covered [2] 14/10 43/12
COVID [1] 58/6
COVID-19 [1] 58/6
CR [1] 1/4
created [1] 12/13
crimes [1] 34/14
Criminal [1] 8/5
Crowl [4] 2/7 8/8 8/18 43/10
CRR [2] 58/2 58/11
cs.com [1] 2/22
current [1] 27/2
currently [4] 13/14 27/6 28/24 54/24
custody [2] 23/23 25/2

**D**

D.C [11] 1/5 1/15 2/13 2/17 2/21 3/4 3/10 3/13 4/13 6/4 7/5
D.C.'s [1] 25/15
data [23] 10/8 10/15 10/17 10/18 10/20

12/6 13/1 13/6 14/25 15/6 18/13 18/14 21/17 21/19 22/23 23/21 26/3 26/10 35/22
database [15] 10/21 11/2 11/9 11/24 13/10 13/11 13/15 15/7 15/12 15/16 17/7 17/17 18/18 24/9 36/20
databases [19] 10/3 10/6 10/9 10/13 10/16 11/3 11/11 11/14 11/15 11/18 11/22 12/2 12/10 13/2 22/17 23/4 23/7 24/5 33/21
dataset [1] 22/2
datasets [1] 13/9
date [34] 12/15 13/4 18/2 19/25 26/15 26/15 27/4 27/7 27/15 27/20 28/10 30/25 31/14 31/17 31/20 31/25 32/7 32/9 32/15 32/16 32/17 34/23 35/1 35/5 35/10 38/12 38/24 41/4 42/15 48/25 49/18 49/24 51/23 58/10
dates [1] 41/21
david [8] 2/2 3/16 3/17 3/19 6/12 8/14 8/17 8/23
day [5] 16/23 17/1 35/20 37/13 50/4
days [4] 9/23 19/18 37/25 55/9
deadline [3] 13/5 39/19 42/12
deadlines [4] 37/11 39/23 40/7 41/20
deal [2] 9/24 25/22
December [8] 38/9 38/13 38/19 48/19 49/1 49/8 50/3 50/14
deemed [2] 22/7 24/24
defendant [53] 2/2 2/6 2/10 2/15 2/19 3/2 3/7 3/16 4/2 4/11 4/16 5/2 5/10 6/2 6/11 6/16 8/6 8/7 8/8 8/8 8/9 8/10 8/10 8/11 8/11 8/12 8/12 8/13 8/14 8/14 8/15 8/17 8/18 8/19 8/20 8/21 8/22 8/23 8/24 9/1 9/3 9/4 9/5 9/6 9/7 9/9 9/10 9/25 19/21 32/10 37/16 38/4
defendants [35] 1/7 9/11 9/13 9/15 14/20 19/23 20/1 23/3 23/4 23/8 24/5 26/8 26/18 28/21 30/6 30/12 32/19 34/2 34/5 34/13 35/10 35/23 37/13 37/19 38/17 38/18 40/2 41/25 48/10 48/16 50/5 51/15 54/24 55/5 55/6

**DEFENDER [9]** 2/11 5/11 10/16 12/11 12/20 26/5 33/9 33/16 35/16
defense [44] 10/5 10/14 10/19 11/2 11/4 11/6 11/13 11/17 12/4 12/7 12/13 12/14 12/21 12/25 14/8 14/14 15/1 17/6 19/21 20/9 20/22 20/24 21/6 21/11 21/18 22/9 22/11 26/4 26/25 30/12 33/5 33/17 34/1 34/5 36/4 37/2 37/3 38/5 41/22 42/20 47/25 50/11 50/13 53/22
delay [1] 56/9
Deloitte [1] 18/25
denied [2] 43/25 44/14
deny [1] 56/23
Department [6] 10/23 11/9 30/10 53/21 54/4 55/6
describing [1] 18/17
detained [8] 23/4 23/8 24/4 30/7 32/9 32/19 35/5 49/23
detention [2] 25/8 28/18
determining [2] 10/17 20/10
did [4] 13/20 29/19 37/17 53/5
difficult [2] 23/17 51/16
digging [1] 16/21
digital [3] 21/15 22/21 26/3
direct [1] 46/18
disappearing [1] 52/1
disclosed [6] 22/17 27/17 47/1 47/10 47/11 47/14
disclosure [3] 41/25 47/5 47/18
disclosures [1] 20/20
discovery [32] 9/25 10/1 10/3 11/19 11/23 11/23 11/24 19/17 20/11 24/1 24/2 24/3 25/24 26/12 26/23 27/16 28/1 30/13 32/25 35/2 36/14 39/18 39/21 40/11 40/13 42/12 42/18 49/12 50/7 50/10 50/10 50/13
discuss [1] 39/1
discussed [3] 20/23 23/5 50/8
discussion [2] 13/24 19/15
discussions [3] 23/6 23/10 23/16
disseminate [1] 22/5
distinction [1] 29/18
district [9] 1/1 1/1 1/10 1/14 2/11 29/14 30/8 30/15 30/16

**do [33]** 10/13 11/20 12/6 12/18 12/24 13/18 14/5 14/11 18/10 19/10 20/3 20/7 20/8 20/12 23/2 23/9 23/13 27/14 29/3 31/19 33/15 35/8 40/2 40/8 41/16 41/20 41/23 42/8 44/16 56/4 56/11 56/19 57/6
do you have [2] 12/24 23/13
DOC [1] 53/25
docket [1] 57/2
documentary [4] 10/21 11/24 15/17 19/2
does [4] 17/20 35/10 38/10 40/23
doesn't [3] 11/22 15/8 16/11
doing [2] 29/8 36/16
don't [29] 10/2 11/12 12/14 12/22 13/4 13/16 13/21 15/6 17/24 18/19 18/20 19/14 19/5 23/11 26/9 27/8 28/2 29/11 31/6 38/16 39/21 46/23 47/11 47/20 50/21 55/10 55/11 55/11 56/21
done [6] 15/2 16/22 20/5 20/14 44/12 56/7
Donovan [2] 2/7 8/7
door [1] 19/12
down [9] 16/5 17/4 17/8 29/10 37/21 38/4 48/18 49/8 54/13
download [2] 17/16 23/19 24/24
downloadable [1] 26/7
downloaded [1] 22/4
dragging [1] 33/3
drawing [1] 22/12
Drive [1] 4/8
drives [3] 22/2 22/4 22/4
drop [2] 29/8 29/9
due [3] 38/17 38/19 49/12
during [1] 58/5
dwilsonlaw.com [1] 3/19

**E**

each [2] 24/11 41/7
earlier [5] 18/23 19/1 21/18 54/6 55/3
earliest [1] 34/23
early [1] 53/11
East [1] 5/7
Easter [1] 32/18
Eastern [1] 16/25
easy [2] 20/2 33/2
ebmjr [1] 5/9
Ed [1] 9/5
Edmund [1] 3/12
Edward [4] 5/6 5/6 8/7 45/22
Edwards [2] 47/23

**E**

Edwards... [1] 48/3
effectively [1] 27/15
eggs [1] 29/17
eight [2] 20/5 40/22
either [7] 17/21 22/24
28/4 31/13 52/5 53/16
56/3
elapses [1] 56/13
electronic [2] 22/6
22/8
electronically [1] 26/7
else [10] 19/16 25/23
32/22 38/3 43/9 44/19
45/15 48/14 56/7 57/5
Email [21] 1/16 2/5 2/9
2/14 2/18 2/22 3/5 3/11
3/14 3/19 4/6 4/9 4/14
4/19 5/5 5/9 5/14 6/5
6/10 6/15 6/19
emails [1] 46/15
Emily [1] 36/13
Empire [1] 2/4
en [1] 38/13
end [4] 15/2 35/20
41/17 45/13
ended [1] 54/17
ends [1] 50/4
enforcement [1] 10/25
engage [1] 55/8
enough [2] 21/23 34/7
ensure [1] 47/9
entire [1] 12/22
entirely [1] 10/25
entitled [3] 35/11 35/12
47/17
essentially [3] 16/18
27/2 43/23
estimate [4] 12/16
12/18 13/13 19/6
ET [1] 1/6
Eugene [2] 6/2 9/7
even [12] 11/21 16/7
28/2 29/15 37/15 40/18
42/1 43/1 43/23 43/24
44/13 46/25
event [1] 11/23
event-wide [1] 11/23
events [1] 20/18
every [5] 19/21 28/25
36/3 36/4 38/4
everybody [13] 9/16
33/9 35/2 37/20 37/23
38/2 42/7 48/14 49/14
50/19 50/20 56/7 57/11
everybody's [1] 17/9
everyone [8] 8/3 9/14
15/12 17/10 32/8 39/14
48/8 49/15
everyone's [1] 14/18
everything [3] 17/8
37/24 47/11
evidence [20] 10/21
13/7 19/3 21/12 21/15
22/6 22/9 22/22 22/23
24/12 35/23 41/19
41/22 42/14 42/21
42/23 42/24 47/9 47/14

Evidence.com [13]
11/25 14/3 14/6 14/16
15/9 15/25 17/20 18/1
18/2 19/12 22/25 24/23
36/20
exactly [4] 12/22 23/15
33/17 34/18
example [2] 25/7 33/21
exclude [2] 31/1 31/14
exclusion [6] 31/24
42/24 50/6 50/12 50/14
50/15
excuse [2] 45/20 49/16
exhibits [1] 22/12
expand [1] 52/19
expectation [1] 13/1
expeditiously [1]
13/12
expert [1] 54/18
expressed [1] 30/9
extension [2] 31/5
38/10
extensions [1] 38/18
extent [1] 10/5
extractions [2] 21/17
21/23
extraordinary [1] 50/9

