# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.  * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release, filed by Donovan Crowl, good cause having been shown, it is this _____ day of October, 2021, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Motion is hereby **GRANTED;**

2. That Mr. Crowl is hereby **AUTHORIZED** to travel to the Northern District of Ohio for employment purposes; and

3. That all other Conditions of Release shall remain in place.

_____
**HONORABLE AMIT P. MEHTA**
**UNITED STATES DISTRICT JUDGE**