IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

ooOoo

## CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE FOR THANKSGIVING TRAVEL

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Mr. Crowl to travel from November 24, 2021 through November 26, 2021 to spend the Thanksgiving holiday with his sister. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officer Masharia Holman (DC) and Frank Cardy (SD OH) consent to this request.

1. Mr. Crowl is planning to travel to spend the Thanksgiving holiday at his sister's home.

2. Counsel has provided the name and address of Mr. Crowl's sister to AUSA Rakoczy and to Pretrial Services.

3. As part of the modification, Mr. Crowl would be removed from the radio frequency location monitoring but will be required to contact the Pretrial Services Officer as soon as he returns home.

4. All other conditions shall remain the same.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mr. Crowl to travel to and stay overnight at his sister's home from November 24, 2021 through November 26, 2021 to spend the Thanksgiving holiday.

Respectfully submitted,

*/s/ Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 17th day of November, 2021 on all counsel of record via ECF.

*/s/ Carmen D. Hernandez*
**Carmen D. Hernandez**