IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**ORDER**

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release For Thanksgiving Travel filed by Donovan Crowl, good cause having been shown, it is this _____ day of November 2021, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to allow Mr. Crowl to travel from November 24, 2021 through November 26, 2021 to spend the Thanksgiving holiday with his sister.

2. Between November 24, 2021 through November 26, 2021, Mr. Crowl shall not be required to submit to location monitoring services. Upon his return home, Mr. Crowl shall notify his Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

 

**HONORABLE AMIT P. MEHTA**
**United States District Judge**