**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 1:21-cr-00028-2 (APM)** |
| | * | |
| **DONOVAN CROWL**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

**CONSENT MOTION TO EXTEND TIME TO
FILE PRETRIAL MOTIONS**

Donovan Crowl, by his undersigned counsel, respectfully moves this Honorable Court to extend the time for filing pretrial motions to January 6, 2022.  This is the fourth request for an extension of the motions deadline.  AUSA Rakoczy consents to this request.

1.      Discovery in the case is voluminous and continues to be produced.

2.      A number of the motions to be filed in this case involve complex and novel legal issues that require substantial time to research and prepare and cannot be completed without review of the discovery.

3.      The Government has just filed a Sixth Superseding Indictment.

4.      Despite due diligence, counsel has been unable to review all the discovery, fully research the issues and  prepare the necessary motions. In addition, counsel has a heavy caseload of other cases complex cases.

WHEREFORE, Donovan Crowl, respectfully requests that the Court extend the time for

filing pretrial motions for additional time to and including January 6, 2022.

Respectfully submitted,

*/s/ Carmen D.  Hernandez*

**Carmen D.  Hernandez**
Bar No.  MD03366
7166 Mink Hollow Rd
Highland, MD 20777
(240) 472-3391

**Counsel for Donovan Crowl**

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 2nd day of
December, 2021 on all counsel of record via ECF.

/s/

**Carmen D.  Hernandez**