### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

### CONSENT MOTION TO MODIFY CONDITIONS OF
### PRETRIAL RELEASE
### FOR HOLIDAY TRAVEL

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Mr. Crowl to travel from December 21, 2021 (or as soon thereaftrer as the location monitoring can be moved) through January 10, 2022, to spend the Christmas and New Year's holidays with his sister. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officer Masharia Holman (DC) and Frank Cardy (SD OH) consent to this request.

1. Mr. Crowl is planning to travel to spend the Christmas and New Year's holidays at his sister's home.

2. Counsel has provided the name and address of Mr. Crowl's sister to AUSA Rakoczy and to Pretrial Services.

3. As part of the modification, Mr. Crowl will continue to be monitored by the radio frequency location monitoring, which will need to be installed at his sister's home. He will also be required to contact the Pretrial Services Officer as soon as he returns home.

4. All other conditions shall remain the same.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mr. Crowl to travel to and stay overnight at his sister's home from December 22, 2021, or as soon thereafter as the location monitoring can be installed, through January 10, 2022 to spend the holidays with his sister.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 20th day of December, 2021 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**