# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs. * | **Case No. 1:21-cr-00028-APM-2** |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

**ooOoo**

**ORDER**

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release For Holiday Travel filed by Donovan Crowl, good cause having been shown, it is this _____ day of December 2021, by the United States District Court for the District of Columbia,

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to allow Mr. Crowl to travel from December 21, 2021 (or as soon thereafter as the location monitoring ca be transferred to his sister's home) through January 10, 2022 to spend the Christmas and New Year's holidays with his sister.

2. During this time, the location monitoring services shall be transferred to his sister's home and remain in place until Mr. Crowl returns home to Ohio. Upon his return home, Mr. Crowl shall notify his Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**