IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

ooOoo

### CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Mr. Crowl to remain at his sister's home through January 24, 2022 AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officer Masharia Holman (DC) and Frank Cardy (SD OH) consent to this request.

1. Mr. Crowl has been staying with his sister through the Christmas and New Year's holidays and wishes to remain there through January 24, 2022.

2. While residing with his sister, Mr. Crowl is better able to maintain contact with counsel and review electronic discovery as there is better internet access at that location. It is also more convenient for him to travel to an upcoming VA appointment from his sister's residence.

3. In addition, Mr. Crowl is amenable to a modification that provides that he be required to participate in mental health treatment as directed by the Pretrial Services Officer.

4. While at his sister's residence, Mr. Crowl has continued to be monitored by the radio frequency location monitoring, previously ordered by the Court.

5. All other conditions shall remain the same.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release (1) to authorize Mr. Crowl to continue to reside at his sister's home through January 24, 2022; and (2) to provide for mental health treatment as directed by the Pretrial Services Officer.

        Respectfully submitted,

        /s/ *Carmen D. Hernandez*
        **Carmen D. Hernandez**
        Bar No. MD 03366
        7166 Mink Hollow Rd
        Highland, MD 20777
        240-472-3391
        chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 10th day of January, 2022 on all counsel of record via ECF.

        /s/ *Carmen D. Hernandez*
        **Carmen D. Hernandez**