## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 1:21-cr-00028-APM-2** |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

### ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of January, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1.      That the Conditions of Pretrial Release are hereby **MODIFIED** to authorize Mr. Crowl to continue to reside at his sister's home through February 28, 2022;

2.      All other Conditions of Release shall remain in force.

**HONORABLE AMIT P.  MEHTA**
**United States District Judge**