IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Criminal No. 1:21-cr-00028-APM<br>) |
| v. | ) |
| DONOVAN RAY CROWL, | ) |
| SANDRA RUTH PARKER, | ) |
| BENNIE ALVIN PARKER, | ) |
| LAURA STEELE, | ) |
| CONNIE MEGGS, | ) |
| and | ) |
| WILLIAM ISAACS, | ) |
| Defendants. | ) |

**CONSENT MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE**

On January 26, 2022, the Court set a Pretrial Motions deadline of February 11, 2022, in the above-captioned matter. On February 10, 2022, the government filed its latest Discovery Status Report in which it advised that: "Upon this filing, the government intends to consult with defense counsel in this case about how this status report may impact the parties' readiness to proceed with the trial currently scheduled for April 19, 2022, in light of the time frames set forth above." Discovery Status Report at 21-22 (Feb. 10, 2022) (ECF No. 620). So as to permit defense counsel and the government to engage in substantive discussions concerning the status of discovery in this matter and the feasibility of the April 19, 2022, trial date, the parties jointly request a brief extension of the time within which to file their pretrial motions until Tuesday, February 15, 2022.

Page **1**

Dated:  February 11, 2022                    Respectfully submitted,

| | |
|---|---|
|       */s/ Kathryn L. Rakoczy* |       */s/ Stanley E. Woodward, Jr.* |
| Kathryn L. Rakoczy (D.C. Bar No. 994559) | Stanley E. Woodward, Jr. (D.C. Bar No. 997320) |
| 555 4th Street, NW | Brand Woodward Law, LP |
| Washington, DC 20530 | 1808 Park Road NW |
| 202-252-6988 (telephone) | Washington, DC 20010 |
| Kathryn.Rakoczy@usdoj.gov | 202-996-7447 (telephone) |
| | Stanley@BrandWoodwardLaw.com |

*Assistant United States Attorney*

      */s/ Juli Z. Haller*
Juli Z. Haller, (D.C. Bar No.466921)

      */s/ Carmen Hernandez*
Carmen D. Hernandez (MD Bar No. 03366)    The Law Offices of Julia Haller
7166 Mink Hollow Road                     601 Pennsylvania Avenue, N.W., Suite 900
Highland, MD 20777                        Washington, DC 20004
240-427-3391 (telephone)                  202-729-2201 (telephone)
chernan7@aol.com                          HallerJulia@outlook.com

*Counsel for Defendant Donovan Ray Crowl*    *Counsel for Defendant Connie Meggs*

      */s/ John L. Machado*                        */s/ Gene Rossi*
John L. Machado (D.C. Bar No. 449961)     Gene Rossi (VA Bar No. 93136)
503 D Street, NW, Suite 310               Carlton Fields, P.A.
Washington, DC 20001                      1025 Thomas Jefferson St, NW, Suite 400 W
703-989-0840 (telephone)                  Washington, DC 20007
johnlmachado@gmail.com                    202-965-8119 (telephone)
                                          grossi@carltonfields.com

*Counsel for Defendant Sandra Ruth Parker*

      */s/ Natalie A. Napierala*
Natalie A. Napierala (NY Bar No. 2445468)

      */s/ Stephen F. Brennwald*
Stephen F. Brennwald (D.C. Bar No. 398319)   Carlton Fields, P.A.
922 Pennsylvania Avenue, SE                  405 Lexington Avenue, 36th Floor
Washington, DC 20003                         New York, NY 10174-0002
301-928-7727 (telephone)                     212-785-2747 (telephone)
sfbrennwald@cs.com                           nnapierala@carltonfields.com

*Counsel for Defendant Bennie Alvin Parker*          */s/ Charles M. Greene*
                                               Charles M. Greene (FL Bar No. 938963)

      */s/ Peter A. Cooper*                   Law Offices of Charles M. Greene, P.A.
Peter A. Cooper (D.C. Bar No. 478082)     55 East Pine Street
400 5th Street, NW, Suite 350             Orlando, FL 32801
Washington, DC 20001                      407-648-1700 (telephone)
202-400-1431 (telephone)                  cmg@cmgpa.com
pcooper@petercooperlaw.com

*Counsel for Defendant Laura Steele*        *Counsel for Defendant William Isaacs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) Criminal No. 1:21-cr-00028-APM |
| v. | ) ) |
| **CONNIE MEGGS,** | ) ) |
| **Defendant.** | ) ) ) |

## CERTIFICATE OF SERVICE

On February 11, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

Dated: February 11, 2022

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Connie Meggs*