IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| DONOVAN CROWL | * | |
|     Defendant | * | |
| | * | |

ooOoo

## CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Mr. Crowl to travel overnight to attend his high school reunion in a nearby town from Friday, April 22, 2022 to return home on Sunday, April 24, 2022. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officers Masharia Holman (DC) and Frank Cardy (SD OH) consent to this request.

1. Mr. Crowl plans to drive to attend his high school reunion this weekend.

2. He would stay overnight at a friend's home on Friday and Saturday night.

3. During this time, he will continue to be monitored by the radio frequency location monitoring, previously ordered by the Court.

4. As he has complied with the conditions of release, the Pretrial Service Officer recommends that his curfew be stepped down to 6 am to 10 pm for the weekend.

5. Upon his return home, he is to contact his Ohio Pretrial Services Officers.

6. The address where the reunion events will take place and where Mr. Crowl will be staying have been provided to the government and to the Pretrial Services Officers.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release (1) to authorize Mr. Crowl to travel and stay overnight at a friend's home in a nearby town from April 22, 2022 through April 24, 2022, with curfew hours adjusted to 6 am to 10 pm.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 22nd day of April, 2022 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**