# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 1:21-cr-00028-APM-2 |
| | * |
| **DONOVAN CROWL** | * |
| **Defendant** | * |
| | * |

**ooOoo**

## ORDER

Upon consideration of the Corrected Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of April, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to authorize Mr. Crowl to travel and stay overnight at a friend's home in a nearby town from April 22, 2022 through April 24, 2022, with curfew hours adjusted to 6 am to 10 pm; and

2. Upon his return home, Mr. Crowl shall contact his Pretrial Services Officer.

3. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**