# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** \* | |
| \* | |
| vs. \* | Case No. 1:21-cr-00028-APM-2 |
| \* | |
| **DONOVAN CROWL** \* | |
| **Defendant** \* | |
| \* | |

**ooOoo**

## CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Pretrial Release Order to step down Mr. Crowl's level of supervision to impose a curfew, with continued electronic monitoring; and to authorize him to move his residence, once Pretrial Services conducts a home inspection. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officers Masharia Holman (DC) and Frank Cardy (SD OH) consent to this request.

1. Since the Court released Mr. Crowl to pretrial release in March 2021, Mr. Crowl has complied with the conditions.

2. The government and Pretrial Services officers are in agreement that Mr. Crowl's level of supervision should be stepped down to impose a curfew from 11:00 p.m. until 6:00 a.m. This would allow him to go to work and engage in other regular activities during non-curfew hours, without advance notice to Pretrial Services.

3. Electronic monitoring and all other conditions shall remain in place.

4. Mr. Crowl is also in the process of moving his place of residence to another location, within the same district in Ohio. Once Pretrial Services conducts the standard home inspection, the government does not object to this request.

5. Pretrial Services has been provided the address of Mr. Crowl's new residence as well as the landlord's name and contact information.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release (1) to impose a curfew, from 6 a.m. to 11 p.m.; and (2) allow him to move his residence upon completion of the necessary home inspection by Pretrial Services.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 23nd day of May, 2022 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**