IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs. * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| DONOVAN CROWL * | |
| **Defendant** * | |
| * | |

ooOoo

**CONSENT MOTION TO MODIFY CONDITIONS OF
PRETRIAL RELEASE**

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Pretrial Release Order to authorize Mr. Crowl to travel to Michigan for one-month for employment purposes. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officers Masharia Holman (DC) and Frank Clardy (SD OH) consent to this request.

1. Mr. Crowl has been contracted to perform construction related work in Michigan. The work is expected to take approximately one-month. PSA Officer Clardy has verified the employment.[1]

2. The work to be performed will include, among other things, the dredging of a boat dock canal as well as other construction and repairs on the property. Work to dredge the dock canal will require Mr. Crowl to work in the water, which would cause damage to the electronic bracelet which he is required to wear.

---

[1] A copy of the offer of employment, which includes the name, address and contact information for the employer has been provided to the government and to pretrial services.

3. The government and the PSA Officers agree that during his employment in Michigan, Mr. Crowl will not be required to be on electronic monitoring. This is based on the effect of water on the location monitoring equipment and in light of Mr. Crowl's compliance with the conditions of his pretrial release since March 2021,

4. In lieu of location monitoring, Mr. Crowl will report to his pretrial services officer by phone weekly.

5. All other conditions of pretrial release shall remain in place.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release (1) to allow him to travel from July 17, 2022 through August 21, 2022 to Michigan for employment; and (2) remove location monitoring during that time. Once he returns to Ohio, Mr. Crowl will be required to contact his Pretrial Services Officer.

Respectfully submitted,

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 13th day of July, 2022 on all counsel of record via ECF.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**