## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *  Case No. 1:21-cr-00028-APM-2 |
| | * |
| **DONOVAN CROWL** | * |
| **Defendant** | * |
| | * |

ooOoo

### ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of July, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** from July 17, 2022 through August 21, 2022, to

    (a) allow Mr. Crowl to travel to Michigan for employment;

    (b) remove location monitoring during that time;

    (c) contact Pretrial Services weekly by phone;

    (d) notify his Pretrial Services Officer once he returns to Ohio; and

2. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**