IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs.   * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| DONOVAN CROWL   * | |
| Defendant   * | |
| * | |

ooOoo

**CONSENT MOTION TO MODIFY CONDITIONS OF
PRETRIAL RELEASE**

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Pretrial Release Order to authorize Mr. Crowl to extend his stay in Michigan for employment purposes through September 19, 2022. AUSA Kathryn Rakoczy consents to this request. Pretrial Services Officers Masharia Holman (DC) and Frank Clardy (SD OH) consent to this request.

1. The details of the work, the location of his stay while working in Michigan and the conditions of his pretrial release remain the same as the Court approved on July 14, 2022 (ECF 711).

2. This motion simply seeks to extend the modifications through and including September 19, 2022.

3. Mr. Crowl continues to be in compliance with the conditions of pretrial release since the Court released in March 2021.

4. All other conditions of pretrial release shall remain in place.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court to modify its Order Setting Conditions of Release to extend the modified conditions imposed by Order (ECF 711) to and including September 19, 2022.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 12th day of August, 2022 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**