# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No. 1:21-cr-00028-APM-2 |
| | * | |
| **DONOVAN CROWL** | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of August, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to extend the conditions set by this Court pursuant to the ORDER issued on July 14, 2022 (ECF 711) to and including **September 19, 2022.**

2. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**