# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.   * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

**ooOoo**

## ORDER

Upon consideration of the Consent Motion to Modify Conditions of Pretrial Release, good cause having been shown, it is this _____ day of September, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to extend the conditions set by this Court pursuant to the ORDER issued on July 14, 2022 (ECF 711) to and including **October 3, 2022.**

2. All other Conditions of Release shall remain in force.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**