# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   * | |
| * | |
| vs.   * | **Case No. 1:21-cr-00028-APM-2** |
| * | |
| **DONOVAN CROWL**   * | |
| **Defendant**   * | |
| * | |

**ooOoo**

## ORDER

Upon consideration of the Motion to Modify Conditions of Pretrial Release with the Consent of the Pretrial Services Office, good cause having been shown, it is this _____ day of October, 2022, by the United States District Court for the District of Columbia

**ORDERED:**

1. That the Conditions of Pretrial Release are hereby **MODIFIED** to:

    a. Eliminate electronic monitoring;

    b. A curfew from 11:00 p.m. to 6:00 a.m. shall remain in place;

    c. Mr. Crowl shall continue to report weekly by telephone to the Pretrial Services Officer in Ohio; and

2. All other conditions of release shall remain in place.

_____
**HONORABLE AMIT P. MEHTA**
**United States District Judge**