IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs. * | Case No. 1:21-cr-00028-APM-2 |
| * | |
| **DONOVAN CROWL** * | |
| **Defendant** * | |
| * | |

ooOoo

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL TO VISIT FAMILY AND ATTEND MEMORIAL SERVICES

Donovan Crowl, by his undersigned counsel, respectfully requests that this Honorable Court modify its Order to authorize Mr. Crowl to travel from December 28, 2023 to January 4, 2024 to visit family in Illinois in connection with memorial services to be held as a result of the death of his elderly aunt. AUSA Troy Edwards consents to this request. Pretrial Services Officer Frank Clardy (SD OH) does not oppose this request. DC Pretrial Services has not yet responded to a request for their position.

1. Mr. Crowl is planning to travel with his sister to Illinois to visit family in connection with memorial services to be held for their elderly aunt, who passed away on December 24, 2023. Mr. Crowl's sister will be driving.

2. Counsel has provided to prosecutors and to Pretrial Services the address of defendants' family in Illinois where he will be staying.

3. Mr. Crowl is in compliance with all conditions of release.

4. All other conditions of release shall remain the same.

WHEREFORE, Mr. Crowl respectfully moves that this Honorable Court modify its Order Setting Conditions of Release to authorize Mr. Crowl to travel with his sister to Illinois and stay overnight from December 28, 2023 through January 4, 2024 to be with family in connection with memorial services for their recently deceased aunt.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record 27th day of September, 2023 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**