**F**

facing [1] 41/2
fact [3] 43/19 43/23
55/5
failure [1] 42/23
faith [1] 33/10
family [1] 29/9
far [1] 53/15
faster [1] 33/2
favorable [1] 20/21
FBI [3] 20/14 21/14
21/21
fd.org [2] 2/14 5/14
fear [1] 29/24
feasible [1] 26/22
FEDERAL [10] 2/11
5/11 10/16 12/11 12/20
26/5 33/16 35/16 40/25
42/5
feedback [3] 10/10
34/20 54/12
feet [1] 33/3
few [3] 19/23 20/4 20/6
fields [3] 6/3 6/7 16/12
figure [1] 18/12
figuring [1] 12/9
file [12] 11/5 11/17
21/24 37/17 44/5 44/14
47/3 54/16 56/14 57/1
57/5 57/6
file-sharing [2] 11/5
11/17
filed [9] 35/16 38/9
39/16 39/20 40/7 44/8
53/3 54/21 56/3
files [1] 11/7
filing [1] 54/23
final [3] 13/4 24/25
37/12

fine [2] 35/23 37/5
fingerprints [1] 21/11
firm [1] 34/24
first [7] 14/3 19/13
26/15 27/7 32/16 32/21
50/2
Fischer [5] 2/2 2/3 8/17
43/5 43/6
fischerandputzi [1] 2/6
five [2] 29/4 50/19
fixed [1] 54/14
FL [2] 3/18 6/14
flight [1] 28/19
floor [2] 6/8 32/6
Florida [1] 25/15
folks [1] 23/23
following [3] 32/18
33/1 48/10
food [1] 29/16
foot [2] 29/2 29/2
footage [11] 11/9
15/13 15/14 16/17
16/19 16/23 18/3 18/3
18/7 19/4 24/16
foregoing [1] 58/3
forever [1] 32/10
Forgive [1] 25/12
form [1] 14/14
formally [1] 54/18
format [1] 18/14
FormerFeds [1] 4/7
formerfedsgroup.com
[1] 4/10
forthcoming [2] 54/7
54/20
forward [1] 49/9
four [1] 29/17
Fourth [1] 1/14
FPD [2] 11/11 49/10
framed [1] 56/14
frankly [3] 25/21 28/16
56/17
free [4] 14/15 49/14
52/24 57/5
Friday [2] 35/17 49/10
front [3] 18/18 38/16
42/11
froward [1] 28/3
frustrated [1] 42/20
full [2] 21/17 34/2
function [1] 30/14
functionality [4] 15/8
16/1 17/8 17/23
further [5] 14/4 20/7
23/13 49/11 53/17
future [1] 39/19

**G**

GA [1] 6/18
gap [2] 11/6 29/5
gathered [1] 13/7
17/21
general [1] 39/17
generally [1] 49/24
get [49] 11/6 11/11
11/14 11/17 11/18

fine [2] ... 51/12

51/12
14/15 14/22 19/7 19/12
19/25 19/25 22/4 23/22
23/25 24/2 24/21 24/25
28/6 29/1 33/4 33/5
33/18 33/20 34/5 34/9
34/15 34/20 34/22
34/25 35/11 35/12
35/24 37/21 37/22 38/1
40/1 41/4 41/22 41/24
42/2 42/3 42/22 45/13
48/3 53/17 55/22
getting [9] 9/19 11/3
11/10 12/12 23/3 30/11
30/12 49/9 50/10
Geyer [8] 4/7 9/1 28/13
30/2 30/23 45/7 54/6
55/20
give [3] 13/13 22/11
55/15
given [4] 12/4 26/22
27/16 50/1
Glen [1] 2/4
global [1] 38/5
gmail.com [1] 2/18
go [3] 13/9 28/3 29/19
29/20 32/25 38/4 48/2
56/16
goal [1] 56/13
goes [1] 12/23
going [25] 10/9 15/10
16/7 22/17 25/20 25/22
26/18 26/24 29/25 31/4
32/14 32/15 33/11
33/18 34/18 34/22 35/1
35/9 35/14 35/20 35/24
37/17 42/23 51/11 56/2
gone [2] 10/11 37/11
good [8] 8/3 9/14
16/19 22/6 28/15 33/10
34/7 50/20
Good morning [1]
28/15
Gorda [1] 6/14
got [9] 33/2 33/4 33/5
34/9 34/13 34/15 36/24
40/15 40/17
gotten [1] 42/21
government [46] 1/13
8/16 10/4 10/8 13/14
14/6 14/22 15/4 17/5
18/11 20/17 21/9 21/20
22/7 22/11 22/14 33/8
35/4 35/15 35/25 36/12
36/16 38/8 38/11 38/23
40/14 40/15 40/20
40/25 41/17 41/18
41/21 42/5 42/14 42/17
42/24 46/13 46/18
46/25 47/4 50/7 53/5
53/9 53/13 53/18 56/17
government's [7]
17/24 18/21 41/25
42/23 49/10 53/16
54/19
Governor [1] 2/3
graciously [1] 12/19
grant [1] 51/21

granted [1] 51/5
gratified [1] 29/24
great [1] 9/23
GREGG [1] 6/17
grossi [1] 6/6
group [2] 32/21 32/23
groups [1] 21/8
guess [1] 31/6

**H**

Hackett [4] 5/10 8/13
9/6 46/1
had [15] 16/20 17/8
18/24 20/8 27/1 29/23
40/7 43/20 43/20 43/21
47/13 53/13 54/6 54/18
55/25
haircut [1] 29/23
half [1] 29/4
halim [4] 5/10 5/14 9/6
46/1
Haller [5] 3/7 3/8 8/24
25/13 45/4
Haller's [1] 26/1
hallerjulia [1] 3/11
handle [1] 41/4
hands [6] 11/6 12/13
18/21 22/9 36/20 36/21
hang [5] 25/6 25/9
31/12 48/17 48/22
happened [1] 16/20
happening [1] 42/16
happy [6] 20/8 36/15
38/20 38/23 39/2 47/6
hard [4] 22/2 22/4 22/4
29/17
hard-boiled [1] 29/17
harder [1] 30/16
Harrelson [12] 4/2 8/11
9/2 9/12 27/11 28/13
30/24 31/21 45/7 48/11
49/13 53/1
Harrelson's [4] 53/3
53/5 53/16 54/8
has [34] 10/8 11/12
12/20 13/14 13/14 14/5
14/7 17/5 20/8 21/9
21/20 22/7 29/7 29/12
29/13 32/17 33/6 33/22
35/25 40/20 41/3 41/21
42/14 42/17 42/21
43/12 43/24 47/4 47/10
47/11 47/23 50/11 51/7
56/7
hasn't [1] 47/25
hate [1] 33/14
have [89]
haven't [6] 29/23 37/24
40/7 44/8 44/9 51/5
having [6] 9/18 15/11
20/10 21/11 28/20
42/19
he [9] 28/9 28/18 29/1
31/23 31/23 30/25
50/25 52/5 52/7
he's [6] 28/19 29/1
29/5 31/1 31/14 51/2
head [1] 41/11

**H**

**health [6]**  53/3 53/5 53/7 53/10 53/10 54/16
**hear [7]**  9/16 15/4 26/25 30/4 34/8 39/11 57/9
**heard [1]**  40/14
**hearing [11]**  9/22 20/24 32/14 33/7 37/22 38/2 43/20 49/7 49/8 54/7 58/5
**hearings [2]**  42/19 49/11
**held [5]**  26/17 26/19 29/12 29/13 55/7
**helpful [1]**  26/11
**her [2]**  27/15 27/17
**here [6]**  9/15 9/22 12/23 30/21 33/16 57/2
**Hernandez [8]**  2/7 8/18 40/10 41/9 41/13 43/9 49/3 49/6
**highest [1]**  38/1
**Highland [1]**  2/3
**highly [4]**  14/9 14/25 24/16 50/9
**Highway [1]**  2/3
**Hill [2]**  6/18 16/22
**him [3]**  28/6 29/3 51/8
**his [1]**  55/24
**hitting [1]**  34/19
**hold [5]**  29/22 32/10 56/4
**hole [1]**  29/7
**Hollow [1]**  2/7
**Honor [58]**  8/5 10/7 12/1 13/5 13/16 13/20 14/2 16/10 18/10 19/19 22/19 23/15 25/4 25/12 25/18 25/25 27/12 27/21 28/15 36/8 36/11 38/7 39/4 39/7 39/15 40/9 42/10 43/7 43/11 43/15 43/18 44/19 44/23 45/2 45/5 45/10 45/15 45/22 46/2 46/4 46/7 46/11 47/7 47/22 48/5 48/21 49/2 49/16 51/2 51/9 51/22 52/7 52/15 53/19 54/1 54/10 57/7 57/12
**HONORABLE [1]**  1/10
**hope [2]**  22/5 51/17
**hopeful [1]**  15/2
**hopefully [3]**  9/16 22/10 52/20
**host [1]**  11/25
**hotmail.com [1]**  2/6
**hour [1]**  29/5
**hours [3]**  16/4 29/2 29/6
**how [12]**  12/23 13/13 14/11 14/18 14/19 14/23 19/10 23/7 27/1 33/19 48/18 49/1
**human [1]**  29/5

**I**

**I am [4]**  25/15 26/2 28/25 35/14
**I assume [1]**  51/8
**I believe [12]**  12/10 16/25 21/6 29/12 29/21 37/13 40/22 42/11 43/11 55/1 55/4 55/13
**I can [11]**  10/11 23/24 27/15 28/5 41/16 41/20 41/20 42/8 46/24 49/3 53/15
**I can't [2]**  41/17 41/18
**I did [2]**  13/20 53/5
**I don't [7]**  11/12 13/21 18/20 23/11 28/2 47/11 55/11
**I don't have [1]**  13/4
**I guess [1]**  31/6
**I have [6]**  18/9 27/13 28/17 44/4 49/2 52/14
**I haven't [1]**  51/5
**I hope [1]**  51/17
**I just [3]**  25/25 37/24 54/22
**I know [7]**  13/8 19/8 23/10 33/9 36/15 49/17 49/22
**I mean [5]**  16/6 15/20 36/1 36/2 50/1
**I should [1]**  54/2
**I think [25]**  10/15 10/16 11/25 12/19 18/11 18/11 18/23 20/5 21/16 26/4 26/16 26/23 27/3 27/24 28/17 29/11 31/4 37/9 46/22 47/12 48/7 49/3 49/22 55/14 56/11
**I understand [16]**  11/20 18/4 34/10 34/11 36/8 36/25 40/17 40/24 40/25 41/3 41/15 42/8 42/13 42/18 46/19 47/22
**I want [4]**  34/17 34/17 36/3 48/7
**I wanted [1]**  53/17
**I was [4]**  15/21 23/6 46/17 46/19
**I will [9]**  28/4 30/14 36/12 37/21 37/23 38/2 38/4 38/15 40/1
**I would [1]**  47/20
**I'd [3]**  33/21 33/24 37/3
**I'll [14]**  14/3 35/15 37/15 48/9 48/10 49/9 49/12 50/1 50/3 54/12 55/12 55/13 56/11 56/21
**I'll look [1]**  49/9
**I'm [43]**  10/9 13/16 15/2 15/19 19/12 28/16 28/23 28/25 29/8 29/8 29/9 29/16 29/23 30/21 31/4 31/9 33/3 33/9 35/2 36/15 36/16 36/23 37/17 38/20 38/21 38/23 39/2 40/2 40/9

41/14 41/23 42/20 45/2 47/6 47/14 52/1 54/21 55/11 56/7
**I'm going [2]**  10/9 37/17
**I'm not [6]**  30/21 33/3 33/9 40/13 40/22 52/1
**I'm not sure [1]**  40/2
**I'm sorry [6]**  13/16 15/19 29/16 41/14 45/2 55/11
**I've [4]**  16/21 35/18 42/10 51/4
**iCloud [1]**  22/1
**idea [1]**  13/19
**ideal [2]**  27/14 30/5
**identified [5]**  20/23 20/24 21/9 21/20 53/7
**identify [4]**  25/11 51/6 51/17 53/8
**identifying [1]**  26/17
**identity [1]**  40/22
**images [1]**  46/15
**imagine [1]**  16/6
**immediate [1]**  55/4
**immediately [1]**  55/16
**impacted [1]**  26/14
**impacts [1]**  42/7
**impossible [2]**  28/24 41/4
**incarcerated [3]**  34/5 34/14 54/25
**include [2]**  17/21 32/19
**included [2]**  37/3 46/14
**includes [2]**  35/3 35/4
**including [2]**  36/23 42/11
**incorrectly [1]**  31/19
**incremental [1]**  34/9
**Indiana [1]**  2/12
**indicated [1]**  51/7
**indicating [1]**  44/5
**indictments [1]**  21/1
**individual [1]**  24/11
**individuals [1]**  21/4
**indulgence [1]**  55/3
**informal [1]**  20/9
**information [23]**  13/11 15/4 15/17 20/20 22/16 23/19 24/16 33/6 34/3 34/6 34/12 35/18 35/20 35/24 36/15 40/16 47/13 47/19 48/3 53/10 53/10 53/14 53/20
**initial [1]**  23/25
**inside [1]**  15/13
**insight [2]**  23/14 53/17
**insofar [1]**  16/4
**instinct [1]**  46/23
**instruction [1]**  25/1
**instructions [1]**  15/1
**intend [1]**  44/4
**intending [2]**  22/14 51/24
**intention [3]**  17/25 18/6 35/9

**interact [1]**  49/19
**interests [2]**  49/19 50/5
**internal [1]**  10/22
**interrupt [4]**  15/15 15/21 55/17 55/20
**interrupted [1]**  18/16
**intimated [1]**  55/1
**investigate [3]**  10/24 42/6 42/7
**investigated [2]**  41/7 41/8
**investigates [1]**  41/1
**investigation [10]**  13/6 20/15 35/21 40/12 40/19 40/23 41/6 41/18 42/6 42/13
**investigations [1]**  46/19
**involve [1]**  40/16
**involved [1]**  21/4
**involves [1]**  54/12
**involving [1]**  54/25
**is [152]**
**is that correct [2]**  31/21 32/1
**is there [6]**  12/25 19/6 24/5 43/24 51/23 52/11
**Isaacs [4]**  6/2 8/14 9/8 46/3
**isn't [2]**  16/7 29/24
**isolation [2]**  29/3 55/9
**issue [8]**  15/24 23/3 23/17 24/7 24/25 26/13 39/21 54/16
**issues [13]**  12/9 12/12 14/1 18/24 20/1 30/11 30/22 35/2 37/2 38/6 48/9 48/13 48/15
**it [89]**
**it would be [1]**  51/14
**it's [45]**  11/25 13/18 16/24 17/13 17/18 18/23 20/2 22/20 23/16 26/16 27/13 28/20 28/24 29/6 29/7 29/19 30/5 30/7 33/2 33/6 33/23 34/7 34/9 34/10 34/11 34/11 35/8 36/12 36/20 37/24 37/25 41/4 42/4 43/23 44/13 46/25 46/25 47/8 47/8 49/4 50/8 51/13 55/9 55/10 56/4
**its [5]**  21/11 41/17 47/5 53/9 53/13
**itself [2]**  24/9 47/8

**J**

**jail [4]**  23/19 23/22 30/7 30/17
**James [10]**  4/16 8/12 9/4 45/18 48/12 49/14 52/4 52/5 52/9 52/17
**January [19]**  10/25 26/16 26/16 26/21 27/4 27/16 28/3 29/20 30/6 30/25 31/20 32/7 32/9

40/18 41/4
**Jeferson [1]**  6/3
**jenifer [3]**  4/11 4/15 9/3
**Jessica [3]**  2/10 8/8 9/11
**Jessica Watkins [1]**  9/11
**Joan [1]**  4/16
**John [4]**  2/15 2/16 8/20 9/1
**John Moseley [1]**  9/1
**johnlmachado [2]**  2/18
**join [3]**  43/21 43/24 44/5
**joined [2]**  43/21 44/9
**joining [1]**  44/5
**jointly [1]**  35/16
**Jonathan [2]**  5/2 8/13
**Jonathan Walden [1]**  8/13
**Jonathon [2]**  4/2 4/3
**joni [3]**  4/17 4/19 9/4
**jonirobinlaw.com [1]**  4/19
**jonmoseley.com [1]**  4/6
**Joseph [3]**  5/10 6/16 8/13
**Joshua [2]**  4/16 8/12
**Jr [3]**  3/12 5/6 5/6
**judge [7]**  1/10 27/24 28/11 29/13 36/3 42/4 48/21
**Judge Chutkan [1]**  48/21
**judges [1]**  30/8
**judicial [1]**  34/24
**Judiciary [1]**  42/5
**Juli [3]**  3/7 8/24 25/13
**JULIA [1]**  3/8
**jury [1]**  26/17
**just [43]**  10/10 15/8 15/21 19/21 21/19 25/4 25/14 25/21 25/25 26/5 26/7 26/22 27/8 27/8 30/5 32/5 32/22 33/7 34/7 35/18 36/1 37/15 37/24 37/25 38/8 40/3 42/25 43/18 43/25 47/9 48/2 49/17 49/23 49/24 51/14 51/18 54/22 55/5 55/17 55/20 55/22 56/4 57/1
**justice [3]**  4/12 49/19 50/4
**justification [2]**  55/15 56/24

**K**

**Kathryn [2]**  1/13 8/16
**Kathryn Rakoczy [1]**  8/16
**kathryn.rakoczy [1]**  1/16
**keep [3]**  17/12 26/24 33/7
**Keepers [1]**  41/12

**K**

**Kelly [4]** 3/16 8/10 8/23 9/11
**Kenneth [3]** 4/2 8/11 9/12
**key [1]** 41/10
**Kibria [1]** 46/5
**kind [3]** 17/23 29/21 47/3
**know [44]** 12/14 13/8 13/16 13/18 14/11 15/6 16/3 17/24 18/10 19/4 19/8 19/10 23/10 23/24 25/20 30/4 30/8 30/23 33/4 33/9 33/19 33/21 33/24 34/4 35/20 36/1 36/3 36/4 36/5 36/15 37/24 37/25 38/2 39/16 39/25 40/6 40/20 40/21 42/2 42/4 42/22 46/23 49/17 49/22

**L**

**large [2]** 11/7 22/11
**largely [1]** 36/15
**larger [3]** 11/12 22/2 42/21
**last [11]** 15/5 15/24 19/18 20/13 20/24 21/6 21/7 23/2 23/5 26/20 40/14
**late [8]** 9/18 9/20 21/7 26/16 26/21 27/16 41/25 42/24
**later [1]** 40/8
**Laura [2]** 3/2 8/10
**law [21]** 2/16 3/8 3/12 3/17 4/3 4/17 6/17 10/24
**law.com [1]** 5/9
**laws [2]** 29/22 55/1
**lawyer [2]** 36/4 51/7
**lawyers [4]** 25/10 35/24 37/18 51/15
**lay [2]** 55/12 55/13
**least [8]** 17/3 27/4 28/8 34/7 34/14 37/10 50/3 53/15
**leave [4]** 48/17 49/15 52/24 56/14
**leaves [2]** 48/18 53/1
**left [2]** 26/23 28/25
**LEGAL [1]** 4/12
**Leigh [1]** 1/13
**less [1]** 30/4
**let [10]** 27/8 30/5 32/5 32/5 32/7 32/25 37/23 38/2 40/24 56/16
**let's [9]** 19/15 26/12 29/19 30/2 43/4 46/22 48/18 50/23 56/19
**Lexington [1]** 6/8
**license [2]** 14/15 24/10
**licenses [2]** 12/3 12/12
**life [1]** 29/7
**light [1]** 32/5
**like [16]** 25/23 28/8 29/16 33/16 33/19

37/3 40/5 43/6 48/14 52/25 56/2 57/1
**likely [2]** 39/3 46/23
**limine [1]** 40/5
**limit [3]** 41/2 41/5 41/6
**limitations [1]** 58/7
**limited [1]** 56/24
**line [7]** 25/10 30/24 34/20 38/5 41/15 48/12 52/5
**link [1]** 24/22
**list [3]** 23/25 24/2 27/9
**litigate [1]** 30/22
**little [11]** 10/9 10/10 10/11 14/4 16/21 20/23 22/3 30/2 34/20 51/13 51/16
**living [1]** 28/24
**LLC [1]** 4/7
**LLP [1]** 2/20
**located [1]** 20/17
**location [1]** 16/14
**locations [1]** 16/15
**logistics [1]** 25/20
**long [3]** 24/1 35/7 49/5
**longer [2]** 22/3 33/7
**look [5]** 17/13 39/2 41/15 47/6 49/9
**looking [2]** 37/21 48/4
**looks [1]** 14/8
**lot [4]** 15/8 18/19 21/14 35/8
**lower [1]** 52/9

**M**

**Machado [5]** 2/15 2/16 8/20 43/16 44/13
**macmahon [5]** 5/6 5/6 5/9 9/5 45/22
**macmahon-law.com [1]** 5/9
**made [9]** 11/12 14/15 20/20 36/13 37/18 37/18 37/20 52/12 53/4
**magnitude [1]** 16/8
**make [20]** 10/18 10/24 14/11 14/18 17/15 17/16 17/17 20/2 22/15 23/7 24/5 28/19 32/16 35/9 47/21 47/23 50/1 50/7 56/8 57/2
**makes [1]** 30/16
**making [3]** 29/15 51/16 54/20
**many [6]** 25/10 28/21 28/21 28/22 29/17 42/11
**Marie [1]** 8/8
**Marion [1]** 6/13
**Marshals [1]** 54/3
**masse [1]** 38/13
**material [7]** 20/21 22/15 33/18 33/19 33/22 33/25 35/13
**materials [2]** 14/12 37/16
**matter [6]** 9/12 9/22

matters [1] 37/7 56/10
**may [7]** 10/10 21/4 24/15 30/21 35/7 42/22 54/7
**maybe [6]** 9/23 10/11 13/23 20/5 42/2 56/3
**MD [2]** 2/4 2/8
**me [29]** 9/16 9/17 13/13 19/16 25/12 27/8 29/19 30/5 32/5 32/6 32/7 32/25 33/2 33/12 33/17 34/7 37/4 38/16 39/2 39/11 40/24 45/20 47/3 49/16 51/18 53/12 54/21 55/3 55/9
**meal [1]** 29/17
**mean [10]** 16/6 24/18 25/20 30/1 35/6 36/1 36/2 40/23 47/17 50/1
**meaningful [2]** 33/6 34/1
**meaningfully [1]** 34/22
**means [1]** 14/23
**measure [1]** 11/6
**mechanical [1]** 7/6
**media [2]** 17/22 22/22
**medical [5]** 53/14 53/24 55/24 56/16 56/24
**meet [1]** 55/9
**Meggs [12]** 3/7 3/16 8/10 8/11 8/23 8/25 9/11 25/13 27/11 28/5 44/25 45/4
**Meggs' [2]** 25/17 25/17
**MEHTA [1]** 1/10
**members [1]** 33/12
**mentioned [1]** 11/10
**Merit [1]** 7/2
**message [1]** 21/8
**messages [2]** 46/15 47/24
**messaging [1]** 21/8
**Metropolitan [2]** 10/23 11/8
**Michelle [1]** 2/10
**Middleburg [1]** 5/8
**might [3]** 20/21 32/22 39/18
**Miller [1]** 36/13
**Mink [1]** 2/7
**Minuta [11]** 4/11 8/12 9/3 45/12 48/11 49/14 50/24 50/25 51/6 51/7 51/20
**mix [1]** 36/23
**Moerschel [5]** 6/12 8/14 9/9 46/5 46/8
**moment [2]** 19/15 38/4
**Monday [2]** 32/18 56/12
**months [1]** 35/6
**more [13]** 10/11 11/17 17/18 18/15 19/22 20/9 21/12 26/12 34/24 47/14 51/13 51/16 54/24

morning [Brg. 644 of 64 6/8
28/15
**Moseley [4]** 4/2 4/3 9/1 28/14
**most [5]** 16/22 18/12 18/13 21/9 24/17
**motion [32]** 28/20 43/21 43/22 43/24 44/5 44/6 44/13 45/13 47/3 47/6 51/4 51/21 53/2 53/4 53/6 53/7 53/16 53/18 54/7 54/17 54/23 55/13 55/15 55/23 56/9 56/13 56/16 56/22 56/23 56/25 57/1 57/4
**motions [26]** 37/9 37/10 37/19 37/22 38/8 38/14 38/14 38/17 38/17 38/18 38/24 39/1 39/16 39/18 39/20 39/24 39/24 40/1 40/4 40/5 40/6 43/20 49/17 50/2 50/16 54/11
**motives [1]** 40/14
**move [7]** 30/25 31/1 31/14 33/2 35/1 35/10 49/4
**moved [2]** 15/22 41/3
**movement [1]** 31/16
**moving [3]** 34/10 34/21 34/22
**Mr. [74]**
**Mr. Abbenante [1]** 46/10
**Mr. Balbo [2]** 46/10 48/2
**Mr. Brennwald [3]** 39/9 39/10 44/18
**Mr. Caldwell [1]** 43/4
**Mr. Cooper [1]** 44/22
**Mr. Crowl [1]** 43/10
**Mr. Edwards [2]** 47/23 48/3
**Mr. Fischer [2]** 43/5 43/6
**Mr. Geyer [6]** 28/13 30/2 30/23 45/7 54/6 55/20
**Mr. Hackett [1]** 46/1
**Mr. Harrelson [8]** 27/11 28/13 30/24 31/21 45/7 48/11 49/13 53/1
**Mr. Harrelson's [4]** 53/3 53/5 53/16 54/8
**Mr. Isaacs [1]** 46/3
**Mr. James [7]** 45/18 48/12 49/14 52/4 52/5 52/9 52/17
**Mr. Kibria [1]** 46/5
**Mr. Machado [2]** 43/16 44/13
**Mr. Meggs [3]** 27/11 28/5 44/25
**Mr. Minuta [8]** 45/12 48/11 49/14 50/24 50/25 51/6 51/7 51/20
**Mr. Moerschel [2]** 46/5

**Mr. Moseley [1]** 28/14
**Mr. Parker [2]** 39/8 44/18
**Mr. Peterson [1]** 27/9
**Mr. Rossi [1]** 46/3
**Mr. Spina [1]** 45/20
**Mr. Ulrich [2]** 46/9 46/12
**Mr. Walden [3]** 45/20 45/21 45/23
**Mr. Weinberg [1]** 46/6
**Mr. Wilson [5]** 27/10 27/23 28/8 44/25 45/1
**Mr. Woodward [1]** 25/16
**Mrs [1]** 25/17
**Ms. [48]** 10/2 11/20 13/23 15/15 15/18 18/6 18/16 19/16 23/13 23/15 25/17 25/23 26/1 26/2 27/10 27/13 33/14 33/14 33/15 36/7 36/10 38/15 41/9 41/13 42/18 43/9 43/14 43/14 44/22 45/4 45/4 45/12 45/13 45/18 46/1 47/21 48/11 49/6 50/17 50/23 51/1 51/4 51/8 51/21 51/23 52/12 52/24 52/24
**Ms. Halim [1]** 46/1
**Ms. Haller [1]** 45/4
**Ms. Haller's [1]** 26/1
**Ms. Hernandez [4]** 41/9 41/13 43/9 49/6
**Ms. Meggs [1]** 45/4
**Ms. Meggs' [1]** 25/17
**Ms. Peterson [10]** 13/23 15/15 15/18 18/16 23/13 26/2 33/14 33/15 36/10 43/14
**Ms. Rakoczy [12]** 10/2 11/20 18/6 19/16 23/15 25/23 33/14 36/7 38/15 42/18 47/21 50/17
**Ms. Robin [3]** 45/18 52/12 52/24
**Ms. Steele [1]** 44/22
**Ms. Watkins [3]** 27/10 27/13 43/14
**Ms. Wicks [9]** 45/12 45/13 48/11 50/23 51/1 51/4 51/8 51/23 52/24
**Ms. Wicks' [1]** 51/21
**much [8]** 13/14 15/7 16/11 18/4 33/19 42/8 54/14 57/9
**mute [1]** 34/19
**my [25]** 12/8 19/1 22/20 23/24 25/14 26/3 27/9 29/7 29/8 29/19 30/18 30/19 31/3 34/17 35/9 38/1 39/17 40/18 43/12 46/22 47/22 55/2 55/10 55/16 56/12

**N**

**name [2]** 17/2 17/3

**names [2]** 17/6 20/25
**Napierala [2]** 6/7 9/7
**narrow [2]** 16/5 17/4
**Natalie [2]** 6/7 9/7
**national [2]** 14/7 19/8
**near [1]** 30/15
**nearly [1]** 28/24
**necessarily [1]** 47/8
**necessary [1]** 43/25
**need [11]** 14/23 20/4 25/10 30/23 37/22 38/1 40/2 48/24 49/11 51/24 55/23
**nevertheless [1]** 50/3
**new [5]** 6/9 35/22 35/22 40/15 51/12
**newly [1]** 37/23
**next [13]** 19/22 22/5 22/10 35/17 37/4 49/10 49/18 49/23 50/4 51/18 51/20 52/1 55/13
**nine [1]** 20/5
**NJ [1]** 4/9
**nnapierala [1]** 6/10
**no [30]** 1/4 8/6 8/7 8/8 22/19 30/19 31/20 32/6 32/12 32/14 36/8 39/22 40/4 41/2 41/5 41/6 43/7 43/11 43/15 44/3 45/2 45/5 45/8 46/2 46/7 46/23 47/2 49/7 52/14 54/10
**non [4]** 9/25 18/7 24/4 32/9
**non-CCTV [1]** 18/7
**non-defendant-specifi c [1]** 9/25
**non-detained [2]** 24/4 32/9
**normal [1]** 28/17
**normally [1]** 40/25
**North [1]** 4/17
**not [66]**
**note [2]** 36/12 58/5
**notepad [1]** 29/10
**notes [2]** 17/7 17/12
**nothing [9]** 41/16 42/13 44/19 44/23 45/15 45/19 45/24 46/4 46/7
**notice [5]** 35/3 43/21 44/5 44/8 44/14
**November [2]** 38/9 38/19
**now [22]** 9/17 10/11 14/5 21/18 28/25 30/17 32/6 32/10 32/20 34/23 35/2 35/3 35/6 35/8 37/9 39/25 40/22 41/3 43/2 52/10 53/13 54/11
**number [9]** 38/10 38/13 40/21 40/21 41/6 41/11 51/14 51/15 55/1
**numbers [1]** 21/1
**NW [8]** 1/14 2/12 2/16 3/3 3/8 3/13 6/3 7/4
**NY [1]** 6/9

**O**
**Oath [1]** 41/12
**object [1]** 31/7
**objecting [1]** 31/23
**objection [7]** 31/4 31/20 32/8 32/12 32/14 52/11 52/15
**objections [1]** 49/7
**obligations [2]** 41/21 42/17
**obtained [3]** 53/13 53/21 53/25
**obvious [1]** 14/8
**obviously [7]** 13/6 14/18 26/13 40/6 48/13 51/4 57/5
**Ocala [1]** 3/18
**occurred [1]** 58/5
**October [3]** 1/5 35/15 58/10
**off [4]** 24/23 26/17 39/3 56/4
**offered [2]** 47/23 56/24
**office [14]** 1/13 2/16 3/17 4/17 5/11 11/19 12/17 13/25 14/7 19/9 19/9 24/19 26/5 36/14 office-wide [1]** 11/19
**OFFICES [1]** 3/8
**Official [1]** 7/3
**officially [1]** 51/24
**oh [5]** 37/7 48/17 52/9 54/14 56/1
**okay [37]** 9/14 9/17 13/22 15/21 15/23 18/15 25/3 25/19 26/11 27/18 27/22 28/7 28/12 31/18 32/3 33/2 36/6 36/9 38/22 39/5 43/8 43/13 44/11 44/17 48/1 48/4 48/6 49/1 51/3 51/20 52/8 52/21 53/23 55/19 56/5 57/6 57/7 57/13
**once [1]** 38/24
**one [12]** 14/4 19/22 20/8 23/2 28/6 37/7 40/21 41/11 43/18 53/11 54/11 54/24
**one's [1]** 32/6
**ongoing [9]** 13/6 20/15 23/16 35/22 40/11 40/19 40/23 41/5 46/19
**online [1]** 9/16
**only [11]** 16/4 22/17 33/21 36/3 36/23 37/24 38/21 39/23 40/17 48/15 49/21
**open [3]** 20/7 32/6 37/8
**opportune [1]** 13/23
**opportunity [1]** 27/1
**opposed [1]** 16/25
**order [5]** 11/17 14/10 14/20 41/17 41/18
**orderly [1]** 57/2
**orders [2]** 24/15 34/25
**ordinarily [1]** 51/14
**originally [1]** 40/18
**other [14]** 9/13 21/3

35/18 37/7 38/5 42/25 49/7 50/18 55/12 57/1
**otherwise [2]** 17/9 49/14
**ought [1]** 19/18
**our [9]** 20/24 26/13 32/16 36/20 36/21 43/20 48/24 50/4 54/7
**out [21]** 10/1 10/17 11/17 12/9 14/25 15/3 17/15 18/12 19/12 22/8 24/14 25/1 25/4 25/14 26/6 29/10 40/1 55/12 55/13 56/21 57/4
**outer [3]** 41/2 41/5 41/6
**outlines [1]** 38/16
**outlook.com [1]** 3/11
**outside [1]** 15/14
**outstanding [1]** 28/2
**outweigh [1]** 50/4
**over [4]** 12/22 24/1 28/21 31/3
**overreading [1]** 54/9
**overwhelming [1]** 55/15
**own [3]** 17/12 23/24 27/9

**P**
**P.A [3]** 2/3 6/3 6/7
**P.C [1]** 6/17
**p.m [1]** 57/13
**P.O [2]** 5/7 6/18
**PA [1]** 5/13
**pandemic [1]** 58/6
**Park [1]** 3/13
**Parker [9]** 2/15 2/20 8/9 8/9 8/20 8/21 39/8 43/17 44/18
**Parkway [1]** 4/4
**part [8]** 12/19 12/22 24/17 29/19 44/1 44/2 47/1 55/12
**partially [1]** 13/5
**participated [1]** 46/12
**particular [9]** 20/13 20/18 23/4 23/8 26/24 30/11 37/16 44/13 53/6
**partly [1]** 36/20
**party [1]** 29/9
**patience [1]** 9/21
**patient [1]** 51/18
**pause [2]** 19/15 50/22
**pcooper [1]** 3/6
**peace [1]** 32/11
**pending [6]** 39/1 49/18 50/2 50/16 53/2 55/23
**Pennsylvania [2]** 2/21 3/8
**people [10]** 14/11 14/23 15/11 17/11 20/25 23/18 25/1 25/2 29/18 41/10
**percent [7]** 13/18 13/19 13/19 16/6 33/21 33/23 33/23

**perhaps [1]** 46/18
**period [1]** 28/22
**person [5]** 9/12 20/25 40/20 40/21 41/11
**personal [1]** 19/4
**personal-camera [1]** 19/4
**persons [4]** 40/20 40/21 41/7 41/8
**perspective [5]** 12/17 13/25 34/17 37/2 37/3
**Peter [3]** 3/2 3/3 8/22
**petercooperlaw.com [1]** 3/6
**peterson [14]** 2/10 2/14 8/19 13/23 15/15 15/18 18/16 23/13 26/2 27/9 33/14 33/15 36/10 43/14
**Philadelphia [1]** 5/13
**phone [3]** 29/1 29/7 52/5
**phones [3]** 17/22 22/1 22/22
**physically [1]** 26/9
**pictures [1]** 29/3
**place [4]** 13/1 33/25 40/7 51/17
**placed [1]** 15/10
**Plaintiff [1]** 1/4
**plan [2]** 24/5 42/14
**planning [4]** 21/4 21/10 21/12 40/16
**platform [8]** 15/7 15/25 17/19 17/20 18/4 24/9 24/11 24/12
**play [1]** 43/2
**PLC [1]** 5/6
**pleas [1]** 29/16
**please [4]** 8/3 25/11 34/19 58/5
**PO [1]** 4/13
**point [22]** 10/14 14/21 17/25 19/20 20/6 25/4 25/14 33/5 33/5 33/10 33/22 34/21 36/21 37/9 38/6 39/19 41/24 42/2 42/22 45/14 47/12 56/4
**Police [1]** 10/23 10/23 11/8
**populated [2]** 11/23 13/10
**populating [1]** 13/2 13/8
**population [1]** 13/2
**posed [1]** 35/18
**possible [3]** 13/12 23/20 56/8
**possibly [1]** 19/3
**potentially [2]** 16/5 23/7
**PowerPoint [7]** 46/14 47/4 47/8 47/10 47/13 47/15 47/19
**precise [1]** 12/15
**prejudice [1]** 56/25
**prejudices [1]** 41/25

**prejudicial [1]** 25/5
**prepare [1]** 28/25
**prepared [7]** 27/19 28/3 28/9 30/24 30/25 31/1 54/17
**present [3]** 26/10 39/2 52/7
**presentation [3]** 46/14 46/14 46/16
**presently [2]** 26/15 26/19
**preserve [1]** 44/15
**pretrial [3]** 52/4 52/12 52/18
**Prettyman [1]** 7/4
**previously [1]** 47/14
**primarily [1]** 9/25
**prior [5]** 53/3 54/17 55/2 55/24 56/24
**priorities [1]** 38/1
**prison [1]** 29/12
**prisoners [1]** 29/15
**probably [4]** 15/10 34/24 49/4 51/20
**problems [1]** 9/19
**proceed [1]** 27/2
**proceedings [4]** 1/9 7/6 57/13 58/4
**process [8]** 10/4 19/25 20/7 21/18 34/10 50/12 51/6 51/19
**produce [5]** 13/11 18/13 42/14 42/17 42/23
**produced [9]** 7/7 11/2 11/4 11/7 21/22 24/3 42/25 47/21 47/25
**producing [6]** 10/8 10/15 11/15 11/16 12/12 42/19
**product [2]** 17/9 46/25
**production [2]** 20/14 46/24
**productions [2]** 10/20 20/12
**proffer [5]** 20/1 20/3 46/12 47/1 47/5
**proffers [2]** 19/20 20/7
**progress [1]** 10/15
**proper [1]** 28/20
**proposal [1]** 27/3
**proposed [2]** 56/9 56/13
**protective [3]** 14/10 14/20 24/14
**proven [1]** 50/11
**provide [3]** 21/23 46/18 46/21
**provided [11]** 11/2 12/3 17/5 17/11 20/16 21/6 21/17 21/21 22/21 24/22 24/23
**provides [1]** 35/18
**providing [1]** 21/18
**prudent [1]** 18/12
**public [9]** 2/11 10/16 12/11 12/20 20/16 26/5 33/8 33/16 50/5

**P**

public-source [1]
20/16
pull [1] 29/9
Punta [1] 6/14
purposes [1] 43/25
pushing [1] 10/1
put [13] 13/15 14/5
16/18 17/2 17/25 18/1
19/15 29/3 37/15 43/21
46/22 47/4 47/9
putting [2] 13/10 22/2
PUTZI [1] 2/3

**Q**

quantities [1] 23/21
quantity [1] 28/1
question [7] 13/17
14/3 15/5 18/9 21/3
23/2 39/17
questioning [1] 33/10
questions [2] 35/17
36/7
quickly [4] 10/11 11/17
19/10 35/7
quotation [1] 53/24
quoting [1] 53/14

**R**

raise [5] 38/3 38/6 43/6
45/14 53/12
raised [1] 15/24
Rakoczy [14] 1/13 8/16
10/2 11/20 18/6 19/16
23/15 25/23 33/14 36/7
38/15 42/18 47/21
50/17
rather [1] 40/8
Ray [2] 2/7 8/7
re [2] 24/24 28/20
re-affirm [1] 28/20
re-share [1] 24/24
read [1] 37/24
ready [3] 13/9 14/13
15/3
realize [1] 17/13
realized [1] 43/19
really [9] 29/21 33/4
35/19 35/19 54/12
54/19 55/10 54/12
55/11
Realtime [1] 7/3
reason [2] 9/20 40/17
reasons [1] 50/8
recall [1] 24/15
receive [1] 50/13
received [4] 10/5 47/20
52/4 54/2
recommendation [1]
52/11
recommended [1]
52/18
record [8] 37/15 43/25
44/1 44/15 49/17 54/20
54/22 58/3
recorded [1] 7/6
records [4] 53/14
53/20 53/25 54/2

refiling [1] 56/25
reflects [1] 17/3
regard [2] 15/16 43/19
regarding [2] 29/16
39/20 54/16 56/11
Registered [1] 7/2
regrettably [1] 43/2
rein [1] 30/2
relating [1] 10/21
Relativity [9] 11/24
15/16 15/22 17/25 18/4
18/18 18/24 22/24
36/20
release [4] 52/19 53/11
55/4 55/16
relevant [9] 16/6 16/7
17/13 17/14 20/18 21/3
21/20 22/7 41/19
religious [1] 55/8
rely [1] 36/12
remain [2] 20/7 48/12
remaining [1] 32/20
48/15
remains [1] 53/8
reminder [1] 50/17
remotely [2] 9/13 58/7
renew [2] 56/3 56/15
repeating [1] 36/16
reply [2] 37/12 37/17
report [7] 25/24 33/17
37/3 52/4 52/13 52/14
52/18
Reporter [4] 7/2 7/2
7/3 7/3
reporting [1] 58/7
reports [5] 11/1 11/1
20/14 21/14 21/21
represent [3] 27/15
36/6 51/12
representations [2]
36/13 53/4
represented [1] 33/1
representing [1] 36/5
requests [1] 38/10
reserved [1] 32/18
resetting [1] 31/21
reside [1] 18/8
resolve [1] 23/17
resolved [2] 18/25
24/25
respect [12] 9/24 14/1
14/24 18/7 26/1 36/19
38/8 39/16 39/23 40/1
40/11 48/9
Respectfully [1] 43/7
respond [4] 38/11
38/13 38/23 53/6
responded [1] 53/9
response [3] 38/12
53/17 56/10
responsibilities [1]
41/22
rest [1] 12/21
restrictions [1] 15/9
result [2] 42/23 50/16
results [1] 34/9

retiring [1] 51/11
returned [2] 21/1 28/6
returns [6] 20/15 21/15
21/16 22/1 22/9 22/21
reverse [6] 19/20 20/3
20/7 46/12 47/1 47/5
reviewed [1] 54/16
reviews [1] 10/22
Richmond [1] 6/18
right [32] 19/14 23/1
23/16 32/4 32/6 32/13
34/23 34/25 35/2 35/3
37/6 39/6 42/9 43/2
44/7 44/21 44/24 45/3
45/6 45/11 45/17 45/25
49/13 51/10 52/2 52/9
52/16 52/23 54/5 54/11
56/18 57/8
rights [1] 34/15
rings [1] 29/7
RIOS [1] 6/12
ripe [1] 37/25
rise [1] 8/2
risk [2] 28/18 28/19
Ritchie [1] 2/3
RMR [2] 58/2 58/11
Road [2] 2/7 3/13
Roberto [2] 4/11 8/12
ROBERTSON [1] 2/20
Robin [6] 4/16 4/17 9/4
45/18 52/12 52/24
rolling [3] 13/8 20/12
38/12
Rossi [3] 6/2 9/7 46/3
round [1] 20/14
rule [4] 39/24 40/6
47/18 55/23
Rule 12 [2] 39/24 40/6
ruled [1] 56/20
ruling [1] 53/18
running [6] 11/3 11/11
11/15 11/18 12/15
19/11
Ruth [1] 8/9

**S**

safeguards [1] 26/6
said [8] 20/6 26/20
40/6 42/4 42/22 44/4
54/9 55/24
same [2] 27/24 31/7
sanction [1] 43/1
Sandra [4] 2/15 8/9
8/20 43/16
satisfactory [1] 33/11
saw [1] 47/19
say [11] 11/21 16/14
18/19 29/25 29/25
31/19 32/25 33/2 39/13
46/25 55/3
says [1] 24/15
schedule [9] 12/25
26/13 27/12 32/24 33/24
38/16 39/1 40/1 40/4
scheduled [4] 19/20
19/22 20/4 27/6
scoped [6] 21/15 21/19

scott [4] 6/12 6/15 9/9
46/8
SE [1] 2/21
seal [4] 53/8 54/21
55/25 56/25
seamless [1] 56/8
search [6] 15/25 16/12
21/15 21/25 22/15
22/21
searchable [2] 18/5
18/13
searched [1] 16/13
searching [1] 17/23
seated [1] 8/4
second [2] 27/5 55/15
see [15] 9/17 16/14
16/16 16/17 16/22
16/23 17/1 23/22 32/22
34/17 47/16 50/18
50/21 52/9 57/10
seek [1] 56/14
seem [1] 35/7
seemed [2] 26/21
53/14
seemingly [1] 54/6
seen [3] 51/4 52/12
52/14
seized [1] 21/20
selection [1] 26/17
send [2] 14/25 15/3
sense [7] 12/6 12/24
13/24 16/19 22/11 34/1
37/1
sensitive [4] 14/9 14/9
14/25 24/16
sent [2] 24/1 25/1
sentencing [1] 48/20
separate [2] 39/19 40/4
series [1] 17/5
serious [1] 34/14
serve [1] 12/20
served [1] 29/18
service [7] 10/17 11/5
11/17 12/11 12/20 26/5
54/3
services [3] 4/12 52/20
55/9
set [7] 17/18 39/23
41/20 41/20 48/18 49/8
49/12
sets [2] 10/21 42/12
sfbrennwald [1] 2/22
share [10] 14/13 14/19
19/16 23/18 24/12
24/15 24/24 25/2 26/10
50/13
shared [10] 18/21
18/25 22/23 24/22 26/4
26/7 26/8 27/17 51/8
53/21
sharing [3] 11/5 11/17
21/24
shave [1] 29/23
she [2] 27/14 33/15
she's [2] 27/19 51/11
Shelli [2] 2/14 8/19
short [2] 24/8 46/23

should [4] 22/10 46/3
51/19 54/2
shouldn't [1] 49/4
show [2] 20/17 23/20
shows [1] 17/3
shut [1] 17/8
sign [1] 39/3
Signal [3] 21/7 21/8
40/15
signed [1] 28/5
significance [1] 20/11
significant [2] 21/10
21/12
simply [3] 33/7 34/7
36/11
since [3] 20/13 33/15
56/2
single [2] 36/4 38/24
sir [1] 52/22
sit [1] 23/20
sites [1] 17/22
six [2] 35/6 50/19
size [1] 16/8
slices [1] 29/17
slow [2] 34/10 54/12
slow-moving [1] 34/10
slowly [1] 10/9
small [3] 21/23 29/6
36/1
so [95]
so I think [1] 47/2
So it's [1] 55/10
social [2] 17/22 22/22
sole [1] 33/15
some [2] 9/18 12/12
14/17 17/11 20/1 20/12
20/16 20/17 21/5 21/9
21/12 21/21 21/25
26/21 29/3 29/5 30/14
33/10 34/1 34/9 35/17
39/18 41/7 42/25 46/15
53/17 55/2
somebody [5] 16/5
36/5 51/17 51/17 51/19
somebody's [1] 17/2
someone [1] 17/15
someone's [1] 17/3
something [14] 14/10
14/24 30/1 35/14 35/16
36/2 39/13 44/12 46/17
46/20 47/10 54/9 56/12
57/5
sometimes [1] 16/24
soon [1] 54/4 24/25
28/5 33/5 48/22 57/9
57/10
sooner [2] 40/8 50/21
sorry [8] 13/16 15/19
15/20 29/16 40/9 41/14
45/2 55/11
sort [7] 12/9 16/15
32/18 37/25 38/11
38/13 55/23
sound [1] 9/19
sounds [2] 28/8 56/2
source [1] 20/16
South [1] 5/3
speak [6] 9/17 10/9

S

speak... [4] 10/11 14/3 23/24 32/10
speaking [1] 49/24
specific [6] 9/25 22/18 47/19 48/9 48/13 48/15
specifically [1] 50/6
speedy [7] 27/19 28/4 28/10 31/5 31/25 49/18 50/5
Speedy Trial Act [3] 31/5 31/25 49/18
spends [1] 29/1
spent [1] 9/23
Spina [3] 5/2 9/5 45/20
spoke [1] 48/22
spoken [1] 27/13
spreadsheets [2] 17/6 17/11
Sr [1] 2/2
St [1] 6/3
stages [2] 18/23 19/1
stand [10] 12/10 13/25 19/17 23/3 23/9 26/14 32/23 34/4 34/18 37/2
Standard [1] 16/25
standing [1] 10/4
stands [1] 10/3
stanley [3] 3/12 3/15 8/24
start [8] 9/18 9/20 26/17 27/8 29/10 32/18 34/19 50/23
started [1] 43/4
starting [1] 34/20
state [2] 43/2 54/22
states [6] 1/1 1/3 1/10 8/6 10/22 25/5
status [15] 1/9 9/22 10/1 11/19 25/24 26/22 33/16 48/18 49/2 49/4 49/8 49/11 52/3 53/3 54/8
statutory [2] 34/15 56/11
stay [2] 35/9 48/14
Steele [4] 3/2 8/10 8/22 44/22
stenography [1] 7/6
Stephen [1] 2/20
Steve [1] 39/8
Steve Brennwald [1] 39/8
Steven [1] 8/21
still [19] 10/15 10/17 11/3 11/10 18/12 18/20 19/24 20/4 23/10 23/16 23/22 23/25 24/1 24/17 26/8 28/1 43/24 46/15 51/5
stipulate [2] 31/4 31/7
stipulating [1] 31/13
stood [1] 9/24
stop [3] 11/6 41/18 42/6
stop-gap [1] 11/6
straightforward [1] 47/18

street [5] 2/17 2/20 3/3 3/17 4/17 5/7 5/12
struggling [1] 28/16
SUAREZ [1] 6/12
subject [1] 58/6
subjected [1] 30/6
submission [2] 49/10 49/10
submitted [5] 37/4 37/12 37/13 37/23 56/8
subpoena [1] 20/15
subset [1] 55/6
succinct [1] 56/12
such [4] 38/14 44/8 46/15 47/6
suggest [1] 44/14
suggesting [1] 33/3
suggestion [1] 27/4
Suite [10] 2/4 2/12 2/17 3/4 3/9 3/18 5/3 5/12 6/4 6/13
supervise [1] 25/17
supervised [2] 14/24 24/25
supervising [1] 24/17
supplement [1] 56/3
supplemental [2] 37/11 56/9
supposed [3] 26/17 39/20 41/11
sure [12] 10/24 14/2 14/11 14/18 19/4 35/9 36/18 40/2 47/21 55/21 57/2 57/3
surveillance [1] 11/8
suspect [3] 33/12 36/4 46/24
SW [1] 3/17
sync [1] 56/7

T

take [6] 17/7 39/2 42/1 47/6 49/4 57/6
taken [1] 17/1
taking [1] 22/3
Taliban [1] 29/25
talk [2] 47/20 48/2
talked [1] 21/14
talking [1] 9/24
targets [1] 34/19
technical [3] 9/19 12/9 20/1
technological [1] 58/7
tell [3] 30/14 42/5 53/15
telling [2] 35/2 36/16
tells [1] 33/17
term [1] 28/5
terms [6] 10/3 27/9 32/23 40/23 48/7 57/1
testing [1] 10/17
text [1] 46/15
than [7] 22/3 26/18 30/4 40/8 47/15 50/18 51/13
thank [28] 9/21 10/12 25/18 26/11 27/12 32/3 37/5 39/4 43/4 43/5 44/16

45/16 45/19 45/24 46/2 48/5 49/6 49/15 50/17 51/22 52/22 54/14 57/7 57/11
Thanks [2] 50/20 57/11
Thanksgiving [1] 50/20
that [305]
that's [41] 9/20 14/4 15/21 17/18 18/21 22/2 23/21 24/2 24/7 25/5 26/11 28/1 28/11 29/4 29/4 30/1 31/22 32/2 34/16 35/16 35/23 36/2 36/5 37/5 38/22 41/23 42/18 43/1 44/12 47/18 47/21 48/7 50/15 52/3 52/12 52/17 53/12 55/19 55/24 56/12 56/25
their [16] 17/12 17/13 17/14 17/17 19/24 23/20 24/12 27/1 30/18 33/3 35/11 35/24 36/6 36/12 50/13 54/25
them [20] 11/6 12/5 13/10 14/15 17/6 19/22 20/2 20/5 23/20 24/6 24/10 24/19 29/22 29/24 30/12 36/15 39/1 40/22 46/20 48/13
themselves [1] 26/8
then [24] 11/24 12/11 17/16 27/5 27/10 27/11 28/13 28/25 29/6 31/2 32/16 32/21 34/24 35/8 41/1 42/1 42/1 42/15 44/14 45/15 46/9 51/21 53/1 56/14
there [57] 10/2 10/9 10/20 12/4 12/12 12/25 14/17 16/7 16/12 17/22 18/24 19/6 19/22 19/23 20/3 21/25 23/5 23/6 23/6 23/11 23/16 23/21 23/22 24/1 24/5 25/1 26/20 30/8 30/8 32/8 32/10 32/20 32/20 32/22 33/24 34/34 34/25 35/22 37/7 38/5 38/9 38/14 39/25 40/4 42/17 42/25 43/24 46/13 47/12 48/2 50/2 51/23 52/11 53/2 53/4 54/7 55/18
there's [20] 12/8 13/1 16/6 16/13 20/6 26/12 29/21 29/21 31/20 35/8 41/2 41/5 41/6 41/16 42/8 42/13 47/18 48/9 49/11 54/12

thereafter [1] 26/17
therefore [2] 51/11 58/6
these [15] 14/1 21/7 22/13 23/7 29/15 29/15 29/18 30/6 30/10 30/11 31/3 33/20 37/19 42/19 51/16
they [27] 11/2 11/4 12/3 12/4 14/19 14/19 14/23 17/12 17/16 23/19 24/19 24/20 24/23 28/23 29/3 29/11 29/18 29/23 29/23 32/21 33/20 34/16 36/5 42/14 54/3 54/19 55/9
they'll [2] 14/14 14/16
they're [6] 10/14 20/10 30/5 35/11 35/12 55/8
they've [3] 17/11 26/25 34/15
things [16] 9/24 13/25 18/17 19/17 20/10 23/9 26/14 26/23 29/16 33/1 34/4 34/18 34/21 34/21 37/1 46/15
think [33] 10/13 10/15 10/16 11/12 11/25 12/19 18/11 18/11 18/23 20/5 21/10 21/16 23/11 26/4 26/16 26/23 27/3 27/24 28/2 28/17 29/11 31/4 37/9 37/12 46/22 47/2 47/11 47/12 48/7 49/3 49/22 55/14 56/11
this [74]
THOMAS [6] 1/6 2/2 5/2 6/3 8/7 9/5
those [25] 9/15 10/6 11/1 11/11 14/25 17/6 18/8 21/22 22/4 23/4 23/10 25/5 25/20 30/22 37/11 37/16 37/18 37/22 38/23 40/7 48/13 48/15 49/12 50/18 53/15
though [6] 10/13 11/21 29/15 40/18 43/23 46/25
thought [1] 20/21
thousands [2] 16/3 16/4
three [7] 10/20 26/18 26/25 32/20 34/14 48/15 50/18
through [19] 11/5 11/16 21/23 21/24 22/24 27/19 28/4 28/10 28/16 30/12 31/25 37/23 49/18 49/21 49/23 50/3 50/14 54/3 56/16
throughout [1] 44/4
till [1] 50/4
time [27] 9/24 10/14 13/23 15/24 16/16 16/18 16/23 16/25

48/25 17/1 20/9 23/5 20/20 30/25 31/1 31/8 31/14 31/24 35/7 41/24 45/19 48/25 50/6 50/12 50/14 50/15 56/13
times [1] 17/4
title [2] 16/16 16/23
titled [1] 16/8
titles [1] 16/13
today [5] 35/15 45/9 49/21 55/3 56/10
together [4] 9/23 26/20 47/4 50/4
told [2] 23/6 46/16
toll [1] 50/3
tolled [2] 49/19 49/21 50/1 50/16
tommy [1] 5/5
tommyspina.com [1] 5/5
too [1] 48/22
top [1] 35/9
total [1] 29/2
towards [2] 19/10 22/12
Towers [1] 2/4
track [1] 17/12
transcript [3] 1/9 7/6 58/3
transcription [1] 7/7
transition [1] 18/17
transpired [1] 19/18
travel [1] 20/3
treat [3] 14/11 37/17 37/19
treated [1] 56/16
trial [45] 22/12 26/13 26/15 26/15 26/18 26/22 27/4 27/5 27/7 27/15 27/19 27/20 28/3 28/4 28/5 28/10 28/10 28/25 30/25 31/5 31/14 31/17 31/20 31/25 31/25 32/7 32/9 32/15 32/16 32/17 32/17 32/21 32/21 34/16 34/23 34/23 35/1 35/5 35/10 39/25 41/4 41/20 49/18 49/23 50/6
trials [1] 22/12
trouble [1] 20/10
true [1] 29/13
try [1] 19/24
trying [8] 15/21 18/12 19/12 24/21 26/6 41/23 51/6 56/7
turn [3] 26/13 27/6 27/10
two [7] 10/3 10/21 29/16 31/15 38/12 40/21 54/11
two-week-response [1] 38/12
typical [1] 38/11

U

U.S [3] 1/13 26/4 54/3
U.S. [3] 12/17 19/9

**U**

U.S.... **[1]** 36/14
**U.S. Attorney's Office
[3]** 12/17 19/9 36/14
**Ulrich [5]** 6/16 8/15
9/10 46/9 46/12
**ultimately [2]** 31/9
31/11
**Unabomber [1]** 30/1
**unanimity [1]** 26/21
**under [9]** 28/17 28/24
31/3 31/24 53/8 54/21
55/7 55/25 56/25
**underlying [2]** 47/9
47/23
**understand [20]** 11/20
18/4 31/6 31/19 34/10
34/11 34/18 35/21 36/8
36/25 40/17 40/24
40/25 41/3 41/15 42/8
42/13 42/18 46/19
47/22
**understanding [8]**
12/8 19/2 20/11 22/20
26/3 28/9 30/18 30/19
**understands [1]** 27/14
**Understood [1]** 36/22
**underway [2]** 23/11
**unfiltered [1]** 21/17
**unfortunately [2]**
16/11 18/20
**UNITED [5]** 1/1 1/3
1/10 8/6 10/22
**United States [1]**
10/22
**United States of [1]**
8/6
**universally [1]** 22/16
**universe [1]** 11/12
**Unless [1]** 26/12
**unopposed [1]** 56/9
**unprecedented [3]**
34/11 34/12 34/13
**unscoped [2]** 21/16
21/16
**until [1]** 31/2
**up [16]** 10/4 11/3 11/11
11/14 11/18 12/10
12/15 17/18 19/10 29/3
37/8 40/24 42/1 54/18
56/7 57/6
**uploaded [3]** 16/18
22/16 33/22
**uploading [1]** 33/25
**upon [4]** 33/1 35/7
55/24 56/23
**urge [1]** 47/20
**us [10]** 14/22 18/21
19/1 22/3 34/22 34/25
35/7 36/17 46/19 46/21
**usable [1]** 18/14
**USAfx [1]** 11/5
**usdoj.gov [1]** 1/16
**use [3]** 17/12 24/22
42/14
**useful [1]** 16/4
**uses [1]** 15/9
**UTC [1]** 16/25

**V**

**VA [3]** 4/5 4/18 5/8
**vacate [4]** 27/3 27/4
32/15 32/15
**vacating [2]** 31/20 32/9
**vast [3]** 23/21 27/16
28/1
**versions [2]** 21/19
21/19
**versus [2]** 8/6 21/15
**very [9]** 23/17 24/1
28/23 41/3 49/5 54/14
54/21 56/12 57/9
**veterans [1]** 29/18
**via [3]** 1/9 24/22 51/2
**video [19]** 11/8 16/4
16/5 16/16 16/18 17/1
17/2 17/13 17/15 17/16
17/21 17/23 17/25 18/1
19/3 51/2 52/6 52/7
55/18
**videos [6]** 11/25 16/13
17/16 18/8 20/17 47/24
**view [4]** 14/19 15/13
26/10 26/21
**viewing [4]** 15/7 15/12
17/19 24/9
**violate [1]** 55/1
**violated [1]** 29/22
**virtual [1]** 49/4
**virtually [1]** 26/9
**virtue [1]** 15/8
**visit [2]** 30/17 30/18
**vital [1]** 40/16
**volume [1]** 50/9
**volunteered [1]** 12/20
**vs [1]** 1/5

**W**

**wait [2]** 23/25 24/2
**wait-list [2]** 23/25 24/2
**waiting [1]** 14/21
**waive [2]** 27/19 28/9
**waived [1]** 49/23
**waiver [1]** 28/4
**Walden [7]** 5/2 8/13 9/5
32/12 45/20 45/21
45/23
**Walnut [1]** 5/12
**want [16]** 14/18 25/25
34/4 34/16 34/17 34/17
35/19 36/3 38/10 38/25
45/14 47/2 48/7 54/22
57/2 57/5
**wanted [6]** 22/3 26/25
39/13 53/12 53/17
55/22
**wants [5]** 17/15 29/19
36/4 38/3 38/6
**warden [2]** 29/12 55/7
**warrant [4]** 21/15
21/25 22/15 22/21
**warranted [2]** 50/6
53/11
**warrants [2]** 50/14
55/4

**was [363]**
15/21 16/17 16/18 17/1
17/21 21/21 23/6 23/6
23/6 24/1 24/3 26/23
27/3 27/4 40/18 46/14
46/17 46/19 46/20 47/9
47/12 47/12 47/13 53/3
53/7 53/11 53/24 54/8
54/17 54/20 56/24
**Washington [13]** 1/5
1/15 2/13 2/17 2/21 3/4
3/10 3/13 4/13 5/7 6/4
7/5 25/15
**wasn't [1]** 53/12
**watch [1]** 24/20
**watched [1]** 24/19
**watching [1]** 24/18
**Watkins [7]** 2/10 8/8
8/19 9/11 27/10 27/13
43/14
**way [16]** 5/3 12/10
15/9 17/17 18/12 19/25
23/7 23/22 25/1 34/1
34/22 40/12 42/1 46/22
56/6 56/13
**ways [1]** 10/18
**we [87]**
**we will [5]** 31/16 32/16
32/22 39/18 52/17
**we'll [12]** 27/10 28/19
42/2 45/13 49/7 50/18
51/21 52/19 56/23 57/4
57/6 57/9
**we're [25]** 9/22 14/21
15/3 22/2 23/21 24/7
24/14 24/21 25/22
26/16 26/23 27/24
32/15 34/8 34/18 34/20
41/2 42/1 42/19 42/25
43/1 51/5 51/11 54/11
54/23
**we've [15]** 11/7 14/6
20/5 20/14 20/16 20/20
20/23 20/24 21/6 21/14
33/4 34/8 34/13 40/7
50/8
**weeds [1]** 26/2
**week [16]** 15/3 19/23
21/6 21/7 22/5 22/10
22/10 33/17 37/4 38/12
40/15 40/17 51/18
51/20 52/1 55/13
**weeks [3]** 21/22 46/13
50/19
**Weinberg [5]** 6/12 6/12
9/9 46/6 46/8
**welcome [2]** 9/15
48/14
**well [8]** 11/10 18/19
26/23 30/19 31/9 41/9
42/10 47/17
**were [21]** 9/18 9/23
10/22 11/2 11/4 18/16
18/24 20/13 20/17
21/17 21/22 21/22
21/23 23/6 26/20 37/12
37/13 38/10 46/16 53/4
54/19

**West [2]** 5/12 6/4
**what [40]** 13/14 14/5
14/9 14/9 14/9 14/23
15/6 16/5 16/14 16/17
16/19 17/1 18/12 18/13
19/16 19/17 22/11 24/4
24/14 26/22 27/5 28/2
29/24 30/23 34/16
35/19 35/19 36/16
36/16 38/17 40/23 41/2
41/20 41/23 43/2 44/4
53/12 55/14 55/22 56/7
**what's [7]** 16/6 18/6
24/21 33/1 34/12 48/23
56/3
**whatever [3]** 29/8 29/9
37/3
**whatnot [2]** 22/22
47/24
**when [18]** 12/3 12/3
12/4 12/6 12/15 15/10
17/12 19/6 26/3 29/1
29/7 33/17 33/20 34/1
35/20 35/23 42/6 57/6
**whenever [1]** 12/24
**where [25]** 9/24 10/3
11/15 13/24 18/7 18/17
19/17 19/23 20/10 23/2
23/9 26/14 26/23 29/5
32/23 33/5 34/4 34/18
37/1 37/9 41/5 41/24
42/11 42/22 52/13
**whether [12]** 10/24
13/18 27/2 30/24 31/1
32/8 32/22 33/22 33/24
37/22 39/17 55/23
**which [23]** 10/5 11/5
13/1 15/12 16/18 22/10
24/16 24/18 26/13 27/5
31/14 38/17 38/17
38/18 40/15 42/16
46/13 47/9 51/23 53/21
55/1 55/5 56/8
**while [6]** 11/18 24/19
24/20 27/13 35/6 42/7
**whistles [1]** 47/15
**who [21]** 9/15 14/8
19/21 20/8 20/25 21/4
23/4 23/25 25/2 25/5
25/11 25/11 26/19 30/6
30/8 32/22 34/5 35/4
42/6 49/23 54/24
**who's [4]** 9/16 26/18
30/7 55/7
**whoever [1]** 54/14
**whom [1]** 34/14
**whose [1]** 38/25
**why [7]** 10/2 17/18
27/8 42/18 53/12 56/8
56/21
**Wicks [11]** 4/11 9/3
45/12 45/13 48/11
50/23 51/1 51/4 51/8
51/23 52/24
**Wicks' [1]** 51/21
**wide [2]** 11/19 11/23
**widely [1]** 22/15

**William [7]** 2/2 6/2 7/2
8/14 58/2 58/10 58/11
**Wilson [8]** 3/16 3/17
8/23 27/10 27/23 28/8
44/25 45/1
**wish [2]** 13/20 17/12
**within [2]** 33/17 51/20
**without [2]** 24/17
56/25
**won't [5]** 17/7 26/7
53/8 56/14 56/14
**wondering [2]** 46/17
46/20
**Woodward [4]** 3/12
3/12 8/24 25/16
**work [9]** 10/15 11/18
17/9 19/9 22/12 26/6
33/8 33/11 46/25
**working [8]** 11/11
11/14 12/11 14/7 19/24
23/22 24/14 34/8
**worn [6]** 11/9 15/14
16/17 16/19 18/3 18/7
**worried [1]** 47/14
**would [32]** 15/6 17/9
18/13 22/11 24/18
24/18 24/24 25/4 25/14
25/23 27/3 28/3 28/18
29/25 32/8 33/16 33/19
36/5 36/11 38/8 44/14
47/20 51/14
**writing [2]** 29/10 35/14

**Y**

**Yeah [3]** 44/16 49/20
49/25
**years [2]** 28/22 41/1
**yes [18]** 10/7 12/1
19/19 24/7 25/12 27/21
28/16 31/22 32/2 39/9
39/12 39/15 46/11 47/7
51/2 51/9 53/19 54/1
**yesterday [1]** 37/13
**yet [11]** 11/13 11/22
19/5 20/8 23/12 25/21
27/16 37/24 40/3 42/25
51/5
**York [1]** 6/9
**you [115]**
**you know [1]** 40/6
**you'd [4]** 43/6 48/14
52/25 57/1
**you'll [2]** 16/14 16/15
16/24 51/18
**you're [5]** 10/5 10/24 22
35/3 48/4 52/24 56/2
**you've [4]** 28/8 36/23
44/12 51/7
**your [74]**
**Your Honor [56]** 8/5
10/7 12/1 13/5 13/16
13/20 14/2 16/10 18/10
19/19 22/19 23/15
25/12 25/18 25/25
27/12 27/21 28/15 36/8
36/11 38/7 39/4 39/7
39/15 42/10 43/7 43/11

## Y

**Your Honor... [29]**
43/15 43/18 44/19
44/23 45/2 45/5 45/10
45/15 45/22 46/2 46/4
46/7 46/11 47/7 47/22
48/5 48/21 49/2 49/16
51/2 51/9 51/22 52/7
52/15 53/19 54/1 54/10
57/7 57/12

## Z

**Zaremba [4]**  7/2 58/2
58/10 58/11
**ZOOM [2]**  1/9 49/15
**Zsuzsa [1]**  3/7